**LOKER LAW, APC**
Matthew M. Loker (279939)
matt@loker.law
Telephone: (805) 994-0177
Charles B. Cummins (354861)
charles@loker.law
Telephone: (805) 468-8141
132 Bridge Street
Arroyo Grande, CA 93420

*Attorneys for Plaintiff,*
Oleksandr Panchenko

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEKSANDR PANCHENKO,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; CAVALRY PORTFOLIO SERVICES, LLC; COMENITY CAPITAL BANK; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; U.S. BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES LLC; AND TRANS UNION LLC,<br><br>Defendants. | **Case No.:** 23-cv-04965-EKL<br><br>**DECLARATION OF PLAINTIFF OLEKSANDR PANCHENKO IN SUPPORT OF PANCHENKO'S OPPOSITION TO DEFENDANT COMENITY BANK'S MOTION FOR SUMMARY JUDGMENT**<br><br>**DATE:** August 13, 2025<br>**TIME:** 10:00 a.m.<br>**COURTROOM:** 7<br><br>**HON. EUMI K. LEE** |

I, OLEKSANDR PANCHENKO, hereby declare under penalty of perjury, pursuant to the laws of the State of California and those of the United States of America that the foregoing is true and correct:

1. I am an individual, consumer, and Plaintiff in the above-captioned matter.
2. I have personal knowledge of the information contained in this Declaration and could testify to such if called to do so.
3. I submit this Declaration in support of my Opposition to Defendant COMENITY BANK's Motion for Summary Judgment.
4. I am the victim of identity theft.
5. I did not open any accounts with Comenity at any time.
6. I did not authorize anyone to open this account on my behalf.
7. I did not make any payments toward the Comenity account at any time.
8. I have never lived at 5460 Sierra Vista Ave., Apt 115, Los Angeles, CA 90036.
9. I have never represented to anyone that I have.
10. I never received any statements from Comenity.
11. I never received any of the statements Comenity attached to its Motion at Dkt. 134-2.
12. I disputed the fraud with Comenity as soon as I learned about it in May 2023.
13. I reported the fraud to the Mountain View Police Department on June 13, 2023.
14. I provided a copy of the police report to Comenity in connection with my disputes.
15. The copy of the police report I received from the Mountain View Police Department contained redactions.
16. I did not request these redactions.
17. I have never possessed an unredacted version of this police report.

**LOKER LAW, APC**
**132 BRIDGE STREET**
**ARROYO GRANDE, CA 93420**

CASE NO.: 23-cv-4965 EKL        1 OF 4        *Panchenko v. Bank of America, N.A., et al.*
**DECLARATION OF PLAINTIFF OLEKSANDR PANCHENKO IN SUPPORT OF PANCHENKO'S OPPOSITION TO DEFENDANT COMENITY BANK'S MOTION FOR SUMMARY JUDGMENT**

18. Comenity did not request an unredacted police report during the course of its investigation.
19. I called Comenity to dispute the fraud twice on June 30, 2023.
20. True and correct copies of these recordings were produced by Comenity during the course of litigation.
21. I recognize my voice during those calls and remember placing those calls.
22. True and correct copies of those calls are attached hereto as Exhibits 1 and 2.
23. I also called Comenity on July 18, 2023 to dispute the fraud.
24. A true and correct copy of the recording produced by Comenity is attached hereto as Exhibit 3.
25. I called Comenity twice on August 7, 2023 to dispute the fraud.
26. True and correct copies of those recordings produced by Comenity are attached hereto as Exhibits 4 and 5.
27. I have listened to recordings from 2017 and 2018 produced by Comenity during the course of litigation in this matter.
28. Said recordings are attached to the Declaration of my counsel, Matthew M. Loker.
29. The recordings, which occurred between November 24, 2017 and October 27, 2018 are not me.
30. I do not recognize the voice on the recordings.
31. I never received a telephone call from Comenity during the course of its investigation of my disputes.
32. I devoted much of my time to disputing this fraud with Comenity.
33. I am new to this country and unfamiliar with the credit system.
34. This is the first time I have been the victim of identity theft.
35. I do not know anyone in this country who has been the victim of identity theft.

---

CASE NO.: 23-cv-4965 EKL         2 OF 4         *Panchenko v. Bank of America, N.A., et al.*
**DECLARATION OF PLAINTIFF OLEKSANDR PANCHENKO IN SUPPORT OF PANCHENKO'S OPPOSITION TO DEFENDANT COMENITY BANK'S MOTION FOR SUMMARY JUDGMENT**

36. I had no one to receive guidance from on this process as a result.
37. The dispute process was completely overwhelming for me.
38. The dispute process was time intensive.
39. The dispute process was not a simple matter of putting together a single letter.
40. I was forced to conduct extensive research on what I needed to do.
41. The dispute process interfered with my ability to look for a job.
42. I believe my employment was delayed because I was unable to focus on applying to jobs while I was disputing this fraud with Comenity.
43. My direct dispute submitted in July 2023 was attached to Comenity's Motion at Dkt. 134-22.
44. One of my indirect disputes submitted in August 2023 to Trans Union was attached to Comenity's Motion at Dkt. 134-18.
45. I also submitted indirect disputes to Equifax and Experian in August 2023.
46. I am also seeking a recovery of emotional distress in this matter.
47. Comenity did not request I describe my emotional distress during the course of written discovery.
48. A true and correct copy of their interrogatories are attached hereto as Exhibit 6.
49. I provided a description of my emotional distress in response to Bank of America's request to do so.
50. A true and correct copy of my response is attached hereto as Exhibit 7.
51. I detailed my emotional distress during my deposition.
52. A true and correct copy of my excerpts from my deposition is attached hereto as Exhibit 8.
53. During my deposition I explained the basis for my claims against Comenity as well as my emotional distress damages.
54. I reviewed the application that was submitted to open this account in my name.

55. It contains my proper name, date of birth, and social security number

56. The application contains an address that does not belong to me.

57. It also contains a telephone number that does not belong to me.

58. I received a letter dated July 19, 2023 from Equifax notifying me Comenity rejected my dispute, Panchenko 102 – 110.

59. A true and correct copy of this letter is attached hereto as Exhibit 9.

60. I received a letter dated July 21, 2023 from Trans Union notifying me Comenity rejected my dispute, Panchenko 196 – 213.

61. A true and correct copy of this letter is attached hereto as Exhibit 10.

62. I received a letter dated July 27, 2023 from Comenity notifying me it rejected my dispute, Panchenko 41

63. A true and correct copy of this letter is attached hereto as Exhibit 11.

64. I received a letter dated August 31, 2023 from Trans Union notifying me Comenity rejected my dispute, Panchenko 224 – 240.

65. A true and correct copy of this letter is attached hereto as Exhibit 12.

66. I request this Court deny Comenity's Motion in its entirety.

67. I wish to proceed to trial to tell my story and ensure that consumers who are the victims of identity theft do not have to endure the same traumatic experience that I did.

   I declare under the penalty of perjury, pursuant to the laws of the State of California and those of the United States of America that the foregoing is true and correct. Executed on July 9, 2025 in _____.

By: _____
OLEKSANDR PANCHENKO