**LOKER LAW, APC**
Matthew M. Loker (279939)
matt@loker.law
Telephone: (805) 994-0177
Charles B. Cummins (354861)
charles@loker.law
Telephone: (805) 468-8141
132 Bridge Street
Arroyo Grande, CA 93420

*Attorneys for Plaintiff,*
Oleksandr Panchenko

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEKSANDR PANCHENKO,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; CAVALRY PORTFOLIO SERVICES, LLC; COMENITY CAPITAL BANK; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; U.S. BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES LLC; AND TRANS UNION LLC,<br><br>Defendants. | **Case No.:** 23-cv-04965-EKL<br><br>**DECLARATION OF MATTHEW M. LOKER IN SUPPORT OF PLAINTIFF OLEKSANDR PANCHENKO'S OPPOSITION TO DEFENDANT COMENITY BANK'S MOTION FOR SUMMARY JUDGMENT**<br><br>**DATE:**  August 13, 2025<br>**TIME:**  10:00 a.m.<br>**COURTROOM:**  7<br><br>**HON.  EUMI K. LEE** |

**CASE NO.: 23-cv-04965-EKL**                *Panchenko v. Bank of America, N.A., et al.*
**DECLARATION OF MATTHEW M. LOKER IN SUPPORT OF PLAINTIFF OLEKSANDR PANCHENKO'S OPPOSITION TO DEFENDANT COMENITY BANK'S MOTION FOR SUMMARY JUDGMENT**

I, MATTHEW M. LOKER, ESQ., hereby declare under penalty of perjury, pursuant to the laws of the State of California and those of the United States of America that the foregoing is true and correct:

1. I am over the age of 18 and am fully competent to make this declaration.
2. I am the owner of Loker Law, APC, a consumer protection law firm based in Arroyo Grande, CA.
3. I taught contracts at the San Luis Obispo College of Law for seven years.
4. I am a Board Member and Treasurer for the National Association of Consumer Advocates.
5. I am a Board Member for the San Luis Obispo Legal Assistance Foundation.
6. I was admitted to the State Bar of California in 2011 and have been a member in good standing ever since that time.
7. I have litigated cases in both state and federal courts in Arizona, California, Colorado, Florida, Michigan, Minnesota, Missouri, Nevada, New York, North Carolina, Ohio, South Carolina, Tennessee, Utah, and Washington.
8. If called as a witness, I would competently testify to the matters herein from personal knowledge.
9. The declaration is based upon my personal knowledge, except where expressly noted otherwise.
10. Comenity produced a number of telephone call recordings in this Action.
11. Call recordings in 2017 and 2018 are relied upon in Panchenko's Opposition to Comenity's Motion.
12. I have arranged for said call recordings to be provided to Chambers via secure download link as well as a thumb drive.
13. Exhibit 13, Comenity 233, is a call recording dated November 24, 2017.
14. Exhibit 14, Comenity 234, is a call recording dated January 11, 2018.

15. Exhibit 15, Comenity 235, is a call recording dated February 13, 2018.
16. Exhibit 16, Comenity 236, is a call recording dated March 19, 2018.
17. Exhibit 17, Comenity 237, is a call recording dated March 28, 2018.
18. Exhibit 18, Comenity 238, is a call recording dated April 4, 2018.
19. Exhibit 19, Comenity 239, is a call recording dated April 18, 2018.
20. Exhibit 20, Comenity 240, is a call recording dated May 10, 2018.
21. Exhibit 21, Comenity 241, is a call recording dated May 22, 2018.
22. A true and correct copy of the cited excerpts from Banu's Deposition is attached hereto as Exhibit 22.
23. A true and correct copy of the cited excerpts from Ford's Deposition is attached hereto as Exhibit 23.
24. A true and correct copy of the cited excerpts from Golpinath's Deposition is attached hereto as Exhibit 24.
25. A true and correct copy of the cited excerpts from Hollon's Deposition is attached hereto as Exhibit 25.
26. A true and correct copy of Hollan's rebuttal report is attached hereto as Exhibit 26.
27. A true and correct copy of the cited excerpts from Kadaresh's Deposition is attached hereto as Exhibit 27.
28. A true and correct copy of the cited excerpts from Alla's Deposition is attached hereto as Exhibit 28.
29. A true and correct copy of the cited excerpts from Rani's Deposition is attached hereto as Exhibit 29.
30. A true and correct copy of the cited excerpts from Pavithra's Deposition is attached hereto as Exhibit 30.

31. A true and correct copy of the cited excerpts from Shanmugam's Deposition is attached hereto as Exhibit 31.

32. A true and correct copy of the cited excerpts from Shashidhar's Deposition is attached hereto as Exhibit 32.

I declare under the penalty of perjury, pursuant to the laws of the State of California and those of the United States of America that the foregoing is true and correct. Executed on July 9, 2025 in Arroyo Grande, CA.

By: ___/s/ Matthew M. Loker___
MATTHEW M. LOKER