**LOKER LAW, APC**
Matthew M. Loker, Esq. (279939)
matt.loker@loker.law
Charles B. Cummins, Esq. (354861)
charles.cummins@loker.law

*Attorneys for Plaintiff,*
Oleksandr Panchenko

**WOMBLE BOND DICKINSON (US) LLP**
Tomio B. Narita (SBN 156576)
Tomio.Narita@wbd-us.com
Nathan A. Searles (SBN 234315)
Nathan.Searles@wbd-us.com
Alisa A. Givental (SBN 273551)
Alisa.Givental@wbd-us.com
Kristina B. Hovsepyan (SBN 340674)
Kristina.Hovsepyan@wbd-us.com

Attorneys for Defendant
Comenity Capital Bank

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEKSANDR PANCHENKO, | CASE NO.: 5:23-cv-04965-EKL |
| Plaintiff, | **APPENDIX 1 TO PRETRIAL STATEMENT – WITNESS LIST** |
| vs. | |
| BANK OF AMERICA, N.A., et al. | |
| Defendants. | |

**APPENDIX 1 TO PRETRIAL STATEMENT – WITNESS LIST**   WBD (US) 4918-2680-1516

Panchenko's case in chief will utilize the following witnesses: [1]

| NAME | TIME ESTIMATE DIRECT \| CROSS BY DEFENSE | SUBSTANCE |
|---|---|---|
| 1. Panchenko | 3.0 hrs \| 6.0 hrs | Fraud, dispute process, damages |
| 2. Alla Odeianenko | 1.5 hrs \| 1.5 hrs | Fraud, dispute process, damages |
| 3. Pavlo Bilashchuk | 1.0 hrs \| 1.0 hrs | Plaintiff's damages |
| 6. Sierra Ford | 2.0 hrs \| 2.0 hrs | Comenity's documents and procedures |
| 7. Arshiya Banu (by Deposition) | 0.5 hrs \| 0.5 hrs | Comenity's investigation of Plaintiff's disputes |
| 8. Praghathi Gopinath (by Deposition) | 0.5 hrs \| 0.5 hrs | Comenity's investigation of Plaintiff's disputes |
| 9. Poojitha Kadaresh (by Deposition) | 0.5 hrs \| 0.5 hrs | Comenity's investigation of Plaintiff's disputes |
| 10. J. Elizabeth Rani (by Deposition) | 0.5 hrs \| 0.5 hrs | Comenity's investigation of Plaintiff's disputes |
| 11. Pavithra S (by Deposition) | 0.5 hrs \| 0.5 hrs | Comenity's investigation of Plaintiff's disputes |
| 12. Ramya Shashidhar (by deposition) | 0.5 hrs \| 0.5 hrs | Comenity's investigation of Plaintiff's disputes |
| 13. Shanmugam Arul (by deposition) | 0.5 hrs \| 0.5 hrs | Comenity's investigation of Plaintiff's disputes |
| 14. Custodian of Records for Equifax | 0.5 hrs \| 0.25 hrs | Foundation / authentication / credit reporting process |
| 15. Custodian of Records for Experian | 0.5 hrs \| 0.25 hrs | Foundation / authentication / credit reporting process |
| 16. Custodian of Records for Trans Union | 0.5 hrs \| 0.25 hrs | Foundation / authentication / credit reporting process |
| 17. Custodian of Records for Goldman | 0.25 hrs \| 0.25 hrs | Foundation / authentication |

---

[1] Panchenko contends each witness should be taken in turn.

**APPENDIX 1 TO PRETRIAL STATEMENT – WITNESS LIST**    WBD (US) 4918-2680-1516

Defendant Comenity Capital Bank's case-in-chief witnesses:

| | NAME | TIME ESTIMATE DIRECT \| CROSS BY PLAINTIFF | SUBSTANCE |
|---|---|---|---|
| 1. | Sierra Ford | 4.0 hrs \| 0.5 hrs | Comenity's designated representative who will testify about Comenity's documents and procedures. |
| 2. | John Ulzheimer | 4.0 hrs \| 1.5 hrs | Comenity's expert who will testify to his opinions that (1) Comenity's credit reporting investigations into Plaintiff's disputes were in line with, and exceeded, industry standard practice; and (2) Plaintiff has failed to establish a connection between Comenity's credit reporting and Plaintiff's alleged credit related damages. Mr. Ulzheimer's opinions are based on his experience and analysis of the case materials. Mr. Ulzheimer's curriculum vitae describing his experience is attached hereto as Exhibit A. |
| 3. | Oleksandr Panchenko | 1.0 hrs / 0.5 hours | Plaintiff to testify regarding his claims and alleged damages. |
| 4. | Alla Odeianenko | 1.0 hrs / 0.25 hours | Plaintiff's alleged damages and Plaintiff's credibility. |
| 5. | Pavlo Bilashchuk | 1.0 hrs / 0.25 hours | Plaintiff's alleged damages and Plaintiff's credibility. |
| 6. | Fabian Ochoa-Garcia (by Deposition) | 1.0 hrs / 0.25 hours | Handling of Plaintiff's disputes by Bank of America |
| 7. | Jordan Lund (by Deposition) | 1.0 hrs / 0.25 hours | Handling of Plaintiff's disputes by Bank of America |
| 8. | Custodian of Records of JPMorgan Chase Bank, N.A. | 0.25 hrs / 0.2 hours | Authenticating and laying foundation for documents produced by JPMorgan Chase Bank, N.A. |
| 9. | Karen Denise Cobb (by Deposition) | 1.5 hrs / 0.2 hours | Equifax documents and procedures |
| 10. | Custodian of Records for Experian | 0.25 hrs / 0.2 hours | Authenticating and laying foundation for documents produced by Experian |

**APPENDIX 1 TO PRETRIAL STATEMENT – WITNESS LIST**     WBD (US) 4918-2680-1516

| | Name | Time Estimate | Substance |
|---|---|---|---|
| 11. | Custodian of Records for Trans Union | 0.25 hrs / 0.2 hours | Authenticating and laying foundation for documents produced by Trans Union |
| 12. | Ramya Shashidhar (by Deposition) | 1.0 hrs / 0.5 hours | Comenity's reasonable investigation of Plaintiff's disputes |
| 13. | Arul Shanmugam (by Deposition) | 1.0 hrs / 0.5 hours | Comenity's reasonable investigation of Plaintiff's disputes |
| 14. | Custodian of Records of Credit Karma | 1.0 hrs / 0.5 hours | Authenticating and laying foundation for documents produced by Credit Karma and Plaintiff's use of his Credit Karma account. |
| 15. | Custodian of Records of GoogleFi | 1.0 hrs / .5 hours | Authenticating and laying foundation for documents produced by GoogleFi relating to Plaintiff's phone records. |

Panchenko's anticipated rebuttal witnesses:

| | NAME | TIME ESTIMATE DIRECT \| CROSS BY DEFENSE | SUBSTANCE |
|---|---|---|---|
| 1. | Douglas Hollon | 1.5 hrs / 2.5 hrs | Panchenko's rebuttal expert whose CV and Report are in the record at Dkt. Nos. 139-27 and 139-28. |

**APPENDIX 1 TO PRETRIAL STATEMENT – WITNESS LIST**   WBD (US) 4918-2680-1516