**LOKER LAW, APC**
Matthew M. Loker, Esq. (279939)
matt.loker@loker.law
Charles B. Cummins, Esq. (354861)
charles.cummins@loker.law

*Attorneys for Plaintiff,*
Oleksandr Panchenko

**WOMBLE BOND DICKINSON (US) LLP**
TOMIO B. NARITA (SBN 156576)
Tomio.Narita@wbd-us.com
NATHAN A. SEARLES (SBN 234315)
Nathan.Searles@wbd-us.com
ALISA A. GIVENTAL (SBN 273551)
Alisa.Givental@wbd-us.com
KRISTINA B. HOVSEPYAN (SBN 340674)
Kristina.Hovsepyan@wbd-us.com

Attorneys for Defendant
Comenity Capital Bank

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEKSANDR PANCHENKO,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., et al.<br><br>Defendants. | CASE NO.: 5:23-cv-04965-EKL<br><br>**APPENDIX 2 TO PRETRIAL STATEMENT – JOINT EXHIBIT LIST** |

**APPENDIX 2 TO PRETRIAL STATEMENT – JOINT EXHIBIT LIST**

**Plaintiff's Exhibit List:**

| # | Description | Purpose and sponsoring witness | Objections | Response to Objections |
|---|---|---|---|---|
| | | **DISPUTES** | | |
| 1. | 23.06.27 Dispute to Comenity, Comenity 112 – 121 | Dispute, Damages. Panchenko, Ford | 401/403 evidence of direct disputes not relevant to section 1681s-(b) claim; subject of motion in limine; no foundation; no authentication; hearsay | Panchenko drafted the disputes and will present testimony at trial regarding the contents. This is not a direct dispute, however, Panchenko disagrees that direct disputes are irrelevant. |
| 2. | 23.08.16 Dispute to Experian, Exp_Panchenko_438 – 497 | Dispute, Damages. Panchenko, Experian, Ford | No foundation; no authentication; hearsay | " Additionally, this document was produced in response to a subpoena issues by Panchenko to Experian. |
| 3. | 23.08.16 Dispute to Trans Union, Comenity 45 – 105 | Dispute, Damages. Panchenko, Trans Union, Ford | 401/403 attachments are subject to motion in limine; no foundation; no authentication; hearsay | " |

| | | | | |
|---|---|---|---|---|
| 4. | 23.08.19 Equifax Dispute, EIS-Panchenko-672 - 793 | Dispute, Damages. Panchenko, Equifax, Ford | 401/403 attachments are subject to motion in limine; no foundation; no authentication; hearsay | Panchenko drafted the disputes and will present testimony at trial regarding the contents. This is not a direct dispute, however, Panchenko disagrees that direct disputes are irrelevant. |
| 5. | Panchenko's Ukraine Passport, Panchenko 250 – 258 | Damages, verification. Panchenko | 401/403; incomplete; misleading; subject of a motion in limine | Said Passport relates to the inaccuracy of Comenity's reporting |
| **ACDVS & AUD** | | | | |
| 6. | 23.05.18 Experian ACDV by Poojitha, Comenity 1 – 3 | Dispute, verification. Poojitha, Experian, Ford | No foundation; no authentication; hearsay | Comenity produced this document in response to party opponent, Panchenko, Request for Production of Documents. Both Ford and Comenity's employee as well as the CRA will authenticate and lay foundation. |
| 7. | 23.05.20 Experian ACDV by Elizabeth, Comenity 4 – 6 | Dispute, verification. Pavithra, Equifax, Ford | No foundation; no authentication; hearsay | See Panchenko's Response on Exhibit 1. |

**APPENDIX 2 TO PRETRIAL STATEMENT – JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 8. | 23.07.18 Experian ACDV by Pavithra, Comenity 7 – 12 | Dispute, Verification. Pavithra, Experian, Ford | No foundation; no authentication; hearsay | " |
| 9. | 23.07.05 Trans Union ACDV by Pavithra, Comenity 13 – 18 | Dispute, verification. Pavithra, Trans Union, Ford | No foundation; no authentication; hearsay | " |
| 10. | 23.08.10 Experian ACDV by Gopinath, Comenity 19 – 24 | Dispute, verification. Gopinath, Experian, Ford | No foundation; no authentication; hearsay | " |
| 11. | 23.08.13 Equifax ACDV by Arul, Comenity 25 – 30 | Dispute, verification. Arul, Equifax, Ford | No foundation; no authentication; hearsay | " |
| 12. | 23.08.19 Equifax ACDV by Arul, Comenity 31 – 36 | Dispute, verification. Arul, Equifax, Ford | No foundation; no authentication; hearsay | " |
| 13. | 23.08.10 Experian ACDV by Gopinath, Comenity 37 – 42 | Dispute, verification. Banu, Trans Union, Ford | No foundation; no authentication; hearsay | " |
| 14. | 23.08.21 Trans Union ACDV by Gopinath, Comenity 106 – 111 | Dispute, verification. Gopinath, Trans Union, Ford | No foundation; no authentication; hearsay | " |
| **EASE NOTES** | | | | |
| 15. | EASE Notes by PO, Comenity 290 – 291 | Verification. Comenity 30(b)(1), Ford | No objection | |
| 16. | EASE Notes by ER, Comenity 292 – 294 | Verification. Comenity 30(b)(1), Ford | No objection | |
| 17. | EASE Notes by RS, Comenity 295 – 296 | Verification. Comenity 30(b)(1), Ford | No objection | |
| 18. | EASE Notes, Comenity 297 – 315 | Verification. Comenity 30(b)(1), Ford | No objection | |
| 19. | EASE Notes by PG, Comenity 316 – 317 | Verification. Comenity 30(b)(1), Ford | No objection | |
| 20. | EASE Notes by AS, Comenity 318 – 324 | Verification. Comenity 30(b)(1), Ford | No objection | |

**APPENDIX 2 TO PRETRIAL STATEMENT – JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 21. | EASE Notes by AS, Comenity 325 – 329 | Verification. Comenity 30(b)(1), Ford | No objection | |
| 22. | EASE Notes by PG, Comenity 330 – 331 | Verification. Comenity 30(b)(1), Ford | No objection | |
| 23. | EASE Notes by AB, Comenity 332 - 334 | Verification. Comenity 30(b)(1), Ford | No objection | |
| **DISPUTE RESPONSES** | | | | |
| 24. | 23.06.01 Dispute Results by Experian, Exp_Panchenko_141 – 150 | Verification, damages. Panchenko, Equifax | No foundation; no authentication; hearsay | Panchenko received the written communication and will testify as to his impressions and feelings upon receipt. If necessary, the Experian can establish foundation even though it produced these documents in response to a subpoena from Panchenko. Moreover, Comenity seeks to introduce dispute results as well. |
| 25. | 23.06.28 Acceptance of Dispute by Capital One, Panchenko 14 | Verification. Panchenko, Capital One | 401/403; not relevant to section 1681s-(b) claim; no foundation; no authentication; hearsay | Panchenko will testify as to the impact the receipt of this letter had upon him. |

**APPENDIX 2 TO PRETRIAL STATEMENT – JOINT EXHIBIT LIST**

| 26. | 23.07.19 Dispute Results by Equifax, EIS-Panchenko-158 – 167 | Verification, damages. Panchenko, Equifax | No foundation; no authentication; hearsay | Panchenko received the written communication and will testify as to his impressions and feelings upon receipt. If necessary, the CRA can establish foundation even though it produced these documents in response to discovery requests from Panchenko. Moreover, Comenity seeks to introduce dispute results as well. |
| --- | --- | --- | --- | --- |
| 27. | 23.08.21 Dispute Results by Equifax, EIS-Panchenko-350 – 357 | Verification, damages. Panchenko, Equifax | No foundation; no authentication; hearsay | " |
| 28. | 23.07.21 Dispute Results by Trans Union | Verification, damages. Panchenko, Trans Union | No foundation; no authentication; hearsay | "<br><br>Trans Union's documents were also produced in response to a subpoena. |
| 29. | 23.08.31 Dispute Results by Trans Union | Verification, damages. Panchenko, Trans Union | No foundation; no authentication; hearsay | " |

**APPENDIX 2 TO PRETRIAL STATEMENT – JOINT EXHIBIT LIST**

| 30. | 23.09.09 Dispute Results by Trans Union | Verification, damages. Panchenko, Trans Union | No foundation; no authentication; hearsay | " |
|---|---|---|---|---|
| | | **CREDIT REPORTS** | | |
| 31. | 23.08.15 Credit Report re Trans Union | Damages. Panchenko, Trans Union | No foundation; no authentication; hearsay | Panchenko received the written communication and will testify as to his impressions and feelings upon receipt. If necessary, the Trans Union can establish foundation even though it produced these documents in response to a subpoena from Panchenko. |

**APPENDIX 2 TO PRETRIAL STATEMENT – JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 32. | 23.08.16 Credit Report re Experian, Exp_Panchenko_265 – 270 | Damages.  Panchenko, Experian | No foundation; no authentication; hearsay | Panchenko received the written communication and will testify as to his impressions and feelings upon receipt. If necessary, the Experian can establish foundation even though it produced these documents in response to a subpoena from Panchenko. |
| 33. | 24.07.06 Experian Credit Report, Exp_Panchenko_401 – 406 | Damages, Panchenko, Experian | 401/403; this 2024 report is not during a timeframe that is relevant to the section 1681s-2(b) claim | Said documents reflect the credit report Panchenko sought from the beginning and he will testify as to the damages he suffered in achieving this report.  The credit report was produced in response to a subpoena to Experian by Panchenko. |

| 34. | 24.06.26 Equifax Credit Report | Dispute. Panchenko | 401/403; this 2024 report is not during a timeframe that is relevant to the section 1681s-2(b) claim | |
|-----|----|----|----|----|
| **COMENITY DOCUMENTS** | | | | |
| 35. | Comenity Account Notes, Comenity 138 - 142 | Verification. Ford | No objection | |
| 36. | Comenity Call Logs, Comenity 143 – 154 | Dispute, Verification. Ford, Panchenko | 401/403; No foundation; no authentication; hearsay | These records were generated by Comenity and produced to Panchenko in response to Panchenko's discovery requests. |
| 37. | New Account Archive, Comenity 155 – 162 | Verification. Ford | No objection | |
| 38. | 23.07.19 Letter from Comenity, Comenity 134 – 135 | Damages, Verification. Panchenko, Ford | No foundation; no authentication; hearsay | These records were generated by Comenity and produced to Panchenko in response to Panchenko's discovery requests. Panchenko will testify as to the impact this receipt of this written communication had on him. |
| 39. | Comenity Monthly Statements, Comenity 163 – 232 | Verification. Ford | No objection | |

| RECORDINGS | | | | |
|---|---|---|---|---|
| 40. | 17.11.24 Call Recording | Damages, Verification. Panchenko, Ford, Comenity's various 30(b)(1) employees | 401/403; subject of a motion in limine; evidence of direct disputes not relevant to section 1681s-(b) claim; no foundation; no authentication; hearsay | This document relates to the investigation that should have been performed by Comenity. Panchenko will also testify regarding the voice differences and the impact upon him upon listening to the recordings. |
| 41. | 18.01.11 Call Recording | " | 401/403; subject of a motion in limine; evidence of direct disputes not relevant to section 1681s-(b) claim; no foundation; no authentication; hearsay | " |
| 42. | 18.02.13 Call Recording | " | 401/403; subject of a motion in limine; evidence of direct disputes not relevant to section 1681s-(b) claim; no foundation; no authentication; hearsay | " |

**APPENDIX 2 TO PRETRIAL STATEMENT – JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 43. | 18.03.19 Call Recording | " | 401/403; subject of a motion in limine; evidence of direct disputes not relevant to section 1681s-(b) claim; no foundation; no authentication; hearsay | " |
| 44. | 18.03.28 Call Recording | " | 401/403; subject of a motion in limine; evidence of direct disputes not relevant to section 1681s-(b) claim; no foundation; no authentication; hearsay | " |
| 45. | 18.04.04 Call Recording | " | 401/403; subject of a motion in limine; evidence of direct disputes not relevant to section 1681s-(b) claim; no foundation; no authentication; hearsay | " |
| 46. | 18.04.18 Call Recording | " | 401/403; subject of a motion in limine; evidence of direct disputes not relevant to section 1681s-(b) claim; no foundation; no authentication; hearsay | " |

**APPENDIX 2 TO PRETRIAL STATEMENT – JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 47. | 18.05.10 Call Recording | " | 401/403; subject of a motion in limine; evidence of direct disputes not relevant to section 1681s-(b) claim; no foundation; no authentication; hearsay | " |
| 48. | 18.05.22 Call Recording | " | 401/403; subject of a motion in limine; evidence of direct disputes not relevant to section 1681s-(b) claim; no foundation; no authentication; hearsay | " |
| 49. | 23.06.30 Call Recording 1 | " | 401/403; subject of a motion in limine; evidence of direct disputes not relevant to section 1681s-(b) claim; no foundation; no authentication; hearsay | " |
| 50. | 23.06.30 Call Recording 2 | " | 401/403; subject of a motion in limine; evidence of direct disputes not relevant to section 1681s-(b) claim; no foundation; no authentication; hearsay | " |

**APPENDIX 2 TO PRETRIAL STATEMENT – JOINT EXHIBIT LIST**

| 51. | 23.07.18 Call Recording | " | 401/403; subject of a motion in limine; evidence of direct disputes not relevant to section 1681s-(b) claim; no foundation; no authentication; hearsay | " |
|---|---|---|---|---|
| 52. | 23.08.07 Call Recording 1 | " | 401/403; subject of a motion in limine; evidence of direct disputes not relevant to section 1681s-(b) claim; no foundation; no authentication; hearsay | " |
| 53. | 23.08.07 Call Recording 2 | " | 401/403; subject of a motion in limine; evidence of direct disputes not relevant to section 1681s-(b) claim; no foundation; no authentication; hearsay | " |
| **MISC** | | | | |
| 54. | 23.08.16 Goldman Sachs Credit Denial, Panchenko 1 – 3 | Damages. Panchenko, Goldman Sachs | 401/403; subject of a motion in limine; no foundation; no authentication; hearsay; improper opinion testimony by a lay witness | Panchenko will testify regarding the impact this denial had upon him. Panchenko will also seek testimony from Goldman Sachs at trial regarding the remaining objections. |

**APPENDIX 2 TO PRETRIAL STATEMENT – JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 55. | Hollon Rebuttal Report in connection with Comenity's Case in Chief | Verification. Hollon | Subject to motion in limine and excluded in large part by August 13, 2025 Court Order | |
| 56. | Pavithra Transcript | Damages, Verification. Comenity 30(b)(1), Ford | The Plaintiff's specific designations of this transcript have not been provided to Comenity at this time. When it receives those designations, Comenity anticipates that it will assert specific objections to certain passages, and that it will submit counter-designations. | |
| 57. | Banu Transcript | Damages, Verification. Comenity 30(b)(1), Ford | The Plaintiff's specific designations of this transcript have not been provided to Comenity at this time. When it receives those designations, Comenity anticipates that it will assert specific objections to certain passages, and that it will submit counter-designations. | |

**APPENDIX 2 TO PRETRIAL STATEMENT – JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 58. | Elizabeth Transcript | Damages, Verification. Comenity 30(b)(1), Ford | The Plaintiff's specific designations of this transcript have not been provided to Comenity at this time. When it receives those designations, Comenity anticipates that it will assert specific objections to certain passages, and that it will submit counter-designations. | |
| 59. | Kadaresh Transcript | Damages, Verification. Comenity 30(b)(1), Ford | The Plaintiff's specific designations of this transcript have not been provided to Comenity at this time. When it receives those designations, Comenity anticipates that it will assert specific objections to certain passages, and that it will submit counter-designations. | |

**APPENDIX 2 TO PRETRIAL STATEMENT – JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 60. | Gopinath Transcript | Damages, Verification. Comenity 30(b)(1), Ford | The Plaintiff's specific designations of this transcript have not been provided to Comenity at this time. When it receives those designations, Comenity anticipates that it will assert specific objections to certain passages, and that it will submit counter-designations. | |
| 61. | Shashidhar Transcript | Damages, Verification. Comenity 30(b)(1), Ford | The Plaintiff's specific designations of this transcript have not been provided to Comenity at this time. When it receives those designations, Comenity anticipates that it will assert specific objections to certain passages, and that it will submit counter-designations. | |

**APPENDIX 2 TO PRETRIAL STATEMENT – JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 62. | Arul Transcript | Damages, Verification. Comenity 30(b)(1), Ford | The Plaintiff's specific designations of this transcript have not been provided to Comenity at this time. When it receives those designations, Comenity anticipates that it will assert specific objections to certain passages, and that it will submit counter-designations. | |

**Defense Exhibit List**

| # | *Description* | Purpose and sponsoring witness | Objections | Response to Objections |
|---|---|---|---|---|
| 63. | *2024.04.05 Panchenko Oleksandr - Our Responses re Equifax Discovery* | Lack of causation and damages; impeachment; credibility. Panchenko | | |
| 64. | *2024.04.05 Panchenko -Responses Disc(1) Equifax* | Lack of causation and damages; impeachment; credibility. Panchenko | | |
| 65. | *2024.06.25 Panchenko -RRFA(1) From Comenity* | Lack of causation and damages; impeachment; credibility. Panchenko | | |
| 66. | *2024.06.25 Panchenko -RRPD(1) From Comenity* | Lack of causation and damages; impeachment; credibility. Panchenko | | |
| 67. | *2024.06.25 Panchenko -RSI(1) From Comenity* | Lack of causation and damages; impeachment; credibility. Panchenko | | |
| 68. | *2024.06.25 Panchenko -Verification of Responses Comenity* | Lack of causation and damages; impeachment; credibility. Panchenko | | |

**APPENDIX 2 TO PRETRIAL STATEMENT – JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 69. | *2025.02.21 Panchenko -Supplemental RRFA(1) BOFA* | Lack of causation and damages; impeachment; credibility. Panchenko | | |
| 70. | *2025.02.21 Panchenko -Supplemental RRFA(1) Comenity* | Lack of causation and damages; impeachment; credibility. Panchenko | | |
| 71. | *2025.02.21 Panchenko -Supplemental RRFA(1) Equifax* | Lack of causation and damages; impeachment; credibility. Panchenko | | |
| 72. | *2025.02.21 Panchenko -Supplemental RRPD(1) BOFA* | Lack of causation and damages; impeachment; credibility. Panchenko | | |
| 73. | *2025.02.21 Panchenko -Supplemental RRPD(1) Chase* | Lack of causation and damages; impeachment; credibility. Panchenko | | |
| 74. | *2025.02.21 Panchenko -Supplemental RRPD(1) Comenity* | Lack of causation and damages; impeachment; credibility. Panchenko | | |
| 75. | *2025.02.21 Panchenko -Supplemental RRPD(1) Equifax* | Lack of causation and damages; impeachment; credibility. Panchenko | | |
| 76. | *2025.02.21 Panchenko -Supplemental RSI(1) BOFA* | Lack of causation and damages; impeachment; credibility. Panchenko | | |
| 77. | *2025.02.21 Panchenko -Supplemental RSI(1) Chase* | Lack of causation and damages; impeachment; credibility. Panchenko | | |
| 78. | *2025.02.21 Panchenko -Supplemental RSI(1) Comenity* | Lack of causation and damages; impeachment; credibility. Panchenko | | |
| 79. | *2025.02.21 Panchenko -Supplemental RSI(1) Equifax* | Lack of causation and damages; impeachment; credibility. Panchenko | | |
| 80. | *2025.02.21 Panchenko -Verification BOFA* | Lack of causation and damages; impeachment; credibility. Panchenko | | |
| 81. | *2025.02.21 Panchenko -Verification Comenity* | Lack of causation and damages; impeachment; credibility. Panchenko | | |
| 82. | *2025.02.21 Panchenko -Verification Equifax* | Lack of causation and damages; impeachment; credibility. Panchenko | | |
| 83. | *2025.02.21 Panchenko -Verification Chase* | Lack of causation and damages; impeachment; credibility. Panchenko | | |

**APPENDIX 2 TO PRETRIAL STATEMENT – JOINT EXHIBIT LIST**

| 84. | *2025.03.06 Ulzheimer-Expert Report* | Investigation met industry standards; lack of causation and damages; impeachment; credibility. Ulzheimer | | |
|---|---|---|---|---|
| 85. | *2025.05.15 Comenity Supplemental Expert Ulzheimer Report* | Investigation met industry standards; lack of causation and damages; impeachment; credibility. Ulzheimer | | |
| 86. | *2025.07.11 [141] Panchenko – Declaration of Panchenko Opposing MSJ* | Lack of causation and damages; impeachment; credibility. Panchenko | | |
| 87. | *Panchenko Oleksandr - Our Responses re Chase Discovery* | Lack of causation and damages; impeachment; credibility. Panchenko | | |
| 88. | *Panchenko Oleksandr Responses to BofA Discovery* | Lack of causation and damages; impeachment; credibility. Panchenko | | |
| 89. | *Panchenko v. Experian - [1] Complaint* | Lack of causation and damages; impeachment; credibility. Panchenko | | |
| 90. | *Ramya Shashidhar (by Deposition)* | Lack of causation and damages; impeachment; credibility. Panchenko | | |
| 91. | *Arul Shanmugam (by Deposition)* | Lack of causation and damages; impeachment; credibility. Panchenko | | |
| 92. | *BANA deposition of Fabian Ochoa-Garcia Excerpts* | Foundation and testimony; Deposition transcript of Fabian Ochoa-Garcia | | |
| 93. | *BANA deposition of Fabian Jordan Lund Excerpts* | Foundation and testimony; Deposition transcript of Jordan Lund | | |

**APPENDIX 2 TO PRETRIAL STATEMENT – JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 94. | *Application and Underwriting Data BANA* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows Plaintiff's credit history and personally identifying information at the time of origination; Bank of America Custodian of records | | |
| 95. | *Bana Account Statements* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows payment history and spending activity; Bank of America Custodian of records | | |
| 96. | *BANA ACDV Response 7.12.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows creditor concluding account was valid; Bank of America Custodian of records | | |
| 97. | *BANA August 10, 2023, Claim Denial Letter* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows creditor concluding account was valid; Plaintiff and Bank of America Custodian of records | | |

**APPENDIX 2 TO PRETRIAL STATEMENT – JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 98. | *BANA Deposition Exhibit 105 -- ACDV response 5.29.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows creditor concluding account was valid; Bank of America Custodian of records and Fabian Ochoa-Garcia | | |
| 99. | *BANA Deposition Exhibit 106 -- Account notes* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows creditor concluding account was valid; Bank of America Custodian of records, Jordan Lund, and Fabian Ochoa-Garcia | | |
| 100. | *BANA Deposition Exhibit 108 -- ACDV response 5.31.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows creditor concluding account was valid; Bank of America Custodian of records and Jordan Lund | | |
| 101. | *BANA Deposition Exhibit 109 – zoomed in notes by J Lund.* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows creditor concluding account was valid; Bank of America Custodian of records and Jordan Lund | | |

**APPENDIX 2 TO PRETRIAL STATEMENT – JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 102. | *BANA October 19, 2023, Claim Denial* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows creditor concluding account was valid; Plaintiff and Bank of America Custodian of records | | |
| 103. | *Chase ACDV Response 5.25.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows creditor concluding account was valid; Chase custodian of records | | |
| 104. | *Chase ACDV Response 5.28.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows creditor concluding account was valid; Chase custodian of records | | |
| 105. | *Chase ACDV Response 5.29.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows creditor concluding account was valid; Chase custodian of records | | |
| 106. | *Chase ACDV Response 7.17.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows creditor concluding account was valid; Chase custodian of records | | |

**APPENDIX 2 TO PRETRIAL STATEMENT – JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 107. | *Chase ACDV Response 7.21.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows creditor concluding account was valid; Chase custodian of records | | |
| 108. | *Chase ACDV Response 8.13.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows creditor concluding account was valid; Chase custodian of records | | |
| 109. | *Chase ACDV Response 8.20.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows creditor concluding account was valid; Chase custodian of records | | |
| 110. | *Chase ACDV Response 8.21.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows creditor concluding account was valid; Chase custodian of records | | |
| 111. | *Chase ACDV Response 8.29.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows creditor concluding account was valid; Chase custodian of records | | |

**APPENDIX 2 TO PRETRIAL STATEMENT – JOINT EXHIBIT LIST**

| 112. | *Chase ACDV Response 8.30.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows creditor concluding account was valid; Chase custodian of records | | |
|---|---|---|---|---|
| 113. | *Chase C3 Screens With Investigation Notes* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows creditor concluding account was valid; Chase custodian of records | | |
| 114. | *Chase C3 Screens With Investigation Notes Acct 2101* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows creditor concluding account was valid; Chase custodian of records | | |
| 115. | *Chase Denial Letter 6.27.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows creditor concluding account was valid; Chase custodian of records and Plaintiff | | |
| 116. | *Chase Denial Letter 7.11.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows creditor concluding account was valid; Chase custodian of records and Plaintiff | | |

**APPENDIX 2 TO PRETRIAL STATEMENT – JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 117. | *Comenity VCAR Notes* | Shows account origination and history; demonstrates lack of inaccuracy and reasonableness of investigation; Sierra Ford | | |
| 118. | *COMENITY SNAP Account Initiation* | Shows account origination and history; demonstrates lack of inaccuracy and reasonableness of investigation; Sierra Ford | | |
| 119. | *COMENITY Credit Card Statements* | Shows account history; demonstrates lack of inaccuracy and reasonableness of investigation: Sierra Ford | | |
| 120. | *Comenity Virgin America Premium Visa Card Credit Card Agreement* | Shows account origination and history; demonstrates lack of inaccuracy and reasonableness of investigation; Sierra Ford | | |
| 121. | *Ease notes for ACDV with Control #3628885909018* | Demonstrates lack of inaccuracy and reasonableness of investigation; Sierra Ford | | |
| 122. | *Ease notes for ACDV with Control #99993134511002011* | Demonstrates lack of inaccuracy and reasonableness of investigation; Sierra Ford | | |
| 123. | *Ease notes for ACDV with Control #438955551017007* | Demonstrates lack of inaccuracy and reasonableness of investigation; Sierra Ford | | |

**APPENDIX 2 TO PRETRIAL STATEMENT – JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 124. | *Ease notes for ACDV at COMENITY 00297-00315* | Demonstrates lack of inaccuracy and reasonableness of investigation; Sierra Ford | | |
| 125. | *Ease notes for ACDV with Control #1521492445002* | Demonstrates lack of inaccuracy and reasonableness of investigation; Sierra Ford | | |
| 126. | *Ease notes for ACDV with Control #99993223543870009* | Demonstrates lack of inaccuracy and reasonableness of investigation; Sierra Ford | | |
| 127. | *Ease notes for ACDV with Control #99993227576961008* | Demonstrates lack of inaccuracy and reasonableness of investigation; Sierra Ford | | |
| 128. | *Ease notes for ACDV with Control #442466217003003* | Demonstrates lack of inaccuracy and reasonableness of investigation; Sierra Ford | | |
| 129. | *Ease notes for ACDV with Control #438955551034002* | Demonstrates lack of inaccuracy and reasonableness of investigation; Sierra Ford | | |
| 130. | *Comenity's policies and procedures regarding completing a fraud report for balances greater than $75* | Demonstrates lack of inaccuracy and reasonableness of investigation; Sierra Ford | | |
| 131. | *Comenity's guidelines for a claim of fraud on a sold account* | Demonstrates lack of inaccuracy and reasonableness of investigation; Sierra Ford | | |
| 132. | *Comenity's policies and procedures regarding working ACDV images in DocuWare* | Demonstrates lack of inaccuracy and reasonableness of investigation; Sierra Ford | | |

**APPENDIX 2 TO PRETRIAL STATEMENT – JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 133. | *Comenity AUD Completed 12/21/2023* | Bears on alleged damages claim and shows account history; Sierra Ford | | |
| 134. | *Comenity's policies and procedures relating to reinvestigating a case* | Demonstrates lack of inaccuracy and reasonableness of investigation; Sierra Ford | | |
| 135. | *Comenity's policies and procedures relating to reinvestigating a case how to determine if a reasonable investigation was completed* | Demonstrates lack of inaccuracy and reasonableness of investigation; Sierra Ford | | |
| 136. | *Comenity's policies and procedures relating to account protection indirect credit bureau disputes* | Demonstrates lack of inaccuracy and reasonableness of investigation; Sierra Ford | | |
| 137. | *Comenity's policies and procedures relating to account protection indirect credit bureau disputes overview* | Demonstrates lack of inaccuracy and reasonableness of investigation; Sierra Ford | | |
| 138. | *Comenity's policies and procedures relating to documenting an account in VCARS when responding to an ACDV* | Demonstrates lack of inaccuracy and reasonableness of investigation; Sierra Ford | | |
| 139. | *Comenity's policies and procedures for retrieving an ACDV from e-Oscar* | Demonstrates lack of inaccuracy and reasonableness of investigation; Sierra Ford | | |
| 140. | *Comenity's policies and procedures relating to responding to ACDV* | Demonstrates lack of inaccuracy and reasonableness of investigation; Sierra Ford | | |

**APPENDIX 2 TO PRETRIAL STATEMENT – JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 141. | *Comenity's policies and procedures relating to completing an ACDV with dispute code 103 when there is an indication of fraud* | Demonstrates lack of inaccuracy and reasonableness of investigation; Sierra Ford | | |
| 142. | *Comenity's policies and procedures relating to completing a fraud report for balances greater than $75, effective 6/6/22* | Demonstrates lack of inaccuracy and reasonableness of investigation; Sierra Ford | | |
| 143. | *Comenity's policies and procedures relating to completing a fraud report for balances greater than $75, effective 8/2/23* | Demonstrates lack of inaccuracy and reasonableness of investigation; Sierra Ford | | |
| 144. | *Comenity's policies and procedures for completing an ACDV with dispute code 103 when there is no indication of fraud, effective 2.15.23* | Demonstrates lack of inaccuracy and reasonableness of investigation; Sierra Ford | | |
| 145. | *Comenity's policies and procedures relating to completing an ACDV with dispute code 103 when there is an indication of fraud, effective 2/15/23* | Demonstrates lack of inaccuracy and reasonableness of investigation; Sierra Ford | | |
| 146. | *Comenity's policies and procedures relating completing reasonable credit bureau dispute investigation* | Demonstrates lack of inaccuracy and reasonableness of investigation; Sierra Ford | | |
| 147. | *Comenity's general rules and guidelines for completing an ACDV* | Demonstrates lack of inaccuracy and reasonableness of investigation; Sierra Ford | | |

**APPENDIX 2 TO PRETRIAL STATEMENT – JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 148. | *Comenity's guidelines for a claim of fraud on a sold account* | Demonstrates lack of inaccuracy and reasonableness of investigation; Sierra Ford | | |
| 149. | *Comenity's guidelines for working ACDV images in DocuWare* | Demonstrates lack of inaccuracy and reasonableness of investigation; Sierra Ford | | |
| 150. | *Equifax deposition of Karen Denise Cobb excerpts* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Foundation and authentication of Equifax exhibits and testimony about Equifax processes, effect of certain notations; deposition transcript of Karen Denise Cobb excerpts | | |
| 151. | *Equifax Depo Ex. 5 – ACIS notes, contact logs, internal notes* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Efforts to protect Plaintiff's credit in January 2018; Karen Denise Cobb, Equifax custodian of records, and Plaintiff | | |
| 152. | *Equifax Depo Ex. 4 letter to Oleksandr Panchenko re fraud alert options* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Communications between Equifax and Plaintiff re: options to address identity theft; Karen Denise Cobb, Equifax custodian of records, and Plaintiff | | |

**APPENDIX 2 TO PRETRIAL STATEMENT – JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 153. | *Equifax Depo Ex. 7 – ACDV re Cavalry 5.14.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows creditor concluding account was valid; Karen Denise Cobb, Equifax custodian of records | | |
| 154. | *Equifax Depo Ex. 9 – ACDV re US Bank 5.14.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows creditor concluding account was valid; Karen Denise Cobb, Equifax custodian of records | | |
| 155. | *Equifax Depo Ex. 11 – ACDV re JP Morgan Chase 5.14.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows creditor concluding account was valid; Karen Denise Cobb, Equifax custodian of records | | |
| 156. | *Equifax Depo Ex. 13 – ACDV re JP Morgan Chase 5.14.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows creditor concluding account was valid; Karen Denise Cobb, Equifax custodian of records | | |

**APPENDIX 2 TO PRETRIAL STATEMENT – JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 157. | *Equifax Depo Ex. 17 – ACDV re Barclays Bank of Delaware 5.14.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows creditor concluding account was valid; Karen Denise Cobb, Equifax custodian of records | | |
| 158. | *Equifax Depo Ex. 19 – ACDV re Bank of America 5.14.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows creditor concluding account was valid; Karen Denise Cobb, Equifax custodian of records | | |
| 159. | *Equifax Depo Ex. 23 letter to Panchenko re deletion of addresses 5.17.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows Plaintiff scrubbing credit of allegedly inaccurate info; Karen Denise Cobb, Equifax custodian of records, and Plaintiff | | |
| 160. | *Equifax Depo Ex. 26 – ACDV re Cavalry 6.28.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows Plaintiff scrubbing credit of allegedly inaccurate info; Karen Denise Cobb and Equifax custodian of records | | |

**APPENDIX 2 TO PRETRIAL STATEMENT – JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 161. | *Equifax Depo Ex. 27 – ACDV re US Bank 6.28.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows creditor concluding account was valid; Karen Denise Cobb, Equifax custodian of records | | |
| 162. | *Equifax Depo Ex. 33 – ACDV re JP Morgan Chase 6.28.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows creditor concluding account was valid; Karen Denise Cobb, Equifax custodian of records | | |
| 163. | *Equifax Depo Ex. 35 – ACDV re JP Morgan Chase 6.28.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows creditor concluding account was valid; Karen Denise Cobb, Equifax custodian of records | | |
| 164. | *Equifax Depo Ex. 40 – ACDV re Bank of America 6.28.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows creditor concluding account was valid; Karen Denise Cobb, Equifax custodian of records | | |

**APPENDIX 2 TO PRETRIAL STATEMENT – JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 165. | *Equifax Depo Ex. 48 letter from Equifax to Oleksandr Panchenko (documents needed for validation of identity) 6.28.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows Plaintiff had not provided basic information to CRAs by this point; Karen Denise Cobb, Equifax custodian of records, and Plaintiff | | |
| 166. | *Equifax Depo Ex. 56 – ACDV re Cavalry 7.24.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows creditor concluding account was valid; Karen Denise Cobb, Equifax custodian of records | | |
| 167. | *Equifax Depo Ex. 63 – ACDV re US Bank 8.11.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows creditor concluding account was valid; Karen Denise Cobb, Equifax custodian of records | | |
| 168. | *Equifax Depo Ex. 68 – ACDV re JP Morgan Chase 8.13.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows creditor concluding account was valid; Karen Denise Cobb, Equifax custodian of records | | |

**APPENDIX 2 TO PRETRIAL STATEMENT – JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 169. | *Equifax Depo Ex. 74 letter from Equifax to Oleksandr Panchenko 8.15.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows repeated disputes without additional information are not investigated by Equifax; Karen Denise Cobb, Equifax custodian of records | | |
| 170. | *Equifax Depo Ex. 77 – ACDV re US Bank 8.15.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows creditor concluding account was valid; Karen Denise Cobb, Equifax custodian of records | | |
| 171. | *Equifax Depo Exhibit 82 – Block referrals from Experian re Comenity, Chase, US Bank 8.16.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows Equifax block trigger; Karen Denise Cobb, Equifax custodian of records | | |
| 172. | *Equifax Depo Exhibit 96 – Dispute Results Letter 8.21.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows status of Plaintiff's Equifax report; Karen Denise Cobb, Equifax custodian of records, Plaintiff | | |

**APPENDIX 2 TO PRETRIAL STATEMENT – JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 173. | *Equifax Depo Exhibit 101 – Equifax Block Policy – Marked Confidential* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Explains Equifax's block policy as applicable to plaintiff's block requests; Karen Denise Cobb, Equifax custodian of records | | |
| 174. | *Experian Letter Re ID Theft 12.5.17* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages;; Shows efforts to protect Plaintiff's credit in December 2017; Experian custodian of records | | |
| 175. | *Experian Letter Re Fraud Alert 12.20.17* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages;; Shows efforts to protect Plaintiff's credit in December 2017; Experian custodian of records | | |
| 176. | *Experian BANA ACDV disputing as ID theft 12.18.17* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages;; Shows efforts to protect Plaintiff's credit in December 2017; Experian custodian of records | | |

**APPENDIX 2 TO PRETRIAL STATEMENT – JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 177. | *Experian Results Letter Re BANA Dispute 1.1.2018* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows efforts to protect Plaintiff's credit in January 2018; Experian custodian of records | | |
| 178. | *Experian Letter Re Removal of Fraud Alert 1.24.18* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages;; Shows efforts to protect Plaintiff's credit in January 2018; Experian custodian of records | | |
| 179. | *Experian Letter Re ID Theft 3.02.18* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows efforts to protect Plaintiff's credit in March 2018; Experian custodian of records | | |
| 180. | *Experian Letter Re ID Theft and US Bank 3.29.18* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages;; Shows efforts to protect Plaintiff's credit in March 2018; Experian custodian of records | | |

**APPENDIX 2 TO PRETRIAL STATEMENT – JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 181. | *Experian Letter Re Remedying Effects of ID Theft 5.11.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages;; Communications between Experian and Plaintiff re: options to address identity theft; Experian custodian of records and Plaintiff | | |
| 182. | *Experian Confirmation of Security Alert 5.11.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Communications between Experian and Plaintiff re: options to address identity theft; Experian custodian of records and Plaintiff | | |
| 183. | *Experian Credit Report 5.11.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages;; Shows Plaintiff's Experian credit report in May 2023; Experian custodian of records and Plaintiff | | |
| 184. | *Experian Letter Re Dispute Results 5.11.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows information Plaintiff requested to delete; Experian custodian of records and Plaintiff | | |

**APPENDIX 2 TO PRETRIAL STATEMENT – JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 185. | *Experian Response to Block Request 5.11.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Communications between Experian and Plaintiff re: options to address identity theft; Experian custodian of records and Plaintiff | | |
| 186. | *Experian Credit Report 5.12.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows Plaintiff's Experian credit report in May 2023; Experian custodian of records and Plaintiff | | |
| 187. | *Experian ACDV response from US Bank 5.16.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows creditor concluding account was valid; Experian custodian of records | | |
| 188. | *Experian ACDV response from Cavalry 5.17.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows creditor concluding account was valid; Experian custodian of records | | |

**APPENDIX 2 TO PRETRIAL STATEMENT – JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 189. | *Experian ACDV response from JPMorgan Chase 5.25.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows creditor concluding account was valid; Experian custodian of records | | |
| 190. | *Experian ACDV response from JPMorgan Chase 5.25.23 B* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows creditor concluding account was valid; Experian custodian of records | | |
| 191. | *Experian ACDV response from BANA 5.29.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows creditor concluding account was valid; Experian custodian of records | | |
| 192. | *Experian Dispute Results letter to Panchenko 6.1.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows Plaintiff's Experian credit report in June 2023; Experian custodian of records and Plaintiff | | |

**APPENDIX 2 TO PRETRIAL STATEMENT – JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 193. | *Experian Credit Report 6.13.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows Plaintiff's Experian credit report in June 2023; Experian custodian of records and Plaintiff | | |
| 194. | *Experian Credit Report 6.14.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows Plaintiff's Experian credit report in June 2023; Experian custodian of records and Plaintiff | | |
| 195. | *Experian Credit Report 6.15.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows Plaintiff's Experian credit report in June 2023; Experian custodian of records and Plaintiff | | |
| 196. | *Experian Credit Report 6.21.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows Plaintiff's Experian credit report in June 2023; Experian custodian of records and Plaintiff | | |

**APPENDIX 2 TO PRETRIAL STATEMENT – JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 197. | *Experian Credit Report 7.14.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows Plaintiff's Experian credit report in June 2023; Experian custodian of records and Plaintiff | | |
| 198. | *Experian ACDV response from JPMorgan Chase 8.13.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows creditor concluding account was valid; Experian custodian of records | | |
| 199. | *Exp ACDV response from US Bank 8.14.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows creditor concluding account was valid; Experian custodian of records | | |
| 200. | *Experian Dispute Results 8.16.23 x2 B* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows Comenity trade line deleted by Experian August 2016; Experian custodian of records and Plaintiff | | |

**APPENDIX 2 TO PRETRIAL STATEMENT – JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 201. | *Experian Credit Report 8.17.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows Plaintiff's credit report in August 2023; Experian custodian of records and Plaintiff | | |
| 202. | *Experian Dispute Results 8.17.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows Plaintiff's credit report in August 2023; Experian custodian of records and Plaintiff | | |
| 203. | *Experian Dispute Results 8.18.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows Plaintiff's credit report in August 2023; Experian custodian of records and Plaintiff | | |
| 204. | *Experian Dispute Results 8.20.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows Plaintiff's credit report in August 2023; Experian custodian of records and Plaintiff | | |
| 205. | *Experian Credit Reports 8.21.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows Plaintiff's credit report in August 2023; Experian custodian of records and Plaintiff | | |

**APPENDIX 2 TO PRETRIAL STATEMENT – JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 206. | *Experian Dispute Results 8.21.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows Plaintiff's credit report in August 2023; Experian custodian of records and Plaintiff | | |
| 207. | *Experian Credit Reports 9.04.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows Plaintiff's credit report in September 2023; Experian custodian of records and Plaintiff | | |
| 208. | *Experian Subpoena* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows documents requested; Experian custodian of records | | |
| 209. | *Text Exchange With Pavlo -- Panchenko* | Impeachment; credibility; lack of causation; lack of damages; Communications with Plaintiff's witness re: credit; Plaintiff, Pavlo Bilashchuk | | |
| 210. | *Panchenko's Dispute Letter to BANA 6.27.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows history of Plaintiff's disputes to creditors; Plaintiff | | |

**APPENDIX 2 TO PRETRIAL STATEMENT – JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 211. | *Panchenko's Dispute Letter to Cavalry 6.27.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows history of Plaintiff's disputes to creditors; Plaintiff | | |
| 212. | *Panchenko's Dispute Letters to Sears, JP Morgan, JP Morgan 6.27.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows history of Plaintiff's disputes to creditors; Plaintiff | | |
| 213. | *Letter to Chase re: two accounts, undated* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows history of Plaintiff's disputes to creditors; Plaintiff | | |
| 214. | *Panchenko Letter to all CRAs disputing accounts and inquiry with Cap One, undated* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows history of Plaintiff's disputes to consumer reporting agencies; Plaintiff | | |
| 215. | *Panchenko's Dispute Letters to Synchrony and US Bank 6.27.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows history of Plaintiff's disputes to creditors; Plaintiff | | |
| 216. | *Panchenko Trans Union Credit report from 9.17.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows Plaintiff's credit with Trans Union on 9.17.23; Panchenko | | |

**APPENDIX 2 TO PRETRIAL STATEMENT – JOINT EXHIBIT LIST**

| 217. | *Trans Union Dispute received by Trans Union 05.25.17* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows efforts to protect Plaintiff's credit in May 2017; Trans Union custodian of records | | |
|---|---|---|---|---|
| 218. | *Trans Union Credit Report 5.30.2017* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows Plaintiff's credit report in May 2017; Trans Union custodian of records | | |
| 219. | *Trans Union Response to Dispute 6.10.17* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows response to Trans Union dispute and credit report status in June 2017; Trans Union custodian of record | | |
| 220. | *Trans Union Dispute Results 6.28.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows Plaintiff's Trans Union credit report in June 2023 and credit freeze; Trans Union custodian of records and Plaintiff | | |

**APPENDIX 2 TO PRETRIAL STATEMENT – JOINT EXHIBIT LIST**

| | | | | |
|---|---|---|---|---|
| 221. | *Trans Union Block Rescission Request from Chase 9.16.23* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows rescission of block on Chase account; Trans Union custodian of records | | |
| 222. | *Trans Union Subpoena* | Impeachment; credibility; lack of inaccuracy; lack of causation; lack of damages; Shows documents requested; Trans Union custodian of records | | |

**APPENDIX 2 TO PRETRIAL STATEMENT – JOINT EXHIBIT LIST**