|   |   |
|---|---|
| 1 | **LOKER LAW, APC** |
|   | Matthew M. Loker, Esq. (279939) |
|   | matt.loker@loker.law |
| 2 | Charles B. Cummins, Esq. (354861) |
| 3 | charles.cummins@loker.law |
| 4 | *Attorneys for Plaintiff,* |
|   | Oleksandr Panchenko |
| 5 |   |
|   | **WOMBLE BOND DICKINSON (US) LLP** |
| 6 | TOMIO B. NARITA (SBN 156576) |
|   | Tomio.Narita@wbd-us.com |
| 7 | NATHAN A. SEARLES (SBN 234315) |
|   | Nathan.Searles@wbd-us.com |
| 8 | ALISA A. GIVENTAL (SBN 273551) |
| 9 | Alisa.Givental@wbd-us.com |
|   | KRISTINA B. HOVSEPYAN (SBN 340674) |
| 10 | Kristina.Hovsepyan@wbd-us.com |
| 11 | Attorneys for Defendant |
| 12 | Comenity Capital Bank |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| OLEKSANDR PANCHENKO, | Case No.: 23-cv-04965-EKL |
|---|---|
| Plaintiff, |   |
|   | **NOTICE OF LODGING RE REPORT AND CV OF JOHN ULZHEIMER** |
| v. |   |
|   | **HON. EUMI K. LEE** |
| BANK OF AMERICA, N.A.; CAVALRY PORTFOLIO SERVICES, LLC; COMENITY CAPITAL BANK; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; U.S. BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC; AND TRANS UNION, LLC, |   |
| Defendant(s). |   |

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

---

**CASE NO.: 23-cv-04965-EKL**     *Panchenko v. Bank of America, N.A., et al.*
**NOTICE OF LODGING RE REPORT AND CV OF JOHN ULZHEIMER**

**TO THE COURT, THE PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Plaintiff OLEKSANDR PANCHENKO; and, Defendant COMENITY CAPITAL BANK jointly lodge the Report and CV of John Ulzheimer as Exhibit A.

Date: September 24, 2025　　　　　　　　**LOKER LAW, APC**

　　　　　　　　　　　　　　　　　　　　BY: ___/s/ MATTHEW M. LOKER___
　　　　　　　　　　　　　　　　　　　　　　　　MATTHEW M. LOKER

　　　　　　　　　　　　　　　　　　　　ATTORNEY FOR PLAINTIFF

Date: September 24, 2025　　　　　　　　**WOMBLE BOND DICKINSON (US) LLP**

　　　　　　　　　　　　　　　　　　　　BY: ___/s/ TOMIO B. NARITA_____
　　　　　　　　　　　　　　　　　　　　　　　　TOMIO B. NARITA

　　　　　　　　　　　　　　　　　　　　ATTORNEYS FOR DEFENDANT COMENITY CAPITAL BANK

### SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(44) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsel, and that I have obtained their authorization to affix electronic signatures to this document.

Date: September 24, 2025　　　　　　　　**LOKER LAW, APC**

　　　　　　　　　　　　　　　　　　　　BY: ___/s/ MATTHEW M. LOKER___
　　　　　　　　　　　　　　　　　　　　　　　　MATTHEW M. LOKER

　　　　　　　　　　　　　　　　　　　　ATTORNEY FOR PLAINTIFF