**LOKER LAW, APC**
Matthew M. Loker, Esq. (279939)
matt.loker@loker.law
Charles B. Cummins, Esq. (354861)
charles.cummins@loker.law
132 Bridge Street
Arroyo Grande, CA 93420
Telephone: (805) 994-0177

*Attorneys for Plaintiff,*
Oleksandr Panchenko

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OLEKSANDR PANCHENKO,**<br><br>Plaintiff,<br><br>v.<br><br>**BANK OF AMERICA, N.A.; CAVALRY PORTFOLIO SERVICES, LLC; COMENITY CAPITAL BANK; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; U.S. BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC; AND TRANS UNION, LLC,**<br><br>Defendant(s). | **Case No.:** 23-cv-04965-EKL<br><br>**PLAINTIFF OLEKSANDR PANCHENKO'S [PROPOSED] VERDICT FORM**<br><br>**HON. EUMI K. LEE** |

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

**TO THE COURT, THE PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

Plaintiff OLEKSANDR PANCHENKO hereby requests that the jury be given the following Ninth Circuit Manual of Model Civil Jury Instruction as well as such other and further instructions and verdict forms as may hereafter be requested:

**INDEX OF PROPOSED VERDICT FORMS**

| No. | Title | Source | Page |
|-----|-------|--------|------|
| **Instructions for Verdict** | | | |
| 1 | Return of Verdict | 9th Cir. Manual of Model Civil Jury Instr. § 3.5 | 3 |

Date: October 1, 2025                         **LOKER LAW, APC**

BY: ___/s/ Matthew M. Loker___
                                          Matthew M. Loker, Esq.
                                          Attorney For Plaintiff

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

## INSTRUCTIONS FOR SPECIAL VERDICT NO. Error! Reference source not found.:

### Return of Verdict

A verdict form has been prepared for you.  [*Explain verdict form as needed.*] After you have reached unanimous agreement on a verdict, your [presiding juror] [foreperson] should complete the verdict form according to your deliberations, sign and date it, and advise the [clerk] [bailiff] that you are ready to return to the courtroom.

### <u>Source</u>

Manual of Model Jury Instructions for the Ninth Circuit § 3.5 (2017 Ed.) (Last Updated March 2025)

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

**PROPOSED VERDICT FORM NO.** Error! Reference source not found.**:**

**FCRA**

We, the jury, being duly empaneled and sworn to try the above-captioned case, do find our Verdict as follows:

1. Has Panchenko proved by a preponderance of the evidence that Comenity *negligently* violated the Fair Credit Reporting Act?

_____ YES          _____ NO

2. Has Panchenko proved by a preponderance of the evidence that Comenity *willfully* violated the Fair Credit Reporting Act?

_____ YES          _____ NO

3. If you answered "YES" to Question 1 or Question 2, or both, then state the amount of Panchenko's actual damages.

$_____

4. If you answered "YES" to Question 2, then state the amount of Panchenko's punitive damages.

$_____

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

Signed: _____    Dated: _____

Presiding Juror

After all verdict forms have been signed, notify the [clerk/bailiff/judge] that you are ready to present your verdict in the courtroom.

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

CASE NO.: 23-cv-04965-EKL                    4 OF 4        *Panchenko v. Bank of America, N.A., et al.*

**PLAINTIFF OLEKSANDR PANCHENKO'S [PROPOSED] JOINT VERDICT FORM**

## CERTIFICATE OF SERVICE

A copy of the foregoing *[PROPOSED] VERDICT FORM* has been submitted via CM/ECF on October 1, 2025.

___/S/ MATTHEW M. LOKER___
MATTHEW M. LOKER

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

CASE NO.: 23-cv-04965-EKL                  *Panchenko v. Bank of America, N.A., et al.*

**PROOF OF SERVICE**