**LOKER LAW, APC**
Matthew M. Loker, Esq. (279939)
Matt.Loker@Loker.Law
Charles B. Cummins, Esq. (354861)
charles@loker.law
132 Bridge Street
Arroyo Grande, CA 93420
Telephone: (805) 994-0177

*Attorneys for Plaintiff,*
Oleksandr Panchenko

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEKSANDR PANCHENKO,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; CALVARY PORTFOLIO SERVICES LLC; COMENITY CAPITAL BANK; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; U.S. BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC; AND, TRANS UNION, LLC,<br><br>Defendants. | Case No.: 23-cv-4965 EKL<br><br>**PLAINTIFF OLEKSANDR PANCHENKO'S OPPOSITION TO DEFENDANT COMENITY CAPITAL BANK'S MOTION IN LIMINE NO. 1 TO EXCLUDE THE REPORT, OPINIONS, AND TESTIMONY OF PANCHENKO'S EXPERT, DOUGLAS HOLLON [DKT. NO. 162]**<br><br>DATE: October 8, 2025<br>TIME: 1:30 p.m.<br>COURTROOM: 1<br><br>HON. EUMI K. LEE |

---

**CASE NO.: 23-CV-4965 EKL**              *Panchenko v. Bank of America, N.A,, et al.*
**PLAINTIFF OLEKSANDR PANCHENKO'S OPPOSITION TO DEFENDANT COMENITY CAPITAL BANK'S MOTION IN LIMINE NO. 1 TO EXCLUDE THE REPORT, OPINIONS, AND TESTIMONY OF PANCHENKO'S EXPERT, DOUGLAS HOLLON [DKT. NO. 162]**

**TO THE COURT, DEFENDANT AND THEIR ATTORNEYS OF RECORD:**

Plaintiff OLEKSANDR PANCHENKO hereby lodges the following Opposition to Defendant COMENITY CAPITAL BANK's Motion *in Limine* No. 1 to Exclude the Report, Opinions, and Testimony of Panchenko's Expert, Douglas Hollon, Dkt. No. 162.

Comenity's Motion is simply a rehashing of its Daubert Motion previously ruled upon by this Court. [Dkt. No. 147]. In lieu of wasting judicial resources by copying and pasting the same arguments in opposition which previously asserted, Panchenko agrees Hollon's opinions at trial will be limited to rebutting Ulzheimer's testimony regarding Comenity's investigation of Panchenko's indirect dispute (Order Granting In Part Motion to Exclude, 3:1-11); including the failure to contact Panchenko in connection with its investigation (*Id*., 7:8-17).

Hollon will not opine as to Comenity's handling of Ulzheimer's direct dispute nor will Hollon attempt to quantify damages.

Date: October 1, 2025                                          **LOKER LAW, APC**

                                                         By:   ___/s/ Matthew M. Loker___
                                                               MATTHEW M. LOKER, ESQ.
                                                               ATTORNEY FOR PLAINTIFF

**CASE NO.: 24-cv-4965-EKL**             **1 OF 1**           *Panchenko v. Bank of America, N.A., et al.*
**PLAINTIFF OLEKSANDR PANCHENKO'S OPPOSITION TO DEFENDANT COMENITY CAPITAL BANK'S MOTION IN LIMINE NO. 1 TO EXCLUDE THE REPORT, OPINIONS, AND TESTIMONY OF PANCHENKO'S EXPERT, DOUGLAS HOLLON [DKT. NO. 162]**

# CERTIFICATE OF SERVICE

A copy of the foregoing *Panchenko's Opposition to Motion in Limine No 1* has been filed via CM/ECF on October 1, 2025.

    /s/ Matthew M. Loker
MATTHEW M LOKER, ESQ

**LOKER LAW, APC**
**132 BRIDGE STREET**
**ARROYO GRANDE, CA 93420**

CASE NO.: 5:23-cv-02423-AH-JCx     *Panchenko v. Bank of America, N.A., et al.*
**PROOF OF SERVICE**