**LOKER LAW, APC**
Matthew M. Loker, Esq. (279939)
Matt.Loker@Loker.Law
Charles B. Cummins, Esq. (354861)
charles@loker.law
132 Bridge Street
Arroyo Grande, CA 93420
Telephone: (805) 994-0177

*Attorneys for Plaintiff,*
Oleksandr Panchenko

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEKSANDR PANCHENKO,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; CALVARY PORTFOLIO SERVICES LLC; COMENITY CAPITAL BANK; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; U.S. BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC; AND, TRANS UNION, LLC,<br><br>Defendants. | Case No.: 23-cv-4965 EKL<br><br>**PLAINTIFF OLEKSANDR PANCHENKO'S OPPOSITION TO DEFENDANT COMENITY CAPITAL BANK'S MOTION IN LIMINE NO. 4 TO EXCLUDE EVIDENCE OF PANCHENKO'S DIRECT DISPUTES [DKT NO. 160]**<br><br>DATE:            October 8, 2025<br>TIME:            1:30 p.m.<br>COURTROOM:  1<br><br>HON. EUMI K. LEE |

**TO THE COURT, DEFENDANT AND THEIR ATTORNEYS OF RECORD:**

Plaintiff OLEKSANDR PANCHENKO hereby lodges the following Opposition to Defendant COMENITY CAPITAL BANK's Motion *in Limine* No. 4 to Exclude Evidence of Panchenko's Direct Disputes.

Comenity's Motion in Limine No. 4 seeks to bar Panchenko from presenting evidence of his direct disputes since 15 U.S.C. § 1681s-2(a) is not at issue in this matter. Panchenko agrees to not present evidence of his direct disputes as a violation of 1681s-2(b), the section at issue herein, however Panchenko opposes any efforts to force Panchenko to pretend such efforts did not occur.

For one, Panchenko's numerous disputes both directly and indirectly to Comenity were efforts by Panchenko to mitigate his damages. Panchenko anticipates Comenity, as others have during trials and Evidentiary Hearings, will argue that Panchenko simply should have contacted Comenity directly to dispute the account. These direct disputes show Panchenko took every step he could think of to avoid the harm incurred in by calling and writing directly to Comenity to get the account closed.

Second, Panchenko contends that a policy to not review prior correspondence between the Parties may be deemed unreasonable by the jury especially in light of Comenity's policy to not review the dispute correspondence.

Thus, Panchenko contends he should be permitted to discuss the direct disputes as part of his interactions with Comenity regarding the fraud and in connection with the investigation performed by Comenity.

Date: October 1, 2025                                         **LOKER LAW, APC**

By:   ___/s/ Matthew M. Loker___
        MATTHEW M. LOKER, ESQ.
        ATTORNEY FOR PLAINTIFF

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

**CASE NO.: 23-cv-4965-EKL**              **2 OF 2**         *Panchenko v. Bank of America, N.A., et al.*
**PLAINTIFF OLEKSANDR PANCHENKO'S OPPOSITION TO DEFENDANT COMENITY CAPITAL BANK'S MOTION IN LIMINE NO. 4 TO EXCLUDE EVIDENCE OF PANCHENKO'S DIRECT DISPUTES [DKT NO. 160]**

# CERTIFICATE OF SERVICE

A copy of the foregoing *Panchenko's Opposition to Motion in Limine No. 4* has been filed via CM/ECF on October 1, 2025.

___/s/ Matthew M. Loker___
MATTHEW M LOKER, ESQ

CASE NO.: 23-cv-4965 EKL  *Panchenko v. Bank of America, N.A., et al.*
**PROOF OF SERVICE**