**LOKER LAW, APC**
Matthew M. Loker, Esq. (279939)
Matt.Loker@Loker.Law
Charles B. Cummins, Esq. (354861)
charles@loker.law
132 Bridge Street
Arroyo Grande, CA 93420
Telephone: (805) 994-0177

*Attorneys for Plaintiff,*
Oleksandr Panchenko

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEKSANDR PANCHENKO,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; CALVARY PORTFOLIO SERVICES LLC; COMENITY CAPITAL BANK; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; U.S. BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC; AND, TRANS UNION, LLC,<br><br>Defendants. | Case No.: 23-cv-4965 EKL<br><br>**PLAINTIFF OLEKSANDR PANCHENKO'S NON-OPPOSITION TO DEFENDANT COMENITY CAPITAL BANK'S MOTION IN LIMINE NO. 5 TO EXCLUDE EVIDENCE OF THE EXPENSE PANCHENKO INCURRED DISPUTING COMENITY'S CREDIT REPORTING [DKT. NO. 158]**<br><br>DATE: October 8, 2025<br>TIME: 1:30 p.m.<br>COURTROOM: 1<br><br>**HON. EUMI K. LEE** |

**TO THE COURT, DEFENDANT AND THEIR ATTORNEYS OF RECORD:**

Plaintiff OLEKSANDR PANCHENKO hereby lodges the following Non-Opposition to Defendant COMENITY CAPITAL BANK's Motion *in Limine* No. 5 to exclude evidence of the expense Panchenko incurred disputing Comenity's credit reporting.

Date: October 1, 2025                                                LOKER LAW, APC

By:   ___/s/ Matthew M. Loker___
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

CASE NO.: 24-cv-4965-EKL                    1 OF 1              *Panchenko v. Bank of America, N.A., et al.*
**PLAINTIFF OLEKSANDR PANCHENKO'S NON-OPPOSITION TO DEFENDANT COMENITY CAPITAL BANK'S MOTION IN LIMINE NO. 5 TO EXCLUDE EVIDENCE OF THE EXPENSE PANCHENKO INCURRED DISPUTING COMENITY'S CREDIT REPORTING [DKT. NO. 158]**

## CERTIFICATE OF SERVICE

A copy of the foregoing *Panchenko's Non-Opposition to Motion in Limine No. 5* has been filed via CM/ECF on October 1, 2025.

                                                      ___/s/ Matthew M. Loker____
                                                          MATTHEW M LOKER, ESQ

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420