TOMIO B. NARITA (SBN 156576)
Tomio.Narita@wbd-us.com
NATHAN A. SEARLES (SBN 234315)
Nathan.Searles@wbd-us.com
ALISA A. GIVENTAL (SBN 273551)
Alisa.Givental@wbd-us.com
KRISTINA B. HOVSEPYAN (SBN 340674)
Kristina.Hovsepyan@wbd-us.com
**WOMBLE BOND DICKINSON (US) LLP**
50 California Street, Suite 2750
San Francisco, California 94111
Telephone:  (415) 433-1900
Facsimile:   (415) 433-5530

Attorneys for Defendant
Comenity Capital Bank

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEKSANDR PANCHENKO,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., et al.<br><br>Defendants. | Case No.: 5:23-cv-04965-EKL<br><br>**DEFENDANT COMENITY CAPITAL BANK'S PROPOSED VERDICT FORM**<br><br>Date: October 8, 2025 (FPTC)<br>Time: 2:30 p.m.<br>Courtroom: 7, 4th Floor<br>280 South First Street, San Jose<br><br>The Honorable Eumi K. Lee |

## DEFENDANT COMENITY' S PROPOSED VERDICT FORM

We answer the questions submitted to us as follows:

### Fair Credit Reporting Act § 1681s-2(b)

1.      Is Comenity a furnisher of credit information?

_____ Yes _____ No

If your answer to question 1 is yes, then answer question 2.  If you answered no, then have the presiding juror sign and date the verdict form.

2.      Did Comenity furnish information that appeared on Plaintiff's consumer report?

If your answer to question 2 is yes, then answer question 3.  If you answered no, then have the presiding juror sign and date the verdict form.

_____ Yes _____ No

3.      Did Plaintiff notify a consumer reporting agency that Plaintiff disputed the accuracy of the information that Comenity furnished about him?

_____ Yes _____ No

If your answer to question 3 is yes, then answer question 4.  If you answered no, then have the presiding juror sign and date the verdict form.

4.      Did a consumer reporting agency notify Comenity that Plaintiff disputed the accuracy of the information that Comenity furnished about him?

_____ Yes _____ No

If your answer to question 4 is yes, then answer question 5.  If you answered no, then have the presiding juror sign and date the verdict form.

5.      Was the information that Comenity furnished inaccurate?

_____ Yes _____ No

If your answer to question 5 is yes, then answer question 6. If you answered no, then have the presiding juror sign and date the verdict form.

6.      Was Comenity's investigation of Plaintiff's dispute unreasonable?

_____ Yes _____ No

If your answer to question 6 is yes, then answer question 7. If you answered no, then have the presiding juror sign and date the verdict form.

7.      Was Comenity's failure to conduct a reasonable investigation of Plaintiff's dispute willful?

_____ Yes _____ No

If your answer to question 7 is yes, then answer question 9. If you answered no, then answer question 8.

8.      Was Comenity's failure to conduct a reasonable investigation of Plaintiff's dispute negligent?

_____ Yes _____ No

If your answer to question 8 is yes, then answer question 9. If you answered no, then have the presiding juror sign and date the verdict form.

9.      Was Comenity's failure to conduct a reasonable investigation of Plaintiff's dispute the proximate cause of any actual damage to Plaintiff?

_____ Yes _____ No

If your answer to question 9 is yes, then answer question 10. If you answered no, then have the presiding juror sign and date the verdict form.

10. What amount, if any, will reasonably and fairly compensate Plaintiff for any actual damages you find were proximately caused by Comenity?

$_____.   If you provided an amount greater than "0.00" in answer to question 10, and you answered question 7 "yes," skip now to question 12.

If you answered question 10 "0.00" and you answered question 7 "yes," answer question 11.

11.    If you have found that Comenity's failure to conduct a reasonable investigation of Plaintiff's dispute was willful, what amount, between $100 and $1,000, do you award Plaintiff for the actual damages he sustained?

$_____.  Answer question 12.

12.    Do you find that Plaintiff has proven, by clear and convincing evidence, Comenity's conduct was the proximate cause of harm to Plaintiff and the conduct was malicious, oppressive or in reckless disregard of the Plaintiff's rights?

_____ Yes  _____ No

If your answer to question 12 is yes, then answer question 13.  If you answered no, then have the presiding juror sign and date the verdict form.

13.    What amount of punitive damages do you award Plaintiff?

$_____.  Have the presiding juror sign and date the verdict form.

**Signed:** _____

**Dated:** _____

**After [this verdict form has/all verdict forms have] been signed, notify the [clerk/bailiff/court attendant] that you are ready to present your verdict in the courtroom.**

DATED: October 1, 2025      WOMBLE BOND DICKINSON (US) LLP
                            TOMIO B. NARITA
                            NATHAN A. SEARLES
                            ALISA A. GIVENTAL
                            KRISTINA B. HOVSEPYAN

                            By:   /s/ Kristina B. Hovsepyan
                                  Kristina B. Hovsepyan
                                  Attorneys for Defendant
                                  Comenity Capital Bank