# EXHIBIT 1

---

# IN THE CASE OF

# OLEKSANDR PANCHENKO,

# V.

# COMENITY CAPITAL BANK, ET AL.

# 23-cv-4965 EKL



**From:** no-reply@identitytheft.gov
**Subject:** IdentityTheft.gov Reference Number
**Date:** May 11, 2023 at 5:14 PM
**To:** sasha8924@gmail.com

Thank you for reporting identity theft to the FTC.

This is not your temporary password. Your temporary password will come in a separate email.

Your reference number is:

159702916

Keep this for your records.

To view and update your personal recovery plan, log in at [IdentityTheft.gov](IdentityTheft.gov).

**From:** no-reply@identitytheft.gov
**Subject:** IdentityTheft.gov Reference Number
**Date:** May 11, 2023 at 8:49 PM
**To:** panchenkoalex16@gmail.com

Thank you for reporting identity theft to the FTC.

This is not your temporary password. Your temporary password will come in a separate email.

Your reference number is:

159703299

Keep this for your records.

To view and update your personal recovery plan, log in at [IdentityTheft.gov](IdentityTheft.gov).