```
 1
 2                    UNITED STATES DISTRICT COURT
 3                  NORTHERN DISTRICT OF CALIFORNIA
 4                        SAN JOSE DIVISION
 5      OLEKSANDR PANCHENKO,            )
                                        )  CV-23-04975 EKL
 6                    PLAINTIFF,        )
                                        )  SAN JOSE, CALIFORNIA
 7              VS.                     )
                                        )  OCTOBER 8, 2025
 8      BANK OF AMERICA, N.A., ET AL.,  )
                                        )  PAGES 1 - 75
 9                    DEFENDANTS.       )
        _____)
10
11
                        TRANSCRIPT OF PROCEEDINGS
12                  BEFORE THE HONORABLE EUMI K. LEE
                     UNITED STATES DISTRICT JUDGE
13
        A P P E A R A N C E S:
14
        FOR THE PLAINTIFF:      LOKER LAW, APC
15                              BY: MATTHEW M. LOKER
                                    CHARLES B. CUMMINS
16                              132 BRIDGE STREET
                                ARROYO GRANDE, CALIFORNIA 93420
17

18      FOR THE DEFENDANTS:     WOMBLE BOND DICKINSON U.S., LLP
                                BY: TOMIO B. NARITA
19                                  ALISA A. GIVENTAL
                                    KRISTINA HOVSEPYAN
20                                  NATHAN A. SEARLES
                                50 CALIFORNIA STREET, SUITE 2750
21                              SAN FRANCISCO, CALIFORNIA 94111

22
        OFFICIAL COURT REPORTER:
23                              IRENE L. RODRIGUEZ, CSR, RMR, CRR
                                CERTIFICATE NUMBER 8074
24
                PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
25                  TRANSCRIPT PRODUCED WITH COMPUTER
```

```
        1    SAN JOSE, CALIFORNIA                    OCTOBER 8, 2025

        2                    P R O C E E D I N G S

02:39PM  3        (COURT CONVENED AT 2:39 P.M.)

02:39PM  4            THE CLERK:  WE'RE CALLING CASE NUMBER

02:39PM  5    5:23-CV-04965 EKL, PANCHENKO VERSUS BANK OF AMERICA, ET AL.

02:39PM  6        ON FOR PRETRIAL CONFERENCE.

02:39PM  7            COUNSEL, COME FORWARD AND STATE YOUR APPEARANCE ON THE

02:39PM  8    RECORD STARTING WITH COUNSEL FOR THE PLAINTIFF.

02:39PM  9            MR. LOKER:  GOOD AFTERNOON, YOUR HONOR,

02:39PM 10    MATTHEW LOKER FOR THE PLAINTIFF, AND CHARLES CUMMINS IS

02:39PM 11    HERE WITH ME AS WELL.

02:39PM 12            THE COURT:  GOOD AFTERNOON TO YOU BOTH.

02:39PM 13            MR. NARITA:  YOUR HONOR, GOOD AFTERNOON.

02:40PM 14    TOMIO NARITA FOR THE DEFENDANT.  WITH ME IS MS. GIVENTAL,

02:40PM 15    MS. HOVSEPYAN, AND MR. SEARLES.

02:40PM 16            THE COURT:  GOOD AFTERNOON EVERYBODY.  ALL RIGHT.

02:40PM 17    SO WE'RE HERE FOR A PRETRIAL CONFERENCE IN THIS MATTER.

02:40PM 18        WE HAVE A LOT TO TALK ABOUT TODAY, A LOT OF LOGISTICS.

02:40PM 19            AND WHAT I'M HOPING TO GET THROUGH IS TO DEFINITELY FINISH

02:40PM 20    THE JURY QUESTIONNAIRE TODAY, GO TO THE MOTIONS IN LIMINE, TALK

02:40PM 21    ABOUT LOGISTICS, WHICH COUNSEL PROBABLY WANTS ME TO START WITH,

02:40PM 22    JUST HOW THINGS OPERATE IN THE COURTROOM HERE FOR TRIAL.  BUT

02:40PM 23    RELATED TO THAT IT'S GOING TO BE TRIAL LENGTH.  I HAVE SOME

02:40PM 24    CONCERNS ABOUT THE ADJUSTED TRIAL ESTIMATE.

02:40PM 25            THE COURT DOES NOT HAVE TIME FOR THAT NOR IS IT INCLINED
```

02:40PM 1      TO DO THAT LENGTH OF PERIOD WHICH IS NOW BEING REQUESTED.

02:40PM 2          AND THEN THERE'S SOME OTHER HOUSEKEEPING IN TERMS OF THE

02:41PM 3      REMAINING PARTIES.

02:41PM 4          AFTER THAT, IF WE HAVE TIME, I WOULD LIKE TO SHIFT SOME

02:41PM 5      INTO EXHIBIT LISTS.  I WANT TO ASK YOU ABOUT DEPOSITION

02:41PM 6      TRANSCRIPTS AND SO FORTH AND HOW WE'RE PLANNING TO HANDLE THAT.

02:41PM 7      I WANT TO SEE THE DESIGNATIONS AND WHEN THAT IS GOING TO ROLL

02:41PM 8      OUT.

02:41PM 9          AND THEN LAST BUT NOT LEAST, SORT OF ENDING WITH

02:41PM 10     SCHEDULING OF FURTHER PRETRIAL CONFERENCE BECAUSE YOU ARE

02:41PM 11     COMING ON THE TAIL END OF MY MOTION CALENDAR, MY CASE

02:41PM 12     MANAGEMENT CALENDAR, SO I'M, I DON'T KNOW, ABOUT FIVE OR SIX

02:41PM 13     HOURS ON THE BENCH AT THIS POINT.  SO, UNFORTUNATELY, WE'RE NOT

02:41PM 14     GOING TO GET TO EVERYTHING EVEN IF I WANT TO GET TO EVERYTHING

02:41PM 15     TODAY.  SO WE'RE GOING TO LOOK AT DIFFERENT DATES FOR THAT.

02:41PM 16     OKAY?

02:41PM 17         LET ME START, WHICH WOULD PROBABLY BE HELPFUL, JUST IN

02:41PM 18     TERMS OF FRAMING.  WELL, I'M EXPECTING THAT WE CAN TALK MORE

02:41PM 19     ABOUT LENGTH AND WHAT IS TRULY APPROPRIATE OR NOT APPROPRIATE.

02:41PM 20         BUT I WAS GOING TO PROPOSE TODAY THAT WE HAVE JURY

02:42PM 21     SELECTION ON OCTOBER 30TH RATHER THAN THE MONDAY, THE FIRST DAY

02:42PM 22     OF TRIAL.  THE 30TH IS A THURSDAY, AND I WAS ASSUMING THAT

02:42PM 23     WOULD BE THE MORNING SESSION.

02:42PM 24             MR. LOKER:  THAT'S GOOD FOR THE PLAINTIFF,

02:42PM 25     YOUR HONOR.

02:42PM 1              THE COURT:  MR. NARITA?

02:42PM 2              MR. NARITA:  I DON'T REMEMBER ANYTHING LIKE THAT.

02:42PM 3      COULD I HAVE ONE MOMENT, YOUR HONOR?

02:42PM 4              THE COURT:  ABSOLUTELY.  AND I'M GOING TO PULL UP MY

02:42PM 5      NOTES AND SUCH AT THE SAME TIME SO WE CAN ALL TAKE A MOMENT TO

02:42PM 6      GET SET UP.

02:42PM 7          GOING OFF THE RECORD FOR A MOMENT.

02:42PM 8          (PAUSE IN PROCEEDINGS.)

02:42PM 9              THE COURT:  ALL RIGHT.  WE'LL BE BACK ON THE RECORD.

02:42PM 10         MR. NARITA.

02:42PM 11             MR. NARITA:  YES, YOUR HONOR.

02:42PM 12             THE COURT:  OH, YOU'RE STILL CHECKING?

02:42PM 13             MR. NARITA:  YES, YOUR HONOR.

02:42PM 14             THE COURT:  OH, YOU'RE STILL CHECKING.

02:42PM 15             MR. NARITA:  NO, I'VE CHECKED.  THE 30TH IS FINE.

02:42PM 16             THE COURT:  GREAT.  SO WE'LL PLAN ON THE MORNING OF

02:42PM 17     OCTOBER 30TH.  MY GOAL IS TO BE DONE BEFORE LUNCH TIME.

02:43PM 18         SO LET'S LOOK THROUGH THE DATES.  AND THEN OUR FIRST DAY

02:43PM 19     OF TRIAL WOULD BE NOVEMBER 3RD.  I HAD CALENDARED AND I

02:43PM 20     EXPECTED THE ESTIMATE, WHICH THE PARTIES HAD ORIGINALLY GIVEN

02:43PM 21     ME, WHICH WAS THREE DAYS AND THEN UP TO FIVE DAYS, ASSUMING

02:43PM 22     DELIBERATIONS, AND THAT WAS ALSO ASSUMING JURY SELECTION.

02:43PM 23         SO I BOXED OUT THE WEEK OF NOVEMBER 3RD FOR YOU ALL, BUT I

02:43PM 24     HAD NOT PUT ANY FURTHER DATES.  AND I HAD BOXED OUT

02:43PM 25     OCTOBER 30TH FOR MYSELF AND TO ENSURE THAT WE WERE DONE THAT

02:43PM  1    WEEK OF NOVEMBER 3RD.

02:43PM  2         SO WE'RE GOING TO GO WITH THE ASSUMPTION, AND THEN WE CAN

02:43PM  3    TALK ABOUT TRIAL ESTIMATES LATER TODAY.

02:43PM  4         BUT ASSUMING THAT WE'RE DOING JURY SELECTION ON

02:43PM  5    OCTOBER 30TH, I WAS ASSUMING TRIAL MONDAY, TUESDAY, AND

02:43PM  6    WEDNESDAY, WITH THE DELIBERATIONS BEGINNING AT THE LATEST THAT

02:43PM  7    THURSDAY.  SO THAT WOULD BE THREE FULL DAYS.

02:44PM  8         I WAS LOOKING AT A 9:00 A.M. TO EITHER 4:30 OR

02:44PM  9    5:00 O'CLOCK.  PART OF THAT WOULD DEPEND ON WHETHER OR NOT THE

02:44PM  10   PARTIES WERE INTERESTED IN PROVIDING LUNCH FOR THE JURORS.  SO

02:44PM  11   IN STATE COURT THAT WAS THE GENERAL PRACTICE.  IT IS NOT HERE

02:44PM  12   PER SE.  WE PROVIDE SNACKS IN THE MORNING, BUT I WILL LEAVE IT

02:44PM  13   UP TO COUNSEL TO MEET AND CONFER MAYBE DURING A BREAK BECAUSE

02:44PM  14   THE DIFFERENCE THAT MAKES, AS YOU MAY HAVE SEEN IF YOU HAVE

02:44PM  15   WALKED AROUND THE SAN JOSE COURTHOUSE, THE DIFFERENCE THAT

02:44PM  16   MAKES IS A 30 MINUTE LUNCH BREAK VERSUS A 1 HOUR LUNCH BREAK

02:44PM  17   BECAUSE THERE'S NO WAY THAT ANYONE COULD GET THROUGH SECURITY,

02:44PM  18   SOMEPLACE TO GET LUNCH, AND THEN COME BACK BECAUSE OF OUR LONG

02:44PM  19   BLOCKS HERE IN SAN JOSE.  SO I WILL LET YOU MEET AND CONFER

02:44PM  20   REGARDING THAT.

02:44PM  21        AND THAT DIFFERENCE WOULD BE WE COULD END AT 4:30 OR WE

02:44PM  22   CAN END AT 5:00 O'CLOCK.

02:44PM  23        I WILL ASSUME COUNSEL IS HERE AT LEAST BY 8:30, IF NOT

02:45PM  24   BEFOREHAND.  BUT THE GOAL IS -- AND WE'LL TALK ABOUT IT -- THAT

02:45PM  25   AT THE END OF EACH DAY, IS THERE ANYTHING FOR US DISCUSS

02:45PM 1    TOMORROW MORNING, COUNSEL?  AND HOW MUCH TIME DO WE NEED AND SO

02:45PM 2    FORTH.

02:45PM 3         BUT WITH THE JURY, I EXPECT THE WITNESSES TO START BY

02:45PM 4    9:00.

02:45PM 5              MR. NARITA:  SO, YOUR HONOR, IF I MAY?

02:45PM 6              THE COURT:  YES.

02:45PM 7              MR. NARITA:  BECAUSE I'M ARITHMETIC CHALLENGED, DOES

02:45PM 8    THE COURT GENERALLY GET ABOUT SIX HOURS OF TESTIMONY TIME PER

02:45PM 9    DAY ON THAT SCHEDULE?

02:45PM 10              THE COURT:  IT DOES.  SO IT WILL BE SIX HOURS.  SO

02:45PM 11   WE ARE ASSUMING A ONE HOUR LUNCH BREAK.  LET'S SAY THE 9:00 TO

02:45PM 12   5:00 JUST BECAUSE I AM MATHEMATICALLY CHALLENGED TOO AS WELL

02:45PM 13   BECAUSE I WAS BUSY DOING NUMBERS BASED ON WHETHER OR NOT YOU

02:45PM 14   WERE PROVIDING LUNCH OR NOT.

02:45PM 15        BUT CURRENTLY MY ESTIMATE IS EITHER IT IS GOING TO BE A

02:45PM 16   30 MINUTE OR 1 HOUR LUNCH BREAK, TWO 15 MINUTE BREAKS.

02:45PM 17        AND WHERE DID I PUT THOSE NOTES?

02:46PM 18        AND I'M ALSO TRYING TO BE REALISTIC ABOUT THE CHARGING

02:46PM 19   CONFERENCE.  IF THERE'S ANYTHING WE NEED CHANGED AT THE LAST

02:46PM 20   MINUTE AND SO SOMETIMES DURING THAT LUNCH BREAK ON WEDNESDAY,

02:46PM 21   WE MAY -- THE JURY MAY HAVE A TWO HOUR LUNCH BREAK, BUT WE'RE

02:46PM 22   MEETING FOR AN HOUR AND A HALF AND MAKING COPIES OF THE JURY

02:46PM 23   INSTRUCTIONS, THE FINAL JURY INSTRUCTIONS.

02:46PM 24        SO TOTAL TRIAL ESTIMATE I HAD WAS 17 HOURS, INCLUDING

02:46PM 25   OPENING AND ALL TESTIMONY AS WELL AS CLOSING.  SO DIVIDE IT IN

02:46PM 1    HALF, I HAD EIGHT AND A HALF HOURS.

02:46PM 2        I THINK MY MATH IS RIGHT.  YOU'RE WELCOME TO DOUBLE CHECK

02:46PM 3    ME.  I WILL NOT BE OFFENDED.

02:46PM 4        SO -- AND I'M ESTIMATING A 1 HOUR LUNCH BREAK WITH TWO 15,

02:46PM 5    AND SOMETIMES IN THE AFTERNOON I BREAK THAT DOWN TO TWO 10'S

02:46PM 6    JUST BECAUSE I THINK PEOPLE GET GRUMPY.

02:46PM 7        SO BASED ON COUNSEL'S PRIOR STATEMENTS REGARDING WHEN

02:47PM 8    TRIAL WOULD BE OVER, WHICH WAS NOVEMBER 7TH, INCLUDING

02:47PM 9    SELECTION AND DELIBERATION, I'M CURRENTLY DARK AND SCHEDULED

02:47PM 10   FOR NOVEMBER 10TH AND 11TH.  SO WE SORT OF HAVE A HARD STOP.

02:47PM 11       I KNOW JUDGE VAN KEULEN HAD MENTIONED THE SHUTDOWN.  WE'RE

02:47PM 12   GOING TO GO AS IF WE'RE GOING AND THEN WHEN WE GET TO THE POINT

02:47PM 13   WHERE WE HAVE TO SEND THE QUESTIONNAIRES TO THE JURY AND THEY

02:47PM 14   HAVE TO RESPOND, BECAUSE I DON'T WANT TO BURN THOSE SUBPOENAS,

02:47PM 15   THAT'S WHEN I'LL PULL THE PLUG IF WE ARE STILL IN SHUTDOWN.

02:47PM 16           MR. LOKER:  YES, YOUR HONOR.

02:47PM 17           THE COURT:  SO TO THAT POINT, WE ALL SHOULD BE

02:47PM 18   INCREDIBLY APPRECIATIVE TO OUR COURT STAFF AND EVERYONE WHO IS

02:47PM 19   WORKING, WHO WILL BE WORKING WITHOUT PAY, SO AT LEAST AS WE

02:47PM 20   PRETRY THIS CASE.

02:47PM 21           MR. LOKER:  THANK YOU, YOUR HONOR.

02:47PM 22           THE COURT:  BUT WE'LL PULL THE PLUG IF WE'RE IN

02:47PM 23   SHUTDOWN AND WE'RE STILL IN SHUTDOWN.

02:48PM 24       SO I WOULD LEAVE YOUR THURSDAY AND FRIDAY A LITTLE

02:48PM 25   FLEXIBLE.  I TELL MY JURIES ONCE I SEND IT TO THE JURY THAT

02:48PM 1    THEY CAN FIGURE OUT THEIR HOURS.  IF THEY WOULD RATHER START AT

02:48PM 2    8:00, WE'RE STARTING AT 8:00.  IT IS THEIR DELIBERATIONS, THEY

02:48PM 3    CAN START AT 8:00.  IF THEY WANT TO START AT 10:00 BECAUSE OF

02:48PM 4    TRAFFIC, THEY CAN START AT 10:00.

02:48PM 5         BUT THAT I WILL BASICALLY SAY, HEY, I NEED YOU TO BE CLOSE

02:48PM 6    TO AN EIGHT HOUR DAY BECAUSE WE'RE GOING TO BE DONE THIS WEEK,

02:48PM 7    BUT I'LL LET THEM HAVE SOME LEEWAY.

02:48PM 8         ALL RIGHT.  ANY QUESTIONS ABOUT THAT AND SHOULD WE TALK

02:48PM 9    ABOUT TRIAL LENGTH NOW?

02:48PM 10             MR. LOKER:  FOR THE PLAINTIFF, YOUR HONOR, NO

02:48PM 11   QUESTIONS.  I THINK IT IS A REASONABLE TRIAL DATE AND WHAT WE

02:48PM 12   HAD IN MIND IN TERMS OF THREE DAYS FOR THE PRESENTATION OF

02:48PM 13   EVIDENCE AND THEN DELIBERATION CAN GO ON FROM THERE.

02:48PM 14        LOOKING BACK AT THE NUMBERS AND THE PROPOSED HOURS, I

02:49PM 15   THINK THAT'S REASONABLE.

02:49PM 16             MR. NARITA:  SO, YOUR HONOR, AGAIN, WITH THE USUAL

02:49PM 17   EXCEPTIONS OF MY MATHEMATICS BEING CHALLENGED, WE -- THE

02:49PM 18   PARTIES SPENT SOME TIME DOING THEIR ESTIMATES OF HOW LONG EACH

02:49PM 19   OF THE WITNESSES WOULD TAKE, AND WE FILED THAT AT 157-1.

02:49PM 20             THE COURT:  YES.

02:49PM 21             MR. NARITA:  AND BY MY CALCULATIONS JUST THE

02:49PM 22   PLAINTIFF'S CASE-IN-CHIEF WOULD TAKE ALMOST 5 DAYS, 4.63 DAYS,

02:49PM 23   ASSUMING 6 HOURS OF TESTIMONY, WHICH IS WHAT I HAD ASSUMED.

02:49PM 24        SO JUST WHAT WE PENCILLED OUT FOR MR. LOKER'S

02:49PM 25   CASE-IN-CHIEF AND OUR CROSS-EXAMINATION THERETO GETS US TO

02:49PM 1    BASICALLY ALL OF THE WAY TO FRIDAY.

02:49PM 2        AND OBVIOUSLY WE WOULD NEED TO PUT ON OUR DEFENSE, AND

02:49PM 3    HE'S RESERVED SOME TIME FOR THE REBUTTAL EXPERT.

02:50PM 4        SO I DON'T KNOW WHAT TO -- I HEAR YOUR HONOR, AND I

02:50PM 5    UNDERSTAND THE COURT'S DESIRE TO DO THIS EXPEDITIOUSLY, BUT I'M

02:50PM 6    JUST NOT --

02:50PM 7            THE COURT:  WELL, I'M GOING OFF OF WHAT COUNSEL HAD

02:50PM 8    REPRESENTED WHEN WE WERE IN OUR LAST CMC.  THIS IS THE TRIAL

02:50PM 9    ESTIMATE PLUS A DAY THAN WHAT COUNSEL HAD REQUESTED BEFORE.

02:50PM 10       SO LET'S LOOK AT YOUR WITNESS LIST, THOUGH, BECAUSE I

02:50PM 11   THINK YOU RAISED -- AND I WASN'T PLANNING TO HOP HERE, BUT

02:50PM 12   LET'S HOP HERE BECAUSE ONE OF THE THINGS I AM GOING TO SAY TO

02:50PM 13   YOU ALL IS TO MEET AND CONFER.  I ALMOST BROUGHT YOU IN EARLY

02:50PM 14   TO MEET AND CONFER BECAUSE I HAVE SOME CONCERNS ABOUT THIS

02:50PM 15   WITNESS LIST.  A LOT OF IT IS FOR PURPOSES OF AUTHENTICATING

02:50PM 16   DOCUMENTS.  YOU HAVE A BUNCH OF THIRD PARTY CUSTODIAN RECORDS

02:50PM 17   COMING IN TERMS OF THE FOUNDATION FROM JP MORGAN, EQUIFAX,

02:50PM 18   EXPERIAN AND SO FORTH.

02:50PM 19       IS THIS REALLY SOMETHING PARTIES CAN'T STIPULATE TO IN

02:50PM 20   TERMS OF THE AUTHENTICITY OF DOCUMENTS?

02:50PM 21           MR. NARITA:  IF YOU'RE LOOKING AT -- WELL, I THINK

02:50PM 22   BOTH SIDES HAVE LISTED SOME AUTHENTICATING DOCUMENTS.

02:51PM 23           THE COURT:  UH-HUH, YEAH.

02:51PM 24           MR. NARITA:  AND I GUESS I WOULD HAVE TO TAKE A LOOK

02:51PM 25   AT THE EXHIBITS THAT ARE BEING PROPOSED BY THE PLAINTIFFS, BUT

02:51PM 1    WE -- IF WE HAD AN OBJECTION TO ONE OF MR. LOKER'S EXHIBITS, WE

02:51PM 2    LISTED IT ON THE EXHIBIT LIST, WHICH IS YET ANOTHER THING THAT

02:51PM 3    WE FILED.

02:51PM 4         SO I ASSUME THAT'S WHY HE HAS RESERVED THE RIGHT TO CALL

02:51PM 5    CUSTODIANS IN HIS CASE.

02:51PM 6         I DON'T KNOW THAT FOR SURE, MATT, BUT I'M ASSUMING THAT'S

02:51PM 7    WHY YOU'VE GOT SOME CUSTODIANS.

02:51PM 8              THE COURT:  MR. NARITA, I AM SORRY, I COULDN'T HEAR

02:51PM 9    YOU.

02:51PM 10             MR. NARITA:  OH, I'M SORRY.  I WAS JUST SAYING THAT

02:51PM 11   I CAN'T SPEAK TO -- MAYBE MR. LOKER SHOULD SPEAK TO WHY HE HAS

02:51PM 12   CUSTODIANS ON HIS CASE-IN-CHIEF.

02:51PM 13             THE COURT:  WELL, YOU BOTH DO, SO WHY DON'T WE START

02:51PM 14   WITH YOU.

02:51PM 15             MR. NARITA:  OKAY.  WELL, ON OURS IN OUR DEFENSE

02:51PM 16   CASE-IN-CHIEF, WE LIST JP MORGAN CHASE AND TWO OF THEIR

02:52PM 17   WITNESSES.

02:52PM 18             THE COURT:  IT CONTINUES ON THE BACK SIDE.

02:52PM 19             MR. NARITA:  YEP.  AND THEN A CUSTODIAN FOR

02:52PM 20   TRANS UNION, A CUSTODIAN FOR CREDIT KARMA, AND A CUSTODIAN FOR

02:52PM 21   GOOGLE.

02:52PM 22        THE LAST TWO WE -- I DON'T BELIEVE WE HAVE THEM UNDER

02:52PM 23   SUBPOENA YET, SO I THINK IT'S UNLIKELY THAT WE'LL GET THOSE TWO

02:52PM 24   WITNESSES.

02:52PM 25             IS THAT FAIR?

02:52PM   1          SO THAT THE LAST TWO ON OUR LIST, WE PUT THEM THERE TO

02:52PM   2     PRESERVE OUR RIGHT TO DO IT, BUT AT THIS POINT WE DON'T HAVE

02:52PM   3     THEM SUBPOENAED, SO I DON'T KNOW IF WE'LL BE ABLE TO CALL THE

02:52PM   4     LAST TWO.

02:52PM   5          THE COURT:  I MEAN, WHEN I WAS IN PRACTICE AND WHEN

02:52PM   6     I HAD COMPLEX -- WHEN I HAD MASSIVE IP CASES THAT WERE GOING TO

02:52PM   7     TRIAL, THERE WAS SO MUCH MEETING AND CONFERRING, AND THERE ARE

02:52PM   8     LIKE MANY, MANY DOCUMENTS, WHERE AS A STATE COURT JUDGE, MANY

02:52PM   9     DOCUMENTS WERE STIPULATED TO AS TO AUTHENTICITY, RIGHT?  MAYBE

02:52PM  10     THERE'S AN ARGUMENT ABOUT RELEVANCE.

02:53PM  11          THOSE ARE THINGS WHICH WE CAN DISCUSS, BUT, I MEAN, IN

02:53PM  12     THREE DAYS OF TRIAL TO HAPPEN EFFICIENTLY, WE SHOULD BE -- IT

02:53PM  13     SEEMS LIKE MUCH CAN BE STIPULATED TO IN TERMS OF AUTHENTICITY,

02:53PM  14     ESPECIALLY SINCE YOU'RE BOTH SAYING THAT YOU'RE GOING TO CALL

02:53PM  15     EXPERIAN OR THESE THIRD PARTY CUSTODIANS.  LIKE, CAN'T YOU JUST

02:53PM  16     STIPULATE TO THE AUTHENTICITY OF THOSE DOCUMENTS, PERIOD?

02:53PM  17     THEY'RE PROBABLY THE SAME SET OF DOCUMENTS.  AND THEN MOVE

02:53PM  18     FORWARD IN TERMS OF THE OTHER OBJECTIONS BECAUSE THAT WOULD

02:53PM  19     SAVE THE CUSTODIAN FROM HAVING TO COME IN.

02:53PM  20          MR. NARITA:  CORRECT.  AND I DO -- IF WE WERE ABLE

02:53PM  21     TO DO THAT, SPEAKING JUST FROM COMENITY'S DEFENSE

02:53PM  22     CASE-IN-CHIEF, IF WE WERE ABLE TO CONFER WITH MR. LOKER AND

02:53PM  23     THERE'S A LOT OF THE EXHIBITS THAT WE HAVE ON OUR LIST THAT HE

02:53PM  24     NOT ONLY DOESN'T OBJECT TO BUT STIPULATES TO AUTHENTICITY, THEN

02:53PM  25     WE CAN KNOCK SOME OF THESE CUSTODIANS OFF OF OUR LIST FOR SURE.

02:53PM  1          THE OTHER THING ABOUT OUR LIST, YOUR HONOR, THAT I THINK

02:54PM  2    IN FAIRNESS MAY BE A LITTLE OVERSTATED IS I WANT -- I WANTED TO

02:54PM  3    PRESERVE SOME TIME IN MY DEFENSE CASE-IN-CHIEF TO CALL BACK

02:54PM  4    MR. PANCHENKO, HIS WIFE, AND HIS FRIEND WHO I UNDERSTAND IS

02:54PM  5    GOING TO TESTIFY, BUT THAT'S JUST TO PROTECT MY CLIENT'S

02:54PM  6    INTEREST.

02:54PM  7          THERE ARE, I THINK, GOING TO BE IN MR. LOKER'S

02:54PM  8    CASE-IN-CHIEF, I WOULD EXPECT TO BE ABLE TO, IF THEY ARE, TO BE

02:54PM  9    ABLE TO CROSS-EXAMINE THEM, AND THEN I WOULDN'T NEED TO CALL

02:54PM  10   THEM, AND THAT WOULD SHORTEN FURTHER MY DEFENSE CASE-IN-CHIEF.

02:54PM  11         SO SOME OF MY DEFENSE CASE MAY DROP OFF BECAUSE OF THAT.

02:54PM  12            THE COURT:  SO LET'S TRY TO MEET AND CONFER SOONER

02:54PM  13   RATHER THAN LATER ABOUT THAT, ALL OF THAT.

02:54PM  14         SO, FIRST OF ALL, MEET AND CONFER REGARDING WHETHER OR NOT

02:54PM  15   THERE ARE WITNESSES WHO NEED TO BE CALLED TWICE, BECAUSE LOTS

02:54PM  16   OF TIMES PARTIES STIPULATE IN SCOPE, IN TERMS OF SCOPE AND

02:54PM  17   SOMETIMES SAY, OKAY, THAT'S FINE, IF YOU ARE GOING TO BRING

02:55PM  18   THIS UP, I WOULD RATHER JUST BRING IT UP ANYWAY IN MY DIRECT.

02:55PM  19   SO IT'S FREE GAME FOR CROSS OR STIPULATE THAT YOU CAN GO A

02:55PM  20   LITTLE BIT BEYOND IN TERMS OF SUBJECT AREAS.  SO LET'S TRY TO

02:55PM  21   PREVENT DOUBLE CALLING.

02:55PM  22         BUT THE BIGGEST SORT OF -- BECAUSE YOU'RE ALREADY AT A

02:55PM  23   VERY DEPOSITION HEAVY TRIAL, WHICH NOBODY LOVES BEING READ AND

02:55PM  24   VIDEOING DEPOSITIONS, BUT THAT'S FINE.  YOUR PREROGATIVE.  BUT

02:55PM  25   I DON'T SEE THE POINT OF ALL OF THESE CUSTODIAN RECORDS, AND I

02:55PM 1    THINK IF YOU JUST CUT THAT OUT, THAT WOULD SHORE UP QUITE A BIT

02:55PM 2    OF TIME.

02:55PM 3         MR. LOKER, MR. NARITA HAS BEEN ON THE SPOT THIS WHOLE

02:55PM 4    TIME.  LET ME HEAR FROM YOU REGARDING YOUR WITNESS LIST, MEET

02:55PM 5    AND CONFER EFFORTS REGARDING EXHIBITS BECAUSE WE'RE ALL SORT OF

02:55PM 6    ROLLING INTO THIS EARLIER RATHER THAN LATER.

02:55PM 7         MR. LOKER:  OF COURSE.  THANK YOU, YOUR HONOR.

02:55PM 8         IN TERMS OF WITNESSES, OUR PREFERENCE IS TO TAKE EVERYONE

02:55PM 9    IN TURN AS WELL.  YOU KNOW, CALL THEM ONCE, GET IT ALL DONE.

02:55PM 10   MR. NARITA CAN EXCEED THE SCOPE OF OUR DIRECT AND JUST BE A

02:55PM 11   LITTLE MORE EFFICIENT IN THAT REGARD.

02:55PM 12        THE COURT:  UH-HUH.

02:55PM 13        MR. LOKER:  THEN IN TERMS OF THE EXHIBITS, WE DIDN'T

02:56PM 14   OBJECT TO ANY OF THEIR EXHIBITS ON THEIR EXHIBIT LIST.

02:56PM 15        WHEN WE WERE GOING THROUGH THE MEET AND CONFER PROCESS, I

02:56PM 16   ADDED THE FOUNDATION AND AUTHENTICATION FOR SOME OF OUR THIRD

02:56PM 17   PARTIES.  THAT WAS PURSUANT TO OUR DISCUSSIONS.  I FEEL LIKE

02:56PM 18   THE EXHIBITS SHOULD COME IN.  THEY'RE ALL EITHER PRODUCED BY A

02:56PM 19   PARTY OPPONENT OR PURSUANT TO A SUBPOENA BUT ONCE WE'RE GOING

02:56PM 20   THROUGH AND TALKING ABOUT THE WITNESSES, THAT'S WHEN I'VE ADDED

02:56PM 21   THE AUTHENTICATION FOUNDATION, BUT THAT'S THE ONLY REASON THAT

02:56PM 22   I HAVE THOSE THERE.

02:56PM 23        THE COURT:  OKAY.  SO -- AND THIS IS GEARING UP IN

02:56PM 24   TERMS OF, IN TERMS OF TRIAL HERE.  I MEAN, YOUR EXHIBIT LISTS,

02:56PM 25   I'M GOING TO HAVE YOU ALL GO BACK TO THE WELL --

| | | |
|---|---|---|
| 02:56PM | 1 | MR. LOKER:  OKAY. |
| 02:56PM | 2 | THE COURT:  AND ADD A -- LET ME TAKE A LOOK BECAUSE |
| 02:57PM | 3 | SOMETIMES I HAVE FOLKS ADD TWO COLUMNS OR SOMETIMES ONE COLUMN |
| 02:57PM | 4 | WHICH IS A STIPULATION AS TO AUTHENTICITY, YES OR NO. |
| 02:57PM | 5 | MR. LOKER:  OKAY. |
| 02:57PM | 6 | THE COURT:  AND THEN STIPULATE AS TO ADMISSIBILITY |
| 02:57PM | 7 | BECAUSE THERE ARE SOME DOCUMENTS THAT YOU BOTH ARE GOING TO BE |
| 02:57PM | 8 | RELYING ON; RIGHT? |
| 02:57PM | 9 | MR. LOKER:  RIGHT. |
| 02:57PM | 10 | THE COURT:  SO HAVE YOU DEDUP'D, DEDUPLICATED |
| 02:57PM | 11 | EXHIBITS? |
| 02:57PM | 12 | MR. NARITA:  YES, YOUR HONOR. |
| 02:57PM | 13 | MR. LOKER:  WE HAVE, YOUR HONOR. |
| 02:57PM | 14 | THE COURT:  OKAY.  I'M GOING TO TAKE A CLOSER LOOK |
| 02:57PM | 15 | AT YOUR EXHIBIT LIST TO SEE IF THERE ARE ANY OTHER INSTRUCTIONS |
| 02:58PM | 16 | THAT I HAVE, BUT AT MINIMUM, GOING BACK THROUGH AND IN TERMS OF |
| 02:58PM | 17 | AUTHENTICITY AND WHETHER OR NOT THERE'S ANYTHING THAT YOU CAN |
| 02:58PM | 18 | THEN STIPULATE TO AS TO ADMISSIBILITY, BECAUSE AUTHENTICITY |
| 02:58PM | 19 | UNTO ITSELF WILL GREATLY SHORE UP YOUR WITNESS LIST. |
| 02:58PM | 20 | MR. LOKER:  YES. |
| 02:58PM | 21 | THE COURT:  I'M SORRY.  I'M SEPARATING ALL OF THE |
| 02:58PM | 22 | PIECES OF PAPER. |
| 02:58PM | 23 | ALL RIGHT.  WHERE WERE WE BEFORE WE TOOK THAT LITTLE DIVE |
| 02:58PM | 24 | INTO THE EXHIBIT LISTS? |
| 02:58PM | 25 | MR. LOKER:  WE DID THE SCHEDULE, AND THEN WE WERE |

02:58PM 1    TALKING ABOUT WITNESSES, AND THEN THE EXHIBITS.  SO THE LAST

02:58PM 2    THING WE DISCUSSED WAS THE SCHEDULE.

02:58PM 3            THE COURT:  ALL RIGHT.  SO WE'RE GOING TO NEED TO

02:58PM 4    SET A COUPLE OF ADDITIONAL DATES INCLUDING A PREEXCUSAL

02:58PM 5    REFERENCE.  IF THAT ONE IS SHORT, WE MAY BE ABLE TO DO IT

02:58PM 6    ONLINE, BUT THE REST OF THEM WILL BE IN PERSON.  WE WILL SET

02:59PM 7    THIS AT THE END, BUT THOSE ARE THE DATES WHICH I HAVE SO FAR

02:59PM 8    AND SORT OF SCHEDULE WHICH I WAS THINKING.

02:59PM 9        LET'S MOVE ON TO -- BECAUSE ONE OF OUR FIRST UPCOMING

02:59PM 10   DEADLINES IS TO GET THE JURY QUESTIONNAIRE TO THE JURY

02:59PM 11   COORDINATOR.

02:59PM 12       THE COURT AGREED WITH YOUR QUESTIONS.  IT SEEMED LIKE

02:59PM 13   THERE WERE NOT ANY EDITS TO THE GENERAL FORM, CIVIL FORM.

02:59PM 14           MR. LOKER:  CORRECT.

02:59PM 15           THE COURT:  WHICH THEY WOULD HAVE FROWNED UPON

02:59PM 16   ANYWAY.

02:59PM 17       AND THEN I HAD ONE CONCERN.  WHERE DID I JUST PUT THAT?

02:59PM 18   THERE WAS ONE QUESTION REGARDING IMMIGRATION STATUS.  SO THAT

02:59PM 19   WAS THE ONE QUESTION.  YOU HAD TEN SPECIAL QUESTIONS, AND

02:59PM 20   THERE'S ONE QUESTION REGARDING IMMIGRATION STATUS.

02:59PM 21       AND I WAS WONDERING -- I MEAN, THERE IS A PRESCREENING IN

02:59PM 22   TERMS OF ELIGIBILITY WHICH IS DONE BY OUR JURY SERVICES.  PART

02:59PM 23   OF MY CONCERN REGARDING THE IMMIGRANT QUESTION IS JUST GIVEN

03:00PM 24   THE NATURE ABOUT -- IT MIGHT BE MORE SENSITIVE DURING THESE

03:00PM 25   TIMES THAN THERE ARE OTHERS.  LET ME JUST TRY TO FIND THE EXACT

03:00PM 1   QUESTION.

03:00PM 2               MR. LOKER:  I BELIEVE IT IS NUMBER 7, YOUR HONOR.

03:00PM 3               THE COURT:  YES.  ARE YOU, YOUR RELATIVES OR ANYONE

03:00PM 4   CLOSE TO YOU REFUGEES OR FIRST GENERATION IMMIGRANT?

03:00PM 5       I FEEL THAT YOU ARE GETTING TO THAT QUESTION IN TERMS OF

03:00PM 6   HAVE THEY EVER LIVED IN A DIFFERENT COUNTRY OR SO FORTH.  SO I

03:00PM 7   MIGHT SUGGEST REMOVING THAT QUESTION, BUT LET ME HEAR FROM

03:00PM 8   COUNSEL.

03:00PM 9               MR. LOKER:  NO OBJECTION FROM THE PLAINTIFF,

03:00PM 10  YOUR HONOR.  6 WAS OUR PROPOSAL.

03:00PM 11      7 WAS ADD ADDED BY COMENITY, AND I WANTED TO AGREE ON SOME

03:00PM 12  THINGS, AND SO I DIDN'T OBJECT TO NUMBER 7.

03:00PM 13              MR. NARITA:  YEAH, WE WERE, WE WERE ALSO MINDFUL OF

03:00PM 14  THE SAME CONCERNS THAT YOUR HONOR JUST ARTICULATED WHEN WE

03:01PM 15  SUGGESTED THE QUESTION.

03:01PM 16      THE ISSUE WE HAVE HERE, YOUR HONOR, IS THAT WE UNDERSTAND

03:01PM 17  THAT MR. PANCHENKO IS -- HE IS A, YOU KNOW, HE'S A VERY RECENT

03:01PM 18  IMMIGRANT TO THE U.S. AND A REFUGEE FROM THE WAR IN THE

03:01PM 19  UKRAINE.  AND, YOU KNOW -- AND SO WE UNDERSTAND THAT THAT'S

03:01PM 20  GOING TO BE A BIG PART OF HIS CASE AND THAT HE WANTS TO TELL IT

03:01PM 21  TO THE JURY.

03:01PM 22      SO WE JUST, WE FELT LIKE WE WANTED TO KNOW NOT JUST HAVE

03:01PM 23  YOU JUST MOVED HERE FROM A CERTAIN COUNTRY BUT ALSO THE DETAIL

03:01PM 24  OF THAT.

03:01PM 25              WITHOUT PUTTING SOME, YOU KNOW -- I CERTAINLY DON'T WANT

03:01PM  1    TO PUT SOMEBODY ON THE SPOT IN OPEN COURT.  IF THEY'RE DOING

03:01PM  2    SOMETHING IN THE PRIVACY OF THEIR LIVING ROOM AND FILLING OUT A

03:01PM  3    QUESTIONNAIRE, MAYBE THEY WOULD FEEL A LITTLE BIT OR A LITTLE

03:01PM  4    MORE OPEN ABOUT SAYING SOMETHING.  SO IT'S A DIFFICULT SUBJECT,

03:01PM  5    BUT THAT'S WHY IT'S IN THERE, YOUR HONOR.

03:02PM  6              THE COURT:  WHY DOESN'T 6 ADDRESS THAT?

03:02PM  7              MR. NARITA:  WELL, IT DOES.  IT MIGHT.

03:02PM  8              THE COURT:  IT SEEMS LIKE IT'S THE BROADER CATCHALL

03:02PM  9    FOR IT.

03:02PM  10       I MEAN, MY CONCERN IS JUST --

03:02PM  11              MR. NARITA:  RIGHT.  IT'S THE REFUGEE PART OF IT,

03:02PM  12   YOUR HONOR.

03:02PM  13       LIKE, IF WE SAY HAVE YOU EVER LIVED IN A DIFFERENT COUNTRY

03:02PM  14   AND THEY SAY, YES, HAITI.  WELL, THAT MIGHT MEAN ONE THING OR

03:02PM  15   IT MIGHT MEAN ANOTHER, BUT IF THEY'RE A REFUGEE AND THEY'VE HAD

03:02PM  16   AN INCREDIBLE WHOLE DIFFERENT EXPERIENCE THAT --

03:02PM  17              THE COURT:  IS THAT SOMETHING THAT YOU CAN DEAL WITH

03:02PM  18   IN VOIR DIRE?  I MEAN, I'M WONDERING HAVE YOU EVER -- WELL,

03:02PM  19   FIRST, IT'S VERY BROAD RIGHT NOW FOR BOTH SETS OF QUESTIONS,

03:03PM  20   "HAVE YOU, YOUR FAMILY OR ANYONE CLOSE TO YOU."  BUT I'M

03:03PM  21   WONDERING IF YOU WANT TO GET TO THAT, IF IT'S SOMETHING LIKE

03:03PM  22   HAVE YOU EVER LIVED IN A DIFFERENT COUNTRY OR GREW UP IN A

03:03PM  23   DIFFERENT COUNTRY, LIKE CHANGING 6 SO IT GETS MORE TO THE

03:03PM  24   GROWING UP IN A DIFFERENT COUNTRY WHICH WOULD THEN IMPLY AND

03:03PM  25   THEN YOU COULD FOLLOW UP VIA --

03:03PM 1              MR. LOKER:  I THINK SO, TOO.

03:03PM 2              THE COURT:  -- VOIR DIRE.

03:03PM 3         LIKE, SOMETHING THAT BLENDS 6 AND 7 AND GETS YOUR CONCERN

03:03PM 4    REGARDING -- I HEAR WHAT YOU'RE SAYING.  I'M ALSO TRYING NOT

03:03PM 5    TO --

03:03PM 6              MR. NARITA:  I JUST WANT THE JURY TO FEEL

03:03PM 7    COMFORTABLE, YOUR HONOR.  I DON'T WANT TO BE SOMEONE I JUST

03:03PM 8    MET, AND THEY'RE SITTING OVER THERE, AND START ASKING REALLY

03:03PM 9    UNCOMFORTABLE QUESTIONS IF I CAN AVOID IT.

03:03PM 10        IF THEY'VE ALREADY REVEALED IT AND SEEN IT, THEN WE CAN

03:03PM 11   FIND A VERY, YOU KNOW, RESPECTFUL WAY THAT WE CAN ASK QUESTIONS

03:03PM 12   ABOUT IT.

03:03PM 13        BUT I JUST DON'T WANT TO BE THE PERSON THAT IS PUTTING

03:04PM 14   THAT TO THEM THE FIRST TIME, IF THERE IS ANYBODY IN THE POOL.

03:04PM 15   THE ANSWER TO ALL OF THESE QUESTIONS MAY BE NO.  THEY'RE PRETTY

03:04PM 16   SPECIFIC QUESTIONS, YOU KNOW.

03:04PM 17             THE COURT:  RIGHT.  BUT IF IT'S IN THE COURTROOM

03:04PM 18   THEN THEY CAN SAY, YOU KNOW, YOUR HONOR, I HAVE SOMETHING

03:04PM 19   PERSONAL I WOULD LIKE TO DISCUSS.  IF THEY'RE FEARFUL -- I JUST

03:04PM 20   THINK THAT THERE ARE CERTAIN PEOPLE WHO ARE FEARFUL RIGHT NOW

03:04PM 21   ABOUT COMING INTO OUR COURTS, AND I WANT TO NOT ENCOURAGE THAT

03:04PM 22   OR TRY -- FOR THE SAME REASONS IN TERMS OF FEELING SECURE, AND

03:04PM 23   I FEEL LIKE THERE ARE DIFFERENT WAYS.  I'M HAPPY AND EVEN

03:04PM 24   THOUGH I WOULD NORMALLY DO IT FOR THAT BASIS, BUT IF THEY SAY

03:04PM 25   THERE'S SOMETHING THAT WE WOULD LIKE TO DISCUSS WITH YOU IN A

03:04PM 1    CLOSED SESSION, BECAUSE I OFFER THAT TO THE JURY.  IF THERE IS

03:04PM 2    SOMETHING SENSITIVE -- I WAS DEFINITELY NOT EXPECTING THIS

03:04PM 3    DEFINITELY TO BE THE CASE IN THIS CASE, BUT PERHAPS IT WILL BE,

03:04PM 4    AND THAT'S OKAY.  I'M HAPPY TO DO THAT AND TAKE THAT ADDITIONAL

03:04PM 5    TIME IN TERMS OF OUR JURY SELECTION, BUT I'M JUST SOMEWHAT

03:05PM 6    CONCERNED -- I'M HOPING THAT COUNSEL CAN, YOU KNOW, AND WE CAN

03:05PM 7    TRY TO WORDSMITH IT, BUT MAYBE DURING A BREAK TRY TO -- I THINK

03:05PM 8    THERE'S A WAY OF THREADING THE NEEDLE --

03:05PM 9              MR. NARITA:  OKAY.

03:05PM 10             THE COURT:  -- WITH 6 AND 7 BECAUSE I -- FOR THE

03:05PM 11   SAME REASONS THAT YOU WANT TO FEEL THEM COMFORTABLE AND SUCH, I

03:05PM 12   WANT THE SAME.

03:05PM 13             MR. NARITA:  WE WANT THEM TO START BEING COMFORTABLE

03:05PM 14   THE MOMENT THEY'RE FILLING OUT THE QUESTIONNAIRE, TOO.

03:05PM 15             THE COURT:  YES.

03:05PM 16             MR. NARITA:  OKAY.  POINT WELL TAKEN, YOUR HONOR.

03:05PM 17   WE'LL GO BACK TO THE DRAWING BOARD AND SEE IF THERE'S SOMETHING

03:05PM 18   BETTER THAT WE CAN DO.

03:05PM 19             THE COURT:  YES.  I'VE GROWN UP IN A DIFFERENT

03:05PM 20   COUNTRY IS ONE WAY OF GETTING AT IT.

03:05PM 21        ALL RIGHT.  OTHER THAN THAT, I'M GLAD TO SEE THAT WE ARE

03:05PM 22   ON BOARD WITH EVERYTHING ELSE.  I'M GOING TO SEE -- SOMEONE ON

03:06PM 23   MY STAFF HAD SUGGESTED, WHICH I THOUGHT WAS A VERY GOOD IDEA, I

03:06PM 24   JUST DON'T KNOW WHAT FLEXIBILITY THAT WE HAVE AROUND THE JURY

03:06PM 25   SERVICES FORMS, BUT ADDING SOME SORT OF DISCLAIMER.  I'M GOING

03:06PM 1    TO ASK YOU ALL TO COME UP WITH SOME LANGUAGE, JUST SOME QUICK

03:06PM 2    ONE SENTENCE WHICH SAYS PLEASE DO NOT ADD, PLEASE DO NOT

03:06PM 3    PROVIDE ANY PRIVATE BANKING INFORMATION OR PERSONAL BANKING

03:06PM 4    INFORMATION BECAUSE WE ASK THESE QUESTIONS ABOUT BANKS.

03:06PM 5        SO SOME ONE-LINER IN TERMS OF WARNING THEM IN LIGHT OF THE

03:06PM 6    QUESTION BUT THEY'RE NOT LIKE AND MY ACCOUNT NUMBER --

03:06PM 7            MR. NARITA:  -- WAS THIS.

03:06PM 8            THE COURT:  SO IF YOU ALL, IN ADDITION TO MEETING

03:06PM 9    ABOUT QUESTION 6 AND 7 -- I MEAN, 6, I WOULD APPROVE AS IS, BUT

03:06PM 10   IF THERE'S SOME WAY THAT WE CAN MERGE THOSE INTO SOMETHING

03:06PM 11   WHICH ADDRESSES THOSE, I HEAR AS WELL THE DEFENDANTS' CONCERNS,

03:06PM 12   AND ALSO A ONE-LINER DISCLAIMER JUST LIKE PLEASE DON'T PROVIDE

03:07PM 13   ANY ADDITIONAL PRIVATE FINANCIAL INFORMATION.

03:07PM 14       ALL RIGHT.  SO WE ARE DONE WITH THAT.  I AM GOING TO ASK

03:07PM 15   THAT YOU ALL GET ME YOUR PROPOSED LANGUAGE BY TOMORROW

03:07PM 16   REGARDING MEETING AND CONFERRING AND THEN PROPOSED LANGUAGE BY

03:07PM 17   TOMORROW, IF THAT WORKS, BY THE END OF THE DAY TOMORROW.

03:07PM 18            MR. LOKER:  YES, YOUR HONOR.

03:07PM 19            THE COURT:  YOU ALL HAVE CLEARLY GONE BACK AND FORTH

03:07PM 20   ON IT A COUPLE TIMES, SO BY THE END OF THE DAY TOMORROW.

03:07PM 21            MR. NARITA:  YES.  PERFECT, YOUR HONOR.

03:07PM 22            THE COURT:  JUST EMAIL IT TO LAURA.

03:07PM 23       ALL RIGHT.  SO THAT FINISHES THAT.

03:07PM 24       PRELIMINARY STATEMENT TO THE JURY ALSO THERE WAS CONSENSUS

03:07PM 25   ON.  I THOUGHT IT WAS FINE.  I THOUGHT IT LOOKED GOOD, SO I'M

03:07PM    1    SIGNING OFF ON THAT AS WELL.

03:07PM    2        DO ME A FAVOR AND JUST SO I CAN INCLUDE IT IN MY TRIAL

03:07PM    3    SCRIPT, GO AHEAD AND SEND IT IN WORD TO LAURA.

03:07PM    4            MR. LOKER:  YES, YOUR HONOR.

03:07PM    5            THE COURT:  OTHER HOUSEKEEPING, WALKING THINGS

03:08PM    6    THROUGH.  REMAINING PARTIES, AND I BELIEVE I HAVE NEED TO CHECK

03:08PM    7    THE DOCKET NOW, THAT THE JOINT DISMISSAL OF EQUIFAX WAS DUE

03:08PM    8    ALREADY AND THAT IT MAY BE OVERDUE.  I JUST WANT TO MAKE SURE

03:08PM    9    THAT WE HAVE TAKEN CARE OF ANY DOES, ANYTHING ELSE, OR ANY

03:08PM   10    PARTIES.

03:08PM   11        AM I CORRECT, MR. LOKER, THAT WE STILL NEED THE DISMISSAL

03:08PM   12    OF EQUIFAX?

03:08PM   13            MR. LOKER:  EVERYONE SHOULD HAVE BEEN DISMISSED, SO

03:08PM   14    IF EQUIFAX HASN'T, THEN I CAN HAVE MY OFFICE DO IT TODAY OR

03:08PM   15    TOMORROW.

03:08PM   16            THE COURT:  OKAY.  CAN YOU GO AHEAD AND CHECK THAT.

03:08PM   17    IT'S ECF NUMBER 132 I THINK WAS THE DEADLINE SETTING.

03:08PM   18            MR. LOKER:  UNDERSTOOD.  THANK YOU.  MY APOLOGIES,

03:08PM   19    YOUR HONOR.

03:08PM   20            THE COURT:  ANY OTHER PARTIES?  IS THE DOCKET CLEAN

03:08PM   21    IN TERMS OF ANY OTHER PARTIES?

03:08PM   22            MR. LOKER:  YES, YOUR HONOR.

03:08PM   23            THE COURT:  OKAY.  MR. NARITA, ARE YOU IN AGREEMENT?

03:08PM   24            MR. NARITA:  I AM IN AGREEMENT, YOUR HONOR.  THANK

03:08PM   25    YOU.

03:08PM 1          THE COURT:  WONDERFUL.

03:08PM 2      OKAY.  LET'S TAKE AND TURN TO NOW THE MOTIONS IN LIMINE.

03:08PM 3  GIVE ME A MOMENT TO FIND THOSE PAPERS.

03:09PM 4      (PAUSE IN PROCEEDINGS.)

03:09PM 5          THE COURT:  YESTERDAY THE COURT SENT OUT AN ORDER

03:09PM 6  GRANTING IN PART AND DENYING IN PART THE MOTIONS IN LIMINE.

03:09PM 7  SPECIFICALLY THE COURT WAS REFERRING TO AND ADDRESSING

03:09PM 8  PLAINTIFF'S MOTION IN LIMINE NUMBER 1 AND DEFENDANTS' MOTION IN

03:09PM 9  LIMINE NUMBERS 1 THROUGH 5 I BELIEVE.

03:09PM 10         MR. NARITA:  CORRECT, YOUR HONOR.

03:09PM 11         THE COURT:  ECF NUMBER 155, 158, 159, 160, 161, AND

03:10PM 12  162.

03:10PM 13     IN DOING SO, I INDICATED THAT THE PARTIES SHOULD FOCUS ON

03:10PM 14  TWO SPECIFIC ONES, BUT THAT I WOULD OPEN IT UP TO ARGUMENTS

03:10PM 15  REGARDING EITHER ANY OF THE OTHERS, BUT REALLY WAS FOCUSSED ON

03:10PM 16  THE TWO.

03:10PM 17     I ALSO SAW THAT THE PARTIES, AND I HAVE NOT HAD A CHANCE

03:10PM 18  TO WORDSMITH IT, BUT THAT COUNSEL HAD SENT TO THE COURT

03:10PM 19  PROPOSING LIMITING INSTRUCTIONS PER THE COURT'S REQUEST WELL IN

03:10PM 20  ADVANCE OF THE DEADLINE.  SO THANK YOU.

03:10PM 21     SO WITH THAT, I'M NOT SURE WHETHER OR NOT TO TAKE THAT AS

03:10PM 22  AN ADMISSION THAT THE COURT GOT IT RIGHT OR AT LEAST FOR TRIAL

03:10PM 23  OR WHETHER OR NOT WE NEED TO HOP INTO ARGUMENT.

03:10PM 24     MR. LOKER.

03:10PM 25         MR. LOKER:  FOR THE PLAINTIFF, YOUR HONOR, WE SUBMIT

03:10PM  1    ON THE TENTATIVE.

03:10PM  2              MR. NARITA:  YOUR HONOR, I WOULD LIKE TO ADDRESS THE

03:10PM  3    COURT ON APPEAL THOUGH.

03:10PM  4              THE COURT:  YES.  OKAY.  WHY DON'T WE BEGIN.

03:11PM  5    MR. NARITA, JUST WALK ME THROUGH THE NUMBERS --

03:11PM  6              MR. NARITA:  SURE.

03:11PM  7              THE COURT:  -- BEGINNING WITH X NUMBER AND THEN HAVE

03:11PM  8    THE ARGUMENT.

03:11PM  9              MR. NARITA:  SURE.  YOUR HONOR, THE FIRST ONE WOULD

03:11PM  10   BE THE ONLY MOTION IN LIMINE THAT THE PLAINTIFF FILED, SO IT'S

03:11PM  11   THE PLAINTIFF'S MOTION IN LIMINE NUMBER 1.

03:11PM  12             THE COURT:  OKAY.

03:11PM  13             MR. NARITA:  AND THAT, GENERALLY SPEAKING,

03:11PM  14   YOUR HONOR, IS THE MOTION WHEREBY THE PLAINTIFFS SOUGHT TO

03:11PM  15   EXCLUDE ANY EVIDENCE OF THE FACT THAT HE HAD SETTLED WITH OTHER

03:11PM  16   FINANCIAL ENTITIES OR THE AMOUNTS OF THOSE SETTLEMENTS.

03:11PM  17        AND THANK YOU FOR THE COURT'S TENTATIVE.  OBVIOUSLY WE

03:11PM  18   READ THAT QUITE CLOSELY.

03:11PM  19        HERE'S THE ISSUE I WANTED TO ADDRESS.  SO I DON'T THINK --

03:11PM  20   NOBODY, NOBODY DISPUTES IN THIS CASE, AND IT'S REALLY FOR THE

03:11PM  21   JURY TO DECIDE ISSUES OF CAUSATION AND ISSUES OF DAMAGES.

03:11PM  22   THAT'S ONE AREA OF AGREEMENT.

03:11PM  23        AND WE BELIEVE THAT BECAUSE THERE WERE SO MANY DEFENDANTS

03:12PM  24   SUED IN THE CASE FOR THE SAME THING, THAT THE PLAINTIFF IS

03:12PM  25   GOING TO HAVE A MAJOR PROBLEM OF PROOF AT TRIAL.

03:12PM  1      AND THE SOLUTION TO THE PROBLEM IS MORE EVIDENCE, NOT

03:12PM  2  EXCLUDING EVIDENCE.  THAT'S OUR POSITION.  AND THIS IS WHY, SO

03:12PM  3  HE'S -- AS WE DETAILED IN OUR PAPERS, FROM THE TIME THAT HE

03:12PM  4  FILED THE CASE AND HIS COMPLAINT THROUGH HIS INITIAL

03:12PM  5  DISCLOSURES, IN ALL OF HIS SWORN TESTIMONY IN RESPONSE TO

03:12PM  6  DISCOVERY RESPONSES, IN HIS DECLARATIONS, AND IN HIS DEPOSITION

03:12PM  7  TESTIMONY, MR. PANCHENKO HAS CONSISTENTLY TAKEN THE POSITION

03:12PM  8  THAT HE WAS INJURED, AND HE'S NEVER EVEN TRIED TO ASSIGN

03:13PM  9  SPECIFIC INJURIES CAUSED BY ANY OF THE DEFENDANTS.  HE'S NEVER

03:13PM 10  TRIED TO DO THAT.

03:13PM 11      I TAKE IT HE NOW IS SAYING THAT HE'S GOING TO GO TO TRIAL

03:13PM 12  AGAINST ONE OF THE DEFENDANTS AND THAT HE'S PREPARED TO TRY AND

03:13PM 13  PIN SOME SPECIFIC TYPE OF INJURY ON COMENITY ALONE.  I MEAN, I

03:13PM 14  DON'T THINK HE CAN DO THAT, BUT HE'S TAKING THAT AS HIS

03:13PM 15  POSITION.

03:13PM 16      IF THAT'S THE CASE, THEN THE JURY NEEDS TO UNDERSTAND ALL

03:13PM 17  OF THE EVIDENCE RELATING TO THE DEFENDANTS.  IT NEEDS TO

03:13PM 18  UNDERSTAND WHAT ALL OF THESE OTHER DEFENDANTS DID TO HIM, HOW

03:13PM 19  THAT MIGHT HAVE HARMED HIM, AND THEN WHETHER OR NOT IT WAS PART

03:13PM 20  OF THE SAME OVERALL HARM THAT HE SUFFERED FROM COMENITY, WHICH

03:14PM 21  IS OUR POSITION, OR WHETHER, AS HE SAYS, IT IS ACTUALLY THIS

03:14PM 22  DISTINCT POSITION SOLELY CAUSED BY COMENITY.

03:14PM 23      THEY'RE GOING TO HAVE TO DO THAT AS THE TRIER OF FACT AND

03:14PM 24  THE ENTITY, THE BODY THAT DECIDES ON BOTH CAUSATION AND

03:14PM 25  DAMAGES.  SO THAT'S FINE.  BUT IT WOULD BE FUNDAMENTALLY UNFAIR

03:14PM 1    TO HAVE THEM TAKE IN ALL OF THE EVIDENCE ABOUT WHAT

03:14PM 2    MR. PANCHENKO SAID ABOUT INJURIES THAT WERE CAUSED BY THESE

03:14PM 3    VARIOUS ENTITIES, BUT THEN PRECLUDE THE JURY FROM HEARING HOW

03:14PM 4    MUCH COMPENSATION HE HAS ALREADY RECEIVED FOR THE INJURIES.

03:14PM 5         BECAUSE AS YOUR HONOR HAS SAID, WE HAVEN'T QUITE FIGURED

03:14PM 6    IT OUT YET WHETHER THE ONE SATISFACTION RULE WOULD APPLY HERE.

03:14PM 7    THE JURY IS GOING TO HAVE TO DO THAT.  THEY'RE GOING TO HAVE TO

03:14PM 8    DECIDE WAS HE INJURED AT ALL?  WHO DID IT?  AND HOW MUCH?

03:15PM 9         THE COURT:  SO DO YOU HAVE A CASE WHERE THE ONE

03:15PM 10   SATISFACTION RULE WAS APPLIED AND SUBMITTED TO THE JURY?

03:15PM 11        MR. NARITA:  WELL, ANY CASE WHERE THERE'S JOINT

03:15PM 12   TORTFEASORS, IT IS THE LAW IN THE NINTH CIRCUIT THAT YOU CANNOT

03:15PM 13   HAVE A DOUBLE RECOVERY WHERE THERE'S JOINT TORTFEASORS.

03:15PM 14        THE JURY HAS TO DECIDE WHO --

03:15PM 15        THE COURT:  WE DON'T KNOW PER SE RIGHT NOW WITH ALL

03:15PM 16   OF THE EVIDENCE WHETHER OR NOT THERE IS -- THAT THERE IS ONE

03:15PM 17   INDIVISIBLE HARM.

03:15PM 18        SO DO YOU HAVE A CASE WHERE THE ONE SATISFACTION OFFSET

03:15PM 19   AND THE QUESTION OF ITS APPLICABILITY WAS SUBMITTED TO THE

03:15PM 20   JURY?

03:15PM 21        MR. NARITA:  WELL, ANY TIME ANY CASE GOES TO TRIAL,

03:15PM 22   THE JURY HAS TO DECIDE WHO, IF ANYONE, HARMED THE PLAINTIFF AND

03:15PM 23   HOW MUCH.

03:16PM 24        AND THE ONLY WAY THAT THEY CAN DO -- AND THEN THEY'LL

03:16PM 25   DECIDE, YOUR HONOR, THEY ARE GOING TO DECIDE IS MR. NARITA

03:16PM 1    RIGHT, AND THIS IS ACTUALLY JUST ONE HARM, AND THERE'S NO WAY

03:16PM 2    TO REALLY PARSE IT OUT FOR COMENITY, OR IS MR. LOKER RIGHT?

03:16PM 3         AND, IN FACT, NOW THAT I HAVE HEARD ALL OF THE EVIDENCE

03:16PM 4    AND TALKED WITH MY CO-JURORS, YOU KNOW, COMENITY DID THIS

03:16PM 5    SPECIFIC THING TO HIM THAT WAS DIFFERENT THAN ANYBODY ELSE AND

03:16PM 6    CAUSED THE SPECIFIC HARM, AND, THEREFORE, THAT'S WHAT WE THE

03:16PM 7    JURY ARE GOING TO PUT AS OUR DAMAGES.  THAT'S THEIR JOB.

03:16PM 8         THE COURT:  IT SEEMS TO ME THAT YOU'RE MIXING UP TO

03:16PM 9    SOME DEGREE, YOU'RE MIXING UP THE ISSUES OF CAUSATION VERSUS

03:16PM 10   THE OFFSET.

03:16PM 11        MR. NARITA:  WELL, THE JURY HAS TO DECIDE CAUSATION

03:16PM 12   AND DAMAGES.  THAT IS THEIR JOB.  AND THEY CAN'T DO THAT WITH

03:17PM 13   ONLY PART OF THE EVIDENCE.  THEY HAVE TO HEAR IT ALL.

03:17PM 14        THE COURT:  YOU'RE STILL GOING TO GET THE ENTRY

03:17PM 15   LINES WITHIN THE CREDIT REPORT REGARDING EXPERIAN OR THESE

03:17PM 16   OTHER ENTITIES; CORRECT?

03:17PM 17        MR. NARITA:  SURE.

03:17PM 18        THE COURT:  LIKE, WHAT YOU'RE ASKING FOR IS THE

03:17PM 19   CONFIDENTIAL SETTLEMENT AGREEMENTS COMING IN BECAUSE THE FIRST

03:17PM 20   PART OF ARE THEY GETTING MORE EVIDENCE?  THEY'RE STILL GETTING

03:17PM 21   THE REST OF THE CREDIT REPORTING OR PARTS OF THE CREDIT REPORT;

03:17PM 22   CORRECT?

03:17PM 23        MR. NARITA:  CORRECT.

03:17PM 24        THE COURT:  OKAY.

03:17PM 25        MR. NARITA:  MAY I TRY TO ILLUSTRATE IT WITH AN

03:17PM 1    EXAMPLE, YOUR HONOR?

03:17PM 2              THE COURT:  YEAH, ILLUSTRATE IT WITH ANOTHER FICRA

03:17PM 3    OR CCRA OR SOME OTHER CASE.  GO AHEAD.

03:17PM 4              MR. NARITA:  I DON'T HAVE A CASE NAME TO CITE TO

03:17PM 5    YOU, BUT I HAVE WHAT IS HOPEFULLY A COMMON SENSE EXPLANATION

03:17PM 6    FOR WHAT I'M TRYING TO GET AT.

03:17PM 7              THE COURT:  OKAY.

03:17PM 8              MR. NARITA:  AND IT'S A LITTLE STRANGE, BUT IT'S THE

03:17PM 9    BEST I CAN COME UP.  LET'S SAY MY ESTEEMED TRIAL TEAM HERE, MY

03:17PM 10   THREE COLLEAGUES, TURN ON ME.  THEY CAN'T TAKE IT ANYMORE

03:17PM 11   WORKING WITH ME AND THEY ATTACK ME.

03:18PM 12             THE COURT:  I'M SURE THAT WOULD NEVER HAPPEN.

03:18PM 13             MR. NARITA:  IT WOULD NEVER HAPPEN.  THAT'S AN

03:18PM 14   EXTREME HYPOTHETICAL.

03:18PM 15        BUT ONE OF MY COLLEAGUES, YOU KNOW, STOMPS ON MY FOOT AND

03:18PM 16   BREAKS MY TOE; ANOTHER ONE OF MY COLLEAGUES GETS ME IN THE LEFT

03:18PM 17   KNEE AND REALLY HURTS MY KNEE; AND ANOTHER ONE OF MY COLLEAGUES

03:18PM 18   CRACKS MY WRIST.  AND SO THEY'VE EACH DONE SOMETHING TO A BODY

03:18PM 19   PART OF MINE THAT YOU CAN LOOK AND SEE A HARM.

03:18PM 20        MAYBE ALSO THE COLLECTIVE ATTACK CAUSES ME TO PASS OUT, GO

03:18PM 21   TO THE HOSPITAL, HAVE SOME HOSPITAL BILLS, SOMETHING LIKE THAT.

03:18PM 22        SO THAT MIGHT BE, THAT MIGHT BE, YOU KNOW, ONE -- YOU

03:18PM 23   KNOW, THE HARM THAT IS INDIVISIBLE.  YOU KNOW, THEY ALL

03:18PM 24   BASICALLY WERE A SUBSTANTIAL FACTOR IN SENDING ME TO THE

03:18PM 25   HOSPITAL.  SO THAT MIGHT BE ONE THING.

03:18PM  1      BUT IF MY WRIST IS CRACKED AND REQUIRES CERTAIN MEDICAL

03:19PM  2  ATTENTION, THAT'S A SPECIFIC HARM THAT WAS CAUSED TO ME BY ONE

03:19PM  3  OF THE FOLKS THAT IS INVOLVED HERE.

03:19PM  4      SO MR. LOKER SAYS THAT HIS CLIENT SUED SIX OR SEVEN

03:19PM  5  PEOPLE, BUT HE'S GOING TO BE ABLE TO SHOW AND CONVINCE THE JURY

03:19PM  6  ABOUT THE RISK.  COMENITY IS THE RISK, HARM.  AND THAT IS GOING

03:19PM  7  TO BE ALL HE GOES FOR.  AND THERE WON'T BE ANYTHING FOR THE

03:19PM  8  JURY TO EVEN THINK ABOUT OVER HERE THAT IS UNDIFFERENTIATED

03:19PM  9  HARM.  HE'S JUST GOING TO PROVE THAT.

03:19PM 10      WELL, HOW IS THE JURY GOING TO KNOW THAT?  HOW IS THE JURY

03:19PM 11  GOING TO SORT THROUGH ALL OF THAT?

03:19PM 12          THE COURT:  WELL, THE JURY WILL STILL HEAR ABOUT THE

03:19PM 13  FIGHT AND THE INJURY WHICH TRANS UNION DID ON HIS FACE -- AND

03:19PM 14  ON YOUR FACE AND THE INJURY.

03:19PM 15      WELL, I'M GOING TO STOP PUTTING DIFFERENT ENTITIES BECAUSE

03:19PM 16  THIS COULD BE QUOTED WELL OUT OF CONTEXT, BUT YOUR REMAINING

03:19PM 17  TEAM, THE OTHER ATTORNEYS ON YOUR TEAM AND THE INJURY THAT THEY

03:19PM 18  INFLICTED --

03:19PM 19          MR. NARITA:  YES.

03:20PM 20          THE COURT:  -- WOULD STILL COME IN IN TERMS OF THE

03:20PM 21  EVIDENCE; CORRECT?

03:20PM 22          MR. NARITA:  WELL, RIGHT.  AND OUR POSITION IS

03:20PM 23  THAT -- THE PARTIES DIFFER HERE.  AND OUR POSITION IS THAT

03:20PM 24  THERE'S NO RISK, HARM TO THE KNEE THING, THERE'S NOTHING LIKE

03:20PM 25  THAT.  THERE'S JUST SIX OR SEVEN FINANCIAL ENTITIES THAT ALL

03:20PM  1    GOT IT WRONG, YOU KNOW, THEY THOUGHT HE WAS RESPONSIBLE FOR

03:20PM  2    ACCOUNTS THAT HE WASN'T, CAUSED HIM EMOTIONAL DISTRESS BECAUSE

03:20PM  3    THEY WOULDN'T FIX THE PROBLEM, AND IT ALL SOMEHOW LED TO A

03:20PM  4    COUPLE OF CREDIT DENIALS HE SAID.

03:20PM  5        SO THAT'S WHAT WE THINK THE JURY IS GOING TO CONCLUDE WHEN

03:20PM  6    THEY SEE ALL OF THE EVIDENCE.  AND THEN IF THEY DO THAT,

03:20PM  7    THEY'RE GOING TO NEED TO KNOW WHAT -- HOW MUCH COMPENSATION WAS

03:20PM  8    HE COMPENSATED FROM THESE OTHER PEOPLE BECAUSE THE ONLY

03:21PM  9    CAUSE -- COLLECTIVELY, THE ONLY CAUSE --

03:21PM  10           THE COURT:  AGAIN, SO THAT'S CAUSATION.  BUT ISN'T

03:21PM  11   THE REST OF THAT, ISN'T THAT WHAT WE'RE DOING IN POST-TRIAL

03:21PM  12   BRIEFING?  ISN'T THAT WHAT WE'RE DOING IN TERMS OF THE

03:21PM  13   APPLICATION OF THE OFFSET LATER ON WITH THOSE NUMBERS?

03:21PM  14       SO --

03:21PM  15           MR. NARITA:  THAT'S THE JURY'S JOB.  I WOULD SAY --

03:21PM  16   WE WOULD SAY THIS.  LET'S USE A ROUND NUMBER, YOUR HONOR.  WHAT

03:21PM  17   WE WOULD SAY HYPOTHETICALLY IS THIS COLLECTIVE DAMAGE, LET'S

03:21PM  18   JUST SAY $100,000 BECAUSE IT'S ROUND, NOT BECAUSE I THINK IT'S

03:21PM  19   ACCURATE.  SO HE HAS SUFFERED $100,000 OF INJURY FOR HIS

03:21PM  20   EMOTIONAL DISTRESS, BUT THAT'S EVERYBODY WORKING TOGETHER ON

03:21PM  21   IT.  SO WE WOULD SAY THE JURY HAS TO KNOW THAT HE'S ALREADY

03:21PM  22   RECOVERED $70,000 OF IT BECAUSE ONLY 30,000 OF IT IS WHAT WE

03:21PM  23   HAVE TO PAY.  THEY HAVE TO KNOW THAT, OTHERWISE THEY'RE GOING

03:21PM  24   TO FILL OUT A FORM AND GIVE HIM $100,000, AND THEN WE'RE ALL

03:21PM  25   GOING TO, LIKE, WONDER WHAT HAPPENED HERE, RIGHT?

03:22PM  1          SO MORE EVIDENCE IS THE SOLUTION TO THIS PROBLEM, NOT LESS

03:22PM  2   EVIDENCE, MORE EVIDENCE.

03:22PM  3          AND IF, AND IF I TURN OUT TO BE WRONG, ALL OF THIS

03:22PM  4   EVIDENCE COMES IN BUT MR. LOKER AND HIS CLIENT ARE ABLE TO

03:22PM  5   PROVE LIKE MR. NARITA IS ALL WET BECAUSE, YEAH, I GOT THIS

03:22PM  6   MONEY OVER THERE, BUT THAT WAS FOR THESE OTHER INJURIES.

03:22PM  7              THE COURT:  SO, MR. NARITA, YOU MADE YOUR POINT.  SO

03:22PM  8   TELL ME A CASE WHERE JUDGES HAVE APPLIED WHAT YOU'RE ASKING ME

03:22PM  9   TO DO.  AS YOU SAID, YOU ALL SEE EACH OTHER ALL OF THE TIME.

03:22PM 10              MR. NARITA:  YES.

03:22PM 11              THE COURT:  TELL ME A CASE WHERE A JUDGE HAS DONE

03:22PM 12   WHAT YOU'RE ASKING.

03:22PM 13              MR. NARITA:  WELL, ALL I'M ASKING, JUST TO BE CLEAR,

03:22PM 14   YOUR HONOR, ALL I'M ASKING IS THAT ALL OF THE EVIDENCE BE

03:22PM 15   ADMITTED RELATING TO ALL OF THE TORTFEASORS HERE, THAT'S ALL

03:22PM 16   I'M ASKING:  THE EVIDENCE OF HARM, THE EVIDENCE OF PAYMENT,

03:22PM 17   THAT'S ALL I'M ASKING.

03:22PM 18          CAN I RECITE TO YOU THE NAME OF A CREDIT REPORTING ACT

03:22PM 19   CASE THAT IS KIND OF LIKE THIS CASE?  NO, I CAN'T.

03:23PM 20              THE COURT:  ANY CASE NUMBER.  LIKE, IT DOESN'T HAVE

03:23PM 21   TO BE A PUBLISHED OPINION, IT DOESN'T HAVE TO BE A WESTLAW

03:23PM 22   CITE, JUST ANY CASE FEDERAL DOCKET THAT I CAN PULL UP.

03:23PM 23              MR. NARITA:  YOUR HONOR, I THINK ALL OF THE CASES

03:23PM 24   THAT WE CITED IN OUR BRIEFING PAPERS RECITE WHAT THE ONE

03:23PM 25   SATISFACTION RULE IS, RECITE HOW -- THAT IT IS BASICALLY HARM

03:23PM 1    THAT YOU CAN'T DOUBLE RECOVER FOR THIS.

03:23PM 2              THE COURT:  OKAY.  THANK YOU.  MR. NARITA, I LOOKED

03:23PM 3    AT THOSE CASES.  IS THAT THE ONLY ONE YOU WANTED TO ARGUE?

03:23PM 4              MR. NARITA:  NO, THAT'S NOT THE ONLY ONE.  SHOULD I

03:23PM 5    MOVE ON TO THE OTHER?

03:23PM 6              THE COURT:  NO.  WE'RE GOING TO MOVE BACK AND FORTH.

03:23PM 7    BUT HOW MANY OTHERS?  WE ARE GOING TO PUT TIME LIMITS ON IT.

03:23PM 8              MR. LOKER:  JUST TWO OTHERS, AND THERE ARE VERY

03:23PM 9    NARROW POINTS.

03:23PM 10             THE COURT:  OKAY.  THAT'S FINE.

03:23PM 11        I'M SORRY.  MR. LOKER, I THINK THAT WENT FOR PROBABLY

03:23PM 12   ABOUT SOMEWHERE BETWEEN -- MY BEST ESTIMATE IS SIX TO EIGHT

03:23PM 13   MINUTES.

03:23PM 14             MR. LOKER:  OKAY.

03:23PM 15             THE COURT:  I DON'T THINK YOU'LL NEED THAT AMOUNT OF

03:23PM 16   TIME, AND WE'RE GOING TO PUT TIME LIMITS ON THE REST.  GO

03:23PM 17   AHEAD.

03:23PM 18             MR. LOKER:  THANK YOU, YOUR HONOR.  MY RESPONSE IS

03:23PM 19   VERY SHORT.  SO IN TERMS OF CASES THAT HAVE REVIEWED THIS

03:23PM 20   SITUATION, WE PUT THREE OF OUR OWN IN OUR CONCLUSION AT DOCKET

03:24PM 21   NUMBER 155, PONGSAI, RODRIGUEZ, AND TESHERA.  THOSE ARE ALL

03:24PM 22   FCRA CASES.  THEY'RE ALL DECIDED AT THE MOTION IN LIMINE STAGE.

03:24PM 23   TWO OF THEM WENT TO TRIAL, PONGSAI AND RODRIGUEZ, AND THEY HAD

03:24PM 24   THE EXACT SAME DISCUSSIONS IN ORAL ARGUMENTS FOR THOSE CASES.

03:24PM 25   AND THE DISTINCTION CAME DOWN TO CAUSATION AND THEN OFFSET,

03:24PM 1    WHICH WOULD BE THE POST-TRIAL MOTIONS.

03:24PM 2         MR. NARITA, AND I'VE SEEN HIM DO IT, AND HE DID IT

03:24PM 3    RECENTLY IN A CASE WITH COMENITY, AND WE WILL PRESENT EVIDENCE

03:24PM 4    FROM MR. PANCHENKO'S POINT OF VIEW, SUPPORTED BY HIS WIFE AND

03:24PM 5    FRIENDS, AND WE'RE GOING TO KEEP IT NARROW AND FOCUS ON

03:24PM 6    COMENITY.

03:24PM 7         AND AS YOU WERE THEN SAYING, MR. NARITA WILL THEN HAVE AN

03:24PM 8    OPPORTUNITY TO LOOK AT THE CREDIT REPORT AND TALK ABOUT OTHER

03:24PM 9    THINGS IN HIS LIFE THAT MIGHT HAVE CONTRIBUTED TO THE DAMAGES.

03:24PM 10        SO -- AND I THINK KEEPING THE NUMBERS OUT MAKES SENSE, AND

03:25PM 11   THEN WE HAVE DO AN OFFSET BRIEFING POST-TRIAL, ASSUMING WE GET

03:25PM 12   TO THAT POINT.

03:25PM 13        BUT IN TERMS OF THE CASES, I JUST WANT TO HIGHLIGHT THOSE

03:25PM 14   THREE AND THEN I SUBMIT.

03:25PM 15             THE COURT:  MR. NARITA, WHAT IS YOUR NEXT MOTION IN

03:25PM 16   LIMINE?

03:25PM 17             MR. NARITA:  THE NEXT ONE IS OUR MOTION IN LIMINE

03:25PM 18   NUMBER 1, AND IT RELATED TO MR. HOLLON.

03:25PM 19             THE COURT:  GIVE ME A MOMENT TO CATCH UP WITH YOU,

03:25PM 20   AND LET ME JUST GET MY PAPERS.

03:25PM 21             MR. NARITA:  SURE.  ABSOLUTELY.

03:25PM 22             THE COURT:  OKAY.  I'M READY.

03:25PM 23             MR. NARITA:  TWO VERY NARROW POINTS ON THIS,

03:25PM 24   YOUR HONOR.  I'LL TAKE WHICH I THINK IS THE EASIEST ONE FIRST.

03:25PM 25             WE'RE ALL IN AGREEMENT THAT MR. HOLLON --

| | | |
|---|---|---|
| 03:25PM | 1 | THE COURT:  I'M SORRY, MR. NARITA.  I'M GOING TO |
| 03:25PM | 2 | INTERRUPT FOR A MINUTE.  I'M GIVING YOU 5 MINUTES.  I'M GIVING |
| 03:26PM | 3 | YOU A TIME LIMIT ON THIS ONE. |
| 03:26PM | 4 | MR. NARITA:  OKAY.  EVERYONE IS IN AGREEMENT THAT |
| 03:26PM | 5 | MR. HOLLON IS NOT GOING TO TESTIFY ABOUT PLAINTIFF'S DAMAGES, |
| 03:26PM | 6 | NOT GOING TO QUANTIFY HIS DAMAGES. |
| 03:26PM | 7 | I JUST WANT TO BE CLEAR, IT'S OUR POSITION THAT THAT MEANS |
| 03:26PM | 8 | THAT WE'RE NOT GOING TO HEAR HIM COME UP AND SAY THAT THE APPLE |
| 03:26PM | 9 | CREDIT CARD WAS DENIED BECAUSE OF COMENITY.  IF THAT'S -- IF |
| 03:26PM | 10 | MR. LOKER DISAGREES ABOUT THAT, THEN I THINK WE JUST NEED |
| 03:26PM | 11 | CLARITY ON THAT.  I THINK -- BECAUSE I DON'T THINK HE HAS A |
| 03:26PM | 12 | BASIS FOR DOING THAT, AND WE'VE PUT THAT OUT IN THE BRIEF.  SO |
| 03:26PM | 13 | THAT'S NUMBER ONE. |
| 03:26PM | 14 | NUMBER TWO -- |
| 03:26PM | 15 | THE COURT:  SO I'M SEEING MR. LOKER NOD. |
| 03:26PM | 16 | MR. LOKER:  ONE IS CONFIRMED, YOUR HONOR.  YEAH, WE |
| 03:26PM | 17 | CONFIRM HE'S NOT GOING TO TRY TO OFFER AN OPINION AS TO THE |
| 03:26PM | 18 | APPLE CARD. |
| 03:26PM | 19 | MR. NARITA:  OKAY.  THAT'S EASY. |
| 03:26PM | 20 | THE SECOND IS ONE OF THE POINTS ABOUT THE INVESTIGATION. |
| 03:26PM | 21 | SO ONE OF THE OPINIONS THAT MR. HOLLON WANTS TO OFFER AS A |
| 03:27PM | 22 | REBUTTAL TO MR. ULZHEIMER RELATES TO MR. HOLLON'S OPINION THAT |
| 03:27PM | 23 | COMENITY SHOULD HAVE CALLED MR. PANCHENKO ON THE TELEPHONE.  HE |
| 03:27PM | 24 | JUST SAYS YOU SHOULD HAVE DONE THAT, AND HERE'S MY ISSUE WITH |
| 03:27PM | 25 | THIS. |

03:27PM  1          MR. HOLLON IS A REBUTTAL WITNESS.  HE CAN ONLY REBUT AN

03:27PM  2     OPINION THAT MR. ULZHEIMER HAS EXPRESSED.  MR. ULZHEIMER'S

03:27PM  3     OPINION RELATES TO INDUSTRY STANDARDS FOR FURNISHERS TO

03:27PM  4     INVESTIGATE.

03:27PM  5          MR. HOLLON ADMITTED IN HIS DEPOSITION VERY CLEARLY THAT

03:27PM  6     HIS PERSONAL OPINION THAT COMENITY SHOULD HAVE CALLED

03:27PM  7     MR. PANCHENKO ON THE TELEPHONE AS PART OF ITS INVESTIGATION WAS

03:28PM  8     NOT TETHERED TO ANY INDUSTRY STANDARD.  HE CONCEDED THAT, AND

03:28PM  9     WE PUT ALL OF THAT TESTIMONY INTO THE RECORD.  THERE'S NO

03:28PM 10     INDUSTRY STANDARD THAT HE COULD IDENTIFY THAT CALLS FOR CALLING

03:28PM 11     SOMEONE WHO SAID THEY DISPUTE SOMETHING.

03:28PM 12          SO, THEREFORE, IT'S NOT PROPER REBUTTAL TESTIMONY TO AN

03:28PM 13     EXPERT WHO IS JUST GOING TO TALK ABOUT INDUSTRY STANDARDS.  SO

03:28PM 14     THAT'S REALLY THE ONLY POINT RELATED TO MOTION IN LIMINE

03:28PM 15     NUMBER 1.

03:28PM 16               THE COURT:  OKAY.  LET ME HEAR FROM MR. LOKER.

03:28PM 17               MR. LOKER:  FOR MR. ULZHEIMER, WHAT HE'S SAYING IS

03:28PM 18     THAT THE INVESTIGATION WAS REASONABLE BECAUSE COMENITY FOLLOWED

03:28PM 19     INDUSTRY STANDARDS.

03:28PM 20          MR. HOLLON IS SAYING THE INVESTIGATION WAS UNREASONABLE

03:28PM 21     AND HERE'S ALL OF THESE SORTS OF THINGS THAT COMENITY COULD

03:29PM 22     HAVE OR SHOULD HAVE DONE IN ORDER TO CONDUCT A REASONABLE

03:29PM 23     INVESTIGATION.  SO THAT'S WHY HE WAS GIVING YOU AN EXAMPLE OF

03:29PM 24     ONE THING HE COULD HAVE DONE WAS PLACE A TELEPHONE CALL, AND

03:29PM 25     IT'S DIRECTLY IN RESPONSE TO WHAT MR. ULZHEIMER WILL TESTIFY

03:29PM  1    ABOUT.

03:29PM  2                THE COURT:  AND THIS IS WELL COVERED WITHIN THE

03:29PM  3    MOTION?

03:29PM  4                MR. LOKER:  CORRECT.

03:29PM  5                THE COURT:  THE EARLIER MOTION.

03:29PM  6           MR. NARITA.

03:29PM  7                MR. NARITA:  WELL, I HAVE NOTHING FURTHER TO ADD.  I

03:29PM  8    WOULD JUST BE REPEATING MYSELF ON THAT MOTION IN LIMINE.

03:29PM  9                THE COURT:  ALL RIGHT.  MR. NARITA, WHAT IS YOUR

03:29PM  10   NEXT ONE?

03:29PM  11               MR. NARITA:  THE LAST ONE, I BELIEVE, IS QUITE

03:29PM  12   NARROW.  SO WE HAD MOTION IN LIMINE NUMBER 3, AND THAT WAS THE

03:29PM  13   ONE, YOUR HONOR, WHERE WE ARGUED THAT MR. PANCHENKO AND HIS

03:29PM  14   WIFE AND HIS FRIEND WHO ARE EXPECTED TO TESTIFY, THEY'RE NOT

03:30PM  15   EXPERT WITNESSES, AND, THEREFORE, WE DON'T BELIEVE THAT THEY

03:30PM  16   SHOULD BE ALLOWED TO TESTIFY THAT THE CAUSE OF THEIR DENIAL OF

03:30PM  17   CREDITS, YOU KNOW, MR. PANCHENKO'S CREDIT DENIALS WAS COMENITY,

03:30PM  18   AND IT WAS A FAIRLY NARROW MOTION.

03:30PM  19       AND MR. LOKER'S RESPONSE WAS, WELL, THEY HAVE TO BE ABLE

03:30PM  20   TO TESTIFY ABOUT WHAT HAPPENED TO HIM.  HE WAS DENIED CREDIT.

03:30PM  21   AND THAT'S -- YOU KNOW, I GUESS THAT'S GOING TO BE PART OF HIS

03:30PM  22   STORY, AND WE WILL CROSS-EXAMINE HIM ON THAT, BUT I'M JUST

03:30PM  23   FOCUSSING ON A VERY NARROW ISSUE HERE, WHICH IS THAT WE'RE NOT

03:30PM  24   GOING TO HAVE EVIDENCE OR ARGUMENT FROM A LAYPERSON THAT THE

03:30PM  25   CAUSE OF THE CREDIT DENIAL WAS COMENITY.  THAT WOULD JUST BE

03:30PM  1    PURE SPECULATION.  THAT IS SOMETHING THAT WOULD NEED TO BE

03:30PM  2    TETHERED TO SOME SORT OF ANALYSIS WITH EXPERT TESTIMONY.

03:30PM  3        HE CAN SAY I DIDN'T GET THIS CARD THAT I APPLIED FOR, I

03:31PM  4    DIDN'T GET THIS LOAN.

03:31PM  5        BUT WHEN -- IF THERE'S ARGUMENT IN THE OPENING STATEMENT

03:31PM  6    OR IF THERE'S, YOU KNOW, ASKING HIM LIKE YOU DIDN'T GET IT

03:31PM  7    BECAUSE OF COMENITY.

03:31PM  8            THE COURT:  SO YOU'RE TOUCHING UPON A LOT OF

03:31PM  9    DIFFERENT PARTS OF THE TRIAL.  I MEAN, BECAUSE SOMEONE -- IT

03:31PM  10   SEEMS FAIR GAME, AS I INDICATED IN MY TENTATIVE, THAT MUCH OF

03:31PM  11   THIS IS FOR THE JURY TO DECIDE AND SO -- BUT NOW YOU'RE SAYING,

03:31PM  12   WELL, I DON'T WANT THIS IN THE OPENING, I DON'T WANT THIS TO

03:31PM  13   COME THROUGH IN THE TESTIMONY.

03:31PM  14       SO LET'S BACK IT UP A LITTLE BIT.

03:31PM  15           MR. NARITA:  SURE.

03:31PM  16           THE COURT:  LOOKING AT THE COURT'S TENTATIVE,

03:31PM  17   PAGE 7, WHAT ARE YOU DISAGREEING WITH OR WHAT ARE YOU NOW

03:31PM  18   ASKING TO AMEND TO EXCLUDE SOMETHING BECAUSE I'M WORRIED THAT

03:31PM  19   YOU'RE TRYING TO DRAW A NUANCE WHICH MAY NOT MAKE SENSE?

03:31PM  20           MR. NARITA:  WELL, AGAIN, I WOULD -- I TAKE US BACK

03:31PM  21   TO THE FOCUS OF OUR MOTION WAS NOT TO SAY NO ONE CAN SAY THE

03:32PM  22   WORD APPLE CARD DURING THE TRIAL.

03:32PM  23       THE FOCUS WAS THAT WE DON'T BELIEVE THAT LAY WITNESSES

03:32PM  24   LIKE MR. PANCHENKO OR HIS WIFE OR HIS FRIEND SHOULD BE ALLOWED

03:32PM  25   TO TESTIFY TO ISSUES OF CREDIT DENIAL CAUSATION.  LIKE, I

03:32PM  1    DIDN'T -- I HAVE APPLIED FOR THIS, BUT I DIDN'T GET IT BECAUSE

03:32PM  2    COMENITY WAS STILL ON MY CREDIT REPORT.  THAT'S THE KIND OF

03:32PM  3    THING THAT WOULD BE --

03:32PM  4           THE COURT:  IS IT SOMETHING FOR THE JURY TO WEIGH TO

03:32PM  5    DECIDE WHAT THEY THINK CAUSED IT?  I MEAN, THEY KNOW THAT HE IS

03:32PM  6    NOT -- I'M HAVING A HARD TIME.  SO BASICALLY YOU'RE NOT ASKING

03:32PM  7    FOR AN EXCEPTION FROM THE RULING?  YOU'RE BASICALLY JUST SAYING

03:32PM  8    YOU'RE ASKING THE COURT TO REVERSE ITS RULING?

03:32PM  9           MR. NARITA:  WELL, NO.  I'M ASKING FOR A

03:32PM  10   CLARIFICATION OF WHAT THE IMPORT OF THE RULING IS.

03:32PM  11          THE RULING, AS I UNDERSTAND IT, WAS HE IS COMPETENT TO

03:32PM  12   TESTIFY BASED ON HIS PERSONAL KNOWLEDGE THAT HE WAS DENIED

03:33PM  13   CREDIT BY THOSE TWO ENTITIES.  THAT -- YOU KNOW, WE ACCEPT THE

03:33PM  14   COURT'S RULING, I MEAN, SUBJECT TO ALL OF THE ARGUMENTS WE HAVE

03:33PM  15   MADE, I UNDERSTAND THE COURT'S RULING, LET'S PUT IT THAT WAY.

03:33PM  16          WHAT I'M TRYING -- WHAT THE MOTION WAS REALLY DIRECTED AT

03:33PM  17   WAS HAVING HIM GO FURTHER AND SAY I DIDN'T GET THIS CARD

03:33PM  18   BECAUSE COMENITY WAS ALL OVER MY CREDIT REPORT, AND I PULLED MY

03:33PM  19   REPORT AND THERE THEY ARE.

03:33PM  20          THAT, I THINK, WANDERS INTO PURE SPECULATION.  IT IS A

03:33PM  21   BELL THAT THEN HAS TO BE UNRUNG, AND IT WOULD BE A WASTE OF

03:33PM  22   TIME.

03:33PM  23          THE COURT:  OKAY.  LET ME HEAR FROM MR. LOKER.

03:33PM  24          MR. LOKER:  I DON'T HAVE ANYTHING FURTHER BEYOND THE

03:33PM  25   TENTATIVE, YOUR HONOR.  SO WE DON'T WANT TO, WHEN WE'RE TALKING

| | |
|---|---|
| 03:33PM | 1 |
| 03:33PM | 2 |
| 03:33PM | 3 |
| 03:33PM | 4 |
| 03:34PM | 5 |

OR QUESTIONING MR. PANCHENKO IN FRONT OF THE JURY, TAKE IT TOO FAR.  AND WE'RE GOING TO BE CAREFUL WITH HOW IT'S PRESENTED, AND HE'S GOING TO TESTIFY ABOUT THE DISPUTE PROCESS, THE DENIAL, AND WE LEAVE IT UP TO THE JURY ABOUT WHETHER -- WHAT CAUSED IT, AND THAT'S WHERE I'M GOING TO END WITH HIM.

THE COURT:  THAT WAS THE IMPRESSION THAT I HAD GOTTEN FROM YOUR OPPOSITION --

MR. LOKER:  RIGHT.

THE COURT:  -- WAS THAT YOU WERE NOT GOING TO HAVE HIM TESTIFY EXPERT LIKE AS TO, WELL, THIS IS CAUSED AND THIS IS HOW CREDIT REPORTING WORKS.

LIKE -- THAT IT WAS WHAT HAPPENED TO HIM, WHAT -- OKAY.

MR. LOKER:  THAT'S EXACTLY RIGHT, YOUR HONOR.

THE COURT:  SO I'M NOT GOING TO TRY TO WORDSMITH HIS TESTIMONY RIGHT NOW, MR. NARITA.  IF IT COMES UP AND WE NEED TO HAVE THIS DISCUSSION DURING TRIAL, WE WILL HAVE A DISCUSSION DURING TRIAL, BUT I'M NOT GOING TO MAKE A BLANKET EXCEPTION.

MR. NARITA:  UNDERSTOOD.

THE COURT:  ANYTHING -- ANY OTHER MOTION IN LIMINES? I WANT TO REVISIT SOME OF THE OTHER ONES.

MR. NARITA:  NO.  THE ONLY THING I HAVE WOULD SAY ON THE OTHER MOTIONS, YOUR HONOR, IS THAT WE DON'T CONCEDE ANY OF THE OTHER POINTS; THAT WE UNDERSTAND YOUR HONOR'S RULING, AND WE'RE NOT GOING TO ADD ANYTHING FURTHER TO THE RECORD TODAY.

THE COURT:  OKAY.  SO JUST GOING BACK THROUGH THEM,

03:34PM 1    BECAUSE I REALIZED I DIDN'T COMMENT AS WE WERE GOING THROUGH

03:34PM 2    THEM.

03:35PM 3        SO THE COURT IS INCLINED TO ADOPT ITS TENTATIVE.  SO GOING

03:35PM 4    BACK THROUGH THE ONES THAT WE HAD JUST DISCUSSED REGARDING THE

03:35PM 5    PLAINTIFF'S MOTION IN LIMINE NUMBER 1, AS INDICATED, THE COURT

03:35PM 6    IS INCLINED TO STILL GRANT THAT BECAUSE OF THE CONCERNS RAISED.

03:35PM 7    I MEAN, IT SEEMS THAT THAT QUESTION OF OFFSET CAN BE DEALT WITH

03:35PM 8    IN THE POST-TRIAL BRIEFING, AND THAT'S ACTUALLY BEEN ITS

03:35PM 9    PRACTICE ACROSS THE BOARD FROM WHAT I'VE SEEN.  THE DEFENDANT

03:35PM 10   HAS NOT BEEN ABLE TO PROVIDE ANY ADDITIONAL AUTHORITY

03:35PM 11   INDICATING OTHERWISE.

03:35PM 12       AS TO DEFENDANTS' MOTION IN LIMINE I THINK IT WAS 1, IT

03:35PM 13   SEEMS LIKE THERE WAS AN AGREEMENT THAT THEY WILL NOT BE OPINING

03:35PM 14   ABOUT THE APPLE CREDIT CARD IN TERMS OF THE REBUTTAL WITNESS.

03:35PM 15       AND THAT IN ADDITION, MR. HOLLON WILL -- THE COURT STANDS

03:36PM 16   BY ITS TENTATIVE RULING, BY ITS SUMMARY JUDGMENT RULING -- I

03:36PM 17   MEAN DAUBERT RULING, BY ITS DAUBERT RULING IN TERMS OF THAT

03:36PM 18   MR. HOLLON'S TESTIMONY IS WITHIN THE FAIR SCOPE OF REBUTTAL IN

03:36PM 19   TERMS OF THE POINT TWO, WHICH MR. NARITA HAD RAISED.

03:36PM 20       AND THEN I'VE ALREADY GIVEN MY INCLINATIONS AS TO THE

03:36PM 21   MOTION IN LIMINE NUMBER 3.

03:36PM 22       SO WITH THAT THE COURT WILL FINALIZE ITS MOTION IN LIMINE

03:36PM 23   ORDER AND WILL ENTER IT THIS WEEK.

03:36PM 24           MR. LOKER:  THANK YOU, YOUR HONOR.

03:36PM 25           THE COURT:  OKAY.  SO THAT WRAPS UP OUR MOTIONS IN

03:36PM  1    LIMINE.  WE'RE MAKING GOOD PROGRESS, GENTLEMEN.

03:36PM  2             MR. LOKER:  YES, YOUR HONOR.

03:36PM  3             THE COURT:  SO LET'S TALK A LITTLE BIT MORE ABOUT --

03:36PM  4    I'M GOING TO DO SOME MORE TALKING AT YOU.  SO LET'S TALK NOW

03:37PM  5    ABOUT JURY SELECTION.  WE'RE GOING TO HAVE THESE

03:37PM  6    QUESTIONNAIRES.

03:37PM  7        THE QUESTIONNAIRES ARE GOING TO THE JURY DEPARTMENT ON THE

03:37PM  8    17TH.  THEY'RE GOING TO BE SENT TO THE POTENTIAL JURORS ON THE

03:37PM  9    21ST.  SO BASICALLY BEFORE THE 21ST WE WILL DECIDE WHETHER OR

03:37PM  10   NOT WE ARE MOVING FORWARD TO THIS TRIAL MOST LIKELY ON THE

03:37PM  11   20TH.  YOU WILL SEE THE STATUS OF THE FEDERAL SHUTDOWN.

03:37PM  12       WE SHOULD RECEIVE RESPONSES BY OCTOBER 24TH.  THOSE JURY

03:37PM  13   RESPONSES ARE GOING TO BE SHARED WITH COUNSEL AND MYSELF FROM

03:37PM  14   JURY SERVICES.  SO THAT'S A FRIDAY.

03:37PM  15       SO EARLIER THE FOLLOWING WEEK, AND I'M GOING TO TALK TO

03:37PM  16   YOU ABOUT DATES LATER, I WANT TO HAVE A PRE, PREEXCUSAL

03:37PM  17   CONFERENCE FOR US TO DISCUSS ANY HARDSHIPS OR ANYTHING, ANY

03:37PM  18   QUESTIONNAIRES WHICH WOULD RAISE GREAT CONCERNS.

03:38PM  19       AND THEN WE'LL PROBABLY DO THAT ON THE 28TH IS WHAT I'M

03:38PM  20   LOOKING AT RIGHT NOW, WHICH IS A TUESDAY.  AND I THINK I HAVE

03:38PM  21   SOMETHING ELSE ON THE CALENDAR THAT DAY.

03:38PM  22       IS THAT THE AFTERNOON?  LET ME JUST CHECK.

03:38PM  23             THE CLERK:  THERE'S A CRIMINAL MATTER AT 1:30.

03:38PM  24             THE COURT:  SO I'M THINKING THAT WE DO 3:00 O'CLOCK

03:38PM  25   OR LATE MORNING, OR 2:30 OR LATE MORNING.

03:38PM  1                    MR. LOKER:  I HAVE NO PREFERENCE, YOUR HONOR.

03:38PM  2                    MR. NARITA:  EITHER WORKS, YOUR HONOR, FOR THE

03:38PM  3      DEFENSE.

03:38PM  4                    MR. LOKER:  WE WERE SUPPOSED TO BE TOGETHER ALREADY,

03:38PM  5      BUT WE'RE FREE RIGHT NOW.  ANOTHER MATTER GOT MOVED,

03:38PM  6      YOUR HONOR.

03:38PM  7                    THE COURT:  ALL RIGHT.

03:38PM  8                    MR. LOKER:  SO ANY TIME THAT DAY IS GOOD,

03:38PM  9      YOUR HONOR.

03:39PM 10                    THE COURT:  LET'S DO 10:30.

03:39PM 11                    MR. LOKER:  WOULD THAT BE IN PERSON, YOUR HONOR?

03:39PM 12                    THE COURT:  I'M OPEN TO DOING THAT BY ZOOM.  IT WILL

03:39PM 13      DEPEND ON WHERE WE STAND WITH EVERYTHING ELSE.  SO IF ALL WE'RE

03:39PM 14      DOING IS THE PREEXCUSAL AND WE'RE JUST GOING THROUGH THEM, I'M

03:39PM 15      OPEN TO DOING IT BY ZOOM.

03:39PM 16                    MR. LOKER:  OKAY.

03:39PM 17                    THE COURT:  IF WE'RE DOING OTHER THINGS, PREPARING,

03:39PM 18      LIKE, JURY INSTRUCTIONS, THEN YOU'RE HERE.

03:39PM 19                    MR. LOKER:  YES.  UNDERSTOOD, YOUR HONOR.

03:39PM 20                    THE COURT:  ALL RIGHT.  SO LET'S TALK ABOUT JURY

03:39PM 21      SELECTION.  SO WE'LL HAVE THAT.  WE'LL HAVE OUR JURY PICKED BY

03:39PM 22      THAT THURSDAY WE START ON THAT.

03:39PM 23          SO LET'S TALK ABOUT THE JURY SELECTION PROCESS.  I HAVE

03:40PM 24      TRADITIONALLY DONE THE SIX PACK.  I'M THINKING ABOUT DOING THE

03:40PM 25      WHOLE PANEL INSTEAD, DOING THE WHOLE VENIRE INSTEAD.

03:40PM 1       RIGHT NOW WE HAVE ASKED FOR 40 JURORS, SO SOME WILL FALL

03:40PM 2  OFF BETWEEN HARDSHIPS AND SO FORTH.

03:40PM 3       BUT LET'S SAY WE'RE SOMEWHERE BETWEEN 30 OR 35 HERE.

03:40PM 4  YOU'LL HAVE THEIR QUESTIONNAIRES.

03:40PM 5       SOME OTHER HARDSHIPS MAY COME UP LAST MINUTE, BUT IT'S A

03:40PM 6  SHORT TRIAL.  HOPEFULLY IT WON'T.

03:40PM 7       WE'RE PLANNING TO HAVE THEM SEATED BOTH IN THE JURY BOX

03:40PM 8  AND IN THE FIRST THREE ROWS ON THE LEFT SIDE.

03:40PM 9       SO GIVEN THAT WE HAVE QUESTIONNAIRES, I WAS PLANNING ON --

03:40PM 10 AND GIVEN THAT, YOU KNOW, YOU HAVE THREE PEREMPTORIES.  IT'S

03:40PM 11 PRETTY -- YOU'LL KNOW HOW MANY PEOPLE ARE IN THE RANGE

03:41PM 12 GENERALLY.

03:41PM 13      SO I WAS INCLINED TO DO 20 MINUTES PER COUNSEL FOR VOIR

03:41PM 14 DIRE.  I'M NOT PLANNING TO ASK QUESTIONS UNLESS THERE'S

03:41PM 15 SOMETHING THAT YOU GENERALLY -- UNLESS IT'S FOLLOW-UP.

03:41PM 16 SOMETIMES I DO FOLLOW-UP, OR UNLESS THERE'S SOMETHING OF

03:41PM 17 CONCERN, WHICH YOU ARE SPECIFICALLY ASKING ME TO ASK, BUT THAT

03:41PM 18 WILL UNFOLD DURING PRETRIAL CONFERENCE.

03:41PM 19      SO 20 MINUTES AND YOU CAN RESERVE TIME FOR REBUTTAL SHOULD

03:41PM 20 YOU CHOOSE.  IF YOU SAY, HEY, JUDGE, I WANT TO USE 15, BUT I

03:41PM 21 WANT 5 TO FOLLOW UP ON MR. NARITA'S QUESTIONS, THAT'S FINE,

03:41PM 22 JUST TELL ME AS WE APPROACH.

03:41PM 23      SO ANY QUESTIONS ABOUT THE 20 MINUTES?  ANY CONCERNS?

03:41PM 24           MR. LOKER:  NOT FOR THE PLAINTIFF, YOUR HONOR.

03:41PM 25           THE COURT:  MR. NARITA.

03:41PM  1                    MR. NARITA:  MOTION FOR A SURREBUTTAL, YOUR HONOR?

03:41PM  2                    THE COURT:  WE'LL PONDER THAT.  YOU CAN TRY TO

03:41PM  3     RESERVE YOUR TIME, BUT GENERALLY IT'S A BLANKET SO.

03:41PM  4                    MR. NARITA:  JUST KIDDING.  THE 20 MINUTES SHOULD BE

03:41PM  5     FINE, YOUR HONOR.

03:41PM  6                    THE COURT:  GREAT.  AND IF YOU'RE IN THE MIDDLE OF A

03:42PM  7     QUESTION, I'LL -- IT WILL KEEP GOING.  SO I WON'T CUT YOU OFF

03:42PM  8     AT 20 MINUTE HARD CORE IF YOU'RE IN THE MIDDLE OF ASKING A

03:42PM  9     QUESTION.

03:42PM  10                    MR. LOKER:  OKAY.

03:42PM  11                    THE COURT:  AND IF YOU WOULD LIKE, I SOMETIMES GIVE

03:42PM  12     A WARNING.  LIKE, SOMETIMES I SAY -- OR IF YOU'RE KEEPING TRACK

03:42PM  13     YOURSELF, THAT'S FINE.  SOMETIMES I'LL SAY, COUNSEL, WE'RE

03:42PM  14     AT -- USUALLY I SAY HOW MUCH -- USUALLY I SAY, COUNSEL, WE'RE

03:42PM  15     AT OR WE HAVE A COUPLE MINUTES LEFT, OR SOMETHING LIKE THAT,

03:42PM  16     CASUAL.  IF IT IS HELPFUL FOR YOU, I'M HAPPY TO DO THAT.

03:42PM  17                    MR. NARITA:  THAT'S FINE.

03:42PM  18                    THE COURT:  I ALSO AM INCLINED TO DO THE PAPER

03:42PM  19     PASSING METHOD FOR THE PEREMPTORIES.  SO YOU KNOW YOU HAVE

03:42PM  20     THREE PEREMPTORIES.

03:42PM  21          SO WE'LL GO THROUGH THE QUESTIONS.  WE'LL GO BACK, WE'LL

03:42PM  22     DO THE CAUSE, WE'LL HAVE DISCUSSION REGARDING CAUSE EITHER ON

03:43PM  23     THE RECORD OR IN MY CHAMBERS.

03:43PM  24          AND I'M NOT PLANNING TO MOVE PEOPLE SINCE WE'RE DOING THE

03:43PM  25     WHOLE VENIRE.

03:43PM  1              MR. LOKER:  OKAY.

03:43PM  2              THE COURT:  I DO SHARE THE JUDGE LIST, SO ON THE DAY

03:43PM  3       OF.

03:43PM  4              MR. NARITA:  JUST SO I UNDERSTAND.  IF JUROR NUMBER

03:43PM  5       2 IS THANKED AND EXCUSED, YOU'RE PLANNING TO PULL SOMEBODY IN?

03:43PM  6              THE COURT:  I'M NOT PLANNING TO.  THEY'RE GOING TO

03:43PM  7       BE IN ORDER.

03:43PM  8              MR. NARITA:  THEY'RE JUST STAYING?

03:43PM  9              THE COURT:  YEP.

03:43PM  10             MR. NARITA:  GOT IT.

03:43PM  11             THE COURT:  OH, IMPORTANT FACT.  I'M PLANNING TO

03:43PM  12      HAVE -- I'M INCLINED TO IMPANEL A JURY OF EIGHT.

03:43PM  13             MR. NARITA:  OKAY.  WITH NO ALTERNATE?

03:43PM  14             THE COURT:  NO ALTERNATE.  IN FEDERAL COURT, THE

03:43PM  15      LOWEST AMOUNT I COULD HAVE IS SIX, THE RULE OF UNANIMITY, AND

03:44PM  16      SO PLUS -- UNLESS YOU ALL -- THERE'S SOME RULE DEALING WITH YOU

03:44PM  17      MAY STIPULATE OTHERWISE, BUT UNANIMOUS JURY.  SO SIX, AND I'M

03:44PM  18      BUILDING IN IS THE MINIMUM.  SO I'M BUILDING IN THE OTHER TWO.

03:44PM  19             MR. LOKER:  YES.

03:44PM  20             MR. NARITA:  GOT IT.

03:44PM  21             THE COURT:  BUT THEY'RE ALL JURORS.  THERE ARE NO

03:44PM  22      ALTERNATES.

03:44PM  23             MR. NARITA:  SO IF ALL EIGHT ARE THERE AT THE END OF

03:44PM  24      THE WEEK, ALL EIGHT DELIBERATE, AND ALL EIGHT WILL --

03:44PM  25             THE COURT:  YES.

03:44PM  1                    MR. NARITA:  GOT IT.

03:44PM  2                    THE COURT:  IF WE LOSE ONE, BUT WE SHOULDN'T WITH A

03:44PM  3      TRIAL THIS SHORT, BUT IF SOMEONE GETS COVID OR WHATEVER AND

03:44PM  4      WE'RE DOWN TO SEVEN, THEY'LL DELIBERATE, UNANIMITY.

03:44PM  5                    MR. LOKER:  UNDERSTOOD, YOUR HONOR.

03:44PM  6                    THE COURT:  SO WE TALKED ABOUT TRIAL TIMES.

03:44PM  7      MR. NARITA'S MATH IS RIGHT.  SO 6/6/5, BECAUSE I'M ASSUMING

03:44PM  8      WE'LL NEED SOME ON THE LAST DAY FOR THE CHARGING, THE LAST

03:45PM  9      CHARGING CONFERENCE.  SO THAT'S 17 HOURS, 8 AND A HALF HOURS

03:45PM  10     PER SIDE, SO SPLITTING IT IN THE MIDDLE.

03:45PM  11               AT THE END OF EACH DAY I'M GOING TO SAY, COUNSEL, HOW MUCH

03:45PM  12     TIME DID YOU TAKE?

03:45PM  13               YOU ALL ARE GOING TO MEET AND CONFER BEFOREHAND.  YOU NEED

03:45PM  14     TO COME TO AGREEMENT, AND IT NEEDS TO ADD UP TO THE NUMBER OF

03:45PM  15     HOURS THAT WE HAD THAT DAY.

03:45PM  16                    MR. NARITA:  OKAY.

03:45PM  17                    MR. LOKER:  OKAY.

03:45PM  18               (PAUSE IN PROCEEDINGS.)

03:45PM  19                    THE COURT:  I'M TRYING TO FIGURE OUT HOW IT'S DONE

03:45PM  20     HERE, SINCE WE'RE SENDING OUT THE QUESTIONNAIRES BEFOREHAND,

03:45PM  21     BUT AT SOME POINT WE NEED TO HAVE ALL OF THE LIST OF WITNESSES

03:45PM  22     AND COUNSEL TO COMPILE --

03:45PM  23                    MR. NARITA:  TO READ OFF TO THE JURY?

03:45PM  24                    THE COURT:  YES.  SO JUST A REMINDER TO YOURSELF TO

03:46PM  25     HAVE THAT LIST.

03:46PM   1          I THINK THAT GOES THROUGH MY JURY.  ANY OTHER QUESTIONS

03:46PM   2     ABOUT JURY SELECTION?  JURY -- YOU ALL ARE GOING TO MEET AND

03:46PM   3     CONFER THIS WEEK AS WELL ABOUT THE MEALS SO WE CAN SET THE

03:46PM   4     TIMES.

03:46PM   5              MR. LOKER:  YES.

03:46PM   6              THE COURT:  SO I'M OPEN EITHER WAY, BECAUSE IT

03:46PM   7     AFFECTS OUR START AND END TIME.

03:46PM   8              MR. LOKER:  AND MY ONLY QUESTION, YOUR HONOR, IS ON

03:46PM   9     THE LIST, IS THAT SOMETHING THAT WE FILE ON THE DOCKET OR EMAIL

03:46PM  10     TO CHAMBERS, THE LIST OF WITNESSES AND COUNSEL, THAT IS?

03:46PM  11              THE COURT:  LET'S EMAIL IT FOR NOW.

03:46PM  12              MR. LOKER:  OKAY.

03:46PM  13              MR. NARITA:  THAT WOULD INCLUDE -- IF WE INTEND TO

03:46PM  14     HAVE A CLIENT REPRESENTATIVE, IT WOULD INCLUDE THE NAME OF THAT

03:46PM  15     CLIENT REPRESENTATIVE, TOO?

03:46PM  16              MR. LOKER:  RIGHT.

03:46PM  17              THE COURT:  AND WE HAVE TIME ON THAT.  I JUST FORGOT

03:46PM  18     ABOUT IT, BUT THEN WHEN I WAS LOOKING AT -- BECAUSE THE WAY I

03:46PM  19     USED TO DO IT IN STATE COURT WAS THAT IT WAS ATTACHED TO THE

03:46PM  20     QUESTIONNAIRE, BUT I DON'T THINK THAT'S WHAT OUR JURY SERVICE

03:46PM  21     HAS DONE.  SO I NEED TO FIGURE THAT OUT, BUT THAT'S HOW IT CAME

03:46PM  22     UP IN MY MIND.  SO I JUST WANTED TO MAKE SURE THAT WE DIDN'T

03:47PM  23     FORGET.

03:47PM  24              MR. NARITA:  OKAY.

03:47PM  25              THE COURT:  BECAUSE I RECOGNIZE THE LIST MAY BE

03:47PM 1    SHIFTING IN THE NEXT THREE OR FOUR WEEKS.

03:47PM 2         ALL RIGHT.  SO THAT'S JURY SELECTION.

03:47PM 3         I'M GOING TO START MY LIST OF COUNSEL TO DO, SO LET ME --

03:47PM 4    GIVE ME A MOMENT.

03:47PM 5         (PAUSE IN PROCEEDINGS.)

03:47PM 6         THE COURT:  AND WHILE I'M TYPING UP NOTES FOR

03:47PM 7    MYSELF, THINK ABOUT IF THERE'S ANYTHING ELSE ABOUT THOSE TOPICS

03:47PM 8    THAT WE NEED TO DISCUSS.

03:47PM 9         MR. LOKER:  OKAY.

03:47PM 10        (PAUSE IN PROCEEDINGS.)

03:48PM 11        THE COURT:  OKAY.  MR. LOKER, ANY QUESTIONS FOR ME?

03:48PM 12        MR. LOKER:  NO, YOUR HONOR.

03:48PM 13        THE COURT:  MR. NARITA, ANY QUESTIONS FOR ME?

03:48PM 14        MR. NARITA:  NOT A QUESTION, BUT ONE THING I WISH TO

03:48PM 15   FLAG, WHICH I WHISPERED TO MR. LOKER OFF THE RECORD, WHICH IS

03:48PM 16   THAT HE AND I ARE GOING TO MEET AND CONFER ABOUT PORTIONS OF

03:48PM 17   THE RECORD THAT WE MAY WANT TO ASK THE COURT TO SEAL.  AN EASY

03:48PM 18   ONE IS THINGS THAT MIGHT RELATE TO MR. PANCHENKO'S PERSONAL

03:48PM 19   IDENTIFYING INFORMATION, THERE'S A LOT OF THAT THAT WOULD BE

03:48PM 20   FLOATING AROUND.  WE HAVE SOME POLICIES AND PROCEDURES WE MAY

03:48PM 21   WANT TO TALK TO HIM ABOUT.  SO WE'LL WORK ON THAT AND THEN COME

03:48PM 22   BACK TO YOUR HONOR, UNLESS THERE'S SOMETHING THAT YOUR HONOR

03:48PM 23   WANTS TO TALK ABOUT.

03:48PM 24        THE COURT:  NO.  THAT'S GREAT, THOUGH.  THAT WAS

03:48PM 25   ACTUALLY MUCH FURTHER DOWN ON MY LIST AND NOT IN TERMS OF

03:48PM  1    SOLUTIONS BUT ASKING YOU ALL TO MEET AND CONFER AND GIVE ME A

03:48PM  2    SENSE OF THE SCOPE BECAUSE EVEN THE MOTIONS IN LIMINE HAD A LOT

03:49PM  3    OF DIFFERENT DOCUMENTS, WHICH MAY BE OF CONCERN OR MAY HAVE

03:49PM  4    PERSONAL IDENTIFYING INFORMATION, OR MAY HAVE PERSONAL

03:49PM  5    INFORMATION.

03:49PM  6            MR. NARITA:  ONE OF THE DIFFICULT THINGS OBVIOUSLY

03:49PM  7    IN THIS CASE IS A LOT OF THE PERSONAL IDENTIFIERS ARE IMPORTANT

03:49PM  8    PARTS OF THE EVIDENCE, SO WE HAVE TO MAKE SURE THAT WE PROTECT

03:49PM  9    MR. PANCHENKO BUT ALSO HAVE THE RECORD BE COMPLETE, TOO.

03:49PM  10           THE COURT:  SO LET'S DO THIS BEFORE WE NEXT MEET,

03:49PM  11   WHICH I THINK -- I'M VERY BUSY NEXT WEEK SO I DON'T THINK WE'LL

03:49PM  12   MEET UNTIL THE NEXT ONE.  BUT BEFORE OUR NEXT PRETRIAL

03:49PM  13   CONFERENCE, CAN THE PARTIES MEET AND CONFER, FIGURE OUT THE

03:49PM  14   SCOPE BECAUSE I THINK THERE'S LITTLE BITS OF INFORMATION AND

03:49PM  15   EXHIBITS, THE DOCUMENTS, JUST FIGURE OUT THE SCOPE OF WHAT

03:49PM  16   WE'RE TALKING ABOUT, THE TYPES OF INFORMATION, WHERE IT'S

03:49PM  17   LOCATED.  AND THEN, YOU KNOW, MAKE SURE THAT YOU REVIEW YOUR

03:50PM  18   EXHIBITS AND SUCH.  AND THIS TIES IN WELL WITH THE COURT'S

03:50PM  19   ORDERING YOU TO MEET AND CONFER FURTHER ABOUT YOUR EXHIBIT

03:50PM  20   LIST.

03:50PM  21        AND HAVE A PLAN FOR ME.  SO HERE'S ALL OF THE INFORMATION

03:50PM  22   THAT WE'RE EXPECTING, HERE'S WHAT WE'RE PROPOSING, THIS IS WHAT

03:50PM  23   WE'RE JOINTLY PROPOSING IN TERMS OF THE RECORD AND HOW WE'RE

03:50PM  24   GOING TO DEAL WITH SEALING.

03:50PM  25        BECAUSE YOU MUST -- YOU ALL MUST DEAL WITH THIS ALL OF THE

03:50PM 1    TIME IN THESE CASES?

03:50PM 2        MR. LOKER:  CORRECT.  AND WHAT WE USUALLY HAVE DONE

03:50PM 3    IS REDACT IT PURSUANT TO 5.2.  SOMETIMES PERSONAL IDENTIFIERS

03:50PM 4    ARE RELEVANT TO THE INVESTIGATION, AND WE'VE WORKED OUT

03:50PM 5    SOMETHING ABOUT GIVING SOME BUT NOT ALL.  SO IT IS SOMETHING

03:50PM 6    THAT COMES UP.

03:50PM 7        THE COURT:  OKAY.  I LOOK FORWARD TO HEARING THE

03:50PM 8    SOLUTIONS THAT YOU ALL REACH.

03:50PM 9        MR. NARITA, I DIDN'T ASK YOU, ANYTHING -- WELL, ANYTHING

03:50PM 10   BEYOND THAT?

03:50PM 11       MR. NARITA:  I DON'T THINK SO, YOUR HONOR.  NOTHING

03:50PM 12   FROM THE DEFENDANT.

03:50PM 13       THE COURT:  OKAY.  SO NOW LET'S MOVE ON TO -- BEFORE

03:51PM 14   WE -- I JUST REALIZED, BEFORE WE LEAVE THE MOTIONS IN LIMINE, I

03:51PM 15   WAS ALL HAPPY WITH WE'RE DONE, BUT WE HAVE A LITTLE BIT MORE.

03:51PM 16   LET ME PULL UP YOUR LIMITING INSTRUCTIONS.

03:51PM 17       (PAUSE IN PROCEEDINGS.)

03:51PM 18       THE COURT:  OKAY.  SO I HAVE THE EMAIL WHICH COUNSEL

03:51PM 19   HAD SENT TO LAURA AT 1:30.

03:51PM 20       MR. LOKER:  YOUR HONOR, I HAVE THE LIMITING

03:51PM 21   INSTRUCTIONS ON MY LAPTOP, SO MR. NARITA AND I ARE GOING TO

03:51PM 22   LOOK AT THEM TOGETHER IF THAT'S OKAY?

03:51PM 23       THE COURT:  SOUNDS GREAT.  SEE, WORKING TOGETHER

03:51PM 24   SIDE BY SIDE.

03:52PM 25       MR. LOKER:  IT'S NOT A TOUCH SCREEN, TOMIO.

03:52PM  1              MR. NARITA:  NO, IT'S NOT.  OH, IT'S AN APPLE.

03:52PM  2              THE COURT:  LET ME KNOW WHEN YOU HAVE IT UP,

03:52PM  3     COUNSEL.

03:52PM  4              MR. LOKER:  IT'S UP.  I'M SORRY.

03:52PM  5              THE COURT:  OKAY.  WONDERFUL.

03:52PM  6         SO THE FIRST ONE WAS REGARDING THE POLICE REPORT.

03:52PM  7              MR. LOKER:  RIGHT.  SO EACH PARTY SUBMITTED A

03:52PM  8     PROPOSED LIMITING INSTRUCTION.  SO I AM INCLINED TO GO WITH

03:52PM  9     PLAINTIFF'S LIMITING INSTRUCTION ON THIS.  I ACTUALLY KIND OF

03:52PM  10    WANT TO WORDSMITH IT A TOUCH MAYBE, AND I'LL EXPRESS MY CONCERN

03:52PM  11    WITH COMENITY'S.

03:52PM  12        WITH COMENITY, "THERE IS NO EVIDENCE THAT ANY INDIVIDUAL

03:52PM  13    HAD BEEN CHARGED FOR THE CRIME OF IDENTITY THEFT RELATING TO

03:52PM  14    THIS MATTER.  YOU MAY CONSIDER THE POLICE REPORT."  LIKE, THAT

03:52PM  15    STATEMENT OF THERE'S NO EVIDENCE REGARDING THIS, IS MAKING AN

03:53PM  16    AFFIRMATIVE -- IS MAKING OF AN AFFIRMATIVE -- THE EVIDENCE WILL

03:53PM  17    COME FORTH -- IT'S GOING A STEP TOO FAR IN MY -- IN TERMS OF

03:53PM  18    WHAT IS BEFORE THE COURT WITH THIS QUESTION AND WITH THIS

03:53PM  19    LIMITING INSTRUCTION.  I JUST REMEMBERED I ALSO WANTED TO TALK

03:53PM  20    TO YOU ABOUT STIPULATIONS.

03:53PM  21        BUT, MR. NARITA, LET ME HEAR FROM YOU, YOUR CONCERNS

03:53PM  22    EITHER ABOUT MR. PANCHENKO'S AND/OR WHY YOU WANT THAT SENTENCE.

03:53PM  23              MR. NARITA:  YEAH.  AND I THINK THEY OVERLAP, THE

03:53PM  24    CONCERNS ABOUT HIS AND WHY WE WANT THAT SENTENCE.

03:53PM  25        WHAT WE'RE, WHAT WE'RE WORRIED ABOUT, YOUR HONOR, AND WE

03:53PM  1    HIGHLIGHTED THIS A BIT IN OUR MOTION, IS THAT THE JURY IS GOING

03:53PM  2    TO CONCLUDE THAT JUST BECAUSE THIS OFFICER WROTE DOWN, YOU

03:53PM  3    KNOW, A PENAL CODE SECTION AND THIS LANGUAGE, THAT THAT'S SOME

03:54PM  4    SORT OF LEGAL DETERMINATION THAT, IN FACT, HE IS, HE IS A

03:54PM  5    VICTIM OF IDENTITY THEFT.  AND IT'S NOT --

03:54PM  6         THE COURT:  I MEAN, THE LEGAL DETERMINATION WOULD BE

03:54PM  7    THAT HE FOUND PROBABLE CAUSE IN TERMS OF -- PROBABLY EVEN LESS

03:54PM  8    THAN THERE WAS SUFFICIENT EVIDENCE TO PUT IT WITHIN, FROM HIS

03:54PM  9    INVESTIGATION, THAT IT SHOULD BE IN THE POLICE REPORT, RIGHT?

03:54PM 10    IT'S NOT A LEGAL DETERMINATION UNTO ITSELF.

03:54PM 11         MR. NARITA:  RIGHT.  AND WHICH IS WHY I THINK THAT

03:54PM 12    WE HAVE IN OURS THAT THIS WAS NOT A LEGAL DETERMINATION, THAT

03:54PM 13    HE'S A VICTIM.

03:54PM 14         THE COURT:  RIGHT.  BUT THAT'S NOT WHAT THAT SAYS

03:54PM 15    THERE.  IT SAYS THERE'S NO EVIDENCE THAT ANY INDIVIDUAL HAS

03:54PM 16    BEEN CHARGED FOR THIS CRIME.  LIKE, THERE ARE CRIMES WHERE

03:54PM 17    THERE'S NO ONE CHARGED AND ESPECIALLY IN AN IDENTITY THEFT

03:54PM 18    ARENA.  IT'S RARELY FOUND OR IT'S OFTEN NOT FOUND.

03:54PM 19      SO HOW IS -- THIS GOES BEYOND THAT WHAT YOU'RE PROPOSING

03:54PM 20    AS SAYING THERE'S NO EVIDENCE THAT SOMEONE HAS BEEN CHARGED.

03:54PM 21         MR. NARITA:  WELL, BECAUSE, BECAUSE THERE'S -- YOU

03:55PM 22    KNOW WE'RE TEN YEARS AFTER THIS SUPPOSEDLY HAPPENED TODAY, AND

03:55PM 23    NO ONE HAS BEEN CHARGED.  THERE'S LITERALLY NO EVIDENCE THAT HE

03:55PM 24    WAS A VICTIM OF IDENTITY THEFT FOR OUR --

03:55PM 25         THE COURT:  ARE YOU CALLING THE POLICE OFFICER TO

03:55PM 1    TESTIFY TO THAT FACT?

03:55PM 2            MR. NARITA:  WELL, THAT'S, THAT'S THE PROBLEM THAT

03:55PM 3    WE HAVE WITH THE MISLEADING WAY THAT HIS REPORT IS PUT

03:55PM 4    TOGETHER, IS THAT IT MIGHT -- SOMEONE MIGHT VERY EASILY REACH

03:55PM 5    THAT CONCLUSION.

03:55PM 6        AND MR. LOKER HAS ARGUED THAT A LOT.  HE'S QUESTIONED ALL

03:55PM 7    OF OUR WITNESSES ABOUT IT.  HE SAID HOW DOES THE FACT THAT THE,

03:55PM 8    THAT THE OFFICER CONCLUDED THAT HE WAS A VICTIM OF IDENTITY

03:55PM 9    FACT, HOW DOES THAT BEAR ON IT?

03:55PM 10       I MEAN, THE JURY IS GOING TO HEAR THIS OVER AND OVER AGAIN

03:55PM 11   AS IF IT IS TRUE, AS IF A CRIME WAS COMITTED, AN OFFICER OF THE

03:55PM 12   LAW CONCLUDED THAT --

03:55PM 13           THE COURT:  AND THAT IS SOMETHING WHICH YOU CAN ASK

03:55PM 14   WHETHER OR NOT THERE WAS EVER A CRIMINAL CASE FILED.  BUT THIS

03:56PM 15   IS GOING BEYOND -- THIS IS NOT WHAT THAT POLICE REPORT ITSELF

03:56PM 16   SAYS OR SHOWS.

03:56PM 17           MR. NARITA:  WELL, THAT IS --

03:56PM 18           THE COURT:  SO, I MEAN -- SO YOU WERE SAYING THAT

03:56PM 19   YOU ALSO HAD THE SAME CONCERN REGARDING PLAINTIFF'S LIMITING

03:56PM 20   INSTRUCTION, SO WHY DON'T YOU TELL ME YOUR CONCERN.

03:56PM 21           MR. NARITA:  IT'S THE WORD "FINDINGS" THAT BOTHERS

03:56PM 22   US THE MOST THERE, THAT HE MADE FINDINGS.

03:56PM 23       AGAIN, THE FINDINGS IS BASICALLY ANOTHER WAY OF SAYING THE

03:56PM 24   SAME THING, I FOUND THAT A CRIME WAS COMMITTED AND THAT THIS

03:56PM 25   PERSON WAS A VICTIM.

03:56PM  1      AND THEN THE ONLY, THE ONLY DEFENDANT HERE OBVIOUSLY IS

03:56PM  2   COMENITY.  SO THE JURY IS GOING TO IMMEDIATELY BELIEVE THAT

03:56PM  3   THERE WAS SOME SORT OF LEGAL DETERMINATION THAT THIS CARD WAS

03:56PM  4   OPENED BY A THIEF AND THAT MR. PANCHENKO WAS A --

03:56PM  5      THE COURT:  IT SEEMS LIKE POINTS YOU CAN MAKE IN

03:56PM  6   TERMS OF THE POLICE IS NOT THE SAME THING AS THE COURT.  I

03:57PM  7   THINK MOST -- SO I THINK WHAT YOU'RE SAYING IS THERE'S BEEN A

03:57PM  8   LEGAL FINDING OR A LEGAL FINAL DETERMINATION.  THESE ARE

03:57PM  9   ARGUMENTS THAT YOU'RE GOING TO BE MAKING, BUT THIS IS NOT WHAT

03:57PM  10  THIS RECORD ITSELF STANDS FOR OR THAT LIMITING INSTRUCTION SAYS

03:57PM  11  IN TERMS OF THE FINDING OF THE POLICE OFFICER.

03:57PM  12      MR. NARITA:  OKAY.

03:57PM  13      THE COURT:  MR. LOKER, ANYTHING IN RESPONSE?

03:57PM  14      MR. LOKER:  NO, NOTHING FURTHER, YOUR HONOR.

03:57PM  15      THE COURT:  SO I'M GOING TO DOUBLE CHECK THE

03:57PM  16  WORDSMITHING TO MAKE SURE THAT THERE'S NOTHING ELSE THAT I

03:57PM  17  DISAGREE WITH, BUT THE COURT IS INCLINED TO ADOPT THE LIMITING

03:57PM  18  INSTRUCTION OF PLAINTIFF.

03:57PM  19      SO LET'S TALK ABOUT THE F.T.C. IDENTITY REPORT.  SO,

03:57PM  20  AGAIN, THE PARTIES SUBMITTED TWO COMPETING LIMITING

03:57PM  21  INSTRUCTIONS.

03:58PM  22      AGAIN, THE COURT IS INCLINED TO GO WITH PLAINTIFF'S

03:58PM  23  PROPOSAL.

03:58PM  24      AGAIN, MY CONCERN IS THE MIDDLE PART OF COMENITY'S WHICH

03:58PM  25  SAYS THAT THERE'S NO EVIDENCE THAT ANY PERSON WAS EVER

03:58PM  1     INVESTIGATED BY LAW ENFORCEMENT OR CHARGED WITH A CRIME

03:58PM  2     RELATING TO THE FACTS OF THIS CASE.

03:58PM  3          IT'S THE SAME CONCERN, WHICH WE JUST -- I FEEL LIKE THIS

03:58PM  4     IS ACTUALLY ONE AND THE SAME IN TERMS OF WHAT MY CONCERN IS IN

03:58PM  5     TERMS OF YOU'RE BASICALLY -- YOU ALL CAN DECIDE TO STIPULATE TO

03:58PM  6     THAT FACT, BUT THIS IS NOT WHAT THOSE REPORTS ITSELF GO TO.

03:58PM  7               MR. NARITA:  RIGHT.  AND I WOULD JUST INCORPORATE MY

03:58PM  8     EARLIER COMMENTS AND WON'T REPEAT THEM AGAIN ABOUT WHY WE WOULD

03:58PM  9     OBJECT TO THIS FOR THE SAME REASONS.

03:58PM  10         AS FAR AS MR. LOKER'S PROPOSED INSTRUCTION, I GUESS THE --

03:58PM  11    WHAT I WOULD TAKE ISSUE WITH IS THE REPORT WAS GENERATED BY THE

03:58PM  12    F.T.C. BASED ON INFORMATION SUBMITTED BY PANCHENKO.

03:59PM  13         I'M NOT SURE THAT'S ACTUALLY TRUE.  MY UNDERSTANDING IS

03:59PM  14    THAT IT'S A WEBSITE THAT IS MAINTAINED, HOUSED BY SOMEONE WHO

03:59PM  15    PROBABLY WORKS FOR THE F.T.C., BUT THE COMMISSION DOESN'T

03:59PM  16    GENERATE THIS.

03:59PM  17         MR. PANCHENKO ACTUALLY GENERATES IT BY GOING TO A WEBSITE,

03:59PM  18    STATING HIS UNDERSTANDING OF THE FACTS AND HIS ALLEGATIONS OF

03:59PM  19    THE FACTS AND PUSHING SEND.

03:59PM  20         AND THEN THE SOFTWARE SPITS IT OUT AND IT HAS THIS

03:59PM  21    OFFICIAL LOOKING F.T.C. THING AT THE TOP OF IT, SO IT LOOKS

03:59PM  22    LIKE MAYBE SOME FEDERAL AGENCY HAS MADE SOME SORT OF FINDING,

03:59PM  23    BUT THEY ACTUALLY HAVEN'T.  THEY JUST HOUSE A WEBSITE THAT

03:59PM  24    CONSUMERS CAN DO THIS.

03:59PM  25               THE COURT:  MR. LOKER.

03:59PM   1            MR. LOKER:  YOUR HONOR, I THINK GENERALLY IT'S

03:59PM   2    CORRECT.  YOU KNOW, YOU FILL IT OUT, YOU CLICK SUBMIT, AND THEN

03:59PM   3    THE F.T.C. SENDS BACK THE FORM WITH THE F.T.C.'S NUMBER.

03:59PM   4            THE COURT:  DO THEY ADD ANYTHING?

03:59PM   5            MR. LOKER:  NO.  IT JUST COMES FROM MR. PANCHENKO.

04:00PM   6        AND WE'RE TRYING TO CONVEY THAT IN ACCORDANCE WITH YOUR

04:00PM   7    MOTION IN LIMINE ORDER THAT, YOU KNOW, MR. PANCHENKO SUBMITTED

04:00PM   8    THE INFORMATION, AND THEN HE GETS AN F.T.C. REPORT BACK.

04:00PM   9            THE COURT:  SO IT IS SOMETHING LIKE THE REPORT

04:00PM  10    REFLECTS THE INFORMATION SUBMITTED TO THE F.T.C. BY

04:00PM  11    MR. PANCHENKO?

04:00PM  12            MR. NARITA:  YES.

04:00PM  13            MR. LOKER:  THAT'S ACCURATE.

04:00PM  14            THE COURT:  OKAY.  SO WE'LL MAKE THOSE CHANGES.

04:00PM  15    WE'LL GO WITH PLAINTIFF'S PROPOSED LANGUAGE.  ALSO THE F.T.C.

04:00PM  16    "THEMSELVES" SHOULD BE "ITSELF" IN THE LAST SENTENCE.

04:00PM  17            MR. LOKER:  RIGHT.

04:00PM  18            THE COURT:  AND WE'LL STRIKE THE SENTENCE WHICH WAS

04:00PM  19    THE GREATEST CONCERN TO COMENITY AND REPLACING IT WITH THE

04:01PM  20    LANGUAGE THE REPORT REFLECTS INFORMATION SUBMITTED TO THE

04:01PM  21    F.T.C. BY MR. PANCHENKO OR BY PANCHENKO.

04:01PM  22        ALL RIGHT.  THANK YOU FOR BEING SO QUICK WITH THE LIMITING

04:01PM  23    INSTRUCTIONS.

04:01PM  24            MR. LOKER:  THANK YOU, YOUR HONOR.

04:01PM  25            THE COURT:  LET ME SEE WHERE WE ARE AT.  SO WE'VE

04:01PM  1    BEEN GOING FOR AN HOUR AND A HALF.  LET ME SEE IF THERE'S

04:01PM  2    ANYTHING ELSE THAT I WOULD PRIORITIZE.

04:01PM  3        LET ME GO OFF THE RECORD FOR A MOMENT AND LET ME CHECK IN

04:01PM  4    WITH THE COURT STAFF.

04:01PM  5        (PAUSE IN PROCEEDINGS.)

04:01PM  6            THE COURT:  GOING BACK ON THE RECORD.  SO WE'LL GO

04:01PM  7    UNTIL ABOUT 4:30 TODAY, OR LESS.

04:01PM  8            MR. LOKER:  VERY GOOD, YOUR HONOR.

04:02PM  9        (PAUSE IN PROCEEDINGS.)

04:02PM  10           THE COURT:  I WASN'T PLANNING TO GO THERE, BUT LET'S

04:02PM  11   TALK BRIEFLY ABOUT JURY INSTRUCTIONS.

04:02PM  12           MR. LOKER:  OKAY.

04:03PM  13           THE COURT:  AND THERE WAS ONE IN PARTICULAR THAT I

04:03PM  14   WAS WONDERING WHETHER I HAD NEEDED FURTHER BRIEFING ON IT.  LET

04:03PM  15   ME SEE IF I CAN IDENTIFY IT.

04:03PM  16           MR. NARITA:  YOUR HONOR, MS. GIVENTAL IS GOING TO

04:03PM  17   JOIN ME JUST IN CASE I NEED A REAL EXPERT, I'LL TURN TO HER.

04:03PM  18           THE COURT:  WONDERFUL.

04:03PM  19           MR. NARITA:  DID YOUR HONOR ALREADY DIRECT US ONE TO

04:03PM  20   LOOK AT?

04:03PM  21           THE COURT:  I'M SORRY.  I THINK IT WAS 32.  IT IS

04:03PM  22   EITHER 32 OR 33, WHICH I HAD SOME CONCERNS ON THE DISPUTED

04:03PM  23   INSTRUCTIONS, AND I HAVE NOT WORKED MY WAY THROUGH ALL OF

04:03PM  24   THESE.  BUT I THINK WITH ONE OF THESE, AND I THINK IT WAS ONE

04:03PM  25   OF THESE TWO, AND I HAD SOME CONCERN THAT I WOULD NEED SOME

04:03PM   1    ADDITIONAL BRIEFING FROM THE PARTIES.

04:03PM   2             MR. NARITA:  I WAS PLEASED THAT WE AGREED ON SO

04:03PM   3    MANY, YOUR HONOR.  I THINK WE'RE DOWN TO JUST A FEW.

04:03PM   4             THE COURT:  YES.  SO WE CAN TAKE A STEP BACK.  IT'S

04:04PM   5    IMPORTANT TO GIVE PROPS AS WELL.  I WAS VERY PLEASED THAT WE

04:04PM   6    WERE DOWN TO THE NUMBER THAT WE WERE DOWN TO.

04:04PM   7             MR. LOKER:  THANK YOU, YOUR HONOR.

04:04PM   8             THE COURT:  AND I WAS WONDERING IF WE CAN GO A

04:04PM   9    LITTLE BIT FURTHER ON SOME OF THESE AND PROBABLY NOT.

04:04PM  10         BUT IN TERMS OF --

04:04PM  11         (PAUSE IN PROCEEDINGS.)

04:04PM  12             THE COURT:  OKAY.  IT WAS 32.  SO MY TAKE WAS THAT

04:04PM  13    THERE IS -- THAT DEFENDANTS ARE ASKING THE COURT TO GO DOWN

04:04PM  14    THIS ROAD OF CASES FROM THE SECOND AND THE FOURTH CIRCUIT.  THE

04:04PM  15    FOURTH CIRCUIT MOST RECENTLY APPEARED IN TERMS OF GETTING INTO

04:04PM  16    THIS NOTION AND EXPLORING AND DEFINING WHAT IS INACCURATE.

04:05PM  17         AND I HAD SOME CONCERNS.  I APPRECIATED ALL OF THE CASE

04:05PM  18    CITES FOR THESE, BUT I WAS WONDERING WHETHER OR NOT A POCKET

04:05PM  19    BRIEF WOULD BE HELPFUL WITH THIS ISSUE, BECAUSE I FEEL LIKE

04:05PM  20    THERE'S A GREATER CONTEXT HAPPENING.

04:05PM  21         AND I'M ALSO CONCERNED BECAUSE A LOT OF THESE CASES SEEM

04:05PM  22    TO BE LIKE THEY WERE ON THE MOTION FOR SUMMARY JUDGMENT LEVEL

04:05PM  23    OR OTHERWISE AND WHETHER OR NOT IT'S ACTUALLY APPROPRIATE FOR

04:05PM  24    US TO BE GETTING INTO THIS LEVEL OF DETAIL IN TERMS OF THE

04:05PM  25    INSTRUCTIONS OR WHETHER OR NOT IT'S SOMETHING THAT MAY COME UP

04:05PM 1    IN POST-TRIAL BRIEFING OR DIRECTED VERDICT, NOT THAT I'M

04:05PM 2    ENCOURAGING THAT AT ALL, BUT JUST WHETHER OR NOT IT REALLY WAS

04:05PM 3    APPROPRIATE FOR US TO BE REACHING THIS LEVEL OF DETAIL IN TERMS

04:05PM 4    OF THE INSTRUCTION AT THIS STAGE OR WHETHER OR NOT IT IS, JURY,

04:05PM 5    YOU TELL -- YOU KNOW, YOU'RE GOING TO MAKE A DECISION ABOUT THE

04:05PM 6    INACCURATE, ABOUT WHAT THIS IS.

04:05PM 7        SO I WAS THINKING THAT WITH 32, THAT IT WOULD BE HELPFUL

04:06PM 8    TO GET A SHORT BRIEF, MAYBE THREE PAGES.

04:06PM 9            MR. LOKER:  OKAY.

04:06PM 10           THE COURT:  AM I ASSESSING WHAT IS HAPPENING IN THE

04:06PM 11   LAW CORRECTLY?  AM I RIGHT?

04:06PM 12           MR. NARITA:  YES, YOUR HONOR.  AND WE CAN CERTAINLY

04:06PM 13   GIVE YOU MORE OR LESS DETAIL IF YOU WANT IT, BUT I THINK POCKET

04:06PM 14   BRIEFING WOULD BE A GREAT IDEA.

04:06PM 15       WE HAVE LISTED A LOT OF THE CASES IN OUR PROPOSED

04:06PM 16   INSTRUCTION, BUT THAT'S ACTUALLY JUST THE TIP OF THE ICEBERG.

04:06PM 17   THERE'S A LOT OF CIRCUITS THAT HAVE ALREADY EMBRACED THIS

04:06PM 18   REASONABLY AND OBJECTIVELY VERIFIABLE STANDARD FOR INACCURACY.

04:06PM 19           THE COURT:  SO I THINK THE QUESTION I WOULD WANT YOU

04:06PM 20   ALL TO BRIEF IS BASICALLY TWOFOLD THEN.  ONE, WHAT IS THE

04:06PM 21   STANDARD AND WHETHER IT IS WHAT COMENITY IS ASKING?  AND SECOND

04:06PM 22   OF ALL, WHICH IS THE -- YOU JUST SAID THE MAGIC WORDS,

04:06PM 23   MR. NARITA.  CAN YOU REPEAT THEM.

04:06PM 24           MR. NARITA:  OBJECTIVELY AND READILY VERIFIABLE.

04:06PM 25           THE COURT:  OKAY.  SO WHETHER OR NOT THAT IS THE

04:06PM 1    STANDARD IN THE NINTH CIRCUIT AND WHETHER OR NOT IT'S PROPER TO

04:07PM 2    GIVE AN INSTRUCTION SEPARATE AND APART.  OKAY.

04:07PM 3         HOW MANY PAGES -- AGAIN, YOU ALL KNOW THIS MUCH BETTER

04:07PM 4    THAN I DO.  HOW MANY PAGES WOULD YOU SUGGEST?

04:07PM 5              MR. NARITA:  FIVE PAGES, YOUR HONOR.

04:07PM 6              MR. LOKER:  I THINK FIVE IS PLENTY, YOUR HONOR.

04:07PM 7              THE COURT:  I WAS GOING TO SAY THREE, BUT OKAY.

04:07PM 8              MR. LOKER:  THREE I THINK IS SUFFICIENT.  THE NINTH

04:07PM 9    IS NARROW IN TERMS OF WHERE WE ARE, BUT I THINK THREE WOULD BE

04:07PM 10   FINE, TOO.

04:07PM 11             MR. NARITA:  THE FIRST QUESTION IS GOING TO BE

04:07PM 12   QUITE, QUITE QUICK, WHICH IS THE NINTH CIRCUIT HAS NOT YET

04:07PM 13   CHIMED IN ON THIS.

04:07PM 14             THE COURT:  RIGHT.  BUT I'M SURE YOU THEN WILL ALL

04:07PM 15   TALK TO ME ABOUT THE REST OF THE CIRCUITS, SO THAT'S FINE.

04:07PM 16             MR. NARITA:  RIGHT.

04:07PM 17             THE COURT:  SO DOES EVERYONE UNDERSTAND THE SCOPE?

04:07PM 18   I'LL GIVE YOU FIVE CONCISE, AND BREVITY IS ALWAYS APPRECIATED.

04:08PM 19        AND IS THERE SOMETHING -- AND THE REST OF THEM -- AND

04:08PM 20   AGAIN, I'VE ONLY MADE IT THROUGH HALF OF YOUR DISPUTED.  BUT

04:08PM 21   THE REST I THINK ARE PRETTY STRAIGHTFORWARD.  BUT IS THERE

04:08PM 22   ANYTHING ELSE WHICH YOU WOULD SAY TO ME?  YOU KNOW, JUDGE, YOU

04:08PM 23   PROBABLY WANT TO TAKE A HARDER LOOK AT THIS OR YOU SHOULD?

04:08PM 24             MR. LOKER:  OUR ISSUES WITH THE DISPUTED

04:08PM 25   INSTRUCTION, OR AT LEAST WE THOUGHT THEY WENT A LITTLE TOO FAR

04:08PM 1    AND BY ADDING MORE THEY BECAME CONFUSING, BUT I DON'T THINK

04:08PM 2    THERE'S ANY LARGER DISPUTES BEYOND THAT.

04:08PM 3         THE COURT:  OKAY.  THAT WAS MY IMPRESSION WITH THE

04:08PM 4    FIRST OTHER HALF THAT I WENT THROUGH WAS --

04:08PM 5         MR. LOKER:  AND IT CARRIES THROUGH.

04:08PM 6         THE COURT:  YEAH.  IT WAS NOT SOMETHING THAT I WOULD

04:08PM 7    NEED BRIEFING ON.  IT WAS SOMETHING THAT I COULD JUST GO

04:08PM 8    THROUGH AND DECIDE.

04:08PM 9       OKAY.  I SEE NODDING.

04:08PM 10        MR. NARITA:  YES.  WE AGREE, YOUR HONOR.

04:08PM 11        THE COURT:  WONDERFUL.  I'M GLAD I REMEMBERED TO

04:08PM 12   RAISE THAT.

04:08PM 13      ALL RIGHT.  AND NOW BEFORE WE GET TO SCHEDULE AND OTHER

04:08PM 14   JUST MAKING SURE WE ALL HAVE THE CHECKLIST OF THINGS TO DO AND

04:09PM 15   WE SET DEADLINES FOR EVERYTHING, I'M GOING TO DIRECT US TO

04:09PM 16   STIPULATIONS AND RELATEDLY, BECAUSE I THINK THIS DOES TIE INTO

04:09PM 17   SOME OF YOUR VERDICT FORMS -- WE'RE NOT GOING INTO VERDICT

04:09PM 18   FORMS TODAY.

04:09PM 19        MR. LOKER:  OKAY.

04:09PM 20        THE COURT:  I WAS SAD, ON THE OTHER SIDE OF NOT

04:09PM 21   GIVING PROPS, BUT WHEN I OPENED UP THE JOINT STATEMENT, THERE

04:09PM 22   WERE NO STIPULATIONS.  THERE WAS NO STIPULATIONS AS TO FACTS OR

04:09PM 23   FOR THAT MATTER THAT WE ARE TRYING TO WALK THROUGH EVERY SINGLE

04:09PM 24   ELEMENT OF FICRA, AND I'M WONDERING IF WE REALLY NEED TO DO

04:09PM 25   THAT AND ASK THE JURY TO DECIDE, LIKE, IS COMENITY A FURNISHER

04:09PM  1    OF -- IS THAT REALLY AN ISSUE?  IS THAT REALLY DISPUTED?

04:09PM  2              MR. NARITA:  I THINK IT VERY WELL COULD BE,

04:09PM  3    YOUR HONOR.  I DON'T THINK THAT WE CAN TAKE ANYTHING FOR

04:09PM  4    GRANTED ON THIS RECORD, I REALLY, I REALLY DON'T.

04:10PM  5         AND WE HAVE HEARD THE COURT.  WE ARE GOING TO CIRCLE BACK

04:10PM  6    WITH MR. LOKER.  WE'RE GOING TO TAKE A VERY CLOSE LOOK AT OUR

04:10PM  7    EXHIBIT LIST, YOU KNOW, THE -- WE HAVE TO LOOK AT THE WITNESSES

04:10PM  8    REALLY HARD, BECAUSE AS I SAID, EVEN IF YOU KNOCK OFF THE

04:10PM  9    CUSTODIANS JUST FROM MR. LOKER'S LIST, WE'RE ALREADY OVER

04:10PM  10    YOUR HONOR'S DEADLINE OF THREE DAYS.  WE JUST ARE.

04:10PM  11         SO SOMETHING HAS GOT TO GIVE HERE, AND HE AND I ARE GOING

04:10PM  12    TO HAVE TO WORK TOGETHER.

04:10PM  13              THE COURT:  THIS IS NOT JUST MY TRIAL, THIS IS YOUR

04:10PM  14    TRIAL ESTIMATE.  THIS IS THE PARTIES' TRIAL ESTIMATE, WHICH YOU

04:10PM  15    ALL HAD GIVEN ME, WHICH I HAVE ALLOTTED FOR.

04:10PM  16         SO LET'S GO THROUGH THAT.  YOU'RE REALLY SAYING THAT

04:10PM  17    THERE'S NOTHING -- GO BACK TO THE WELL, AND SEE IF THERE'S

04:10PM  18    ANYTHING YOU ALL COULD STIPULATE TO, WHETHER IT'S IN TERMS OF

04:10PM  19    THE ELEMENTS, BECAUSE THIS IS ONE CAUSE OF ACTION, OR WHETHER

04:10PM  20    IT'S AS TO JUST FACTS.

04:10PM  21         I MEAN, I JUST FIND IT REALLY HELPFUL FOR JURIES TO JUST,

04:10PM  22    HERE'S THE LAY OF THE LAND, THIS IS WHAT THIS PARTY IS, THIS IS

04:11PM  23    WHAT THIS PARTY IS.  WE'RE TALKING ABOUT EVENTS THAT OCCURRED

04:11PM  24    IN X YEAR.  LIKE, SOMETIMES I FIND IT HELPFUL.  SO I KNOW IT'S

04:11PM  25    JUST NOT X YEAR IN THIS CASE, BUT CONSIDER JUST TO MAKE IT

04:11PM 1    EASIER FOR THE FACT FINDER.

04:11PM 2            MR. LOKER:  YES, YOUR HONOR.

04:11PM 3            MR. NARITA:  WE WILL.

04:11PM 4            THE COURT:  ALL RIGHT.  LET'S GET OUT OUR CALENDARS

04:11PM 5    AND DECIDE SOME DATES, AND I'M GOING TO OVERPLAN THE DATES

04:11PM 6    BECAUSE I'M PLEASED TO SAY THAT YOU ALL WILL BE MY FIRST

04:11PM 7    FEDERAL TRIAL, NOT FIRST TRIAL, BUT I KNOW THAT SOMETIMES IT

04:11PM 8    TAKES TIME TO FIGURE OUT WHERE THE HALLWAY IS SORT OF THING.

04:11PM 9    SO WE'LL FIGURE THIS OUT TOGETHER.  SO WE'RE GOING TO ADD MORE

04:11PM 10   DATES THAN NORMAL.

04:11PM 11       SO WE NEED TO HAVE A CHARGING INSTRUCTION CONFERENCE.  I

04:11PM 12   THINK THAT'S GOING TO BE A BIGGER ISSUE.  PARTICULARLY I'M

04:12PM 13   WORRIED ABOUT THE VERDICT FORM.

04:12PM 14       AND THEN WE NEED TO GET TO -- WE NEED TO SEE HOW WELL YOUR

04:12PM 15   EXHIBIT LIST AND SUCH IS DOING AND THE WITNESS LIST.

04:12PM 16       WHAT ELSE DO WE HAVE THAT IS OUTSTANDING?

04:12PM 17            MR. LOKER:  YOUR HONOR, SO STATEMENT OF THE CASE IS

04:12PM 18   AGREED; QUESTIONNAIRE IS AGREED; VERDICT FORM WE NEED TO TALK

04:12PM 19   ABOUT; JURY INSTRUCTIONS WE NEED TO TALK ABOUT; EXHIBIT LISTS

04:12PM 20   AND WITNESS LISTS WE NEED TO TALK ABOUT.

04:12PM 21       I THINK THAT COVERS EVERYTHING.

04:12PM 22            THE COURT:  OKAY.

04:12PM 23            MR. NARITA:  THERE'S ONE ISSUE, THOUGH, THAT --

04:12PM 24   WITHIN THAT THAT IS -- I DON'T THINK WE'VE REALLY ADDRESSED,

04:12PM 25   YOUR HONOR, WHICH IS THAT THERE ARE A NUMBER OF DEPOSITIONS

04:12PM  1      THAT ARE LISTED --

04:12PM  2              THE COURT:  THANK YOU.

04:12PM  3              MR. NARITA:  -- IN BOTH PARTY'S CASES.  AND THE

04:12PM  4      PARTIES DON'T YET HAVE --

04:12PM  5              THE COURT:  -- PAGE AND LINE DESIGNATIONS.

04:12PM  6              MR. NARITA:  AND THEN THERE ALSO MIGHT BE OBJECTIONS

04:12PM  7      THAT WE WOULD WANT TO PRESENT TO YOUR HONOR.

04:12PM  8          AND THEN I THINK, IF I'M NOT SPEAKING OUT OF TURN WITH

04:13PM  9      MR. LOKER, I THINK HIS PLAN IS TO ACTUALLY CUT VIDEOS AND PLAY

04:13PM 10      VIDEOS FOR THE JURY.  SO ALL OF THAT, ALL OF THAT HAS TO HAPPEN

04:13PM 11      SOME TIME BEFORE MR. LOKER HAS TO PUSH PLAY.

04:13PM 12          SO I THINK WE SHOULD TALK ABOUT THAT.

04:13PM 13              THE COURT:  ALSO ON MY LIST.  THANK YOU FOR

04:13PM 14      REMINDING ME.  I NOTICED THAT THERE WERE A NUMBER OF

04:13PM 15      DEPOSITIONS AND THAT WE HAD NOT SET DATES OR FORMAT.

04:13PM 16          SO I USUALLY HAVE AN INDEX.  AND SO THERE'S A CHART INDEX,

04:13PM 17      HERE'S THE PAGE AND LINE, HERE'S THE OBJECTION OR IT'S

04:13PM 18      STIPULATED TO, NO OBJECTION.  AND, WELL, THESE ARE JUST GOING

04:13PM 19      TO BE OBJECTIONS, RIGHT?  SO OBJECTIONS, SUSTAINED OR DENIED.

04:13PM 20      SO A PICTURE OF MY CHART, RIGHT, YOU HAVE COLUMNS GOING, AND

04:14PM 21      THEN THE NOTES.

04:14PM 22              MR. LOKER:  OKAY.

04:14PM 23              THE COURT:  SO THIS MEANS THAT YOU NEED TO EXCHANGE

04:14PM 24      YOUR DESIGNATIONS, YOU ALL NEED TO EXCHANGE YOUR OBJECTIONS,

04:14PM 25      YOU ALL NEED TO DO YOUR CHARTS, AND BASICALLY LIKE IT'S

04:14PM  1    NORMALLY HERE'S MY OBJECTION.

04:14PM  2        SOMETIMES I ALLOW FOR A COLUMN FOR RESPONSE AND SOMETIMES

04:14PM  3    I DON'T.  IF YOU ALL THINK IT WOULD BE HELPFUL, THAT'S FINE,

04:14PM  4    YOU CAN DO A COLUMN FOR A RESPONSE.

04:14PM  5        AND THEN A HIGHLIGHTED OF THOSE PAGES.

04:14PM  6            MR. NARITA:  THAT ARE AT ISSUE SO THAT THE COURT

04:14PM  7    COULD READ IT EASILY?

04:14PM  8            THE COURT:  YES.  AND I'M GOING TO HAVE YOUR --

04:14PM  9            MR. NARITA:  OKAY.  AND CAN I MAKE SURE I

04:14PM 10    UNDERSTAND, YOUR HONOR?

04:14PM 11            THE COURT:  YES.

04:14PM 12            MR. NARITA:  IN TERMS OF WHAT WE SUBMIT, IT SOUNDS

04:14PM 13    LIKE THERE ARE GOING TO BE THREE COLUMNS.  IN THE FAR LEFT

04:14PM 14    COLUMN OF THE LINES THAT ARE GOING TO BE INCLUDED --

04:14PM 15            THE COURT:  PAGE AND LINE.

04:14PM 16            MR. LOKER:  PAGE AND LINE.

04:14PM 17        AND THEN THE COLUMN NEXT WOULD BE THE OBJECTION, AND THEN

04:14PM 18    THE RESPONSE TO THE OBJECTION IN THE THIRD COLUMN, AND THEN WE

04:15PM 19    WILL SUBMIT THE HIGHLIGHTED TRANSCRIPT TO CHAMBERS?

04:15PM 20            THE COURT:  UH-HUH.

04:15PM 21            MR. LOKER:  OKAY.  I'VE GOT IT.

04:15PM 22            THE COURT:  SO LET'S SET DATES ON THIS BECAUSE THIS

04:15PM 23    TAKES TIME.

04:15PM 24        WHAT DO YOU ALL THINK?  BECAUSE I THINK WHAT WE SHOULD AIM

04:15PM 25    FOR IS BY THE TIME WE START MEETING AGAIN IN TWO WEEKS OR

04:15PM 1    SLIGHTLY UNDER TWO WEEKS, YOU'VE ALREADY DONE THE EXCHANGING,

04:15PM 2    LIKE EVERYTHING HAS ALREADY HAPPENED, I HAVE THE STUFF.  I'M

04:15PM 3    STARTING TO GO THROUGH IT THEN DURING THOSE TWO WEEKS AS WE'RE

04:15PM 4    HEADED TOWARDS TRIAL.

04:15PM 5              MR. LOKER:  OKAY.

04:15PM 6              THE COURT:  SO YOU'RE BRINGING THE STUFF TO THE NEXT

04:15PM 7    CONFERENCE.

04:15PM 8              MR. LOKER:  THE NEXT CONFERENCE ON THE 28TH?

04:15PM 9              THE COURT:  NO.  IT IS GOING TO BE EITHER -- I AM

04:15PM 10   SORRY.  IT WILL BE -- LET ME LOOK AT MY DATES.  IT WILL BE

04:15PM 11   EITHER THE 21ST OR THE 23RD.

04:16PM 12             MR. LOKER:  I CAN MAKE EITHER OF THOSE DATES WORK,

04:16PM 13   YOUR HONOR.

04:16PM 14             MR. NARITA:  LIKEWISE.  LET ME DOUBLE CHECK HERE.

04:16PM 15        THE 23RD WILL GET ME IN A LOT OF TROUBLE WITH MY BOSS WHO

04:16PM 16   I LIVE WITH, YOUR HONOR.  THAT WOULD BE -- IT'S A FAMILY PHOTO

04:16PM 17   DAY AND --

04:16PM 18             THE COURT:  YOU LOOK GOOD IN YOUR TRIAL SUIT FOR

04:16PM 19   YOUR FAMILY PHOTO.

04:16PM 20             MR. NARITA:  IT HAS TO BE SCHEDULED ON CERTAIN DAYS.

04:16PM 21             THE COURT:  LET'S DO OCTOBER 21ST, BUT IT MEANS THAT

04:16PM 22   YOU ALL WILL KNOCK HEADS AND MEET AND CONFER IN GOOD FAITH

04:16PM 23   BECAUSE OTHERWISE I'M ADDING THE 23RD.

04:16PM 24        SO WE'RE GOING TO START WITH THE 21ST.  WE WON'T SCHEDULE

04:16PM 25   ANYTHING FOR THE 23RD.

04:16PM  1          AND THE 21ST -- LET ME SEE.  DO I HAVE A CRIMINAL CALENDAR

04:17PM  2    THAT DAY?  I DO NOT.  SO LET'S START AT 1:30 AND JUST GO ALL

04:17PM  3    AFTERNOON.

04:17PM  4          SO PAGE AND LINE DESIGNATIONS.  YOU'RE BRINGING THOSE

04:17PM  5    BOXES ALL IN.  I'M GOING TO HAVE THESE BEAUTIFUL BINDERS WITH

04:17PM  6    EVERYTHING I NEED IN THEM, YOUR INDEX, YOUR INDEX.  THEY'RE ALL

04:17PM  7    GOING TO SHOW UP.

04:17PM  8               MR. LOKER:  FOR TRIAL OR FOR THE 21ST?

04:17PM  9               THE COURT:  FOR THE 21ST, JUST FOR DEPO DESIGNATIONS

04:17PM  10   SO THAT I KNOW WHAT I'M --

04:17PM  11              MR. LOKER:  UNDERSTOOD.

04:17PM  12              THE COURT:  SO WE WILL HAVE THOSE IN HAND ON THE

04:17PM  13   21ST.

04:17PM  14         SO DO I NEED TO SET DEADLINES FOR YOUR EXCHANGES AND

04:17PM  15   DESIGNATIONS?

04:17PM  16              MR. NARITA:  IT PROBABLY WOULD HELP, YOUR HONOR.

04:17PM  17              MR. LOKER:  IT HELPS ME.

04:18PM  18              MR. NARITA:  IF MR. LOKER GOT US HIS BY THE 10TH,

04:18PM  19   I'M SURE WE CAN TURN OURS BACK TO HIM BY THE 14TH, AND THEN

04:18PM  20   THAT WOULD STILL GIVE US A WHOLE WEEK TO SCUFFLE IT OUT AND GET

04:18PM  21   THE COURT SOMETHING IN GREAT SHAPE BY THE 21ST.

04:18PM  22              MR. LOKER:  THAT'S FINE WITH ME, YOUR HONOR.

04:18PM  23              THE COURT:  OKAY.  DO YOU WANT TO SAY THOSE DATES

04:18PM  24   ONE MORE TIME, MR. NARITA.

04:18PM  25              MR. NARITA:  SURE.  THE PLAINTIFF WOULD GET HIS

04:18PM 1    DEPOSITION DESIGNATIONS BY THE 10TH OF OCTOBER.

04:18PM 2        THE DEFENDANT WOULD GET THEIR COUNTERDESIGNATIONS AND

04:18PM 3    OBJECTIONS BY THE 14TH OF OCTOBER.

04:18PM 4        AND THEN I DON'T KNOW IF WE NEED ANOTHER DEADLINE AFTER

04:18PM 5    THAT.

04:18PM 6            THE COURT:  YOU DO FOR HIS OBJECTIONS.

04:18PM 7            MR. LOKER:  FOR RESPONSES.

04:18PM 8            MR. NARITA:  SO PROBABLY THE 17TH OF OCTOBER FOR HIS

04:18PM 9    RESPONSES.  THAT WOULD STILL GIVE US A FEW DAYS THERE TO

04:19PM 10   ORGANIZE EVERYTHING AND GET IT IN GOOD FORM FOR THE COURT ON

04:19PM 11   THE 21ST.

04:19PM 12           THE COURT:  I APPRECIATE THAT.  IT IS THE ONLY WAY

04:19PM 13   I'VE MANAGED TO GET THROUGH LIKE ASBESTOS TRIALS.  SO I

04:19PM 14   APPRECIATE COUNSEL PUTTING THOSE DATES OUT.  THEY SHOULD WORK

04:19PM 15   FOR THE COURT.

04:19PM 16           MR. NARITA:  OKAY.

04:19PM 17           THE COURT:  SO THAT'S THAT.  LET'S ALSO -- DO WE

04:19PM 18   NEED TO PUT DEADLINES IN TERMS OF JUST NOW TRYING TO WALK

04:19PM 19   THROUGH EVERYTHING WE'VE DECIDED UPON?

04:19PM 20       DO WE ALSO NEED TO SET DEADLINES FOR THE EXHIBIT AND THE

04:19PM 21   MEET AND CONFERRING OR CAN YOU ALL TAKE IT FROM -- I JUST

04:19PM 22   EXPECT IT TO BE IN BETTER SHAPE.

04:19PM 23           MR. LOKER:  I THINK DEADLINES WOULD BE HELPFUL,

04:19PM 24   YOUR HONOR, JUST SO WE KNOW WHAT WE'RE WORKING AGAINST.

04:19PM 25           MR. NARITA:  UH-HUH.

04:19PM  1            MR. LOKER:  SO MAYBE THE 17TH WOULD BE THE DEADLINE

04:19PM  2   TO GO THROUGH EVERYTHING.

04:19PM  3            MR. NARITA:  OKAY.

04:19PM  4            MR. LOKER:  WHICH IS NEXT FRIDAY.

04:19PM  5            THE COURT:  I'M TRYING TO DECIDE IF THERE ARE THINGS

04:20PM  6   THAT I AM GOING TO NEED TO SEE.

04:20PM  7            MR. LOKER:  OH, I SEE.

04:20PM  8            THE COURT:  WHAT DO YOU ALL THINK?  I MEAN, I DON'T

04:20PM  9   WANT -- IF WE HAVE AS MANY OBJECTIONS AS YOU HAVE OBJECTED

04:20PM  10  EXHIBITS RIGHT NOW, IT WOULD BE A PAINFUL TRIAL.  SO I WILL

04:20PM  11  SAY -- I FORGOT TO SAY THIS.  SIDE-BARS, EVIDENTIARY

04:20PM  12  OBJECTIONS, THOSE COUNT ON YOUR TIME.  SO THE EIGHT AND A HALF

04:20PM  13  HOURS.

04:20PM  14      SO ANYTHING THAT YOU ALL CAN RESOLVE BEFOREHAND, ANYTHING

04:20PM  15  THAT YOU CAN STIPULATE TO, ANYTHING THAT WE CAN RESOLVE, I'M

04:20PM  16  HAPPY TO SPEND -- AND I AM BEING VERY GENEROUS REGARDING THE

04:20PM  17  PRETRIAL TIME, BUT LET'S TRY TO TIGHTEN IT UP FOR THE JURY

04:20PM  18  BECAUSE JURIES DO NOT LIKE SIDE-BARS, AS YOU KNOW.

04:20PM  19            MR. NARITA:  YOUR HONOR, I -- HOPE SPRINGS ETERNAL

04:20PM  20  BUT I THINK --

04:20PM  21            THE COURT:  OH, IT DOES SPRING ETERNAL.

04:20PM  22            MR. NARITA:  -- BUT I THINK THERE'S GOING TO BE SOME

04:20PM  23  WATERFALL EFFECT HERE, WHICH IS THAT YOUR HONOR MADE IT VERY

04:20PM  24  CLEAR ABOUT WHAT THE COURT WANTS IN TERMS OF TIME.

04:20PM  25      THE MATH DOESN'T WORK ON THE EXISTING EXHIBIT LIST, WE

| | |
|---|---|
| 04:20PM | 1 |
| 04:21PM | 2 |
| 04:21PM | 3 |
| 04:21PM | 4 |
| 04:21PM | 5 |
| 04:21PM | 6 |
| 04:21PM | 7 |
| 04:21PM | 8 |
| 04:21PM | 9 |
| 04:21PM | 10 |
| 04:21PM | 11 |
| 04:21PM | 12 |
| 04:21PM | 13 |
| 04:21PM | 14 |
| 04:21PM | 15 |
| 04:21PM | 16 |
| 04:21PM | 17 |
| 04:22PM | 18 |
| 04:22PM | 19 |
| 04:22PM | 20 |
| 04:22PM | 21 |
| 04:22PM | 22 |
| 04:22PM | 23 |
| 04:22PM | 24 |
| 04:22PM | 25 |

NEED TO TALK ABOUT STIPULATING TO FACTS, THAT MIGHT IMPACT WHAT

WITNESSES HAVE TO SHOW UP.  IT MIGHT IMPACT HOW MUCH DEPOSITION

TESTIMONY HAS TO BE SHOWN.  IT MIGHT IMPACT HOW MANY TRIAL

EXHIBITS WE HAVE OR WHETHER THERE'S OBJECTIONS THERETO.

        SO I THINK WE NEED TO TALK A LOT MORE ABOUT HOW ARE WE

GOING TO GET THIS TRIAL DONE IN THE TIME THAT THE COURT HAS

ALLOTTED, AND THEN WHAT DOES THAT MEAN IN TERMS OF WITNESSES

AND EXHIBITS THAT WE REALLY NEED?

        AND THEN FROM THERE, WHAT COULD WE STIPULATE TO ELIMINATE

SOME OF THEM --

                THE COURT:  OKAY.

                MR. NARITA:  -- SOME OF THE EXTRA TIME THAT IS BAKED

INTO THE SCHEDULE, THE ESTIMATED TIME THAT IS BAKED INTO THE

SCHEDULE NOW.

                THE COURT:  I LIKE THE WATERFALL EFFECT.  WHEN AM I

GOING TO GET AN AMENDED EXHIBIT LIST OR IS 10-17 YOUR SUGGESTED

DATE?

                MR. LOKER:  I WAS HOPING TO FINALIZE THINGS BY THE

17TH.

                MR. NARITA:  THAT'S A GOOD IDEA, FOR THE PARTIES TO

SUBMIT AN AMENDED WITNESS LIST AND EXHIBIT LIST.

                MR. LOKER:  RIGHT.

                THE COURT:  RIGHT.

                MR. NARITA:  THAT WILL REALLY FOCUS US ON LIKE

GETTING THAT DOWN.

| | | |
|---|---|---|
| 04:22PM | 1 | THE COURT:  AND WITH THE WITNESS LIST, PLEASE ADD |
| 04:22PM | 2 | YOUR TIME TOTALS, BECAUSE I AM ALSO MATHEMATICALLY IMPAIRED AND |
| 04:22PM | 3 | WOULD APPRECIATE VERSUS JUST HAVING -- I'M FORCING YOU GUYS TO |
| 04:22PM | 4 | DO THE ADDING. |
| 04:22PM | 5 | MR. LOKER:  RIGHT. |
| 04:22PM | 6 | MR. NARITA:  GREAT. |
| 04:22PM | 7 | THE COURT:  SO WE HAVE THAT.  ANY STIPULATIONS THAT |
| 04:22PM | 8 | YOU CAN SUBMIT BY THEN, I WILL ALSO TAKE THOSE AT ANY TIME. |
| 04:22PM | 9 | MR. LOKER:  OKAY. |
| 04:22PM | 10 | THE COURT:  NOW WE NEED TO GO TO THE BRIEFING. |
| 04:22PM | 11 | MR. NARITA:  YES. |
| 04:22PM | 12 | THE COURT:  I'M LEANING TOWARDS SIMULTANEOUS |
| 04:22PM | 13 | BRIEFING JUST BECAUSE, BUT IT JUST SEEMS LIKE YOU ALL KNOW |
| 04:22PM | 14 | THESE ISSUES WELL. |
| 04:22PM | 15 | MR. LOKER:  AGREED. |
| 04:22PM | 16 | THE COURT:  BUT DO YOU -- WHAT DO WE THINK? |
| 04:22PM | 17 | MR. LOKER:  I THINK SIMULTANEOUS IS FINE. |
| 04:22PM | 18 | MR. NARITA:  IT'S FINE. |
| 04:22PM | 19 | MR. LOKER:  THE CASE IS WHAT THE CASE IS. |
| 04:22PM | 20 | MR. NARITA:  YEAH. |
| 04:23PM | 21 | THE COURT:  OKAY.  WHEN DO YOU WANT TO -- I DON'T |
| 04:23PM | 22 | KNOW IF THERE'S A DOWNSTREAM EFFECT IN TERMS OF THE REST OF THE |
| 04:23PM | 23 | JURY INSTRUCTIONS BECAUSE I HAVEN'T GOTTEN FAR ENOUGH IN TERMS |
| 04:23PM | 24 | OF THE DISPUTED ONES, BUT I SEE A HEAD SHAKING NO. |
| 04:23PM | 25 | MR. LOKER:  THERE WOULDN'T BE. |

04:23PM  1          MR. NARITA:  WELL, WHEN WOULD THE COURT LIKE TO --

04:23PM  2     YOU KNOW, WE'LL DO OUR BEST TO -- WE'RE GOING TO BRIEF

04:23PM  3     SOMETHING THAT YOUR HONOR HAS ASKED US TO BRIEF.  WE'LL

04:23PM  4     REEVALUATE INSTRUCTIONS AND SEE IF WE CAN REACH MORE AGREEMENT,

04:23PM  5     BUT ASSUMING THERE'S STILL A COUPLE HERE THAT ARE OPEN, DOES

04:23PM  6     THE COURT HAVE A DATE THAT IT WANTS TO HEAR FROM US

04:23PM  7     SPECIFICALLY ON JURY INSTRUCTIONS?  IS THAT GOING TO BE ONE OF

04:23PM  8     THE DATES THAT WE ALREADY TALKED ABOUT?

04:23PM  9          THE COURT:  I'M TRYING TO DECIDE IF WE'RE GOING TO

04:23PM 10     HAVE TIME ON THE 21ST FOR THOSE OR NOT, OR MAYBE WE SHOULD ADD

04:23PM 11     IT WITH THE PREEXCUSAL CONFERENCE, WHICH MEANS THAT YOU'RE MORE

04:23PM 12     LIKELY TO BE HERE WITH ME.

04:23PM 13          MR. LOKER:  YEAH.  IF WE DO THE BRIEFING ON THE WEEK

04:24PM 14     OF THE 14TH, THAT'S A WEEK IN ADVANCE OF THE NEXT HEARING.

04:24PM 15          THE COURT:  OKAY.  LET'S DO THAT.  AND AS I CONTINUE

04:24PM 16     TO SHAPE AND GET MY TRIAL BINDERS IN ORDER, I MAY SEND YOU AN

04:24PM 17     EMAIL SAYING, COUNSEL, HERE'S WHAT I WANT TO FOCUS ON NEXT

04:24PM 18     TIME.  ONCE WE ARE ACTUALLY IN TRIAL MODE, YOU MAY HEAR FROM MY

04:24PM 19     CRD A BIT.

04:24PM 20          MR. LOKER:  UNDERSTOOD.

04:24PM 21          THE COURT:  SO SIMULTANEOUS BRIEFS, 10-14.  FIVE

04:24PM 22     PAGES MAX?

04:24PM 23          MR. LOKER:  YES, YOUR HONOR.

04:24PM 24          THE COURT:  THAT WAS DISPUTED JURY INSTRUCTION --

04:24PM 25          MR. NARITA:  -- 32.

04:24PM 1          MR. LOKER:  32.

04:24PM 2          THE COURT:  THANK YOU.  WE ARE SIX MINUTES SHY OF

04:24PM 3    THE 10:30.

04:24PM 4      ANYTHING ELSE WE NEED TO SET A DEADLINE FOR?  I HAVE --

04:24PM 5    YOU'RE GOING TO MEET AND CONFER ABOUT MEALS, REGARDING MEALS;

04:24PM 6    YOU'RE GOING TO INFORM THE COURT THIS WEEK THROUGH EMAILING

04:25PM 7    LAURA; MEET AND CONFER REGARDING YOUR WITNESS LISTS.

04:25PM 8      OH, JUST REMEMBER, WE'RE NOT GOING TO HAVE IT FALL OFF THE

04:25PM 9    MEET AND CONFER, JUST CREATING YOUR WITNESS/COUNSEL LIST TO

04:25PM 10   GIVE TO THE JURY.

04:25PM 11         MR. LOKER:  YES.

04:25PM 12         THE COURT:  BUT THAT'S GOING TO BE FURTHER DOWN,

04:25PM 13   THAT'S GOING TO BE A LATER DEADLINE IN REALITY.  LET'S MAKE

04:25PM 14   SURE THAT WE HAVE THAT BY THE -- AND FINAL BY -- ACTUALLY, I

04:25PM 15   NEED TO SEE IF IT'S ATTACHED TO THE QUESTIONNAIRE.

04:25PM 16     I DON'T THINK IT --

04:25PM 17         THE CLERK:  IT CAN BE.  THAT CAN BE THE SPECIFIC

04:25PM 18   CASE, THE FIRST PART, IF YOU WANT TO OR HOLD OFF AND HAVE IT

04:25PM 19   VOIR DIRE.

04:25PM 20         THE COURT:  LET'S GO AHEAD AND SET THAT.  THAT WILL

04:25PM 21   BE AT THE -- IT WILL BE DUE ON THE 10-28 CONFERENCE, THE

04:25PM 22   PREEXCUSAL.

04:25PM 23         MR. LOKER:  OH, GOT THAT.

04:26PM 24         THE COURT:  YOU WILL MEET AND CONFER REGARDING JURY

04:26PM 25   QUESTIONS BY THE END OF THE DAY TOMORROW, 6 AND 7.  I THINK YOU

04:26PM 1    ALL CAN GET THERE.  EVERYONE HAS THE SAME CONCERN, SO LET'S

04:26PM 2    JUST PUT OUR THINKING CAPS ON.

04:26PM 3              MR. NARITA:  RIGHT.

04:26PM 4              THE COURT:  AND THEN I'M SORT OF GROUPING TOGETHER

04:26PM 5    STIPULATIONS, EXHIBIT LISTS.  WITH EXHIBIT LISTS, YOU'RE GOING

04:26PM 6    TO SEE AT MINIMUM IF I LOOK AT BOTH AUTHENTICATION AND

04:26PM 7    ADMISSIBILITY STIPULATION.  YOU'RE GOING TO COMPLETE YOUR MEET

04:26PM 8    AND CONFER ON OCTOBER 17TH AND SUBMIT AMENDED WITNESS AND

04:26PM 9    EXHIBIT LIST BY OCTOBER 17TH.

04:26PM 10        BY OUR NEXT CONFERENCE YOU ALL WILL HAVE MET AND CONFERRED

04:26PM 11   AND WILL EDUCATE THE COURT IN TERMS OF THE BEST WAYS YOU HAVE

04:26PM 12   DEALT WITH IT IN TERMS OF RECORDS FOR SEALING AND WHAT

04:26PM 13   INFORMATION YOU ARE INTENDING TO SEAL.

04:26PM 14        PART OF THE REASON IS I WANT CATEGORIES OF THAT, AND YOU

04:27PM 15   CAN EVEN DO THIS THROUGH A JOINT REPORT OR WHATEVER, OR YOU CAN

04:27PM 16   TELL ME IN YOUR NEXT HEARING, IS JUST SO I'M ALSO AWARE SO I

04:27PM 17   DON'T ACCIDENTALLY SAY SOMETHING THAT I SHOULD NOT.

04:27PM 18              MR. NARITA:  GOT IT.

04:27PM 19              THE COURT:  WE WENT IN DEPTH ABOUT THE DEPO

04:27PM 20   DESIGNATIONS, OBJECTIONS, COUNTER OBJECTIONS, AND THE DATES

04:27PM 21   THAT I HAVE ARE 10 --

04:27PM 22              MR. NARITA:  10-10, 10-14, AND 10-17.

04:27PM 23              THE COURT:  YEP.  I JUST HAD WRITTEN 10-10 WRITTEN

04:27PM 24   DOWN AS 10-3, AND I WAS LIKE, THAT CANNOT BE RIGHT.  SO 10-10,

04:27PM 25   10-14, 10-17 YOU'RE GOING TO BRING THOSE TO COURT WITH YOU SO

04:27PM   1   WE'RE READY TO GO AT OUR NEXT CONFERENCE.  AND THAT'S ALL I

04:28PM   2   HAVE OF YOUR TO DO'S.

04:28PM   3        AM I MISSING SOMETHING?

04:28PM   4            MR. LOKER:  THINGS ON OUR END, YOUR HONOR.  SO WE

04:28PM   5   NEED TO SEND THE PRELIMINARY STATEMENT IN WORD TO CHAMBERS.

04:28PM   6            THE COURT:  THANK YOU.

04:28PM   7            MR. LOKER:  DISMISS EQUIFAX.

04:28PM   8        AND THAT'S ALL I HAVE, YOUR HONOR.

04:28PM   9            THE COURT:  PERFECT.  THANK YOU VERY MUCH.

04:28PM  10        MR. NARITA, IS ANYTHING ELSE THAT I'VE FORGOTTEN?

04:28PM  11            MR. NARITA:  WELL, HE -- OR MAYBE I MISSED IT.

04:28PM  12   THERE WAS THE LIST OF ALL COUNSEL AND WITNESSES.

04:28PM  13            THE COURT:  YEP.

04:28PM  14            MR. NARITA:  DID I NOT HEAR THAT?

04:28PM  15            THE COURT:  I DID SAY THAT.  I JUST ADDED A DATE TO

04:28PM  16   IT LATE SO IT WILL BE BY THE PREEXCUSAL CONFERENCE, AND YOU'LL

04:28PM  17   EMAIL THAT IN WORD AND BRING IT TO COURT, AND SO THAT WAY WE

04:28PM  18   WILL JUST HAVE IT FOR THE JURY.

04:28PM  19            MR. LOKER:  YES.

04:28PM  20            THE COURT:  BECAUSE I'D LIKE THAT TO BE AS UPDATED

04:29PM  21   AS POSSIBLE.  I JUST HATE IT WHEN WE'RE BEING OVERINCLUSIVE AND

04:29PM  22   THE PERSON'S NAME IS JOHN BROWN, SO WE'RE GOING TO AVOID THAT

04:29PM  23   TO MAKE IT AS CLOSE AS POSSIBLE TO SELECTION.

04:29PM  24            MR. NARITA:  WE'LL TRY TO STIPULATE TO MR. BROWN'S

04:29PM  25   TESTIMONY.

04:29PM  1                    THE COURT:  IN THE MEANTIME, EVERYBODY STAY HEALTHY.

04:29PM  2                    MR. LOKER:  YES, YOUR HONOR.

04:29PM  3                    THE COURT:  AND WE'LL KEEP YOU INFORMED ABOUT THE

04:29PM  4       SHUTDOWN.

04:29PM  5                    MR. NARITA:  YES, YOUR HONOR.

04:29PM  6                    THE COURT:  ALL RIGHT.  THANK YOU.

04:29PM  7                    MR. NARITA:  THANK YOU, YOUR HONOR.

04:29PM  8                    MR. LOKER:  THANK YOU, YOUR HONOR.

04:29PM  9                    THE COURT:  ALL RIGHT.  WE ARE ADJOURNED.

04:29PM  10            (COURT CONCLUDED AT 4:29 P.M.)

         11

         12

         13

         14

         15

         16

         17

         18

         19

         20

         21

         22

         23

         24

         25

1

2

3                    <u>CERTIFICATE OF REPORTER</u>

4

5

6

7        I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE

8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10   HEREBY CERTIFY:

11       THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16       IRENE RODRIGUEZ, CSR, RMR, CRR
         CERTIFICATE NUMBER 8074

17

18       DATED:  OCTOBER 15, 2025

19

20

21

22

23

24

25