**LOKER LAW, APC**
Matthew M. Loker, Esq. (279939)
matt.loker@Loker.Law
Charles B. Cummins, Esq. (354861)
charles.cummins@loker.law
132 Bridge Street
Arroyo Grande, CA 93420
Telephone: (805) 994-0177

*Attorneys for Plaintiff,*
Oleksandr Panchenko

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OLEKSANDR PANCHENKO,**<br><br>Plaintiff,<br><br>v.<br><br>**BANK OF AMERICA, N.A.; CALVARY PORTFOLIO SERVICES LLC; COMENITY CAPITAL BANK; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; U.S. BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC; AND, TRANS UNION, LLC,**<br><br>Defendants. | **Case No.:** 23-cv-4965 EKL<br><br>**AMENDED JOINT PROPOSED SUPPLEMENTS TO JURY QUESTIONNAIRE**<br><br>**DATE:**  October 21, 2025<br>**TIME:**  1:30 p.m.<br>**COURTROOM:**  1<br><br>**HON. EUMI K. LEE** |

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

**TO THE COURT, DEFENDANT AND THEIR ATTORNEYS OF RECORD:**

Plaintiff OLEKSANDR PANCHENKO; and, Defendant COMENITY CAPITAL BANK hereby submit the following Amended Proposed Supplements to Jury Questionnaire:

1. Have you ever disputed anything on your credit report?

2. Have you ever disputed anything with a bank or financial institution?

3. Have you ever had a credit application denied?

4. Have you, your relatives, or anyone close to you ever been the victim of identity theft or fraud?

5. Have you ever been the victim of a data breach?

6. Have you, your relatives, or anyone close to you ever lived in, or were born in, a different country?

7. Are you or any of your immediate relatives a refugee?

8. Are you or have you been frustrated by your bank?

9. Do or did you have any unresolved complaints with a financial institution?

10. Have you ever experienced an extended period out of work while looking for a job?

Date: October 15, 2025

**LOKER LAW, APC**

By: ___/s/ Matthew M. Loker___
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

**WOMBLE BOND DICKINSON (US) LLP**

BY: ___Tomio B. Narita___
TOMIO B. NARITA, ESQ.
ATTORNEY FOR DEFENDANT

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

CASE NO.: 24-cv-4965 EKL          1 OF 2          *Panchenko v. Bank of America, N.A., et al.*
AMENDED JOINT PROPOSED SUPPLEMENTS TO JURY QUESTIONNAIRE

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(44) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsel, and that I have obtained their authorization to affix electronic signatures to this document.

Date: September 30, 2025                                                    **LOKER LAW, APC**

                                              BY: ___/S/ MATTHEW M. LOKER___
                                                        MATTHEW M. LOKER, ESQ.
                                                        ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

A copy of the foregoing *AMENDED JOINT PROPOSED SUPPLEMENTS TO JURY QUESTIONNAIRE* has been filed via CM/ECF on October 15, 2025.

___/s/ Matthew M. Loker___
MATTHEW M LOKER, ESQ

**LOKER LAW, APC**
**132 BRIDGE STREET**
**ARROYO GRANDE, CA 93420**

**CASE NO.: 24-cv-4965 EKL**          *Panchenko v. Bank of America, N.A., et al.*

**PROOF OF SERVICE**