TOMIO B. NARITA (SBN 156576)
Tomio.Narita@wbd-us.com
NATHAN A. SEARLES (SBN 234315)
Nathan.Searles@wbd-us.com
ALISA A. GIVENTAL (SBN 273551)
Alisa.Givental@wbd-us.com
KRISTINA B. HOVSEPYAN (SBN 340674)
Kristina.Hovsepyan@wbd-us.com
**WOMBLE BOND DICKINSON (US) LLP**
50 California Street, Suite 2750
San Francisco, California 94111
Telephone:  (415) 433-1900
Facsimile:   (415) 433-5530

Attorneys for Defendant
Comenity Capital Bank

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OLEKSANDR PANCHENKO, | CASE NO.: 5:23-cv-04965-EKL |
| Plaintiff, | **DECLARATION OF KRISTINA B. HOVSEPYAN IN SUPPORT OF DEFENDANT COMENITY CAPITAL BANK'S MOTION *IN LIMINE* NO. 2 TO EXCLUDE PLAINTIFF'S POLICE REPORT, FTC IDENTITY THEFT REPORTS, AND TRAVEL DOCUMENTS** |
| vs. | |
| BANK OF AMERICA, N.A., et al. | |
| Defendants. | |

I, Kristina B. Hovsepyan, declare as follows:

1. I am an attorney duly licensed to practice before this Court. I am an associate at Womble Bond Dickinson (US) LLP, counsel of record for defendant Comenity Capital Bank ("Comenity") in this action. I make this declaration in support of Comenity's Motion *in Limine* No. 2 to Exclude Plaintiff's Police Report, FTC Identity Theft Reports, and Travel Documents. I have personal knowledge of the facts set forth and could and would testify thereto if called upon to do so.

2. Pursuant to the Court's Order dated September 14, 2025, my office met and conferred with counsel for Plaintiff regarding this Motion *in Limine*. Despite the effort, the Parties were unable to stipulate a resolution.

3. A true and correct copy of Plaintiff's police report from Plaintiff's Trial Exhibit No. 18 is attached hereto as **Exhibit A**. The redactions in this document were not applied by my office and appeared as they do in Exhibit A in Plaintiff's Trial Exhibit No. 18.

4. True and correct copies of Plaintiff's Federal Trade Commission Identity Theft Reports from Plaintiff's Trial Exhibit No. 18 are attached hereto as **Exhibit B**. Certain information has been redacted by my office from these documents to protect Plaintiff's privacy. These redactions are marked "Redacted Filing."

5. True and correct copies of Plaintiff's passport, passport stamps, and Visas from Plaintiff's Trial Exhibit No. 18 are attached hereto as **Exhibit C**. Certain information has been redacted by my office from these documents to protect Plaintiff's privacy. These redactions are marked "Redacted Filing."

6. True and correct copies of the cover pages, the oaths, the cited portions, and the reporter certificate of the transcript of Equifax Information Services LLC's deposition from August 21, 2024 are attached hereto as **Exhibit D**. Because the entire transcript has been labelled Confidential by Equifax, the substantive portions of the deposition transcript enclosed in Exhibit D is redacted in full. Unredacted copies are being lodged with the Court and served on Plaintiff.

1    I declare under penalty of perjury that the foregoing is true and correct.

2    Executed at San Francisco, California this 24th day of September 2025.

3    DATED:  September 24, 2025

4                                                    By:    */s/ Kristina B. Hovsepyan*
                                                           Kristina B. Hovsepyan

# EXHIBIT A

| MOUNTAIN VIEW POLICE DEPARTMENT | | Page 1 |
|---|---|---|
| **1000 VILLA ST    MOUNTAIN VIEW, CA 94041    650-903-6344**<br>**FELONY REPORT** | | Case<br>23-03129 |

**OFFENSES**

| F/M A/C | Offenses | | |
|---|---|---|---|
| C | OUTSIDE ASSIST   Outside Assist | | |
| F   C | 530.5(A) PC   Get credit/etc others id - Identity theft | | |

| Date Occurred<br>01/01/14-12/31/21 | Time Occurred<br>Unknown | Incident # |
|---|---|---|
| **Date Reported**<br>06/13/2023 | **Time Reported**<br>1646 | |
| **Related Cases** | | |
| **Date Printed**<br>06/14/2023 | **Time Printed**<br>20:07:40 | **Printed By**<br>56113 |
| **Latitude**<br>37.404360 | **Longitude**<br>-122.096320 | |

| Location<br>111 N Rengstorff Ave      Mountain View, CA 94043 | Beat<br>MV3 | Area<br>5347 | Disposition | Dispo Date<br>06/13/2023 |
|---|---|---|---|---|

| Location Type | Location of Entry | Method of Entry | Point of Entry | Alarm System | Means of Attack (Robbery) |
|---|---|---|---|---|---|

| Victim and RP<br>Panchenko, Oleksandr | | Drivers License | Cell Phone | Email | | | |
|---|---|---|---|---|---|---|---|
| **Residence Address** | | Notified of Victim Rights | Residence Phone | DOB | Age | Sex | Race |
| **Business Name and Address** | | | Business Phone | Height | Wt | Hair | Eyes |
| **Assistance Rendered/Victim Disposition**<br>Property Crime Does Not Apply | | | Transporting Agency | Means of Attack (Assaults) | | | |
| **Description of Injuries**<br>None | | | Other Information | | | | |

| Name | | Drivers License | Cell Phone | Email | | | |
|---|---|---|---|---|---|---|---|
| **Residence Address** | | | Residence Phone | DOB | Age | Sex | Race |
| **Business Name and Address** | | | Business Phone | Height | Wt | Hair | Eyes |

| Suspect<br>MVPD23-03129, S1 Unknown | | Action Taken | Charges<br>530.5(A) PC | | | |
|---|---|---|---|---|---|---|
| **Residence Address** | | Residence Phone | DOB | Age | Sex | Race<br>X |
| **Business Name and Address** | | Business Phone | Height | Wt | Hair | Eyes |
| **Identifying Features** | | Cell Phone | Drivers License | | Arrest Number | |
| **Aliases** | | | | CII | | |

**VEHICLES**

| Status | Vehicle Make and Model | License/State | VIN | | Val Damgd |
|---|---|---|---|---|---|

**OFFICERS**

| Prepared By<br>56577 - Poirier, Jason | Date<br>06/13/2023 | Assisted By | | Approved By<br>54843 - Crowl, Evan | Date<br>06/14/2023 |
|---|---|---|---|---|---|

| Routed To | Date | Routed To | Date | Notes |
|---|---|---|---|---|
| LOS ANGELES CO SO<br>LOS ANGELES PD<br>GLENDALE PD | | | | |

VOID CA0431100; CONTROLLED DOCUMENT DO NOT DUPLICATE

## MOUNTAIN VIEW POLICE DEPARTMENT

1000 VILLA ST    MOUNTAIN VIEW, CA 94041    650-903-6344

### FELONY REPORT - PROPERTY

Page 2

23-03129

| ID No. | Status/Disposition | Property Description | Value | Val Recovered | Val Damaged |
|--------|--------------------|-----------------------|-------|---------------|-------------|
| 1 | Stolen | 1 Ssn Ssn | | | |

MVPD CA0431100:CONTROLLED DOCUMENT DO NOT DUPLICATE

| | MOUNTAIN VIEW POLICE DEPARTMENT | Page 1 |
|---|---|---|
| | 1000 VILLA ST    MOUNTAIN VIEW, CA 94041    650-903-6344 **NARRATIVE** | 23-03129 |

1   **Synopsis:**
2
3   Unknown suspect(s) used the victims identity information to open credit accounts without the victims
4   knowledge or permission.
5
6   **Attachments:**
7
8   Victim written statement.
9   Victim data report
10  Phone carrier report
11
12  **Details:**
13
14  On 06/13/2023, I was dispatched to meet with the reporting party/victim in this case, Oleksandr Panchenko, in
15  the MVPD main lobby, regarding the report of identity theft.  I identified Panchenko by his Ukrainian passport,
16  and he provided me with the below summarized statement.
17
18  Panchenko stated that he had come to the US in 2009, and was issued a Social Security Number (SSN) at that
19  time.  He stayed for several months, then returned again in 2010, again for only a few months.  He returned a
20  couple times for approximately a week each time, over the next 12-13 years, then moved to Mountain View in
21  April of 2023.  Upon moving to MV, he checked his credit and found that there were several accounts associated
22  to his SSN, of which he had no knowledge, and all of which were opened during the time frame that he was not
23  in the country.
24
25  He explained that he did not open or use any of these accounts, was unaware of their existence prior to running
26  his credit report in 2023, and did not give anyone permission to use his identity information.  Panchenko did not
27  know who might have used his identity information, or how they may have obtained that information.
28  Panchenko later provided me a written document, documenting in detail the activity which he was reporting,
29  which I printed and attached to the case.
30
31
32
33
34
35
36  **Copy of written statement provided by Panchenko.**
37
38  Full name - Panchenko Oleksandr
39  SSN
40  Passport number -
41  Address:
42

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 56577 | POIRIER, JASON | 06/14/2023 | 54843 | CROWL, EVAN | 06/14/2023 |

| MOUNTAIN VIEW POLICE DEPARTMENT | Page 2 |
|---|---|
| 1000 VILLA ST    MOUNTAIN VIEW, CA 94041    650-903-6344 **NARRATIVE** | 23-03129 |

1   My timeline:

2   • **May 2009** - Visit and worked in US by J1 visa, SSN was issued
3      Duration: 4 months
4      Location: Texas, Florida, New York
5

6   • **May 2010** - Worked in US by J1 visa
7      Duration: 4 months
8      Location: Texas, New York
9

10  • **April 2018** (for 1 week) - Visit US by B1/B2 visa
11     Duration: 1 week
12     Location: Texas
13

14  • **September 2019** (for 1 week) - Visit US by B1/B2 visa
15     Duration: 1 week
16     Location: New York
17

18  • **26 April 2023** - Come to US by L2 visa
19     Location: California, Mountain View
20

21

22  • **May 9 2023** I created an Experian account using mine SSN and discovered some information
23     in the report about credit card, bank accounts, jobs, home addresses that weren't mine. I
24     started a process of disputing this info, created two reports on identitytheft.gov with reference
25     numbers          and          .
26

27     Additionally I found out that my personal information was impacted by the Equifax Data
28     Breach.
29

30  Here is a list of this information that was under my account:

31  Address

32  •          LOS ANGELES, CA 90006-1405
33     Resident type: Multifamily
34

35  •          LOS ANGELES, CA 90038-4297
36     Resident type: Apartment complex
37

38  •          LOS ANGELES, CA 90004-3544
39     Resident type: Multifamily
40

41  •          FRESNO, CA 93721-3400

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 56577 | POIRIER, JASON | 06/14/2023 | 54843 | CROWL, EVAN | 06/14/2023 |

MVPD CO 043-400: CONTROLLED DOCUMENT DO NOT DUPLICATE

| MOUNTAIN VIEW POLICE DEPARTMENT | Page 3 |
| 1000 VILLA ST    MOUNTAIN VIEW, CA 94041    650-903-6344 **NARRATIVE** | 23-03129 |

1 Resident type: Single family
2
3 • _____ HOLLYWOOD, CA 91605-2802
4 Resident type: Single family
5
6 • _____ GLENDALE, CA 91205-4211
7 Resident type: Apartment complex
8
9 • _____ VAN NUYS, CA 91406-4582
10 Resident type: Multifamily
11
12

13 ## Phone numbers

14 ▮▮▮▮▮ - Cellular
15 ▮▮▮▮▮ - Cellular
16
17

18 ## Employers

19 • ANTONIOS CONSTRUCTION S
20 ▮▮▮▮▮ LOS ANGELES CA, 90038
21
22 • ALEX CONSTRUCTION SERVI
23 ▮▮▮▮▮ LOS ANGELES CA, 90038
24
25

26 ## Credit cards and accounts

27 (one per page)
28

UNCONTROLLED DOCUMENT DO NOT DUPLICATE

MVPD CA0431100

| Prepared By: | | Date: | Approved By: | | Date: |
| 56577 | POIRIER, JASON | 06/14/2023 | 54843 | CROWL, EVAN | 06/14/2023 |

EXP_PANCHENKO_0461

1
2

BANK OF AMERICA

3

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 56577 | POIRIER, JASON | 06/14/2023 | 54843 | CROWL, EVAN | 06/14/2023 |

EXP_PANCHENKO_0462

| MOUNTAIN VIEW POLICE DEPARTMENT | Page 5 |
|---|---|
| 1000 VILLA ST     MOUNTAIN VIEW, CA 94041     650-903-6344<br>**NARRATIVE** | 23-03129 |

1

2

BARCLAYS BANK
DELAWARE

3

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 56577 | POIRIER, JASON | 06/14/2023 | 54843 | CROWL, EVAN | 06/14/2023 |

| | MOUNTAIN VIEW POLICE DEPARTMENT | Page 6 |
|---|---|---|
| | 1000 VILLA ST    MOUNTAIN VIEW, CA 94041    650-903-6344 | 23-03129 |
| | **NARRATIVE** | |

1

2

| COMENITYCB/VIRGIN VISA | |
|---|---|

3

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 56577 | POIRIER, JASON | 06/14/2023 | 54843 | CROWL, EVAN | 06/14/2023 |

| | MOUNTAIN VIEW POLICE DEPARTMENT | Page 7 |
|---|---|---|
| | 1000 VILLA ST    MOUNTAIN VIEW, CA 94041    650-903-6344 **NARRATIVE** | 23-03129 |

1

2

| JPMCB CARD | |
|---|---|

3

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 56577 | POIRIER, JASON | 06/14/2023 | 54843 | CROWL, EVAN | 06/14/2023 |

EXP_PANCHENKO_0465

| MOUNTAIN VIEW POLICE DEPARTMENT | Page 8 |
|---|---|
| 1000 VILLA ST    MOUNTAIN VIEW, CA 94041    650-903-6344 **NARRATIVE** | 23-03129 |

1

2

| SYNCB/NTWK | |
|---|---|

3

ENT DO NOT DUPLICATE

MVP

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 56577 | POIRIER, JASON | 06/14/2023 | 54843 | CROWL, EVAN | 06/14/2023 |

1

2

| JPMCB CARD | |
|---|---|
| | |

3

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 56577 | POIRIER, JASON | 06/14/2023 | 54843 | CROWL, EVAN | 06/14/2023 |

## MOUNTAIN VIEW POLICE DEPARTMENT

1000 VILLA ST    MOUNTAIN VIEW, CA 94041    650-903-6344
**NARRATIVE**

Page 10
23-03129

1
2

| JPMCB CARD | |
|---|---|

3

DOCUMENT DO NOT DUPLICATE

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| 56577    POIRIER, JASON | 06/14/2023 | 54843    CROWL, EVAN | 06/14/2023 |

| | MOUNTAIN VIEW POLICE DEPARTMENT | Page 11 |
|---|---|---|
| | 1000 VILLA ST     MOUNTAIN VIEW, CA 94041     650-903-6344 | 23-03129 |
| | NARRATIVE | |

1

2

US BANK

3

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 56577 | POIRIER, JASON | 06/14/2023 | 54843 | CROWL, EVAN | 06/14/2023 |

| | **MOUNTAIN VIEW POLICE DEPARTMENT** | Page 12 |
|---|---|---|
| | 1000 VILLA ST    MOUNTAIN VIEW, CA 94041    650-903-6344<br>**NARRATIVE** | 23-03129 |

1

2

CAVALRY PORTFOLIO SERV

3

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 56577 | POIRIER, JASON | 06/14/2023 | 54843 | CROWL, EVAN | 06/14/2023 |

| MOUNTAIN VIEW POLICE DEPARTMENT | Page 13 |
|---|---|
| 1000 VILLA ST    MOUNTAIN VIEW, CA 94041    650-903-6344 | 23-03129 |
| **NARRATIVE** | |

1

2

NORDSTROM / TD BANK

3

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 56577 | POIRIER, JASON | 06/14/2023 | 54843 | CROWL, EVAN | 06/14/2023 |

DOCUMENT DO NOT DUPLICATE

MVPD CA043

| | MOUNTAIN VIEW POLICE DEPARTMENT | Page 14 |
|---|---|---|
| | 1000 VILLA ST     MOUNTAIN VIEW, CA 94041     650-903-6344 | 23-03129 |
| | **NARRATIVE** | |

1
2

| SEARS/CBNA | |
|---|---|

3

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 56577 | POIRIER, JASON | 06/14/2023 | 54843 | CROWL, EVAN | 06/14/2023 |

| MOUNTAIN VIEW POLICE DEPARTMENT | Page 15 |
|---|---|
| 1000 VILLA ST    MOUNTAIN VIEW, CA 94041    650-903-6344 **NARRATIVE** | 23-03129 |

1

## Inquiries

3

CAPITAL ONE

4

5  My timeline:

6  • **May - Sep 2009** - Visit and worked in US by J1 visa, SSN was issued
7  Early May arrived in Texas.
8  Lived and worked at ▮▮▮▮▮▮▮▮ Port Aransas, TX 78373
9  **Employer:** ▮▮▮▮▮▮
10  Didn't have a phone number, was too expensive, used payphones to call home.

11

12  In the end of August early September 2009 traveled to Miami, FL, stayed in a hotel on Miami
13  Beach. Stayed in Miami for a week and then went to New York for approximately a week,
14  stayed in a hostel in the Upper West Side and then I took a flight to Ukraine.

15

16

17  • **10 May - Sep 2010** Worked in US by J1 visa
18  **May 10** arrived in Texas.
19  Lived and worked at ▮▮▮▮▮▮ Port Aransas, TX 78373
20  **Employer:** ▮▮▮▮▮▮▮▮
21  I don't remember having a phone number.
22  In the end of August early September traveled to New York, stayed for a week at the house of
23  friends of friends in Brooklyn and took a flight to Ukraine.

24

25

26

27  • **21 April - 27 April 2018** - Visit US by B1/B2 visa

28

29  **21 April** Arrived to Houston
30  **21 - 22 April** traveled to ▮▮▮▮▮▮ Port Aransas, TX 78373
31  **23 - 27 April** stayed in Holiday Inn ▮▮▮▮▮▮▮▮▮ Houston, TX 77032
32  **27 April** Flight to Ukraine
33  Didn't work in the US and didn't have a US phone number.

34

35

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 56577 | POIRIER, JASON | 06/14/2023 | 54843 | CROWL, EVAN | 06/14/2023 |

MVPD CA0431100 UNCONTROLLED DOCUMENT DO NOT DUPLICATE

| MOUNTAIN VIEW POLICE DEPARTMENT | Page 16 |
|---|---|
| 1000 VILLA ST    MOUNTAIN VIEW, CA 94041    650-903-6344 <br> **NARRATIVE** | 23-03129 |

1      •   **8 Sep - 13 Sep 2019** - Visit US by B1/B2 visa
2        **8 Sep** Arrived to New York and stayed at Hampton Inn ▮▮▮▮▮▮ New York, NY 10011
3        **13 Sep** Flight to Ukraine
4        Didn't work in the US and didn't have a US phone number.
5
6
7
8      •   **26 April 2023** - Come to US by L2 visa
9        **26 Apr - 24 May** lived at ▮▮▮▮ Mountain View, CA, 94043
10        **24 May - now** live at ▮▮▮▮ Mountain View, CA, 94043
11        Phone numbers ▮▮▮▮
12        Didn't work.
13
14 Based on the information I obtained during my investigation, I determined that the suspect committed a
15 violation of California Penal Code 530.5 - Identity Theft. I also determined that the violations of this statute
16 occurred in the following jurisdictions.
17
18      •   Los Angeles
19      •   Fresno
20      •   North Hollywood
21      •   Glendale
22      •   Van Nuys
23
24
25 **Case Closed.**
26 **Copy to:**
27      •   **Los Angeles County Sheriffs Department**
28      •   **Los Angeles Police Department**
29      •   **Glendale Police Department**
30

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 56577 | POIRIER, JASON | 06/14/2023 | 54843 | CROWL, EVAN | 06/14/2023 |

# EXHIBIT B

IDTheftReport_159702916.pdf                                                                8/10/23, 10:47 AM



FEDERAL TRADE COMMISSION

# Identity Theft Report

| FTC Report Number: |
| 159702916 |

I am a victim of identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | | Last Name: | |
|---|---|---|---|
| Oleksandr | | Panchenko | |
| Address: | Phone: | | Email: |
| REDACTED FILING<br>Mountain View , CA 94043<br>USA | 650 REDACTED FILING | | REDACTED FILING @gmail.com |

## Personal Statement

Fraudulent applications may be submitted in my name or my identity may have been used without my consent to fraudulently obtain goods or services. I moved to US 26 May 2023. Before that I worked on J1 visa in 2009 - 2010. Didnt opened credit card or credit account previously in US.

## Accounts Affected by the Crime

| Credit Card Opened by the Thief | | |
|---|---|---|
| Company or Organization: | JPMCB CARD | |
| Account Number: | 467641XXXXXXXXXX8036 | |
| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
| 1/2017 | 5/2023 | $ 17105 |

| Credit Card Opened by the Thief | | |
|---|---|---|
| Company or Organization: | JPMCB CARD | |
| Account Number: | 414720xxxx2101 | |
| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
| 12/2016 | 5/2023 | $ 33377 |

EXP_PANCHENKO_0475

| Credit Card Opened by the Thief | | |
|---|---|---|
| Company or Organization: | JPMCB CARD 2 | |
| Account Number: | 438854006042xxxx9462 | |
| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
| 1/2018 | 5/2023 | $ 49957 |

| Credit Card Opened by the Thief | | |
|---|---|---|
| Company or Organization: | COMENITYCB/VIRGIN VISA | |
| Account Number: | 467641xxxxxxxxxx | |
| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
| 12/2015 | 5/2023 | $ 5085 |

| Credit Card Opened by the Thief | | |
|---|---|---|
| Company or Organization: | BARCLAYS BANK DELAWARE | |
| Account Number: | 000256xxxxxxxxx | |
| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
| 2/2016 | 5/2023 | $ 16000 |

## Suspect Information

| Contact Information | Address: 5460 Sierra Vista Ave apt 115 Los Angeles CA 90038 USA<br>Phone Number: 747-283-9259 |
|---|---|
| Additional Details | Equifax Data Breach |

**Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.**

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

Oleksandr Panchenko                          8/10/2023
Oleksandr Panchenko                          Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.

EXP_PANCHENKO_0476

IDTheftReport_159703299.pdf                                                                8/10/23, 10:39 AM



FEDERAL TRADE COMMISSION

# Identity Theft Report

| FTC Report Number: |
|---|
| 159703299 |

I am a victim of identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | | Last Name: | |
|---|---|---|---|
| Oleksandr | | Panchenko | |
| **Address:** | **Phone:** | | **Email:** |
| REDACTED FILING <br> REDACT <br> Mountain View , CA 94043 <br> USA | 650 REDACTED FILING | | REDACTED FILING@gmail.com |

## Personal Statement

Fraudulent applications may be submitted in my name or my identity may have been used without my consent to fraudulently obtain goods or services. I moved to US 26 May 2023. Before that I worked on J1 visa in 2009-2010. Didnt opened credit cards or loans previously in US.

## Accounts Affected by the Crime

| Credit Card Opened by the Thief | | |
|---|---|---|
| Company or Organization: | CITIBANK | |
| Account Number: | 22086385 | |
| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
| 3/2018 | 5/2023 | $ 4633 |

| Credit Card Opened by the Thief | | |
|---|---|---|
| Company or Organization: | US BANK | |
| Account Number: | 403784xxxxxx | |
| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
| 7/2015 | 5/2023 | $ 9886 |

EXP_PANCHENKO_0477

IDTheftReport_169703299.pdf                                                                 8/10/23, 10:39 AM

| Credit Card Opened by the Thief | | |
|---|---|---|
| **Company or Organization:** | SYNCB/NTWK | |
| **Account Number:** | 650172xxxxxxxxx | |
| **Date fraud began:** | **Date that I discovered it:** | **Total fraudulent amount:** |
| 6/2015 | 5/2023 | $ 3770 |

| Credit Card Opened by the Thief | |
|---|---|
| **Company or Organization:** | NORDSTROM / TD BANK |
| **Account Number:** | 500193XXXX |
| **Date that I discovered it:** | **Total fraudulent amount:** |
| 5/2023 | $ 0 |

| Credit Card Opened by the Thief | |
|---|---|
| **Company or Organization:** | SEARS/CBNA |
| **Account Number:** | 512107XXXXXX |
| **Date that I discovered it:** | **Total fraudulent amount:** |
| 5/2023 | $ 0 |

### Fraudulent Information on Credit Reports

| Accounts or Charges | Yes, fraudulent accounts or charges appear on my credit report |
|---|---|
| Personal Information | Addresses: 5460 SIERRA VISTA AVE APT 115 LOS ANGELES,CA<br>Phone numbers: 747 283-9259,818 294-5195<br>Employment Information: ANTONIOS CONSTRUCTION S,ALEX CONSTRUCTION SE |
| Credit Inquiries | Capital One |

### Suspect Information

| Contact Information | Address: 5460 SIERRA VISTA AVE APT 115 LOS ANGELES CA 90038 USA<br>Phone Number: 747-283-9259 |
|---|---|
| Additional Details | probably Equifax data breach |

EXP_PANCHENKO_0478

IDTheftReport_159703299.pdf                                                                    8/10/23, 10:39 AM

Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

Oleksandr Panchenko                          8/10/2023
Oleksandr Panchenko                          Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.

EXP_PANCHENKO_0479

# EXHIBIT C



Паспорт громадянина України для виїзду за кордон
є власністю України

The passport of the citizen of Ukraine for travelling abroad
is the property of Ukraine

Іменем України Міністр закордонних справ України просить усіх, кого це може стосуватися, усіма можливими засобами полегшити поїздку пред'явника паспорта, надавати йому необхідну допомогу та захист.

In the name of Ukraine, the Minister of Foreign Affairs of Ukraine requests all those whom it may concern to facilitate in every possible way the travel of the bearer of this passport and to provide the bearer with all necessary assistance and protection.

**HH № 708094**

УКРАЇНА 🔱 UKRAINE 🔱

ПАСПОРТ
PASSPORT

| | |
|---|---|
| Тип/ *Type* | P |
| Код держави/ *Country code* | UKR |
| Номер паспорта/ *Passport No.* | FM |

Прізвище/ *Surname*
ПАНЧЕНКО/PANCHENKO
Ім'я/ *Given Names*
ОЛЕКСАНДР/OLEKSANDR
Громадянство/ *Nationality*
УКРАЇНА/UKRAINE
Дата народження/ *Date of birth*  REDACTED FILING
Запис №/ *Record No.*  REDACTED FILING
Стать/ *Sex*
Ч/M
Місце народження/ *Place of birth*
M.КИЇВ/UKR
Дата видачі/ *Date of issue*
27 БЕР/MAR 18
Орган, що видав/ *Authority*
8089
Дата закінчення строку дії/ *Date of expiry*
27 БЕР/MAR 28
Підпис пред'явника/ *Holder's signature*





P<UKRPANCHENKO<<OLEKSANDR<<<<<<<<<<<<<<<<<<<

FM<4UKR4M28032721906637<64



REDACTED FILING

REDACTED FILING

ОСОБЛИВІ ВІДМІТКИ / SPECIAL NOTES

ОСОБЛИВІ ВІДМІТКИ / SPECIAL NOTES



**REDACTED FILING**

**REDACTED FILING**

ОСОБЛИВІ ВІДМІТКИ / SPECIAL NOTES

ОСОБЛИВІ ВІДМІТКИ / SPECIAL NOTES

WNIOSEK
O UDZIELENIE CUDZOZIEMCOWI ZEZWOLENIA
NA POBYT CZASOWY ZOSTAŁ ZŁOŻONY

10 SIE 2022

W DNIU .............................................

DO WOJEWODY MAZOWIECKIEGO

(podpis osoby upoważnionej)

4

5

EXP_PANCHENKO_0443





EXP_PANCHENKO_0445



**REDACTED FILING**

**REDACTED FILING**

EXP_PANCHENKO_0446





















**REDACTED FILING**

ВІЗИ / VISAS

E32

## СЛІД ПАМ'ЯТАТИ

Цей паспорт містить чутливі електронні пристрої. Для їх оптимального використання прохання не згинати, не перфорувати і не піддавати паспорт впливу крайніх температур або надмірної вологості.

Для в'їзду до іноземної держави необхідно обов'язково отримати візу, якщо інше не передбачено міжнародними договорами України.

Невиконання митних і валютних правил може призвести до відкладення закордонної поїздки. Відомості про вимоги з цих питань Ви можете отримати у найближчій митниці.

Відповідно до міжнародних правил охорони здоров'я іноземна держава, до якої Ви прибули, може зажадати документ щодо вакцинації проти хвороб. За більш докладною інформацією звертайтеся до місцевих органів охорони здоров'я.

У разі втрати паспорта Ви зобов'язані негайно повідомити про це органи міграційної служби чи найближчу закордонну дипломатичну установу України, а у разі викрадення – також органи Національної поліції (за кордоном – компетентні органи іноземної держави).

З метою створення умов, що гарантують відшкодування витрат, пов'язаних з надзвичайними обставинами під час перебування за кордоном, Ви повинні бути застраховані.

Поля рафамбінат «Україна».

EXP_PANCHENKO_0456

Exhibit D

```
 1                 UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3

 4   OLEKSANDR PANCHENKO,            )
                                     )
 5             Plaintiff,            )
                                     ) Case No. 5:23-cv-04965-BLF
 6        vs.                        )
                                     ) Volume I
 7   BANK OF AMERICA, N.A.; CAVALRY  )
     PORTFOLIO SERVICES, LLC; COMENITY)
 8   CAPITAL BANK; JPMORGAN CHASE    )
     BANK, NATIONAL ASSOCIATION; U.S.)
 9   BANK, NATIONAL ASSOCIATION;     )
     EQUIFAX INFORMATION SERVICES LLC;)
10   AND TRANS UNION LLC,            )
                                     ) Pages 1 to 225
11             Defendants.           )
     _____)

12

13

14

15

16               ***** CONFIDENTIAL ****

17

18    REMOTE VIDEOCONFERENCED VIDEOTAPED DEPOSITION OF EQUIFAX

19       INFORMATION SERVICES LLC 30(B)(6) KAREN DENISE COBB

20                     Atlanta, Georgia

21                 Wednesday, August 21, 2024

22

23

24   Reported by:
     ELIZABETH BORRELLI, CSR No. 7844, CCRR, CLR
25   JOB NO. 1101657
```

1

2

3

4

5

6

7

8         Remote Videoconferenced Videotaped

9   Deposition of EQUIFAX INFORMATION SERVICES LLC

10   30(B)(6) KAREN DENISE COBB, Volume I, taken on

11   behalf of the Plaintiff, at Atlanta, Georgia,

12   commencing at 10:07 a.m., Wednesday, August 21,

13   2024, before Elizabeth Borrelli, a Certified

14   Shorthand Reporter in the State of California,

15   License No. 7844.

16                          *  *  *

17

18

19

20

21

22

23

24

25

```
 1    APPEARANCES OF COUNSEL:

 2

 3    For the Plaintiff:

 4              LOKER LAW, APC
                BY:  CHARLES CUMMINS, appearing remotely
 5              BY:  MATTHEW M. LOKER, appearing remotely
                Attorney at Law
 6              132 Bridge Street
                Arroyo Grande, California 93420
 7              (805) 994-0177
                charles@loker.law
 8              matt@loker.law

 9    For Defendant Equifax Information Services LLC:

10              SEYFARTH SHAW LLP
                BY:  JIBRIL GREENE, appearing remotely
11              Attorney at Law
                2323 Ross Avenue
12              Suite 1660
                Dallas, Texas 75201
13              (469) 608-6745
                jagreene@seyfarth.com

14

15    For Defendant Bank of America, N.A.:

16              McGUIRE WOODS LLP
                BY:  JOSEPH M. CRITTENDEN, appearing remotely
17              Attorney at Law
                Two Embarcadero Center
18              Suite 1300
                San Francisco, California 94111
19              (415) 844-1981
                jcrittenden@mcguirewoods.com`

20

21

22

23

24

25
```

```
 1   For Defendant Comenity Capital Bank:

 2           WOMBLE BOND DICKINSON (US) LLP
             BY:  NATHAN A. SEARLES, appearing remotely
 3           Attorney at Law
             400 Spectrum Center Drive
 4           Suite 1700
             Irvine, California 92618
 5           (657) 266-1073
             nathan.searles@wbd-us.com
 6

 7   For Defendant JPMorgan Chase Bank, National Association:

 8           MORGAN, LEWIS & BOCKIUS LLP
             BY:  LAUREN SAGER McCABE, appearing remotely
 9           Attorney at Law
             101 Park Avenue
10           New York, New York 10178-0060
             (212) 309-6172
11           lauren.mccabe@morganlewis.com

12        Also Present:

13           DANIEL SEGUIN, appearing remotely

14

15

16

17

18

19

20

21

22

23

24

25
```

```
  1                 ATLANTA, GEORGIA; WEDNESDAY, AUGUST 21, 2024

  2                         10:07 A.M.

  3

  4                 THE VIDEOGRAPHER:  Good morning.  We are

10:07  5   on the record at 10:07 a.m. Pacific time on

  6   August 21, 2024, to begin the deposition of Karen

  7   Cobb, Equifax Information Services, LLC's, 30(b)(6)

  8   in the matter of Panchenko v. Bank of America, N.A.,

  9   et al.

10:07 10            The venue for this case is United States

 11   District Court, Northern District of California.

 12   The case number is 5:23-CV-04965-ELF.

 13                 This deposition is taking place via Zoom

 14   videoconference.  The legal videographer is Daniel

10:07 15   Saguin here on behalf of Steno, and the court

 16   reporter is Elizabeth Borrelli, also here on behalf

 17   of Steno.

 18                 Would counsel please identify yourselves

 19   and state whom you represent.

10:08 20            MR. CUMMINS:  Good morning.  Charles

 21   Cummins and Matthew Loker for plaintiff.

 22                 MR. GREENE:  Good morning.  Jibril Greene

 23   on behalf of Defendant Equifax Information Services

 24   LLC.  And I'm also here representing Karen Cobb as

10:08 25   the designated representative on behalf of Equifax.
```

10:08  1           MR. CRITTENDEN:  And good morning.  This

2    is Joseph Crittenden from McGuire Woods LLP on

3    behalf of Bank of America, N.A.

4           MS. McCABE:  Morning.  This is Lauren

10:08  5    McCabe from Morgan Lewis on behalf of Defendant

6    JPMorgan Chase Bank.

7           THE VIDEOGRAPHER:  Thank you, Counsel.

8           Would the reporter please swear in the

9    witness.

10:08 10           EQUIFAX INFORMATION SERVICES LLC 30(B)(6)

11              KAREN DENISE COBB,

12           having been duly administered

13         an oath in accordance with CCP 2094,

14         was examined and testified as follows:

10:08 15              EXAMINATION

16    BY MR. CUMMINS:

17       Q.   Okay.  Good morning, Ms. Cobb.  My name

18    is --

19       A.   Good morning.

10:09 20       Q.   Good morning.

21           My name is Charles Cummins and I represent

22    Plaintiff Oleksandr Panchenko.

23           Would you please state and spell your name

24    for the record?

10:09 25       A.   Yes, Karen, K-A-R-E-N, Cobb, C-O-B-B.

15:12  1           A.   Yes.

       2           Q.   Okay.  So off the bat, after having

       3      reviewed this police report, has -- does anything

       4      stick out to you as being insufficient under

15:12  5      Equifax's policies to suppress the disputed

       6      accounts?

       7           A.   Yes.

       8           Q.   Based on the document alone?

       9           A.   Yes.

15:12 10           Q.   And what is that?

      11           A.   The full address and phone number are

      12      redacted, and name, address, and phone number are

      13      required to make the -- to identify the report to be

      14      valid.  Excuse me.

15:13 15           Q.   Okay.  And I'm going to jump back and

      16      forth a bit, if you don't mind, back to Deposition

      17      Exhibit No -- sorry -- 101.

      18                Do you remember skimming through these

      19      policies earlier?

15:13 20           A.   Yes.

      21           Q.   And on CONFIDENTIAL-EIS-PANCHENKO-489 is a

      22      document entitled "ID Theft:  Valid Documentation,"

      23      correct?

      24           A.   Correct.

15:13 25           Q.   What is this document for?

15:14   1        A.   It provides the criteria for, I guess, the

2    requirements that the documents have to have in

3    order to be considered valid to block information

4    from the credit file.

15:14   5        Q.   Okay.  And within that document it

6    provides certain elements to a police report that

7    would be required for Equifax to suppress or block a

8    disputed account per this policy, correct?

9        A.   Correct.

15:14  10        Q.   And within those requirements, it lists

11   that "a police report regarding identity theft that

12   identifies a consumer as a victim can be used to

13   initiate an ID Theft Block request and the document

14   must meet the following criteria."

15:14  15             And it says that, "The following PII of

16   the consumer must be displayed," and it mentions

17   complete first and last name, current address, and

18   phone number, correct?

19        A.   That's correct.

15:15  20        Q.   And going back to Deposition Exhibit 102,

21   we don't have an address or a telephone number

22   displayed, correct?

23        A.   That's correct.

24        Q.   Because that information was redacted?

15:15  25        A.   Yes.

15:15    1       Q.   Okay.   Going back to Deposition Exhibit

      2    No. 101, it says fraudulent accounts must be listed

      3    on the police report, and that each account number

      4    must contain the name of the date -- data furnishers

15:15    5    and full or partial account numbers.

      6       Do you see that?

      7       A.   Yes.

      8       Q.   And going back to Deposition Exhibit 102,

      9    there are some account -- accounts referenced in

15:16   10    this police report, correct?

    11       A.   That's correct.

    12       Q.   Such as on EIS-PANCHENKO-720, there's a

    13    Bank of America account referenced here.

    14       Do you see that?

15:16   15       A.   Yes.

    16       Q.   But there is no full or account -- full or

    17    partial account number as required by Equifax's

    18    policy to suppress the account, correct?

    19       A.   That's correct.

15:16   20       Q.   And same as on EIS-PANCHENKO-722 regarding

    21    the Barclays Bank Delaware account referenced here,

    22    there is also no partial or full account number

    23    referenced in the police report, correct?

    24       A.   Correct.

15:17   25       Q.   Okay.   As is the case on

15:17   1   EIS-PANCHENKO-724, there is no full or -- full or

2   partial account number referenced regarding the

3   ComenityCB/Virgin Visa account referenced in the

4   police report, correct?

15:17   5        A.   That's correct.

6        Q.   And that also goes for EIS-PANCHENKO-726

7   for the JPMCB Card account referenced in the police

8   report, correct.

9        A.   Yes, that's correct.

15:17  10        Q.   No full or partial account number for that

11   account, right?

12        A.   Right.

13        Q.   So even had this dispute been processed,

14   it would not have met the minimum requirements for

15:18  15   Equifax to suppress the block, correct?

16        A.   That's correct.

17        Q.   Or suppress the account, sorry, correct?

18        A.   That's correct.

19        Q.   Okay.  Continuing on to EIS-PANCHENKO-728,

15:18  20   there is not a full or partial account number for

21   the Synchrony Bank account referenced on that page

22   of the police report, correct?

23        A.   Right.  That's correct.

24        Q.   Same thing for the JPMCB Card account

15:18  25   referenced on EIS-PANCHENKO-730 of the police

15:18  1    report, correct?

       2          A.    Yes, correct.

       3          Q.    And the JPMCB Card account referenced on

       4    EIS-PANCHENKO-732 of the police report, correct?

15:18  5          A.    Correct.

       6          Q.    There's also no full or partial account

       7    number for the Calvary Portfolio Services account

       8    referenced on EIS-PANCHENKO-734 of the police

       9    report, correct?

15:19 10          A.    Right.

      11          Q.    Same thing for the U.S. Bank account on

      12    EIS-PANCHENKO-736 of the police report, correct?

      13          A.    Right, correct.

      14          Q.    Also no full or partial account number for

15:19 15    the Nordstrom/TD Bank account referenced on

      16    EIS-PANCHENKO-738 of the police report, correct?

      17          A.    That's correct.

      18          Q.    Nor does the Sears/CBNA account referenced

      19    on EIS-PANCHENKO-740, does that account reference a

15:19 20    full or partial account number on that page of the

      21    police report?

      22          A.    That's correct.

      23          Q.    Okay.  So going back to Deposition Exhibit

      24    No. 101, in the identity -- ID Theft Block:  Valid

15:20 25    Documentation KB article, this police report would

```
15:20   1    not have been sufficient to suppress any of the

        2    accounts referenced in plaintiff's dispute that we

        3    just went over, correct?

        4         A.   That's correct.

15:20   5         Q.   Okay.  There's also a mention of inquiries

        6    which states that "inquiries must include the date

        7    of the inquiry in order to be blocked."

        8              Do you see that?

        9         A.   Yes.

15:20  10         Q.   Okay.  And there's an inquiry referenced

       11    on EIS-PANCHENKO-742 of Deposition Exhibit No. 102

       12    for Capital One.

       13              Do you see that?

       14         A.   Yes.

15:20  15         Q.   Okay.  And there's not a date listed in

       16    this report that we can tell due to this redaction

       17    on this page, correct?

       18         A.   That's correct.

       19         Q.   Okay.  So as you sit here today, had you

15:21  20    processed this dispute and reviewed the police

       21    report that we just walked through in Deposition

       22    Exhibit 102, would -- would Equifax have been able

       23    to suppress or block any of those accounts as a

       24    result of the police report that we just walked

15:21  25    through?
```

15:24  1    report that's prepared has its own individual

       2    reference number that is unique to that specific

       3    report, correct?

       4         A.    Correct.

15:25  5         Q.    So every FTC report has its own reference

       6    number.  And as I understand it, those numbers have

       7    to fall within a specific range in order for Equifax

       8    to -- to be able to utilize that particular FTC

       9    report; is that -- is that correct?

15:25 10         A.    Yes, each month has its -- its own range

      11    of valid numbers.

      12         Q.    Okay.  And going back to Deposition

      13    Exhibit No. 101, beginning on

      14    CONFIDENTIAL-EIS-PANCHENKO-496 is a KP article

15:25 15    entitle "ID Theft Block:  FTC Identity Theft

      16    Reference Numbers."

      17              Do you see that?

      18         A.    Yes.

      19         Q.    And within that first page of this

15:26 20    article, it says, "Each FTC identity theft report

      21    will have a reference number in its top right-hand

      22    corner.  To be valid the reference number has to:

      23    A, have the right number of digits; and B, fall

      24    within the range of numbers for the month when the

15:26 25    report was filed."

15:26  1            Do you see that?

    2        A.   Yes.

    3        Q.   And the -- the article continues with a

    4    table that includes a month and year and then a

15:26  5    range of reference numbers with a minimum reference

    6    number and a maximum reference number for each

    7    particular month, correct?

    8        A.   That's correct.

    9        Q.   And are those reference numbers provided

15:26 10    to Equifax by the Federal Trade Commission?

   11        A.   Yes.

   12        Q.   Okay.  So the Federal Trade Commission

   13    provides these numbers to Equifax and tells Equifax

   14    that these are the ranges of reference numbers that

15:27 15    we provided for any particular month, correct?

   16        A.   That's correct.

   17        Q.   Okay.  And going back to the FTC reports

   18    referenced in Deposition Exhibit 102, I see the --

   19    the date of this report as August 2023.

15:27 20            Do you see that?

   21        A.   Yes.

   22        Q.   Okay.  So does the second FTC report

   23    referenced on EIS-PANCHENKO-750, do you see that?

   24        A.   Yes.

15:28 25        Q.   So looking at this first FTC report, it

15:30  1             Do you see that?

       2       A.    Yes.

       3       Q.    And the reference number of that FTC

       4  report is 159703299.

15:30  5             Do you see that?

       6       A.    Yes, I do.

       7       Q.    And going back to Deposition Exhibit 101,

       8  CONFIDENTIAL-EIS-PANCHENKO-497, that FTC report also

       9  does not fall within the range of reference numbers

15:30 10  provided by the FTC for that month, correct?

      11       A.    That's correct.

      12       Q.    So do I understand this correctly:  That

      13  because those reference numbers referenced on both

      14  of those FTC reports in Deposition Exhibit 102,

15:30 15  these FTC reports would not be acceptable documents

      16  per Equifax's policy because those FTC reference

      17  numbers fall without -- fall outside of the range of

      18  reference numbers provided by the FTC?

      19       A.    Yes, that's correct.

15:30 20       Q.    Okay.

      21             THE REPORTER:  Counsel, I'm sorry.  I have

      22  to go off the road -- I mean, the record.

      23             MR. GREENE:  Okay.

      24             THE VIDEOGRAPHER:  And we are now off the

15:30 25  record.  The time is 3:31 p.m. Pacific time.

1  | STATE OF CALIFORNIA      )
   |                          )    ss.
2  | COUNTY OF LOS ANGELES    )

3

4  |         I, Elizabeth Borrelli, Certified Shorthand

5  | Reporter, Certificate No. 7844, for the State

6  | of California, hereby certify:

7  |         I am the deposition officer that steno-

8  | graphically recorded the testimony in the foregoing

9  | deposition;

10 |         Prior to being examined the deponent was

11 | by me first duly administered an oath;

12 |         The foregoing transcript is a true record

13 | of the testimony given.

14 | Dated : August 21, 2024.

15

16

17

18

19

20 |                              *Elizabeth Borrelli*

21

22 |                    Elizabeth Borrelli, CSR No. 7844

23

24

25