UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 10/21/2025 | **Time:** 1:40 p.m. – 3:34 p.m. (1 hour 54 minutes) | **Judge:** EUMI K. LEE |
|---|---|---|
| **Case No.:** 23-cv-04965-EKL | **Case Name:** Panchenko v. Comenity Capital Bank | |

**Attorney for Plaintiff:** Matthew Loker
**Attorney for Defendant:** Tomio Narita, Alisa Givental, Kristina Hovsepyan, Nathan Searles

**Deputy Clerk:** Laura Thomson          **Court Reporter:** Summer Fisher

## PROCEEDINGS and MINUTE ORDER

The Court held a second pretrial conference and addressed the following matters.

1. Jury selection

The Court submitted the jury questionnaire, including the parties' case-specific questions, to Jury Services. The parties will receive responses to the jury questionnaire on **October 24**.

A pre-excusal conference is set for **October 28** at 10:30 a.m. Jury selection is set for **October 30** at 9:00 a.m. The parties' stipulated statement of the case will be presented to the potential jurors. Each side will be provided 20 minutes to conduct voir dire, with Plaintiff proceeding first. Each side may reserve time for rebuttal.

The Court addressed logistical questions regarding jury selection, including the process for peremptory challenges.

2. Trial schedule and logistics

Trial will begin on **November 3**. Each trial day shall begin at 9:00 a.m. Counsel shall appear by no later than 8:30 a.m. to address any matters outside of the presence of the jury, as needed. The Court will provide two 15-minute breaks and a lunch break each day. The parties have stipulated to arrange lunch for the jurors during trial and prior to deliberations. The lunch break will last approximately 40 to 45 minutes.

Each trial day shall conclude by about 4:30 p.m. At the end of each day, the parties shall jointly inform the Court how much time was used and the remaining time balance for each side. The parties shall also identify any issues that should be addressed the following morning before the jury is called. If the parties must brief an issue during trial, the parties shall first meet and confer, then file a joint brief by no later than 5:00 p.m. the day before the issue must be decided.

The format of the brief shall comply with the Court's Standing Order for Civil Cases and the Civil Local Rules (*i.e.*, double-spaced and 12-point font).

The Court will allow 17 hours of trial time, to be divided equally at 8.5 hours per side. This time limit includes opening and closing statements, witness testimony, sidebars, and objections. The case shall be submitted to the jury by the end of the day on November 5 so that the jury may begin deliberations no later than the morning of November 6.

3. Exhibits, witnesses, and deposition designations

The Court addressed the parties' updated witness list. ECF No. 191. The parties expect to obtain affidavits to address document authentication issues to reduce the need for testimony from record custodians.

The Court briefly addressed the parties' updated exhibit list and extensive objections. ECF No. 190. The parties shall continue to meet and confer regarding the exhibit list and related objections. Comenity shall re-number its exhibits, beginning at #100. To the extent the exhibit list is further amended, the parties shall file an updated version on the docket. By **October 23**, at 10:00 a.m., the parties shall deliver to the Clerk's Office two sets of binders containing chambers copies of all exhibits.

The Court briefly addressed the parties' deposition designations, counter-designations, and Comenity's extensive objections. The parties raised the possibility of stipulating to certain facts to reduce the need for deposition designations and to eliminate objections. The parties shall meet and confer and file stipulations of facts before the **October 28** conference. The parties shall also bring two updated chambers copies of deposition designations to that conference. The chambers copies shall be formatted and highlighted as set forth in the Court's prior Order, ECF No. 180.

4. Other matters

The parties shall prepare a list of parties, counsel, and witnesses to present to the jury to identify any potential conflicts. The parties shall file this list on the docket, provide an electronic copy to Judge Lee's CRD by email (Word document), and bring a chambers copy to the October 28 conference.

The parties discussed redacting exhibits consistent with Federal Rule of Civil Procedure 5.2. Parties shall continue to meet and confer on this process to address an issue raised by Comenity regarding pre-existing redactions of the police report.

5. Jury instructions

The Court reminded the parties to meet and confer and file a proposed limiting instruction addressing the Court's ruling on Motion *in Limine* No. 4. *See* ECF No. 179 at 10 ("[T]he parties shall meet and confer regarding a potential limiting instruction as to the purposes for which the jury may consider evidence of Plaintiff's direct dispute."). The proposed instruction shall be filed by **October 23**.

Having reviewed the parties' briefs, the Court heard argument on disputed jury instruction No. 32. *See* ECF Nos. 186, 187. Order to issue.

The Court also heard argument on the other disputed jury instructions. The following stipulations were reached:

- Plaintiff stipulates to Comenity's version of disputed instruction No. 33 (investigation obligation).
- Disputed instruction No. 39 (examples of emotional distress) need not be given.
- Disputed instruction Nos. 40/41 (emotional distress damages) need not be given.

The parties shall meet and confer on disputed instruction Nos. 37 and 42 by **October 23**.

Each party shall submit a brief, not to exceed five pages, regarding disputed instruction No. 44 by **October 27**.

6. Updated schedule

The following updated schedule summarizes deadlines set at the pretrial conference, as discussed above, and in other trial-related orders. All settings will be held in-person absent further instruction.

| Event | Deadline |
|---|---|
| Deliver two sets of trial exhibits to Clerk's Office | 10/23 at 10:00 a.m. |
| File limiting instruction addressing the Court's ruling on MIL No. 4 | 10/23 |
| Meet and confer regarding disputed instruction Nos. 37 and 42 | 10/23 |
| Responses to jury questionnaire provided to counsel | 10/24 |
| Trial briefs due (ECF No. 153) | 10/27 |
| Briefs due regarding disputed jury instruction No. 44 | 10/27 |
| File and email a list of parties, counsel, and witnesses | 10/28 |
| File stipulation of facts for trial, if any | 10/28 |
| Prepare updated deposition designations | 10/28 |
| Final pretrial / pre-excusal conference | 10/28 at 10:30 a.m. |
| Jury selection | 10/30 at 9:00 a.m. |
| Trial begins | 11/3 at 9:00 a.m. |

IT IS SO ORDERED.

Dated: October 21, 2025

EUMI K. LEE
United States District Judge