**LOKER LAW, APC**
Matthew M. Loker, Esq. (279939)
matt.loker@loker.law
Charles B. Cummins, Esq. (354861)
charles.cummins@loker.law
132 Bridge Street
Arroyo Grande, CA 93420
Telephone: (805) 994-0177

*Attorneys for Plaintiff,*
Oleksandr Panchenko

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEKSANDR PANCHENKO,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A.; CALVARY PORTFOLIO SERVICES LLC; COMENITY CAPITAL BANK; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; U.S. BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC; AND, TRANS UNION, LLC,<br><br>Defendants. | Case No.: 23-cv-4965 EKL<br><br>**[PROPOSED] LIMITING INSTRUCTION RE: DEFENDANT COMENITY CAPITAL BANK'S MOTION IN LIMINE NO. 4**<br><br>HON. EUMI K. LEE |

**TO THE COURT, DEFENDANT AND THEIR ATTORNEYS OF RECORD:**

Plaintiff OLEKSANDR PANCHENKO; and, Defendant COMENITY CAPITAL BANK hereby propose the following Limiting Instruction regarding Comenity's Motion in Limine No. 4:

> The testimony [you are about to hear/you have just heard] relates to the dispute(s) Plaintiff submitted directly to Comenity (referred to during trial as "direct dispute") and Comenity's handling of the dispute. You may consider the testimony only to the extent that you believe the information Plaintiff provided Comenity as part of the direct dispute was relevant to Comenity's investigation of a later dispute that Comenity received from a consumer reporting agency (referred to during trial as "indirect dispute").

Date: October 22, 2025                                **LOKER LAW, APC**

                                          By: ___/s/ Matthew M. Loker___
                                                  MATTHEW M. LOKER, ESQ.
                                                  ATTORNEY FOR PLAINTIFF

                                          **WOMBLE BOND DICKINSON (US) LLP**

                                          BY: ___Tomio B. Narita___
                                                  TOMIO B. NARITA, ESQ.
                                                  ATTORNEY FOR DEFENDANT

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(44) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsel, and that I have obtained their authorization to affix electronic signatures to this document.

Date: October 22, 2025                                    **LOKER LAW, APC**

BY:     /S/ MATTHEW M. LOKER
                MATTHEW M. LOKER, ESQ.
                ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

A copy of the foregoing *[Proposed] Limiting Instruction re: Defendant Comenity Capital Bank's Motion in Limine No. 4* has been filed via CM/ECF on October 22, 2025.

                                            ___/s/ Matthew M. Loker___
                                            MATTHEW M LOKER, ESQ