**LOKER LAW, APC**
Matthew M. Loker, Esq. (279939)
matt.loker@loker.law
Charles B. Cummins, Esq. (354861)
charles.cummins@loker.law
132 Bridge Street
Arroyo Grande, CA 93420
Telephone: (805) 994-0177

*Attorneys for Plaintiff,*
Oleksandr Panchenko

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEKSANDR PANCHENKO,<br><br>Plaintiff,<br><br>v.<br><br>COMENITY CAPITAL BANK,<br><br>Defendant(s). | Case No.: 23-cv-4965 EKL<br><br>**STATUS REPORT RE: BANK OF AMERICA DEPOSITION DESIGNATIONS**<br><br>**HON. EUMI K. LEE** |

**TO THE COURT, DEFENDANT AND THEIR ATTORNEYS OF RECORD:**

Plaintiff OLEKSANDR PANCHENKO; and, Defendant COMENITY CAPITAL BANK hereby submit the following Status Report re: Meet and Confer efforts for the deposition designations of Bank of America employees; Jordan Lund and Fabian Ochoa-Garcia.

Panchenko re-reviewed the deposition designations and discussed these designations with Comenity following the continued Final Pretrial Conference on October 28, 2025. Panchenko maintains his objections to these designations following these meet and confer efforts.

In the event Panchenko's objections are overruled, the Parties will attempt to stipulate to as many facts as possible from these depositions in an effort to limit the time associated with the testimony.

Date: October 28, 2025

**LOKER LAW, APC**

By: ___/s/ Matthew M. Loker___
MATTHEW M. LOKER, ESQ.
ATTORNEY FOR PLAINTIFF

**WOMBLE BOND DICKINSON (US) LLP**

BY: ___Alisa Givental___
ALISA GIVENTAL, ESQ.
ATTORNEY FOR DEFENDANT

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(44) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsel, and that I have obtained their authorization to affix electronic signatures to this document.

Date: October 28, 2025                    **LOKER LAW, APC**

                                          BY:    /S/ MATTHEW M. LOKER
                                                 MATTHEW M. LOKER, ESQ.
                                                 ATTORNEY FOR PLAINTIFF

# CERTIFICATE OF SERVICE

A copy of the foregoing *Status Report re: Bank of America Deposition Designations* has been filed via CM/ECF on October 28, 2025.

   /s/ Matthew M. Loker\_\_\_
MATTHEW M LOKER, ESQ

**LOKER LAW, APC**
**132 BRIDGE STREET**
**ARROYO GRANDE, CA 93420**

**CASE NO.: 24-cv-4965 EKL**  *Panchenko v. Bank of America, N.A., et al.*
**PROOF OF SERVICE**