UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES – JURY TRIAL

**Date:** October 30, 2025          **Time:** 8:56-11:14, 12:05-12:50          **Judge:** Eumi K. Lee
**Total Time:** 3:03

**Case No.:** 5:23-cv-4965-EKL          **Case Name:** *Panchenko v. Comenity Capital Bank*

**Attorney for Plaintiff:** Matt Loker, Charles Cummins, Matthew Osborne

**Attorney for Defendant:** Tomio Narita, Alisa Givental, Kristina Hovespyan, Nathan Searles

**Deputy Clerk:** Laura Thomson          **Court Reporter:** Irene Rodriguez

**Interpreter:**          **Probation Officer:**

### PROCEEDINGS – JURY SELECTION

**Please See Trial Log Attached**

### ORDER AFTER HEARING

**Jury Trial set to begin on 11/3/2025 at 9:00 AM**

///

**Laura Thomson**
**Courtroom Deputy**
**Original: Efiled**