UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5:23-cv-4965-EKL          **Oleksandr Panchenko v. Comenity Capital Bank**

### TRIAL LOG – VOIR DIRE

| **JUDGE:** Eumi K. Lee | **PLAINTIFF ATTORNEY:** Matt Loker, Charles Cummins, Matt Osborne | **DEFENDANT ATTORNEY**: Tomio Narita, Alisa Givental, Kristina Hovespyan, Nathan Searles |
|---|---|---|
| **TRIAL DATE: 10/30/2025** | **REPORTER(S):** Irene Rodriguez | **CLERK**: Laura Thomson |

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | **Thursday, October 30, 2025** | |
| | | 8:56 | | | Court addresses administrative matters outside of the presence of the jury. | |
| | | 9:31 | | | Court addresses the venire prior to voir dire. | |
| | | 9:51 | | | No jurors recognize witness or counsel names | |
| | | 10:00 | | | Plaintiff's counsel questions jury | |
| | | 10:20 | | | Defendant's counsel questions jury | |
| | | 10:40 | | | Plaintiff's counsel uses rebuttal time to question jury | |
| | | 10:46 | | | Defendant's counsel uses rebuttal time to question jury | |
| | | 10:54 | | | Court questions jurors and admonishes jury about breaks. | |
| | | 11:14 | | | Jurors excused for break.  Due to return at 11:50 | |
| | | | | | Court goes off the record with counsel to address hardships and challenges. | |
| | | 12:05 | | | Jury reassembled. | |
| | | 12:06 | | | Court back in session for preemptory challenge. | |
| | | 12:08 | | | Court recesses with counsel outside of the presence of the jury | |
| | | | | | Jury empaneled | |
| | | 12:48 | | | Court and counsel address issues outside of the presence of the jury. | |
| | | 12:50 | | | Court in recess until Monday, Nov. 3 at 9:00am. | |
| | | | | | | |
| | | | | | | |