**LOKER LAW, APC**
Matthew M. Loker, Esq. (279939)
matt.loker@loker.law
Charles B. Cummins, Esq. (354861)
charles.cummins@loker.law
132 Bridge Street
Arroyo Grande, CA 93420
Telephone: (805) 994-0177

*Attorneys for Plaintiff,*
Oleksandr Panchenko

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OLEKSANDR PANCHENKO,** | **Case No.:** 23-cv-4965 EKL |
| Plaintiff, | **NOTICE OF LODGING THE BUSINESS RECORDS DECLARATION OF EXPERIAN INFORMATION SOLUTIONS, INC.** |
| v. | |
| **COMENITY CAPITAL BANK** | **HON. EUMI K. LEE** |
| Defendant. | |

CASE NO.: 23-cv-4965 EKL                    *Panchenko v. Bank of America, N.A,, et al.*

**NOTICE OF LODGING THE BUSINESS RECORDS DECLARATION OF EXPERIAN INFORMATION SOLUTIONS**

**TO THE COURT, DEFENDANT AND THEIR ATTORNEYS OF RECORD:**

Plaintiff OLEKSANDR PANCHENKO hereby lodges the Business Records Declarations that was provided by Experian Information Solutions, Inc. attached hereto as Exhibit 1.

Date: November 4, 2025                                  **LOKER LAW, APC**

                                        By: ____/s/ Matthew M. Loker____
                                              MATTHEW M. LOKER, ESQ.
                                              ATTORNEY FOR PLAINTIFF

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

**CASE NO.: 24-cv-4965 EKL**          **1 OF 1**          *Panchenko v. Bank of America, N.A., et al.*

**NOTICE OF LODGING THE BUSINESS RECORDS DECLARATION OF EXPERIAN INFORMATION SOLUTIONS**

## CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Lodging Business Records Declaration of Experian Information Solutions, Inc.* has been filed via CM/ECF on November 4, 2025.

<div align="right">

___/s/ Matthew M. Loker___

MATTHEW M LOKER, ESQ

</div>

<div align="left" style="writing-mode: vertical">LOKER LAW, APC<br>132 BRIDGE STREET<br>ARROYO GRANDE, CA 93420</div>

CASE NO.: 24-cv-4965 EKL           *Panchenko v. Bank of America, N.A., et al.*

**PROOF OF SERVICE**