# EXHIBIT 1

---

# IN THE CASE OF

# OLEKSANDR PANCHENKO,

# V.

# COMENITY CAPITAL BANK.

# 23-cv-4965 EKL



Hannah H. Ohara (State Bar No. 335616)
hohara@jonesday.com
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA  92121.3134
Telephone:  +1.858.314.1200
Facsimile:   +1.844.345.3178

Attorneys for Non-Party
EXPERIAN INFORMATION SOLUTIONS,
INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OLEKSANDR PANCHENKO,** | **Case No. 5:23-cv-04965-EKL** |
| **Plaintiff,** | **NON-PARTY EXPERIAN INFORMATION SOLUTIONS, INC.'S DECLARATION REGARDING PRODUCTION OF BUSINESS RECORDS** |
| **v.** | |
| **BANK OF AMERICA, N.A.; CAVALRY PORTFOLIO SERVICES, LLC; COMENITY CAPITAL BANK; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; U.S. BANK NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES LLC; AND TRANS UNION LLC,** | |
| **Defendants.** | |

I, Teresa Iwanski, declare and state as follows:

1.      I am a Senior Litigation Analyst for Experian Information Solutions, Inc. ("Experian") and am familiar with Experian's record keeping practices.  Based on my experience with Experian, I am familiar with the business records maintained by Experian.

2.      I have examined the documents produced to Defendant Comenity Capital Bank by Experian in the above-captioned litigation matter, Bates stamped EXP_PANCHENKO_0001 – EXP_PANCHENKO_0681.  These documents are

true, authentic and accurate copies of documents of Experian's business records.

3.    These documents were kept by Experian in the ordinary and regular course of business and were compiled at or near the time of the referenced activity.

4.    These records were made by the regularly conducted business activity of Experian and it is the regular practice of Experian to make such records.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of March, 2025, in Benton County, Washington.

Date: March 21, 2025

Signature: _____

Printed: Teresa Iwanski

EXPERIAN'S DECLARATION
REGARDING PRODUCTION OF
BUSINESS RECORDS
5:23-cv-04965-EKL

- 2 -

## CERTIFICATE OF SERVICE

Case Name:      *Panchenko v. Bank of America, N.A., et al.*

Case No.:       5:23-cv-04965-EKL

I, Hannah Ohara, declare:

I am a citizen of the United States and employed in San Diego, California. I am over the age of eighteen years and not a party to the within captioned action. My business address is 4655 Executive Drive, Suite 1500, San Diego, California 92121. On March 21, 2025, I served copies of the following document(s) on the Parties listed in the attached service list:

### DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S DECLARATION REGARDING PRODUCTION OF BUSINESS RECORDS

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on March 21, 2025, at San Diego, California.

*/s/ Hannah H. Ohara*
Hannah H. Ohara

## **SERVICE LIST**

Nathan Searles
Womble Bond Dickinson (US) LLP
400 Spectrum Center Drive, Suite 1700
Irvine, CA 92618
Nathan.Searles@wbd-us.com
*Counsel for Defendant Comenity Capital Bank*