UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5:23-cv-4965-EKL                    **Oleksandr Panchenko v. Comenity Capital Bank**

**TRIAL LOG  - Jury Trial**

| **JUDGE:** Eumi K. Lee | **PLAINTIFF ATTORNEY:** Matt Loker, Charles Cummins, Matt Osborne | **DEFENDANT ATTORNEY**: Tomio Narita, Alisa Givental, Kristina Hovespyan, Nathan Searles |
|---|---|---|

| **TRIAL DATE: 11/5/2025** | **REPORTER(S):** Irene Rodriguez | **CLERK**: Laura Thomson |
|---|---|---|

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | **Wednesday, November 5, 2025** | |
| | | 8:51 | | | Court addresses counsel outside the presence of counsel.  Court reviews materials from counsel, including: time estimates, | |
| | | | | | Fact stipulations, instructions, verdict form. | |
| | | 9:01 | | | Court in recess for organizational purposes.  Judge remains on the bench | |
| | | 9:10 | | | Jury enters.  Court in session.  Mr. Loker presents evidence. | |
| | | | | | The Court reads two Factual Stips  Fact 39 and Fact 40 | |
| | | 9:12 | | | Video Deposition of Praghathi Gopinath resumes | |
| 10, 19, 14, 22 | | 9:24 | | | Video ends.  Mr. Loker moves for Ex. 10, 19, 14, 22 to be admitted.  Court admits the exhibits. | P |
| | | 9:26 | | | Court reads Fact Stip. 26. | |
| | | 9:27 | | | Video deposition of Pavithra S | |
| 8 | | 9:42 | | | Video ends. Ex. 8 admitted into evidence. | P |
| | | 9:42 | | | Court reads Stipulated fact 17 | |
| | | 9:44 | | | Video deposition of J. Elizabeth Rani | |
| | | 10:17 | | | Video ends.  Mr. Lokes moves for admission of exhibits. | |
| 15, 7, 16 | | 10:18 | | | Court admits 15, 7, 16 | P |
| | | 10:19 | | | Court reads Stipulated facts 31, 36 | |
| | | 10:22 | | | Video deposition of Arul Shanmugam | |
| | | 10:39 | | | Video ends. | |

**TRIAL LOG**
**(Continued)**

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| 11, 12 | | | | | Mr. Loker asks for admission of Ex. 11, 12 | P |
| | | 10:40 | | | Court admits Exs. 11, 12 | |
| 20, 21 | | 10:40 | | | Court admits Exs. 20, 21 | P |
| | | 10:40 | | | The Court excuses the jury for a 15 minute break.  Court in recess. | |
| | | 10:58 | | | Jury returns. Court is back in session. | |
| | | | | | Court reads Stipulated Fact 25 | |
| | | 11:00 | | | Video deposition of Ramya Shashidhar | |
| | | 11:04 | | | Video paused for technical issue. | |
| | | 11:05 | | | Video deposition continues. | |
| 9, 17 | | 11:22 | | | By Mr. Loker.  Ex. 9, 17 admitted by the Court. | |
| | ~~105, 106,~~ 133, 171-178, 180-188, 190-192 | 11:23 | | | Ms. Givental moves to admit all the remaining exhibits in Stipulated Facts:  **~~105, 106,~~ 133, 171-178, 180-188, 190-192** | D |
| | | | | | Court admits Stipulate at ECF 217 into evidence as 247 | |
| | | 11:25 | | | Mr. Loker asks for Stipulated Fact to be read. | P |
| | | | | | Court reads Stipulated Fact 16 | |
| | | 11:26 | | | Video Deposition of Poojitha Kadaresh | |
| | | 11:28 | | | Video paused for technical reason. | |
| | | 11:53 | | | Video ends | |
| 6 | | 11:53 | | | Mr. Loker moves for Ex. 6 from the Stipulated Facts.  Admitted. | P |

**EXHIBIT and WITNESS LIST**
**(Continued)**

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | 11:54 | | | Plaintiff Rests | |
| | | 11:54 | | | Oral Motion by Defendant. Court will address when filed on the docket. | |
| | | 11:55 | | | Jury exits for short recess.  Time charged to Defendant. | |
| | | 12:07 | | | Jury returns | |
| | | | | | Mr. Narita calls Sierra Ford. | |
| | | 12:08 | | | Direct Examination of Sierra Ford by Nathan Searles. | |
| | | 12:21 | | | Jury exits for lunch break. | |
| | | 12:22 | | | **Court in recess for lunch break for 1 hour.  To return at 1:20** | |
| | | 1:03 | | | Court hears argument on Defendant's motion outside the presence of the jury. | |
| | | 1:04 | | | Argument from Ms. Givental.  Actual Damages of Indirect. | |
| | | 1:06 | | | Argument from Mr. Loker.  Furnisher. | |
| | | 1:11 | | | Argument from Ms. Givental.  Furnisher | |
| | | 1:14 | | | Jury returns. | |
| | | 1:14 | | | Direct Examination of Sierra Ford resumes by Mr. Searles | |
| | 158 | 1:21 | | | Ex. 158.  Admitted into evidence.  Marked as Confidential | D |
| | 151, 153, 155, 156, 157, 159, 160, 161, 162, 163, 164, 165, 166, 167, 168, 170, 243, 244 | | | | Ex. 151, 153, 155, 156, 157, 159, 160, 161, 162, 163, 164, 165, 166, 167, 168, 170, 243, 244 moved for admission.  Marked as confidential. | D |
| | | 1:26 | | | Court admits those exhibits. | |
| | 35 | | | | Witness reviews Exhibit 35.  Court admits Ex. 35. | D |
| | | 1:59 | | | Witness reviews Exhibit 37, previously admitted. | |

3

**TRIAL LOG**
**(Continued)**

| PLF NO. | DEF NO | DATE/TIME OFFERED | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|
| | | | | | Witness reviews Ex. 39, previously admitted. | |
| | | 2:04 | | | Witness reviews Ex. 6-15, previously admitted. | |
| | | | | | Witness reviews Ex. 13 and 23. | |
| | | | | | Witness reviews Ex. 3 | |
| | | 2:23 | | | Witness reviews Ex. 154. | |
| | 154 | 2:25 | | | Court admits Ex. 154. | D |
| | | | | | Jury takes break. | |
| | | 2:32 | | | **Jury is in recess for 15 minutes.** | |
| | | 2:46 | | | Court is back in session outside of the presence of the jury. | |
| | | | | | Court will give each side an additional 30 minutes to each side. | |
| | | | | | Ms. Givental address the court regarding Exhibit numbers. | |
| | | 2:51 | | | Jury returns.  Court is back on the record. | |
| | | 2:51 | | | Cross examination of Sierra Ford by Mr. Loker. | |
| | | | | | Witness reviews Ex. 168 and Ex. 157. | |
| | | | | | Witness reviews Ex. 243. | |
| | | 3:08 | | | Witness reviews Ex. 244. | |
| | | | | | Witness reviews Ex. 14. | |
| | | 3:18 | | | Cross-examination ends. | |
| | | 3:19 | | | Witness is excused. | |
| | 131, 132 | | | | Ms. Givental corrects exhibit numbers.  105 and 106 should be 131 and 132. | D |
| | | 3:19 | | | Comenity will not call its expert.  Defendant rests. | |
| | | 3:20 | | | Court will take short recess.  **Jury exits**. | |
| | | 3:20 | | | Court addresses party outside presence of jury.. | |

**TRIAL LOG**
**(Continued)**

| PLF NO. | DEF NO | DATE/TIME OFFERED | | | ID | EVI. REC | DESCRIPTION | BY |
|---|---|---|---|---|---|---|---|---|
| | | 3:25 | | | | | Jury returns.  Court admonishes the jury.  **Jury is excused for the day.** | |
| | | 3:27 | | | | | Court addresses matters outside the presence of the jury, including jury instructions, verdict form. | |
| | | 4:02 | | | | | Argument on Defendant's Rule 50 Motion by Ms. Givental. | |
| | | 4:06 | | | | | Argument by Mr. Loker. | |
| | | 4:12 | | | | | Rebuttal by Ms. Givental. | |
| | | 4:15 | | | | | The Court denies the Rule 50 motion without prejudice. | |
| | | 4:18 | | | | | The Court is in recess for the parties to meet and confer on jury instructions and exhibits. | |
| | | 4:47 | | | | | The Court is back on the record outside the presence of the jury regarding jury instructions and confidential documents.  Defendant will file a motion regarding sealing by Friday to clarify the record.  Defendant will e-file its redlined verdict form as it was discussed on the record. | |
| | | 5:05 | | | | | The Court adjourns for the day.  The trial resumes at 9:00am on 11/6. | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |