**LOKER LAW, APC**
Matthew M. Loker, Esq. (279939)
matt.loker@loker.law
Charles B. Cummins, Esq. (354861)
charles.cummins@loker.law
132 Bridge Street
Arroyo Grande, CA 93420
Telephone: (805) 994-0177

*Attorneys for Plaintiff,*
Oleksandr Panchenko

EXHIBIT 247

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEKSANDR PANCHENKO, | Case No.: 23-cv-4965 EKL |
| Plaintiff, | **AMENDED STIPULATION RE: FACTS** |
| v. | HON. EUMI K. LEE |
| COMENITY CAPITAL BANK, | |
| Defendant. | |

**TO THE COURT, DEFENDANT AND THEIR ATTORNEYS OF RECORD:**

Plaintiff OLEKSANDR PANCHENKO and Defendant COMENITY CAPITAL BANK hereby submit the following stipulations of fact:

1. On December 21, 2015, a Comenity Capital Bank credit card was opened in Oleksandr Panchenko's name, using Mr. Panchenko's date of birth and social security number.

2. Internal Equifax records with respect to Panchenko's credit file reflect that on December 19, 2017 a person called in claiming to be Panchenko and went through an authentication process via telephone and passed. This would have required the caller to correctly answer a series of verification questions based on information in their file.

3. Internal Equifax records with respect to Panchenko's credit file contain a note dated January 24, 2018 indicating that a person called in to check if there is a fraud alert on his file; the agent verified that there is no fraud alert. Trial Exhibit 171. A recording of this call was not produced.

4. A consumer may request a fraud alert to be added to their credit file and/or a credit freeze. A fraud alerts any user of the consumer's report that the consumer is stating they are a victim of fraud. It indicates that prospective creditors should not offer credit without contacting the consumer directly. A fraud alert was added to Panchenko's Equifax credit file on May 12, 2023. Trial Exhibits 171, 172.

5. When a credit reporting agency transmits a consumer's dispute, it does so via the Automated Credit Dispute Verification form ("ACDV").

6. When a consumer's dispute is made by the consumer in the form of a letter (or other document), the letter is transmitted with the ACDV. The ACDV indicates that such a letter was included with the ACDV by stating: "Images: 1." If no document was transmitted with the ACDV, it states: "Images: 0." Alternatively, an ACDV may say "Associated Images: No" or "Associated Images: Yes" depending on whether a document was transmitted with the ACDV.

7. On May 14, 2023, Equifax generated an ACDV reflecting Panchenko's dispute of a Cavalry Portfolio Services account ending in -6385 as fraudulent and transmitted that ACDV with no image attachments to Cavalry; on May 18, 2023 Cavalry verified the account information as accurate, so the dispute did not result in the removal of the account from Equifax's credit file. Trial Exhibit 173.

8. On May 14, 2023, Equifax generated an ACDV reflecting Panchenko's dispute of a US Bank account ending in -6811 as fraudulent and transmitted that ACDV with no image attachments to US Bank; on May 16, 2023 US Bank verified the account information as accurate, so the dispute did not result in the removal of the account from Equifax's credit file. Trial Exhibit 174.

9. On May 14, 2023, Equifax generated an ACDV reflecting Panchenko's dispute of JP Morgan Chase account ending in -9462 as fraudulent and transmitted that ACDV with no image attachments to Chase; on May 28, 2023 Chase verified the account information as accurate, so the dispute did not result in the removal of the account from Equifax's credit file. Trial Exhibit 175.

10. On May 14, 2023, Equifax generated an ACDV reflecting Panchenko's dispute of JP Morgan Chase account ending in -2101 as fraudulent and transmitted that ACDV with no image attachments to Chase; on May 29, 2023 Chase verified the account information as accurate, so the dispute did not result in the removal of the account from Equifax's credit file. Trial Exhibit 176.

11. On May 14, 2023, Equifax generated an ACDV reflecting Panchenko's dispute of a Barclays Bank of Delaware account as fraudulent and transmitted that ACDV with no image attachments to Barclays; on May 16, 2023 Barclays verified the account information as accurate, so the dispute did not result in the removal of the account from Equifax's credit file. Trial Exhibit 177.

12. On May 14, 2023, Equifax generated an ACDV reflecting Panchenko's dispute of a Bank of America account ending in -4281 as fraudulent and transmitted that ACDV with no image attachments to Bank of America; on May 31, 2023 Bank of America verified the account information as accurate, so the dispute did not result in the removal of the account from Equifax's credit file. Trial Exhibit 178.

13. The following individuals are Comenity's employees who are based in Bangalore, India:
   a. Poojitha Kadaresh;
   b. J. Elizabeth Rani;
   c. Ramya Shashidhar;
   d. Pavithra S.;
   e. Praghathi Gopinath;
   f. Shanmugam Arul; and,
   g. Arshiya Banu.

14. Comenity's employees who investigated Panchenko's identity theft disputes target to complete 36 disputes per day. Comenity's investigators work nine-hour shifts with meal and rest breaks resulting in eight hours of work per shift. Comenity's investigators are only eligible for performance or quantity incentives if they attain 100% quality and accuracy, as defined by Comenity, for the prior month.

15. Comenity uses third-party service providers, Accurint and Ekata, for reviewing consumer information.

16. On May 18, 2023, Poojitha Kadaresh processed an ACDV with no image attachments, Control Number 3628885909018, regarding Panchenko's dispute to Experian and verified Comenity's reporting of the account information as accurate. Trial Exhibit 6. Poojitha Kadaresh's conclusions for ACDV from Experian with Control Number 3628885909018 are documented in her EASE Notes at Trial Exhibit 15.

17. On May 20, 2023, J. Elizabeth Rani processed an ACDV with no image attachments, Control Number 99993134511002011, regarding Panchenko's dispute to Equifax and verified Comenity's reporting of the account information as accurate. Trial Exhibit 7. J. Elizabeth Rani's conclusions for ACDV from Equifax with Control Number 99993134511002011 are documented in her EASE Notes at Trial Exhibit 16.

18. Two Bank of America employees, Fabian Ochoa-Garcia and Jordan Lund, who in late May 2023 each investigated a dispute from Panchenko received from a consumer reporting agency testified under oath at depositions in this case to the following facts:

    a. The disputes they investigated, Trial Exhibits 131 and 133, were coded with dispute code 103, which means "Claims true identity fraud, account fraudulently opened. Provide or confirm complete ID."
    b. There were no documents enclosed with the disputes they investigated.
    c. They responded to the disputes they investigated with code 01, which means "Account information accurate as of date reported."

  d. Their investigation notes, Trial Exhibit 132 (Bates page BANA_466), indicate their conclusions were based on finding that a phone number associated with the account through activation or phone payment, (818-294-5194), verified to Panchenko in LexisNexis public records, and for one of the two investigators, on the finding that the image of a U.S. Bank check payment that posted to the account showed Panchenko's name.

  e. They do not do outbound calls as part of a dispute investigation, and although they have access to emails associated with a consumer's account, they would not email a consumer as part of their investigation.

  f. On average they process 5-6 disputes an hour, 35-42 disputes per day.

19. A consumer may request that a security freeze be added to their credit file that will prevent any prospective creditors from accessing the consumer's credit file. There is no charge for this and the consumer need not provide any documents for the request to be honored. Trial Exhibit 172. On June 28, 2023, Equifax wrote to Panchenko, confirming that pursuant to his request a security freeze was placed on his Equifax credit report. Trial Exhibit 185.

20. On June 28, 2023, Equifax generated an ACDV reflecting Panchenko's dispute of a Cavalry Portfolio Services account ending in -6385 as fraudulent and transmitted that ACDV with no image attachments to Cavalry; on July 3, 2023, Cavalry verified the account information as accurate, so the dispute did not result in the removal of the account from Equifax's credit file. Trial Exhibit 180.

21. On June 28, 2023, Equifax generated an ACDV reflecting Panchenko's dispute of a US Bank account ending in -6811 as fraudulent and transmitted that ACDV with no image attachments to US Bank; on July 11, 2023, US Bank verified the account information as accurate, so the dispute did not result in the removal of the account from Equifax's credit file. Trial Exhibit 181.

22. On June 28, 2023, Equifax generated an ACDV reflecting Panchenko's dispute of a JP Morgan Chase account ending in -2101 as fraudulent and transmitted that ACDV with no image attachments to Chase; on July 17, 2023, Chase verified the account information as accurate, so the dispute did not result in the removal of the account from Equifax's credit file. Trial Exhibit 182.

23. On June 28, 2023, Equifax generated an ACDV reflecting Panchenko's dispute of a JP Morgan Chase account ending in -9462 as fraudulent and transmitted that ACDV with no image attachments to Chase; on July 17, 2023, Chase verified the account information as accurate, so the dispute did not result in the removal of the account from Equifax's credit file. Trial Exhibit 183.

24. On June 28, 2023, Equifax generated an ACDV reflecting Panchenko's dispute of a Bank of America account ending in -4281as fraudulent and transmitted that ACDV with no image attachments to Bank of America; on June 30, 2023 Bank of America verified the account information as accurate, so the dispute did not result in the removal of the account from Equifax's credit file. Trial Exhibit 184.

25. On July 5, 2023, Ramya Shashidhar processed an ACDV with no image attachments, Control Number 438955551017007, regarding Panchenko's dispute to Trans Union and verified Comenity's reporting of the account information as accurate. Trial Exhibit 9. Ramya Shashidhar's conclusions for ACDV from Trans Union with Control Number 438955551017007 are documented in her EASE Notes at Trial Exhibit 17.

26. On July 18, 2023, Pavithra S. processed an ACDV with no image attachments, Control Number 999931179562847013, regarding Panchenko's dispute to Equifax and verified Comenity's reporting of the account information as accurate. Trial Exhibit 8.

27. On July 24, 2023, Equifax generated an ACDV reflecting Panchenko's dispute of a Cavalry Portfolio Services account ending in -6385 as fraudulent and transmitted that ACDV with no image attachments to Cavalry; on July 26, 2023, Cavalry verified the account information as accurate, so the dispute did not result in the removal of the account from Equifax's credit file. Trial Exhibit 186.

28. On August 10, 2023, Praghathi Gopinath processed an ACDV with no image attachments, Control Number 1521492445002, regarding Panchenko's dispute to Experian and verified Comenity's reporting of the account information as accurate. Trial Exhibit 10. Praghathi Gopinath's conclusions for ACDV from Experian with Control Number 1521492445002 are documented in her EASE Notes at Trial Exhibit 19.

29. On August 11, 2023, Equifax generated an ACDV reflecting Panchenko's dispute of a US Bank account ending in -6811 as fraudulent and transmitted that ACDV with no image attachments to US Bank; on August 14, 2023, US Bank verified the account information as accurate, so the dispute did not result in the removal of the account from Equifax's credit file. Trial Exhibit 187.

30. On August 13, 2023, Equifax generated an ACDV reflecting Panchenko's dispute of a JP Morgan Chase account ending in -9462 as fraudulent and transmitted that ACDV with no image attachments to Chase; on August 21, 2023, Chase verified the account information as accurate, so the dispute did not result in the removal of the account from Equifax's credit file. Trial Exhibit 188.

31. On August 13, 2023, Shanmugam Arul processed an ACDV with no image attachments, Control Number 99993223543870009, regarding Panchenko's dispute to Equifax and verified Comenity's reporting of the account information as accurate. Trial Exhibit 11. Shanmugam Arul's conclusions for ACDV from Equifax with Control Number 99993223543870009 are documented in her EASE Notes at Trial Exhibit 20.

32. On August 15, 2023, Equifax generated an ACDV reflecting Panchenko's dispute of a US Bank account ending in -6811 as fraudulent and transmitted that ACDV with no image attachments to US Bank; on August 21, 2023, US Bank verified the account information as accurate, so the dispute did not result in the removal of the account from Equifax's credit file. Trial Exhibit 190.

33. On August 17, 2023, Equifax received a Block Referral from Experian communicating that Comenity account ending in -0154 was deleted as of August 16, 2023. This resulted in Equifax blocking the Comenity account from Plaintiff's credit file with Equifax. Trial Exhibits 191 and 192.

34. Pursuant to Equifax's policy, when a consumer disputes an account on his consumer report as fraudulent, Equifax will delete the account from the consumer's credit file if it receives a police report that meets certain criteria, including that the report list the complete first and last name, current address, and phone number for the consumer, the name of the data furnisher, and full or partial account number.

35. On August 19, 2023, Equifax received a Mountain View police report from Panchenko in connection with his dispute of 8 accounts in his credit file, including Comenity's. The police report did not meet Equifax's criteria for deletion of the disputed accounts because the full address and phone number were redacted and there was no full or partial account number for any of the disputed accounts. Trial Exhibit 4.

36. On August 19, 2023, Shanmugam Arul processed an ACDV with no image attachments, Control Number 99993227576961008, regarding Panchenko's dispute to Equifax and verified Comenity's reporting of the account information as accurate. Trial Exhibit 12. Shanmugam Arul's conclusions for ACDV from Equifax with Control Number 99993227576961008 are documented in her EASE Notes at Trial Exhibit 21.

37. On August 21, 2023, Pragathi Gopinath processed an ACDV with no image attachments, Control Number 442466217003003, regarding Panchenko's dispute to Trans Union and verified Comenity's reporting of the account information as accurate. Trial Exhibit 14. Pragathi Gopinath's conclusions for ACDV from Trans Union with Control Number 442466217003003 are documented in her EASE Notes at Trial Exhibit 22.

38. On August 21, 2023, Arshiya Banu processed an ACDV with image attachments, Control Number 438955551034002, regarding Panchenko's dispute to Trans Union and verified Comenity's reporting of the account information as accurate. Trial Exhibit 13. Arshiya Banu's conclusions for ACDV from Trans Union with Control Number 438955551034002 are documented in her EASE Notes at Trial Exhibit 23.

39. Comenity changed its name to Bread Financial during the course of litigation in this matter.

40. Equifax; Experian; and, Trans Union are consumer reporting agencies which are sometimes referred to as credit bureaus.

Date: November 5, 2025                                    **LOKER LAW, APC**

                                                By:    /s/ Matthew M. Loker
                                                       MATTHEW M. LOKER, ESQ.
                                                       ATTORNEY FOR PLAINTIFF

**WOMBLE BOND DICKINSON (US) LLP**

                                                BY:    Alisa Givental
                                                       ALISA GIVENTAL, ESQ.
                                                       ATTORNEY FOR DEFENDANT

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(44) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsel, and that I have obtained their authorization to affix electronic signatures to this document.

Date: November 5, 2025                                    **LOKER LAW, APC**

                                                BY:    /s/ MATTHEW M. LOKER
                                                       MATTHEW M. LOKER, ESQ.
                                                       ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

A copy of the foregoing *Stipulation re: Facts* has been filed via CM/ECF on November 5, 2025.

/s/ Matthew M. Loker
MATTHEW M LOKER, ESQ
