UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

## Oleksandr Panchenko v. Comenity Capital Bank. Case No. 5:23-cv-4965-EKL

NOTE FROM THE JURY DURING DELIBERATIONS

Note No. 001

The Jury has the following question:

Can the judge modify the punitive damages that the jury decides upon, and on what basis would she do that?

Date: 06-NOV-25

Signature of Juror: C. Nassau

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

PRESIDING: JUDGE EUMI K. LEE
Case No. 5:23-cv-4965-EKL
Case Title: *Panchenko v. Comenity Captial Bank*

RESPONSE TO JURY NOTE NO. 001

These are not issues for the jury's consideration. You must render your verdict based on the instructions the Court gave you.

DATE: 11/6/2025

TIME: 4:04 p.m.

EUMI K. LEE
UNITED STATES DISTRICT JUDGE