**FILED**

NOV 06 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEKSANDR PANCHENKO,<br><br>Plaintiff,<br><br>v.<br><br>COMENITY CAPITAL BANK,<br><br>Defendant. | Case No. 23-cv-04965-EKL<br><br>**VERDICT FORM** |

*We, the Jury in the above-captioned matter, answer as follows:*

**Question 1:**

Did Comenity Capital Bank ("Comenity") violate the Fair Credit Reporting Act?

Yes ___✓___            No _____

*If your answer to Question 1 is "Yes," proceed to Question 2. If your answer to Question 1 is "No," stop here, answer no further questions, and have the presiding juror sign and date this form.*

**Question 2:**

Did Plaintiff suffer any actual damages from Comenity's violation of the Fair Credit Reporting Act?

Yes ___✓___            No _____

*If your answer to Question 2 is "Yes," then you must determine the amount of actual damages to be awarded to Plaintiff – proceed to Question 3. If your answer to Question 2 is "No," proceed to Question 4.*

**Question 3:**

What are Plaintiff's actual damages from Comenity's violation of the Fair Credit Reporting Act?

$ 100,000.=

*Proceed to Question 4.*

**Question 4:**

Was Comenity's violation of the Fair Credit Reporting Act willful?

Yes ✓            No _____

*If your answer to Question 4 is "Yes," proceed to Question 5. If your answer to Question 4 is "No," stop here, answer no further questions, and have the presiding juror sign and date this form.*

**Question 5:**

What are Plaintiff's actual or statutory damages from Comenity's willful violation of the Fair Credit Reporting Act?

$ 100,000.=  (fill in the amount of actual damages from the response to Question 3 OR statutory damages of not less than $100 and not more than $1,000)

*Proceed to Question 6.*

**Question 6:**

Do you find that Plaintiff should be awarded punitive damages?

Yes ___✓___            No _____

*If your answer to Question 6 is "Yes," proceed to Question 7. If your answer to Question 6 is "No," stop here, answer no further questions, and have the presiding juror sign and date this form.*

**Question 7:**

What punitive damages do you award against Comenity for its willful violation of the Fair Credit Reporting Act?

$ __20,000,000.=__

Have the presiding juror sign and date the verdict form.

Signed: ____*E. Nassau*____ ERNESTO NASSAU

Dated: __06-NOV-25__    4:10 P.M.

**After this verdict form has been signed, notify the Court Room Deputy that you are ready to present your verdict in the courtroom.**

3