UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEKSANDR PANCHENKO,<br><br>    Plaintiff,<br><br>    v.<br><br>COMENITY CAPITAL BANK,<br><br>    Defendant. | Case No. 23-cv-04965-EKL<br><br>**FINAL JUDGMENT**<br><br>Re: Dkt. No. 228 |

    Pursuant to the jury's verdict, ECF No. 228, it is hereby ORDERED, ADJUDGED, and DECREED that judgment is entered for $20,100,000 in favor of Plaintiff Oleksandr Panchenko and against Defendant Comenity Capital Bank.

Dated: November 17, 2025

_____
EUMI K. LEE
United States District Judge