Subject: Dispute of Fraudulent Accounts on My Credit Report

**EXHIBIT 4**

Dear Equifax, TransUnion, Experian, Innovis

My name is Oleksandr Panchenko, SSN - REDACTED 1 852, date of birth is REDACTED .1989 and address is 111 N Rengstorff Ave, apt 1324, Mountair View, CA, 94043. I am a victim of identity theft. I am writing to officially dispute the fraudulent information and request an immediate investigation. Please remove the fraudulent information immediately from my file.

Before my recent relocation to the United States on April 26, 2023, I lived and worked in Ukraine as a Ukrainian resident. I moved to the U.S. because my wife was relocated with her company. After settling in, I was alarmed to discover unauthorized accounts listed under my name on the credit report. I want to clarify that I have not opened any credit accounts in the U.S. in the past, nor have I authorized anyone else to do so on my behalf.

I discovered these unauthorized accounts in May 2023, shortly after moving to the U.S. The exact dates of the fraudulent activities are unknown to me, but the credit reports indicate that these accounts were opened on Dec 26, 2016; Jan 30, 2018; Dec 21, 2015; Mar 23, 2018; Jun 29, 2015; Jan 19, 2017; Jul 01, 2015; and Oct 20, 2022. During these dates, I neither resided in nor visited the USA, as evidenced by my I-94 Travel History and passport, both of which are attached.

I became aware of the theft when I checked my credit report as a routine measure after settling in the U.S. It was during this review that I identified these unauthorized accounts. At this time, I do not have specific details about the individual or entity responsible for this theft. However, I have shared all the information from the credit report with the police, resulting in the opening of Case 23-03129. The Police Department can be reached at 650-903-63-44. The report is attached. I have also filed identity theft reports with the Federal Trade Commission (report numbers 159702916 and 159703299 attached).

I suspect that my personal information may have been compromised due to the Equifax data breach, which could be the source of this fraudulent activity. This can be verified using the following link: https://eligibility.equifaxbreachsettlement.com/en/Eligibility

Here is a list of this fraudulent information that is still present in my credit report:

Accounts:

| COMENITYCB/VIRGIN VISA REDACTED | CAVALRY PORTFOLIO SERVIC REDACTED 2 86 | U S BANK REDACTED |
|---|---|---|
| JPMCB CARD REDACTED | BANK OF AMERICA REDACTED | SEARS/CBNA REDACTED. |
| JPMCB CARD REDACTED | NORDSTROM / TD BANK REDACTED | |

EIS-PANCHENKO-000673

EFX ORIGINAL DOCUMENT 5 08\19\2023 00490139 007 0080

Inquiries:
CAP ONE 10/20/2022

Personal information:
5460 SIERRA VISTA AVE APT 115
LOS ANGELES, CA 90038-4297

The unauthorized activities have caused my credit score to plummet to the 491-517 range. This has posed significant challenges, especially when trying to rent apartments. Some landlords, wary of the low credit score, have asked for additional security deposits.

Addressing these fraudulent accounts has consumed a significant portion of my time over the past few months. This has been mentally taxing and has also hindered my job search.

I kindly request a thorough investigation into these matters and the removal of these fraudulent accounts from my credit report. I am willing to provide any additional information or documentation that may assist in this investigation.

Thank you for your prompt attention to this serious matter. Once the fraudulent information has been removed, please send me a copy of my corrected credit report. I look forward to hearing from you soon.

Attachments:

- Copy of I-94 Travel History
- Proof of identity Copy of International Passport (all pages)
- Copy of Police Report (Case 23-031119)
- Identity Theft Report from the Federal Trade Commission (Report Number: 159702916)
- Identity Theft Report from the Federal Trade Commission (Report Number: 159703299)
- Dispute Account Notices
- Notice to Furnishers of Information
- Proof of Ukrainian Residency (Bank statement with my address in Ukraine and National passport)
- Proof of my Current US Residency (Electricity bill)

Sincerely,

Oleksandr Panchenko
111 N Rengstoff Ave, apt 1324
Mountain View, CA, 94043
Cell. 6504209677
sasha8924@gmail.com

EIS-PANCHENKO-000674

EFX ORIGINAL DOCUMENT 5 08\19\2023 00490139 007 0081

EIS-PANCHENKO-000675

EIS-PANCHENKO-000676

# Travel History Results



Document Number : **FM491115**

Document Country of Issuance : **Ukraine**

| | Date | Type | Location |
|---|---|---|---|
| 1 | 2023-04-26 | Arrival | SFR |
| 2 | 2019-09-13 | Departure | NYC |
| 3 | 2019-09-08 | Arrival | NYC |
| 4 | 2018-04-28 | Departure | HOU |
| 5 | 2018-04-21 | Arrival | HOU |

EIS-PANCHENKO-000677

Паспорт громадянина України для виїзду за кордон
є власністю України

The passport of the citizen of Ukraine for travelling abroad
is the property of Ukraine

Іменем України Міністр закордонних справ України просить усіх, кого це може стосуватися, усіма можливими засобами полегшити поїздку пред'явника паспорта, надавати йому необхідну допомогу та захист.

In the name of Ukraine, the Minister of Foreign Affairs of Ukraine requests all those whom it may concern to facilitate in every possible way the travel of the bearer of this passport and to provide the bearer with all necessary assistance and protection.

Н Н № 708094

**ПАСПОРТ**
**PASSPORT**

УКРАЇНА / UKRAINE

Тип / Type    Код держави / Country code    Номер паспорта / Passport No.
P            UKR                          FM491115

Прізвище / Surname
ПАНЧЕНКО/PANCHENKO

Ім'я / Given Names
ОЛЕКСАНДР/OLEKSANDR

Громадянство / Nationality
УКРАЇНА/UKRAINE

Дата народження / Date of birth.
REDACTED    89

Стать / Sex    Місце народження / Place of birth
Ч/M           М.КИЇВ/UKR

Дата видачі / Date of issue
27 БЕР/MAR 18

Дата закінчення строку дії / Date of expiry
27 БЕР/MAR 28

Запис № / Record No.
19891024-06637

Орган, що видав / Authority
8089

Підпис пред'явника / Holder's signature

EIS-PANCHENKO-000678

P<UKRPANCHENKO<<OLEK:;ANDR<<<<<<<<<<<<<<<<<<<
FM491115<4UKR8910244N2803272198910240 6637<64

EIS-PANCHENKO-000679

ОСОБЛИВІ ВІДМІТКИ / SPECIAL NOTES

ОСОБЛИВІ ВІДМІТКИ / SPECIAL NOTES

EIS-PANCHENKO-000680

EIS-PANCHENKO-000681

ОСОБЛИВІ ВІДМІТКИ / SPECIAL NOTES

ОСОБЛИВІ ВІДМІТКИ / SPECIAL NOTES

WNIOSEK
O UDZIELENIE CUDZOZIEMCOWI ZEZWOLENIA
NA POBYT CZASOWY ZOSTAŁ ZŁOŻONY

1 0 SII 2022

W DNIU ...................................................

DO WOJEWODY MAZOWIECKIEGO

(podpis osoby upoważnionej)

EIS-PANCHENKO-000682

EIS-PANCHENKO-000683

ВІЗИ / VISAS

22.09.18
ROISSY CDG
B 500

03-05-18 55
ОГАО АІ ЅЕRIO 63

UNITED STATES OF AMERICA

VISA

Control Number
20181039590003

Visa Type /Class
R B1/B2

Nationality
UKR

Issuing Post Name
KYIV

Surname
PANCHENKO

Given Name
OLEKSANDR

Passport Number
FM491115

Entries
M

Annotation

Sex
M

Issue Date
16APR2018

Expiration Date
12APR2028

VNUSAPANCHENKO<<OLEKSANDR<<<<<<<<<<<<<<<<
FM491115<4UKR8910244M2804121B3KEVORI28571133

EIS-PANCHENKO-000684

EFX ORIGINAL DOCUMENT 5 08\19\2023 00490139 007 0086

EIS-PANCHENKO-000685



EIS-PANCHENKO-000000

EIS-PANCHENKO-000687

EFX ORIGINAL DOCUMENT 5 08\19\2023 00490139 007 0087



BIЗИ / VISAS

BIЗИ / VISAS

PL

PL

20.09.19 87

23.09.19 87

GDAŃSK
L 016

EIS-PANCHENKO-000688

EIS-PANCHENKO-000689



WIZA / VISA
POLSKA/POLOGNE/POLAND POL 1023341385
POL POLSKA
01 POLAND/POLAND·
02 17.01.22 - 02.12.22 320 MULT
03 FM491115 01-12-21
04 KIJÓW POLAND·BUSINESS ·
05 PANCHENKO, OLEKSANDR·

VDPOLPANCHENKO<<OLEKSANDR<<<<<<<<<<<<<0117
1023341385UKR8910244M2212027<M<<0117

BI3N / VISAS

EIS-PANCHENKO-000690

BFX ORIGINAL DOCUMENT 5  08\19\2023  00490139  007 0089

EIS-PANCHENKO-000691



ВІЗИ / VISAS

ВІЗИ / VISAS

EIS-PANCHENKO-000692

EIS-PANCHENKO-000693

EIS-PANCHENKO-000694

ВІЗИ / VISAS

CANADA

ISSUED AT / DÉLIVRÉ À   DATE OF ISSUE / DATE D'ÉMISSION   EXPIRY DATE / DATE D'EXPIRATION
LONDON   09/06/2022   26/03/2028

No. OF ENTRIES / N° D'ENTRÉES   DOCUMENT No. / N° DU DOCUMENT
MULTIPLE   E737521696

CATEGORY / CATÉGORIE
V-1   VISITOR

SURNAME / NOM DE FAMILLE   GIVEN NAME / PRÉNOM
PANCHENKO, OLEKSANDR

PASSPORT No. / N° DU PASSEPORT   PERSON(S) / PERSONNE(S)
FM491115   ONE

C. REC. / REC. F.
999   127262662

PROPERTY OF THE GOVERNMENT OF CANADA / PROPRIÉTÉ DU GOUVERNEMENT DU CANADA

V<CANPANCHENKO<<OLEKSANDR<<<<<<<<<<<<
FM491115<4UKR8910244M2801326IE7375216

EPX ORIGINAL DOCUMENT 5 08\19\2023 00490139 007 0091

EIS-PANCHENKO-000695



РМЬ 9 1 1 5

ВІЗИ / VISAS

ВІЗИ / VISAS

EIS-PANCHENKO-000696

EIS-PANCHENKO-000697

EFX ORIGINAL DOCUMENT 5 08\19\2023 00490139 007 0092



ВІЗИ / VISAS

ВІЗИ / VISAS

EIS-PANCHENKO-000698

EIS-PANCHENKO-000699



ВІЗИ / VISAS

03-09-19 23

VISA

UNITED STATES OF AMERICA

Issuing Post Name
KRAKOW
Surname
PANCHENKO
Given Name
OLEKSANDR
Passport Number
FM491115
Entries
M
Annotation
P. A.: ODEIANENKO, ALLA

PN-GOOGLE LLC
P# WAC2200651105

Control Number
2023086071@011
Visa Type /Class
R - L2
Nationality
UKR
Sex
M
Birth Date
REDACTED 1989
Issue Date
29MAR:2023
Expiration Date
26MAR2026
PED-NO EXP.
T0235345
0100

**

VNUSAPANCHENKO<<OLEKSANDR<<<<<<<<<<<<<<<<<
FM491115-5<4UKR8910244M260:265L2KRK0CHC0571132

EIS-PANCHENKO-000700

RFX ORIGINAL DOCUMENT 5 08\19\2023 00490139 007 0094

EIS-PANCHENKO-000701

ВІЗИ / VISAS

ВІЗИ / VISAS



EIS-PANCHENKO-000702

EIS-PANCHENKO-000703



BIЗИ / VISAS

BIЗИ / VISAS

28

29

EIS-PANCHENKO-000704

EIS-PANCHENKO-000705

ВІЗИ / VISAS

ВІЗИ / VISAS

EIS-PANCHENKO-000706

EIS-PANCHENKO-000707

EIS-PANCHENKO-000708

## ВІЗИ / VISAS

## СЛІД ПАМ'ЯТАТИ

Цей паспорт містить чутливі електронні пристрої. Для їх оптимального використання прохання не згинати, не перфорувати і не піддавати паспорт впливу крайніх температур або надмірної вологості.

Для в'їзду до іноземної держави необхідно обов'язково отримати візу, якщо інше не передбачено міжнародними договорами України.

Невиконання митних і валютних правил може призвести до відкладення закордонної поїздки. Відомості про вимоги з цих питань Ви можете отримати у найближчій митниці.

Відповідно до міжнародних правил охорони здоров'я іноземна держава, до якої Ви прибули, може зажадати документ щодо вакцинації проти хвороб. За більш докладною інформацією звертайтеся до місцевих органів охорони здоров'я.

У разі втрати паспорта Ви зобов'язані негайно повідомити про це органи міграційної служби чи найближчу закордонну дипломатичну установу України, а у разі викрадення – також органи Національної поліції (за кордоном – компетентні органи іноземної держави).

З метою створення умов, що гарантують відшкодування витрат, пов'язаних з надзвичайними обставинами під час перебування за кордоном, Ви повинні бути застраховані.



Поліграфкомбінат «Україна»

EIS-PANCHENKO-000709

MOUNTAIN VIEW POLICE DEPARTMENT

Page 1

| 1000 VILLA ST    MOUNTAIN VIEW, CA 94041    650-903-6344 | | Case 23-03129 |
| FELONY REPORT | | |

| F/M A/C | Offenses | | Date Occurred 01/01/14–12/31/21 | Time Occurred Unknown | Incident # |
| C    C | OUTSIDE ASSIST  Outside Assist | | Date Reported 06/13/2023 | Time Reported 1646 | |
| F    C | 530.5(A) PC    Get credit/etc others id – Identity theft | | Related Cases | | |
| | | | Date Printed 06/14/2023 | Time Printed 20:07:40 | Printed By 5611 |
| | | | Latitude 37.404360 | Longitude -122.096320 | Dispo Date 06/13/2023 |

| Location 111 N Rengstorff Ave    Mountain View, CA 94043 | | Beat MV3 | Area 5347 | Disposition | | Means of Attack (Robbery) |
| Location Type | Location of Entry | Method of Entry | Point of Entry | Alarm System | | |

| Victim and RP Panchenko, Oleksandr | Drivers License | | Cell Phone | Email | | |
| Residence Address | | Notified if Victim Rights | Residence Phone | DOB | Age | Sex | Race |
| Business Name and Address | | | Business Phone | Height | Wt | Hair | Eyes |

Assistance Rendered/Victim Disposition — Transporting Agency — Means of Attack (Assaults)
Property Crime Does Not Apply

Description of Injuries
None

Other Information

| Name | Drivers License | | Cell Phone | Email | | |
| Residence Address | | | Residence Phone | DOB | Age | Sex | Race |
| Business Name and Address | | | Business Phone | Height | Wt | Hair | Eyes |

| Suspect MVPD23-03129, S1 Unknown | | | Action Taken | Charges 530.5(A) PC | | |
| Residence Address | | | Residence Phone | DOB | Age | Sex | Race X |
| Business Name and Address | | | Business Phone | Height | Wt | Hair | Eyes |

| Identifying Features | | | Cell Phone | Drivers License | | Arrest Number |
| Aliases | | | | | | CII |

| VEHICLES | Status | Vehicle Make and Model | | License/State | VIN | Val Damgd |

| OFFICERS | Prepared By 56377 - Poirier, Jason | Date 06/13/2023 | Assisted By | | Approved By 54843 - Crowl, Evan | Date 06/14/2023 |
| | Routed To | Date | Routed To | Date | Notes | |
| | LOS ANGELES CO SO | | | | | |
| | LOS ANGELES PD | | | | | |
| | GLENDALE PD | | | | | |



EIS-PANCHENKO-000710

RPT ORIGINAL DOCUMENT 5 08\19\2023 00490139 007 0099

DO NOT CONTROLLED DOCUMENT CAOA431000

EIS-PANCHENKO-000711

MVPD CA043\100:CONTROLLED DOCUMENT DO NOT DUPLICATE

23-03129

MOUNTAIN VIEW POLICE DEPARTMENT
1000 VILLA ST    MOUNTAIN VIEW, CA 94041    650-903-6344
FELONY REPORT - PROPERTY

| ID No. | Status/Disposition | Property Description | Value | Val Recovered | Val Damaged |
|--------|--------------------|--------------------|-------|---------------|-------------|
| 1 | Stolen | 1 Ssn Ssn | | | |

EIS-PANCHENKO-000712

EFX ORIGINAL DOCUMENT 5 08\19\2023 00490139 007 0100

EIS-PANCHENKO-000713

RECEIVED — DO NOT DUPLICATE

| | | |
|---|---|---|
| **MOUNTAIN VIEW POLICE DEPARTMENT** | | Page 1 |
| | | 23-03129 |
| 1000 VILLA ST    MOUNTAIN VIEW, CA 94041    650-903-6344 | | |
| **NARRATIVE** | | |

**Synopsis:**

Unknown suspect(s) used the victims identity information to open credit accounts without the victims knowledge or permission.

**Attachments:**

Victim written statement.

Victim data report

Phone carrier report

**Details:**

On 06/13/2023, I was dispatched to meet with the reporting party/victim in this case, Oleksandr Panchenko, in the MVPD main lobby, regarding the report of identity theft. I identified Panchenko by his Ukrainian passport, and he provided me with the below summarized statement.

Panchenko stated that he had come to the US in 2009, and was issued a Social Security Number (SSN) at that time. He stayed for several months, then returned again in 2010 for only a few months. He returned a couple times for approximately a week each time, over the next 12-13 years, then moved to Mountain View in April of 2023. Upon moving to MV, he checked his credit, and found that there were several accounts associated to his SSN, of which he had no knowledge, and all of which were opened during the time frame that he was not in the country.

He explained that he did not open or use any of these accounts, was unaware of their existence prior to running his credit report in 2023, and did not give anyone permission to use his identity information. Panchenko did not know who might have used his identity information, or how they may have obtained that information. Panchenko later provided me a written document, documenting in detail the activity which he was reporting, which I printed and attached to the case.

**Copy of written statement provided by Panchenko.**

Full name - Panchenko Oleksandr

SSN

Passport number

Address

| **Prepared By:** | **Date:** | **Approved By:** | **Date:** |
|---|---|---|---|
| 56577    POIRIER, JASON | 06/14/2023 | 54843    CROWL, EVAN | 06/14/2023 |

EIS-PANCHENKO-000714

MPT ORIGINAL DOCUMENT 5 08\19\2023 00490139 007 0101

EIS-PANCHENKO-000715

| MOUNTAIN VIEW POLICE DEPARTMENT | Page 2 |
| --- | --- |
| | 23-03129 |
| 1000 VILLA ST    MOUNTAIN VIEW, CA 94041    650-903-6344 | |
| NARRATIVE | |

My timeline:

1
2  • **May 2009** - Visit and worked in US by J1 visa, SSN was issued
3     Duration: 4 months
4     Location: Texas, Florida, New York
5
6  • **May 2010** - Worked in US by J1 visa
7     Duration: 4 months
8     Location: Texas, New York
9
10  • **April 2018** (for 1 week) - Visit US by B1/B2 visa
11     Duration: 1 week
12     Location: Texas
13
14  • **September 2019** (for 1 week) - Visit US by B1/B2 visa
15     Duration: 1 week
16     Location: New York
17
18  • **26 April 2023** - Come to US by L2 visa
19     Location: California, Mountain View
20
21
22  • **May 9 2023** I created an Experian account using mine SSN and discovered some information
23     in the report about credit card, bank accounts, jobs, home addresses that weren't mine. I
24     started a process of disputing this info. I created two reports on identitytheft.gov with reference
25     numbers ██████ and ██████
26
27     Additionally I found out that my personal information was impacted by the Equifax Data
28     Breach.
29
30     Here is a list of this information that was under my account:
31
**Address**
32  • ████████ LOS ANGELES, CA 90006-1405
33     Resident type: Multifamily
34
35  • ████████ LOS ANGELES, CA 90038-4297
36     Resident type: Apartment complex
37
38  • ████████ LOS ANGELES, CA 90004-3544
39     Resident type: Multifamily
40
41  • ████████ FRESNO, CA 93721-3400

| Prepared By: | Date: | Approved By: | Date: |
| --- | --- | --- | --- |
| 56577    POIRIER, JASON | 06/14/2023 | 54843    CROWL, EVAN | 06/14/2023 |

EIS-PANCHENKO-000716

EFT ORIGINAL DOCUMENT 5 08/19/2023 00490139 007 0102

EIS-PANCHENKO-000717



MVPD CAOA3110610CONTROLLED DOCUMENT DO NOT DUPLICATE

# MOUNTAIN VIEW POLICE DEPARTMENT

1000 VILLA ST    MOUNTAIN VIEW, CA 94041    650-903-6344

**NARRATIVE**

Page 3
23-03129

1
2
3 ██████████ HOLLYWOOD, CA 91605-2802
4 Resident type: Single family
5
6 ██████████ GLENDALE, CA 91205-4211
7 Resident type: Single family
8
9 ██████████ VAN NUYS, CA 91406-4582
10 Resident type: Apartment complex
11
12 Resident type: Multifamily

13 **Phone numbers**
14 ██████ - Cellular
15 ██████ - Cellular
16
17

18 **Employers**
19 • ANTONIOS CONSTRUCTION S ████ LOS ANGELES CA, 90038
20
21
22 • ALEX CONSTRUCTION SERVIC ████ LOS ANGELES CA, 90038
23
24
25

26 **Credit cards and accounts**
27 (one per page)
28

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| 56577    POIRIER, JASON | 06/14/2023 | 54843    CROWL, EVAN | 06/14/2023 |

EIS-PANCHENKO-000718

EFT ORIGINAL DOCUMENT 5 08\19\2023 00490139 007 0103

EIS-PANCHENKO-000719

DOCUMENT DO NOT DUPLICATE

MOUNTAIN VIEW POLICE DEPARTMENT

Page 4
23-03129

1000 VILLA ST    MOUNTAIN VIEW, CA 94041    650-903-6344

NARRATIVE



BANK OF AMERICA

1

2

3

| Prepared By: | | Date: | | Approved By: | | Date: |
|---|---|---|---|---|---|---|
| 56577 | POIRIER, JASON | 06/14/2023 | | 54843 | CROWL, EVAN | 06/14/2023 |

EIS-PANCHENKO-000720

EFX ORIGINAL DOCUMENT 5 08\19\2023 00490139 007 0104

EIS-PANCHENKO-000721



EIS-PANCHENKO-000722

EIS-PANCHENKO-000723



MOUNTAIN VIEW POLICE DEPARTMENT

1000 VILLA ST    MOUNTAIN VIEW, CA 94041    650-903-6344

NARRATIVE

COMENITYCB/VIRGIN
VISA

1
2

3

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 56577 | POIRIER, JASON | 06/14/2023 | 54843 | CROWL, EVAN | 06/14/2023 |

EIS-PANCHENKO-000724

EIS-PANCHENKO-000725



**MOUNTAIN VIEW POLICE DEPARTMENT**

1000 VILLA ST    MOUNTAIN VIEW, CA 94041    650-903-6344
NARRATIVE

JPMCB CARD

1
2

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 56577 | POIRIER, JASON | 06/14/2023 | 54843 | CROWL, EVAN | 06/14/2023 |

EIS-PANCHENKO-000726

EFX ORIGINAL DOCUMENT 5 08\19\2023 00490139 007 0107

EIS-PANCHENKO-000727



MOUNTAIN VIEW POLICE DEPARTMENT

1000 VILLA ST    MOUNTAIN VIEW, CA 94041    650-903-6344

NARRATIVE

SYNCB/NTWK

1
2

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| 56577   POIRIER, JASON | 06/14/2023 | 54843   CROWL, EVAN | 06/14/2023 |

EIS-PANCHENKO-000728

EFX ORIGINAL DOCUMENT 5 08\19\2023 00490139 007 0108

EIS-PANCHENKO-000729

# MOUNTAIN VIEW POLICE DEPARTMENT

**1000 VILLA ST    MOUNTAIN VIEW, CA 94041    650-903-6344**

**NARRATIVE**



JPMCB CARD

1
2

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| 56577    POIRIER, JASON | 06/14/2023 | 54843    CROWL, EVAN | 06/14/2023 |

EIS-PANCHENKO-000730

EFX ORIGINAL DOCUMENT 5 08\19\2023 00490139 007 0109

EIS-PANCHENKO-000731

# MOUNTAIN VIEW POLICE DEPARTMENT

1000 VILLA ST     MOUNTAIN VIEW, CA 94041     650-903-6344

NARRATIVE



JPMCB CARD

1
2

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| 56577     POIRIER, JASON | 06/14/2023 | 54843     CROWL, EVAN | 06/14/2023 |

EIS-PANCHENKO-000732

EFX ORIGINAL DOCUMENT 5 08\19\2023 00490139 007 0110

EIS-PANCHENKO-000733



MOUNTAIN VIEW POLICE DEPARTMENT

1000 VILLA ST    MOUNTAIN VIEW, CA 94041    650-903-6344

NARRATIVE

CAVALRY PORTFOLIO SERV

1
2

3

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| 56577    POIRIER, JASON | 06/14/2023 | 54843    CROWL, EVAN | 06/14/2023 |

EIS-PANCHENKO-000734

EFX ORIGINAL DOCUMENT 5 08\19\2023 00490139 007 0111

EIS-PANCHENKO-000735



US BANK

1
2
3

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| 56577    POIRIER, JASON | 06/14/2023 | 54843    CROWL, EVAN | 06/14/2023 |

EIS-PANCHENKO-000736

EFT ORIGINAL DOCUMENT 5 08\19\2023 00490139 007 0112

EIS-PANCHENKO-000737



MOUNTAIN VIEW POLICE DEPARTMENT

1000 VILLA ST    MOUNTAIN VIEW, CA 94041    650-903-6344

NARRATIVE

NORDSTROM / TD BANK

1
2

3

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| 56577    POIRIER, JASON | 06/14/2023 | 54843    CROWL, EVAN | 06/14/2023 |

EIS-PANCHENKO-000738

EFX ORIGINAL DOCUMENT 5 08\19\2023 00490139 007 0113

EIS-PANCHENKO-000739



DOCUMENT DO NOT DUPLICATE

MVPD CA

Page 14
23-03129

MOUNTAIN VIEW POLICE DEPARTMENT

1000 VILLA ST    MOUNTAIN VIEW, CA 94041    650-903-6344

NARRATIVE

SEARS/CBNA

1
2

3

| Prepared By: | Date: | Approved By: | Date: |
|---|---|---|---|
| 56577    POIRIER, JASON | 06/14/2023 | 54843    CROWL, EVAN | 06/14/2023 |

EIS-PANCHENKO-000740

EFX ORIGINAL DOCUMENT 5 08\19\2023 00490139 007 0114

EIS-PANCHENKO-000741

| | |
|---|---|
| **MOUNTAIN VIEW POLICE DEPARTMENT** | Page 15 |
| | 23-03129 |
| 1000 VILLA ST    MOUNTAIN VIEW, CA 94041    650-903-6344 | |
| **NARRATIVE** | |

1

## 2  Inquiries

3

CAPITAL ONE

4

5  My timeline:

6  • **May - Sep 2009** - Visit and worked in US by J1 visa, SSN was issued

7  Early May arrived in Texas.

8  Lived and worked at ████ Fort Aransas, TX 78373

9  **Employer:** ████

10  Didn't have a phone number, was too expensive, used payphones to call home.

11

12  In the end of August early September 2009 traveled to Miami, FL, stayed in a hotel on Miami

13  Beach. Stayed in Miami for a week and then went to New York for approximately a week,

14  stayed in a hostel in the Upper West Side, and then I took a flight to Ukraine.

15

16  • **10 May - Sep 2010** Worked in US by J1 visa

17

18  May 10 arrived in Texas.

19  Lived and worked at ████ Fort Aransas, TX 78373

20  **Employer:** ████

21  I don't remember having a phone number.

22  In the end of August early September traveled to New York, stayed for a week at the house of

23  friends of friends in Brooklyn and took a flight to Ukraine.

24

25

26

27  • **21 April - 27 April 2018** - Visit US by B1/B2 visa

28

29  21 April Arrived to Houston

30  21 - 22 April traveled to ████ Port Aransas, TX 78373

31  23 - 27 April stayed in Holiday Inn ████ Houston, TX 77032

32  27 April Flight to Ukraine

33  Didn't work in the US and didn't have a US phone number.

34

35

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 56577 | POIRIER, JASON | 06/14/2023 | 54843 | CROWL, EVAN | 06/14/2023 |

EIS-PANCHENKO-000742

EFI ORIGINAL DOCUMENT 5 08\19\2023 00490139 007 0115

EIS-PANCHENKO-000743

| | Page 16 |
|---|---|
| | 23-03129 |

**MOUNTAIN VIEW POLICE DEPARTMENT**

1000 VILLA ST    MOUNTAIN VIEW, CA 94041    650-903-6344

**NARRATIVE**

1
2 • **8 Sep - 13 Sep 2019** - Visit US by B1/B2 visa
3   **8 Sep** Arrived to New York and stayed at Hampton Inn ████████ New York, NY 10011
4   **13 Sep** Flight to Ukraine
5   Didn't work in the US and didn't have a US phone number.
6
7
8 • **26 April 2023** - Come to US by L2 visa
9   **26 Apr - 24 May** lived at ██████
10  **24 May - now** live at ██████ Mountain View, CA, 94043
11  Phone numbers ██████ Mountain View, CA, 94043
12  Didn't work.
13
14  Based on the information I obtained during my investigation, I determined that the suspect committed a
15  violation of California Penal Code 530.5 - Identity Theft. I also determined that the violations of this statute
16  occurred in the following jurisdictions.
17
18 • Los Angeles
19 • Fresno
20 • North Hollywood
21 • Glendale
22 • Van Nuys
23
24
25  **Case Closed.**
26  Copy to:
27 • **Los Angeles County Sheriffs Department**
28 • **Los Angeles Police Department**
29 • **Glendale Police Department**
30

| Prepared By: | | Date: | Approved By: | | Date: |
|---|---|---|---|---|---|
| 56577 | POIRIER, JASON | 06/14/2023 | 54843 | CROWL, EVAN | 06/14/2023 |

EIS-PANCHENKO-000744

EFI ORIGINAL DOCUMENT 5 08\19\2023 00490139 007 0116

DUPLICATE NOT ORIGINAL CONTROLLED DOCUMENT

MVPD CA043\100:CO

EIS-PANCHENKO-000745

FEDERAL TRADE COMMISSION

# Identity Theft Report

FTC Report Number:
159702916

I am a victim of identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | Last Name: |
|---|---|
| Oleksandr | Panchenko |

| Address: | Phone: | Email: |
|---|---|---|
| 111. N Rengstorff Ave 1324, 1324 Mountain View , CA 94043 USA | 650-420-9677 | sasha89242@gmail.com |

## Personal Statement

Fraudulent applications may be submitted in my name or my identity may have been used without my consent to fraudulently obtain goods or services. I moved to US 26 May 2023. Before that I worked on J1 visa in 2009 - 2010. Didnt opened credit card or credit account previously in US.

## Accounts Affected by the Crime

**Credit Card Opened by the Thief**

| Company or Organization: | JPMCB CARD |
|---|---|
| Account Number: | REDACTED, |

| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
|---|---|---|
| 1/2017 | 5/2023 | $ 17105 |

**Credit Card Opened by the Thief**

| Company or Organization: | JPMCB CARD |
|---|---|
| Account Number: | REDACTED |

| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
|---|---|---|
| 12/2016 | 5/2023 | $ 33377 |

EIS-PANCHENKO-000746

EFX ORIGINAL DOCUMENT 5 08\19\2023 00490139 007 0117

EIS-PANCHENKO-000747

**Credit Card Opened by the Thief**

| | |
|---|---|
| Company or Organization: | JPMCB CARD 2 |
| Account Number: | REDACTED, |

| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
|---|---|---|
| 1/2018 | 5/2023 | $ 49957 |

**Credit Card Opened by the Thief**

| | |
|---|---|
| Company or Organization: | COMENITYCB/VIRGIN VISA |
| Account Number: | REDACTED, |

| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
|---|---|---|
| 12/2015 | 5/2023 | $ 5085 |

**Credit Card Opened by the Thief**

| | |
|---|---|
| Company or Organization: | BARCLAYS BANK DELAWERE |
| Account Number: | REDACT |

| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
|---|---|---|
| 2/2016 | 5/2023 | $ 16000 |

**Suspect Information**

| Contact Information | Address: 5460 Sierra Vista Ave apt 115 Los Angeles CA 90038 USA Phone Number: 747-283-9259 |
|---|---|
| Additional Details | Equifax Data Breach |

Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

Oleksandr Panchenko                    8/10/2023
Oleksandr Panchenko                    Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.

EIS-PANCHENKO-000749

FEDERAL TRADE COMMISSION

# Identity Theft Report

**FTC Report Number:**
159703299

I am a victim of identity theft. This is my official statement about the crime.

## Contact Information

| First Name: | Last Name: |
|---|---|
| Oleksandr | Panchenko |

| Address: | Phone: | Email: |
|---|---|---|
| 111 . N Rengstorff ave Apt 1324 , Apt 1324<br>Mountain View , CA 94043<br>USA | 650-420-9677 | panchenkoalex16@gmail.com |

## Personal Statement

Fraudulent applications may be submitted in my name or my identity may have been used without my consent to fraudulently obtain goods or services. I moved to US 26 May 2023. Before that I worked on J1 visa in 2009-2010. Didnt opened credit cards or loans previously in US.

## Accounts Affected by the Crime

| Credit Card Opened by the Thief | |
|---|---|
| **Company or Organization:** | CITIBANK |
| **Account Number:** | REDACTED ; |

| Date that I discovered it: | Total fraudulent amount: |
|---|---|
| 5/2023 | $ 4633 |

**Date fraud began:**
3/2018

| Credit Card Opened by the Thief | |
|---|---|
| **Company or Organization:** | US BANK |
| **Account Number:** | REDACTED , |

| Date that I discovered it: | Total fraudulent amount: |
|---|---|
| 5/2023 | $ 9886 |

**Date fraud began:**
7/2015

EIS-PANCHENKO-000750

REX ORIGINAL DOCUMENT 5 08\19\2023 00490139 007 0119

EIS-PANCHENKO-000751

**Credit Card Opened by the Thief**

| Company or Organization: | SYNCB/NTWK |
| Account Number: | REDACTED |

| Date fraud began: | Date that I discovered it: | Total fraudulent amount: |
|---|---|---|
| 6/2015 | 5/2023 | $ 3770 |

**Credit Card Opened by the Thief**

| Company or Organization: | NORDSTROM / TD BANK |
| Account Number: | REDACTED |

| Date that I discovered it: | Total fraudulent amount: |
|---|---|
| 5/2023 | $ 0 |

**Credit Card Opened by the Thief**

| Company or Organization: | SEARS/CBNA |
| Account Number: | REDACTED |

| Date that I discovered it: | Total fraudulent amount: |
|---|---|
| 5/2023 | $ 0 |

**Fraudulent Information on Credit Reports**

| Accounts or Charges | Yes, fraudulent accounts or charges appear on my credit report |
|---|---|
| Personal Information | Addresses: 5460 SIERRA VISTA AVE APT 115 LOS ANGELES,CA<br>Phone numbers: 747 283-9259,818 294-5195<br>Employment Information: ANTONIOS CONSTRUCTION S,ALEX CONSTRUCTION SE |
| Credit Inquiries | Capital One |

**Suspect Information**

| Contact Information | Address: 5460 SIERRA VISTA AVE APT 115 LOS ANGELES CA 90038 USA<br>Phone Number: 747-283-9259 |
|---|---|
| Additional Details | probably Equifax data breach |

EIS-PANCHENKO-000752

EFX ORIGINAL DOCUMENT 5 08\19\2023 00490139 007 0120

EIS-PANCHENKO-000753

**Under penalty of perjury, I declare this information is true and correct to the best of my knowledge.**

I understand that knowingly making any false statements to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

**Oleksandr Panchenko**
Oleksandr Panchenko

**8/10/2023**
Date

Use this form to prove to businesses and credit bureaus that you have submitted an FTC Identity Theft Report to law enforcement. Some businesses might request that you also file a report with your local police.

EIS-PANCHENKO-000754

EFX ORIGINAL DOCUMENT 5 08\19\2023 00490139 007 0121

EIS-PANCHENKO-000755

FEDERAL TRADE COMMISSION
IdentityTheft.gov

June 27, 2023

Oleksandr Panchenko
111 N Rengstorff ave, apt 1324
Mountain View, CA, USA 94043
tel: 6504209677

BANK OF AMERICA
PO BOX 982238
EL PASO, TX, USA 79998

REDACTED

RE: Disputed Account - Notice to Furnisher

Dear Sir or Madam

I previously notified you that I am a victim of identity theft, and requested that you do the following:

- Close the unauthorized account

- Remove any charges on the unauthorized account, and

- Take steps to remove information about this account from my credit files.

I still have not received written confirmation of these actions. As I stated before:

I am a victim of identity theft. I recently learned that my personal information was used to open an account at your company. I did not open or authorize this account, and I request that it be closed immediately. Please send me written confirmation that I am not responsible for charges on this account, and take appropriate steps to remove information about this account from my credit files.

I have enclosed a copy of my FTC Identity Theft Report. Because the information you are reporting is the result of identity theft, and inaccurate, I request that you stop reporting this information to the CRAs, as directed by section 623(a) (1) (B) of the Fair Credit Reporting Act, 15 U.S.C § 1681s2 (a) (1) (B). I ask that you take these steps as soon as possible.

I also have enclosed a copy of the FTC's Notice to Furnishers which explains your responsibilities when reporting information to CRAs Please stop reporting this fraudulent information, investigate this matter, and delete any disputed items as soon as possible.

Please send me a letter explaining your findings and actions.

I am a victim of identity theft, and I am writing to dispute the following fraudulent charges on my account:

Sincerely,

Oleksandr Panchenko

Enclosures

- FTC Identity Theft Report

- Proof of identity

- Notice to Furnisher of Information

EIS-PANCHENKO-000756

EIS-PANCHENKO-000757

FEDERAL TRADE COMMISSION
IdentityTheft.gov

June 27, 2023

Oleksandr Panchenko
111 N Rengstorff ave, apt 1324
Mountain View, CA, USA 94043
tel: 6504209677

BARCLAYS BANK DELAWARE
FCRA credit bureau disputes
PO BOX 8803, Wilmington, DE 19899

RE: Disputed Account - Notice to Furnisher REDACTED

Dear Sir or Madam

I previously notified you that I am a victim of identity theft, and requested that you do the following:

- Close the unauthorized account

- Remove any charges on the unauthorized account, and

- Take steps to remove information about this account from my credit files.

I still have not received written confirmation of these actions. As I stated before:

I am a victim of identity theft. I recently learned that my personal information was used to open an account at your company. I did not open or authorize this account, and I request that it be closed immediately. Please send me written confirmation that I am not responsible for charges on this account, and take appropriate steps to remove information about this account from my credit files.

I have enclosed a copy of my FTC Identity Theft Report. Because the information you are reporting is the result of identity theft, and inaccurate, I request that you stop reporting this information to the CRAs, as directed by section 623(a) (1) (B) of the Fair Credit Reporting Act, 15 U.S.C § 1681s2 (a) (1) (B). I ask that you take these steps as soon as possible.

I also have enclosed a copy of the FTC's Notice to Furnishers which explains your responsibilities when reporting information to CRAs Please stop reporting this fraudulent information, investigate this matter, and delete any disputed items as soon as possible.

Please send me a letter explaining your findings and actions.

I am a victim of identity theft, and I am writing to dispute the following fraudulent charges on my account:

Sincerely,

Oleksandr Panchenko

Enclosures

- FTC Identity Theft Report

- Proof of identity

- Notice to Furnisher of Information

EIS-PANCHENKO-000758

EIS-PANCHENKO-000759

FEDERAL TRADE COMMISSION
IdentityTheft.gov

June 27, 2023

Oleksandr Panchenko
111 N Rengstorff ave, apt 1324
Mountain View, CA, USA 94043
tel: 6504209677

CAVALRY PORTFOLIO SERVICES, LLC
1 AMERICAN LANE, SUITE 220
GREENWICH, CT, USA 06831
RE: Disputed Account - Notice to Furnisher REDACTED;

Dear Sir or Madam

I previously notified you that I am a victim of identity theft, and I requested that you do the following:

- Close the unauthorized account

- Remove any charges on the unauthorized account, and

- Take steps to remove information about this account from my credit files.

I still have not received written confirmation of these actions. As I stated before:

I am a victim of identity theft. I recently learned that my personal information was used to open an account at your company. I did not open or authorize this account, and I request that it be closed immediately. Please send me written confirmation that I am not responsible for charges on this account, and take appropriate steps to remove information about this account from my credit files.

I have enclosed a copy of my FTC Identity Theft Report. Because the information you are reporting is the result of identity theft, and inaccurate, I request that you stop reporting this information to the CRAs, as directed by section 623(a)(1)(B) of the Fair Credit Reporting Act, 15 U.S.C § 1681s2 (a)(1)(B). I ask that you take these steps as soon as possible.

I also have enclosed a copy of the FTC's Notice to Furnishers which explains your responsibilities when reporting information to CRAs Please stop reporting this fraudulent information, investigate this matter, and delete any disputed items as soon as possible.

Please send me a letter explaining your findings and actions.

I am a victim of identity theft, and I am writing to dispute the following fraudulent charges on my account:

Sincerely,

Oleksandr Panchenko

Enclosures

- FTC Identity Theft Report

- Proof of identity

- Notice to Furnishers of Information

EIS-PANCHENKO-000760

EFX ORIGINAL DOCUMENT 5 08\19\2023 00490139 007 0124

EIS-PANCHENKO-000761

FEDERAL TRADE COMMISSION
IdentityTheft.gov

June 27, 2023

Oleksandr Panchenko
111 N Rengstorff ave, apt 1324
Mountain View, CA, USA 94043
tel: 6504209677

COMENITYCB/VIRGIN VISA
PO BOX 182120
COLUMBUS, OH, USA 43218

RE: Disputed Account - Notice to Furnisher REDACTED    ;

Dear Sir or Madam

I previously notified you that I am a victim of identity theft, and I requested that you do the following :

- Close the unauthorized account

- Remove any charges on the unauthorized account; and

- Take steps to remove information about this account from my credit files.

I still have not received written confirmation of these actions. As I stated before:

I am a victim of identity theft. I recently learned that my personal information was used to open an account at your company. I did not open or authorize this account, and I request that it be closed immediately. Please send me written confirmation that I am not responsible for charges on this account, and take appropriate steps to remove information about this account from my credit files.

I have enclosed a copy of my FTC Identity Theft Report. Because the information you are reporting is the result of identity theft, and inaccurate, I request that you stop reporting this information to the CRAs as directed by section 623(a) (f) (B) of the FairCredit Reporting Act, 15 U.S.C § 1681s2 (a) (f) (B). I ask that you take these steps as soon as possible.

I also have enclosed a copy of the FTC's Notice to Furnishers which explains your responsibilities when reporting information to CRAs. Please stop reporting this fraudulent information, investigate this matter, and delete any disputed items as soon as possible.

Please send me a letter explaining your findings and actions.

I am a victim of identity theft, and I am writing to dispute the following fraudulent charges on my account:

Sincerely,

Oleksandr Panchenko

Enclosures

- FTC Identity Theft Report

- Proof of identity

- Notice to Furnishers of Information

EIS-PANCHENKO-000762

EFX ORIGINAL DOCUMENT 5 08\19\2023 00490139 007 0125

EIS-PANCHENKO-000763

FEDERAL TRADE COMMISSION
IdentityTheft.gov

June 27, 2023

Oleksandr Panchenko
111 N Rengstorff ave, apt 1324
Mountain View, CA, USA 94043
tel: 6504209677

JPMCB CARD
PO BOX 15369
WILMINGTON, DE, USA 19850

RE: Disputed Account - Notice to Furnisher REDACTED 1

Dear Sir or Madam:

I previously notified you that I am a victim of identity theft, and I requested that you do the following:

- Close the unauthorized account

- Remove any charges on the unauthorized account, and

- Take steps to remove information about this account from my credit files.

I still have not received written confirmation of these actions. As I stated before:

I am a victim of identity theft. I recently learned that my personal information was used to open an account at your company. I did not open or authorize this account, and I request that it be closed immediately. Please send me written confirmation that I am not responsible for charges on this account, and take appropriate steps to remove information about this account from my credit files.

I have enclosed a copy of my FTC Identity Theft Report. Because the information you are reporting is the result of identity theft, and inaccurate, I request that you stop reporting this information to the CRAs, as directed by section 623(a)(1)(B) of the Fair Credit Reporting Act, 15 U.S.C § 1681s2 (a)(1)(B). I ask that you take these steps as soon as possible.

I also have enclosed a copy of the FTC's Notice to Furnishers which explains your responsibilities when reporting information to CRAs Please stop reporting this fraudulent information, investigate this matter, and delete any disputed items as soon as possible.

Please send me a letter explaining your findings and actions.

I am a victim of identity theft, and I am writing to dispute the following fraudulent charges on my account:

Sincerely,

Oleksandr Panchenko

Enclosures

- FTC Identity Theft Report

- Proof of identity

- Notice to Furnishers of Information

EIS-PANCHENKO-000764

EIS-PANCHENKO-000765

EFX ORIGINAL DOCUMENT 5 08\19\2023 00490139 007 0126

FEDERAL TRADE COMMISSION
IdentityTheft.gov

June 27, 2023

Oleksandr Panchenko
111 N Rengstorff ave, apt 1324
Mountain View, CA, USA 94043
tel: 6504209677

JPMCB CARD
PO BOX 15369
WILMINGTON, DE, USA 19850

RE: Disputed Account - Notice to Furnisher REDACTED...3462

Dear Sir or Madam:

I previously notified you that I am a victim of identity theft, and requested that you do the following:

- Close the unauthorized account;
- Remove any charges on the unauthorized account; and
- Take steps to remove information about this account from my credit files.

I still have not received written confirmation of these actions. As I stated before:

I am a victim of identity theft. I recently learned that my personal information was used to open an account at your company. I did not open or authorize this account, and I request that it be closed immediately. Please send me written confirmation that I am not responsible for charges on this account, and take appropriate steps to remove information about this account from my credit files.

I have enclosed a copy of my FTC Identity Theft Report. Because the information you are reporting is the result of identity theft, and inaccurate, I request that you stop reporting this information to the CRAs, as directed by section 623(a) (1) (B) of the FairCredit Reporting Act, 15 U.S.C § 1681s2 (a) (1) (B). I ask that you take these steps as soon as possible.

I also have enclosed a copy of the FTC's Notice to Furnishers which explains your responsibilities when reporting information to CRAs Please stop reporting this fraudulent information, investigate this matter, and delete any disputed items as soon as possible.

Please send me a letter explaining your findings and actions.

I am a victim of identity theft, and I am writing to dispute the following fraudulent charges on my account:

Sincerely,

Oleksandr Panchenko

Enclosures

- FTC Identity Theft Report
- Proof of identity
- Notice to Furnishers of Information

EIS-PANCHENKO-000766

EFX ORIGINAL DOCUMENT 5 08\19\2023 00490139 007 0127

EIS-PANCHENKO-000767

FEDERAL TRADE COMMISSION
IdentityTheft.gov

June 27, 2023

Oleksandr Panchenko
111 N Rengstorff ave, apt 1324
Mountain View, CA, USA 94043
tel: 6504209677

Nordstrom / TD BANK
13531 EAST CALEY
ENGLEWOOD, CO 80111

RE: Disputed Account - Notice to Furnisher   REDACTED .

Dear Sir or Madam

I previously notified you that I am a victim of identity theft, and I requested that you do the following:

● Close the unauthorized account

● Remove any charges on the unauthorized account, and

● Take steps to remove information about this account from my credit files.

I still have not received written confirmation of these actions. As I stated before:

I am a victim of identity theft. I recently learned that my personal information was used to open an account at your company. I did not open or authorize this account, and I request that it be closed immediately. Please send me written confirmation that I am not responsible for charges on this account, and take appropriate steps to remove information about this account from my credit files.

I have enclosed a copy of my FTC Identity Theft Report. Because the information you are reporting is the result of identity theft, and inaccurate, I request that you stop reporting this information to the CRAs, as directed by section 623(a)(1)(B)of the Fair Credit Reporting Act, 15 U.S.C § 1681s2 (a)(1)(B). I ask that you take these steps as soon as possible.

I also have enclosed a copy of the FTC's Notice to Furnishers which explains your responsibilities when reporting information to CRAs Please stop reporting this fraudulent information, investigate this matter, and delete any disputed items as soon as possible.

Please send me a letter explaining your findings and actions.

I am a victim of identity theft, and I am writing to dispute the following fraudulent charges on my account:

Sincerely,

Oleksandr Panchenko

Enclosures

● FTC Identity Theft Report

● Proof of identity

● Notice to Furnisher of Information

EIS-PANCHENKO-000768

EFX ORIGINAL DOCUMENT 5 08\19\2023 00490139 007 0128

EIS-PANCHENKO-000769

EFX ORIGINAL DOCUMENT 5 08\19\2023 00490139 007 0128

FEDERAL TRADE COMMISSION
IdentityTheft.gov

June 27, 2023

Oleksandr Panchenko
111 N Rengstorff ave, apt 1324
Mountain View, CA, USA 94043
tel: 6504209677

SEARS/CBNA
Sears Master Card
PO BOX 6217
SIOUX FALLS, SD 57117

RE: Disputed Account - Notice to Furnisher REDACTED;

Dear Sir or Madam

I previously notified you that I am a victim of identity theft, and I requested that you do the following:

- Close the unauthorized account

- Remove any charges on the unauthorized account, and

- Take steps to remove information about this account from my credit files.

I still have not received written confirmation of these actions. As I stated before:

I am a victim of identity theft. I recently learned that my personal information was used to open an account at your company. I did not open or authorize this account, and I request that it be closed immediately. Please send me written confirmation that I am not responsible for charges on this account, and take appropriate steps to remove information about this account from my credit files.

I have enclosed a copy of my FTC Identity Theft Report. Because the information you are reporting is the result of identity theft, and inaccurate, I request that you stop reporting this information to the CRAs as directed by section 623(a)(1)(B) of the FairCredit Reporting Act, 15 U.S.C § 1681s2 (a)(1)(B). I ask that you take these steps as soon as possible.

I also have enclosed a copy of the FTC's Notice to Furnishers which explains your responsibilities when reporting information to CRAs. Please stop reporting this fraudulent information, investigate this matter, and delete any disputed items as soon as possible.

Please send me a letter explaining your findings and actions.

I am a victim of identity theft, and I am writing to dispute the following fraudulent charges on my account:

Sincerely,

Oleksandr Panchenko

Enclosures

- FTC Identity Theft Report

- Proof of identity

- Notice to Furnishers of Information

EIS-PANCHENKO-000770

EIS-PANCHENKO-000771

FEDERAL TRADE COMMISSION
IdentityTheft.gov

June 27, 2023

Oleksandr Panchenko
111 N Rengstorff ave, apt 1324
Mountain View, CA, USA 94043
tel: 6504209677

SYNCB/NTWK
PO BOX 965036
Orlando, FL 32896

RE: Disputed Account - Notice to Furnisher

Dear Sir or Madam

I previously notified you that I am a victim of identity theft, and i requested that you do the following :

- Close the unauthorized account

- Remove any charges on the unauthorized account, and

- Take steps to remove information about this account from my credit files.

I still have not received written confirmation of these actions. As I stated before:

I am a victim of identity theft. I recently learned that my personal information was used to open an account at your company. I did not open or authorize this account, and I request that it be closed immediately. Please send me written confirmation that I am not responsible for charges on this account, and take appropriate steps to remove information about this account from my credit files.

I have enclosed a copy of my FTC Identity Theft Report. Because the information you are reporting is the result of identity theft, and inaccurate, I request that you stop reporting this information to the CRAs, as directed by section 623(a) (1) (B) of the Fair Credit Reporting Act, 15 U.S.C § 1681s2 (a) (1) (B). I ask that you take these steps as soon as possible.

I also have enclosed a copy of the FTC's Notice to Furnishers which explains your responsibilities when reporting information to CRAs Please stop reporting this fraudulent information, investigate this matter, and delete any disputed items as soon as possible.

Please send me a letter explaining your findings and actions.

I am a victim of identity theft, and I am writing to dispute the following fraudulent charges on my account:

Sincerely,

Oleksandr Panchenko

Enclosures

- FTC Identity Theft Report

- Proof of identity

- Notice to Furnishers of Information

EIS-PANCHENKO-000772

EFX ORIGINAL DOCUMENT 5 08\19\2023 00490139 007 0130

EIS-PANCHENKO-000773

FEDERAL TRADE COMMISSION
IdentityTheft.gov

June 27, 2023

Oleksandr Panchenko
111 N Rengstorff ave, apt 1324
Mountain View, CA, USA 94043
tel. 6504209677

US BANK
PO BOX 108
SAINT LOUIS, MO 63166

RE: Disputed Account - Notice to Furnisher REDACTED;

Dear Sir or Madam

I previously notified you that I am a victim of identity theft, and I requested that you do the following:

- Close the unauthorized account
- Remove any charges on the unauthorized account; and
- Take steps to remove information about this account from my credit files.

I still have not received written confirmation of these actions. As I stated before:

I am a victim of identity theft. I recently learned that my personal information was used to open an account at your company. I did not open or authorize this account, and I request that it be closed immediately. Please send me written confirmation that I am not responsible for charges on this account, and take appropriate steps to remove information about this account from my credit files.

I have enclosed a copy of my FTC Identity Theft Report. Because the information you are reporting is the result of identity theft, and inaccurate, I request that you stop reporting this information to the CRAs, as directed by section 623(a) (f) (B) of the Fair Credit Reporting Act, 15 U.S.C § 1681s2 (a) (f) (B). I ask that you take these steps as soon as possible.

I also have enclosed a copy of the FTC's Notice to Furnishers, which explains your responsibilities when reporting information to CRAs. Please stop reporting this fraudulent information, investigate this matter, and delete any disputed items as soon as possible.

Please send me a letter explaining your findings and actions.

I am a victim of identity theft, and I am writing to dispute the following fraudulent charges on my account:

Sincerely,

Oleksandr Panchenko

Enclosures

- FTC Identity Theft Report
- Proof of identity
- Notice to Furnishers of Information

EIS-PANCHENKO-000774

EFX ORIGINAL DOCUMENT 5 08\19\2023 00490139 007 0131

EIS-PANCHENKO-000775

EFX ORIGINAL DOCUMENT 5 08\19\2023 00490139 007 0131

**All furnishers of consumer reports must comply with all applicable regulations, including regulations promulgated after this notice was first prescribed in 2004. Information about applicable regulations currently in effect can be found at the Consumer Financial Protection Bureau's website, www.consumerfinance.gov/learnmore.**

## NOTICE TO FURNISHERS OF INFORMATION:
## OBLIGATIONS OF FURNISHERS UNDER THE FCRA

The federal Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681-1681y, imposes responsibilities on all persons who furnish information to consumer reporting agencies (CRAs). These responsibilities are found in Section 623 of the FCRA, 15 U.S.C. § 1681s-2. State law may impose additional requirements on furnishers. All furnishers of information to CRAs should become familiar with the applicable laws and may want to consult with their counsel to ensure that they are in compliance. The text of the FCRA is set forth in full at the Bureau of Consumer Financial Protection's website at www.consumerfinance.gov/learnmore. A list of the sections of the FCRA cross-referenced to the U.S. Code is at the end of this document.

Section 623 imposes the following duties:

### Accuracy Guidelines

The banking and credit union regulators and the CFPB will promulgate guidelines and regulations dealing with the accuracy of information provided to CRAs by furnishers. The regulations and guidelines issued by the CFPB will be available at www.consumerfinance.gov/learnmore when they are issued. Section 623(e).

### General Prohibition on Reporting Inaccurate Information

The FCRA prohibits information furnishers from providing information to a CRA that they know or have reasonable cause to believe is inaccurate. However, the furnisher is not subject to this general prohibition if it clearly and conspicuously specifies an address to which consumers may write to notify the furnisher that certain information is inaccurate. Sections 623(a)(1)(A) and (a)(1)(C).

### Duty to Correct and Update Information

If at any time a person who regularly and in the ordinary course of business furnishes information to one or more CRAs determines that the information provided is not complete or accurate, the furnisher must promptly provide complete and accurate information to the CRA. In addition, the furnisher must notify all CRAs that received the information of any corrections, and must thereafter report only the complete and accurate information. Section 623(a)(2).

### Duties After Notice of Dispute from Consumer

If a consumer notifies a furnisher, at an address specified by the furnisher for such notices, that specific information is inaccurate, and the information is, in fact, inaccurate, the furnisher must thereafter report the correct information to CRAs. Section 623(a)(1)(B).

If a consumer notifies a furnisher that the consumer disputes the completeness or accuracy of any information reported by the furnisher, the furnisher may not subsequently report that information to a CRA without providing notice of the dispute. Section 623(a)(3).

The federal banking and credit union regulators and the CFPB will issue regulations that will identify when an information furnisher must investigate a dispute made directly to the furnisher by a consumer. Once these regulations are issued, furnishers must comply with them and complete an investigation within 30 days (or 45 days, if the consumer later provides relevant additional information) unless the dispute is frivolous or irrelevant or comes from a "credit repair organization." The CFPB regulations will be available at www.consumerfinance.gov. Section 623(a)(8).

### Duties After Notice of Dispute from Consumer Reporting Agency

If a CRA notifies a furnisher that a consumer disputes the completeness or accuracy of information provided by the furnisher, the furnisher has a duty to follow certain procedures. The furnisher must:

EIS-PANCHENKO-000776

EIS-PANCHENKO-000777

**The Consumer Financial Protection Bureau web site, www.consumerfinance.gov/learnmore, has more information about the FCRA.**

**Citations for FCRA sections in the U.S. Code, 15 U.S.C. § 1681 et seq.:**

| Section | Citation |
|---------|----------|
| Section 603 | 15 U.S.C. 1681 |
| Section 604 | 15 U.S.C. 1681a |
| Section 605 | 15 U.S.C. 1681b |
| Section 605A | 15 U.S.C. 1681c |
| Section 605B | 15 U.S.C. 1681c-1 |
| Section 606 | 15 U.S.C. 1681c-2 |
| Section 607 | 15 U.S.C. 1681d |
| Section 608 | 15 U.S.C. 1681e |
| Section 609 | 15 U.S.C. 1681f |
| Section 610 | 15 U.S.C. 1681g |
| Section 611 | 15 U.S.C. 1681h |
| Section 612 | 15 U.S.C. 1681i |
| Section 613 | 15 U.S.C. 1681j |
| Section 614 | 15 U.S.C. 1681k |
| | 15 U.S.C. 1681l |
| Section 615 | 15 U.S.C. 1681m |
| Section 616 | 15 U.S.C. 1681n |
| Section 617 | 15 U.S.C. 1681o |
| Section 618 | 15 U.S.C. 1681p |
| Section 619 | 15 U.S.C. 1681q |
| Section 620 | 15 U.S.C. 1681r |
| Section 621 | 15 U.S.C. 1681s |
| Section 622 | 15 U.S.C. 1681s-1 |
| Section 623 | 15 U.S.C. 1681s-2 |
| Section 624 | 15 U.S.C. 1681t |
| Section 625 | 15 U.S.C. 1681u |
| Section 626 | 15 U.S.C. 1681v |
| Section 627 | 15 U.S.C. 1681w |
| Section 628 | 15 U.S.C. 1681x |
| Section 629 | 15 U.S.C. 1681y |

EIS-PANCHENKO-000778

EIS-PANCHENKO-000779

- Conduct an investigation and review all relevant information provided by the CRA, including information given to the CRA by the consumer. Sections 623(b)(1)(A) and (b)(1)(B).
- Report the results to the CRA that referred the dispute, and, if the investigation establishes that the information was, in fact, incomplete or inaccurate, report the results to all CRAs to which the furnisher provided the information that compile and maintain files on a nationwide basis. Sections 623(b)(1)(C) and (b)(1)(D).
- Complete the above steps within 30 days from the date the CRA receives the dispute (or 45 days, if the consumer later provides relevant additional information to the CRA). Section 623(b)(2).
- Promptly modify or delete the information, or block its reporting. Section 623(b)(1)(E).

## Duty to Report Voluntary Closing of Credit Accounts

If a consumer voluntarily closes a credit account, any person who regularly and in the ordinary course of business furnishes information to one or more CRAs must report this fact when it provides information to CRAs for the time period in which the account was closed. Section 623(a)(4).

## Duty to Report Dates of Delinquencies

If a furnisher reports information concerning a delinquent account placed for collection, charged to profit or loss, or subject to any similar action, the furnisher must, within 90 days after reporting the information, provide the CRA with the month and the year of the commencement of the delinquency that immediately preceded the action, so that the agency will know how long to keep the information in the consumer's file. Section 623(a)(5).

Any person, such as a debt collector, that has acquired or is responsible for collecting delinquent accounts and that reports information to CRAs may comply with the requirements of Section 623(a)(5) (until there is a consumer dispute) by reporting the same delinquency date previously reported by the creditor. If the creditor did not report this date, they may comply with the FCRA by establishing reasonable procedures to obtain and report delinquency dates, or, if a delinquency date cannot be reasonably obtained, by following reasonable procedures to ensure that the date reported precedes the date when the account was placed for collection, charged to profit or loss, or subjected to any similar action. Section 623(a)(5).

## Duties of Financial Institutions When Reporting Negative Information

Financial institutions that furnish information to "nationwide" consumer reporting agencies, as defined in Section 603(p), must notify consumers in writing if they may furnish or have furnished negative information to a CRA. Section 623(a)(7). The Consumer Financial Protection Bureau has prescribed model disclosures, 12 CFR Part 1022, App. B.

## Duties When Furnishing Medical Information

A furnisher whose primary business is providing medical services, products, or devices (and such furnisher's agents or assignees) is a medical information furnisher for the purposes of the FCRA and must notify all CRAs to which it reports of this fact. Section 623(a)(9). This notice will enable CRAs to comply with their duties under Section 604(g) when reporting medical information.

## Duties when ID Theft Occurs

All furnishers must have in place reasonable procedures to respond to notifications from CRAs that information furnished is the result of identity theft, and to prevent refurnishing the information in the future. A furnisher may not furnish information that a consumer has identified as resulting from identity theft unless the furnisher subsequently knows or is informed by the consumer that the information is correct. Section 623(a)(6). If a furnisher learns that it has furnished inaccurate information due to identity theft, it must notify each consumer reporting agency of the correct information and must thereafter report only complete and accurate information. Section 623(a)(2). When any furnisher of information is notified pursuant to the procedures set forth in Section 605B that a debt has resulted from identity theft, the furnisher may not sell, transfer, or place for collection the debt except in certain limited circumstances. Section 615(f).

EFX ORIGINAL DOCUMENT 5 08\19\2023 00490139 007 0134

EIS-PANCHENKO-000780

EIS-PANCHENKO-000781

JOINT-STOCK COMPANY COMMERCIAL BANK «PRIVATBANK»

**Registered address:**
1D Hrushevskoho St., Kyiv, 01001, Ukraine

**Contact us:**
30 Naberezhna Peremohy St., Dnipro, 49094, Ukraine

Phones:   3700 (free from mobile in Ukraine)
          (056) 735 32 82
www.pb.ua   e-mail: help@pb.ua

from 10.08.2023 20:56   № SUBBSSC2MKNR826H

## Panchenko Oleksandr

TIN: REDACTED 8650, date of birth: REDACTED .1989
NATIONAL PASSPORT ME 682692, issued by DNEPROVSKOE RU HU MVD UKRAYNY V H.KYEVE date of issue 05.01.2006
Registration address: Ukraine, 01001, city Kyiv, street Pavla Tychyny, building 12a, flat 194
Statement of card/account REDACTED 2958 (UA1830529900000:6201662936927) and additional accounts of the agreement
SAMDN52000075602485 on 12.02.2013 for the period 01.01.2015 — 30.11.2022

Credit limit: 0.00
Account currency: UAH
Opening balance: 33.89
Ending balance: 459.86

Total outflow: -314,783.52
Total inflow: 315,209.49

| Month | Income in currency of account | | Costs in currency of account | | | | Balance at end of period |
|---|---|---|---|---|---|---|---|
| | Earmarked | Unearmarked | Shops + Internet | ATMs | Transfers | Other | |
| January, 2015 | 0.00 | 590.00 | 0.00 | 0.00 | 0.00 | -570.00 | 53.89 |
| February, 2015 | 0.00 | 2,498.20 | 0.00 | -1,515.00 | 0.00 | -1,035.38 | 1.71 |
| March, 2015 | 0.00 | 3.43 | 0.00 | 0.00 | 0.00 | -3.43 | 1.71 |
| November, 2015 | 0.00 | 5,148.82 | 0.00 | 0.00 | 0.00 | -5,100.00 | 50.53 |
| December, 2015 | 0.00 | 291.77 | 0.00 | 0.00 | 0.00 | -233.77 | 108.53 |
| January, 2016 | 0.00 | 0.54 | 0.00 | 0.00 | 0.00 | -0.54 | 108.53 |
| February, 2016 | 0.00 | 0.93 | 0.00 | 0.00 | 0.00 | -0.93 | 108.53 |
| March, 2016 | 0.00 | 0.87 | 0.00 | 0.00 | 0.00 | -0.87 | 108.53 |
| April, 2016 | 0.00 | 1,517.58 | 0.00 | 0.00 | -400.00 | -710.93 | 515.18 |
| May, 2016 | 0.00 | 1.67 | 0.00 | 0.00 | 0.00 | -1.67 | 515.18 |
| June, 2016 | 0.00 | 179.74 | 0.00 | 0.00 | -120.00 | -4.34 | 570.58 |
| July, 2016 | 0.00 | 5,803.27 | 0.00 | 0.00 | -2,296.84 | -4,063.61 | 13.40 |
| August, 2016 | 0.00 | 1.20 | 0.00 | 0.00 | 0.00 | -1.20 | 13.40 |
| September, 2016 | 0.00 | 3,911.50 | -191.61 | 0.00 | -1,699.18 | -2,026.98 | 0.13 |
| October, 2016 | 0.00 | 10,492.64 | 0.00 | 0.00 | -4,501.26 | -5,815.37 | 176.14 |
| November, 2016 | 0.00 | 4,800.15 | 0.00 | 0.00 | -582.45 | -4,348.30 | 45.54 |
| December, 2016 | 0.00 | 4,867.10 | -51.93 | 0.00 | -278.10 | -4,451.83 | 128.78 |
| January, 2017 | 0.00 | 6,125.83 | 0.00 | 0.00 | -114.05 | | 9.36 |

IS-PANCHENKO-000782

EIS-PANCHENKO-000783

JOINT-STOCK COMPANY COMMERCIAL BANK «PRIVATBANK»

**Registered address:**
1D Hrushevskoho St., Kyiv, 01001, Ukraine
**Contact us:**
30 Naberezhna Peremohy St., Dnipro, 49094, Ukraine
Phones:    3700 (free from mobile in Ukraine)
           (056) 735 32 82
www.pb.ua   e-mail: help@pb.ua
from 10.08.2023 20:56   № SUB8SSC2MKNR826H

Page 2 of 3

| Month | Income in currency of account | | Costs in currency of account | | | | Balance at end of period |
|---|---|---|---|---|---|---|---|
| | Earmarked | Unearmarked | Shops + Internet | ATMs | Transfers | Other | |
| March, 2017 | 0.00 | 0.00 | 0.00 | 0.00 | -55.00 | 0.00 | 11.88 |
| May, 2017 | 0.00 | 2,020.00 | -1,1t5.08 | 0.00 | 0.00 | -676.72 | 190.08 |
| June, 2017 | 0.00 | 430.78 | -3t4.74 | 0.00 | 0.00 | -209.42 | 16.70 |
| July, 2017 | 0.00 | 1,168.07 | 0.00 | 0.00 | 0.00 | -0.77 | 1,184.00 |
| August, 2017 | 0.00 | 7,523.07 | -5,1t1.14 | -202.00 | -256.77 | -678.77 | 2,448.39 |
| September, 2017 | 0.00 | 2,524.48 | -1,846.14 | -1,464.50 | 0.00 | -1,654.49 | 7.74 |
| October, 2017 | 0.00 | 602.42 | -t8.78 | 0.00 | 0.00 | -509.59 | 1.79 |
| November, 2017 | 0.00 | 100.28 | 0.00 | 0.00 | -50.00 | -0.28 | 51.79 |
| December, 2017 | 0.00 | 0.08 | -27.81 | 0.00 | 0.00 | -20.08 | 3.98 |
| January, 2018 | 0.00 | 7,844.00 | -27.73 | -202.00 | 0.00 | 0.00 | 7,618.25 |
| February, 2018 | 0.00 | 4,914.26 | -2,472.21 | -4,040.00 | 0.00 | -5,883.26 | 137.04 |
| March, 2018 | 0.00 | 1,684.41 | 0.00 | 0.00 | -1,410.00 | -25.14 | 386.31 |
| April, 2018 | 0.00 | 97.46 | 0.00 | 0.00 | -230.00 | -93.46 | 160.31 |
| May, 2018 | 0.00 | 14,852.91 | -577.00 | 0.00 | -13,600.00 | -433.19 | 403.03 |
| June, 2018 | 0.00 | 8,008.78 | -323.01 | 0.00 | -8,022.00 | -4.01 | 62.79 |
| July, 2018 | 0.00 | 1,388.71 | 0.00 | 0.00 | -1,411.50 | -0.75 | 39.25 |
| October, 2018 | 0.00 | 3,269.97 | -3.00 | 0.00 | -3,260.00 | 0.00 | 41.22 |
| November, 2018 | 0.00 | 4,704.62 | 0.00 | 0.00 | -3,800.00 | -842.62 | 103.22 |
| December, 2018 | 0.00 | 0.20 | 0.00 | 0.00 | 0.00 | -0.20 | 103.22 |
| January, 2019 | 0.00 | 0.62 | 0.00 | 0.00 | 0.00 | -0.62 | 103.22 |
| February, 2019 | 0.00 | 0.62 | 0.00 | 0.00 | 0.00 | -0.62 | 103.22 |
| March, 2019 | 0.00 | 0.56 | 0.00 | 0.00 | 0.00 | -0.56 | 103.22 |
| April, 2019 | 0.00 | 0.62 | 0.00 | 0.00 | 0.00 | -0.62 | 103.22 |
| May, 2019 | 0.00 | 0.60 | 0.00 | 0.00 | 0.00 | -0.60 | 103.22 |
| June, 2019 | 0.00 | 0.62 | 0.00 | 0.00 | 0.00 | -0.62 | 103.22 |

EIS-PANCHENKO-000784

REF: ORIGINAL DOCUMENT 5 08\19\2023 00490139 007 0136

EIS-PANCHENKO-000785

# PrivatBank

JOINT-STOCK COMPANY COMMERCIAL BANK «PRIVATBANK»

**Registered address:**
1D Hrushevskoho St., Kyiv, 01001, Ukraine

**Contact us:**
30 Naberezhna Peremohy St., Dnipro, 49094, Ukraine
Phones:     3700 (free from mobile in Ukraine)
            (056) 735 32 82
www.pb.ua   e-mail: help@pb.ua
from 10.08.2023 20:56   № SUB6SSC2MKNR826H

Page 3 of 3

| Month | Income in currency of account | | Costs in currency of account | | | | Balance at end of period |
|---|---|---|---|---|---|---|---|
| | Earmarked | Unearmarked | Shops + Internet | ATMs | Transfers | Other | |
| September, 2019 | 0.00 | 0.62 | 0.00 | 0.00 | 0.00 | -0.62 | 103.22 |
| October, 2019 | 0.00 | 723.60 | 0.00 | 0.00 | 0.00 | -0.60 | 826.22 |
| November, 2019 | 0.00 | 9,203.14 | 0.00 | 0.00 | 0.00 | -10,006.14 | 23.22 |
| December, 2019 | 0.00 | 169,466.52 | -216.00 | 0.00 | 0.00 | -169,157.89 | 65.85 |
| February, 2020 | 0.00 | 6,101.00 | 0.00 | 0.00 | -6,130.50 | 0.00 | 36.35 |
| June, 2020 | 0.00 | 100.00 | 0.00 | -101.00 | 0.00 | 0.00 | 35.35 |
| July, 2020 | 0.00 | 200.00 | 0.00 | -202.00 | 0.00 | 0.00 | 33.35 |
| August, 2020 | 0.00 | 1,200.00 | 0.00 | -1,214.02 | 0.00 | 0.00 | 19.33 |
| October, 2020 | 0.00 | 250.00 | 0.00 | -204.02 | 0.00 | 0.00 | 65.31 |
| February, 2021 | 0.00 | 145.00 | 0.00 | -103.02 | 0.00 | 0.00 | 107.29 |
| March, 2021 | 0.00 | 1,000.01 | -1,001.51 | 0.00 | 0.00 | -0.01 | 105.78 |
| April, 2021 | 0.00 | 50.31 | 0.00 | -103.02 | 0.00 | -0.31 | 52.76 |
| May, 2021 | 0.00 | 0.09 | 0.00 | 0.00 | 0.00 | -0.09 | 52.76 |
| June, 2022 | 0.00 | 1,100.00 | 0.00 | 0.00 | -1,100.00 | 0.00 | 52.76 |
| October, 2022 | 0.00 | 17,079.17 | -8,543.09 | 0.00 | -105.00 | -5,492.13 | 2,991.71 |
| November, 2022 | 0.00 | 0.00 | -2,461.43 | 0.00 | 0.00 | -67.42 | 459.86 |

The certificate is issued to be provided upon request

Head of Maintenance Department Head-Office

Ivanova Nina

Formed by Privat24 self-service system

The facsimile seal and signature are used by agreement of the parties in accordance with Article 207 of the Civil Code of Ukraine
To view this document in electronic form:
1. Open page en.pb.ua/check
2. Choose type of document "Statements"
3. Enter the number of document and press "Search"

EIS-PANCHENKO-000786

RPT ORIGINAL DOCUMENT 5 08\19\2023 00490139 007 0137

EIS-PANCHENKO-000787

EIS-PANCHENKO-000788





ПАСПОРТ ГРОМАДЯНИНА УКРАЇНИ

ПАСПОРТ ГРАЖДАНИНА УКРАИНЫ

ПАНЧЕНКО
Прізвище

ОЛЕКСАНДР
ім'я

АНДРІЙОВИЧ
по батькові

24 ЖОВТНЯ 1989 РОКУ
Дата народження

МІСТО КИЇВ
Місце народження

Підпис власника паспорта

EFX ORIGINAL DOCUMENT 5 08\19\2023 00490139 007 0138

EIS-PANCHENKO-000789

# ENERGY STATEMENT
www.pge.com/MyEnergy

Account No.    7014779668-7
Statement Date:    06/16/2023
Due Date:    **07/07/2023**

## Service For:

OLEKSANDR PANCHENKO
111 N RENGSTORFF AVE APT 1324
MOUNTAIN VIEW, CA 94043

## Your Account Summary

| Current PG&E Electric Delivery Charges | $36.39 |
| Silicon Valley Clean Energy Electric Generation Charges | 27.99 |

**Total Amount Due by 07/07/2023** | **$64.38**

## Questions about your bill?

Mon-Fri  7 a.m.-7 p.m.
Saturday 8 a.m.-5 p.m.
Phone: 1-800-743-5000
www.pge.com/MyEnergy

## Ways To Pay

www.pge.com/waystopay

## Electric Monthly Billing History

Daily Usage Comparison

1 Year    Last    Current
Ago Period    Period

N/A    N/A

6.36

Electric kWh / Day

$80
$60
$40
$20
$0
2023                    6/16 2023

*Visit www.pge.com/MyEnergy for a detailed bill comparison*

## Important Messages

Please be advised that as of March 15, 2023, PG&E's local offices have permanently closed. To make an in-person payment, please utilize one of our authorized neighborhood payment centers. Please bring a copy of your bill. To find a location near you, visit **www.pge.com** or call 1-800-743-5000.

**Summer electric baseline season:** The summer electric baseline season began on June 1. The total electric baseline quantities shown in your energy statement were calculated using daily summer baseline quantities. Any billing days in the billing period prior to June 1 were calculated with winter baseline quantities.

Please return this portion with your payment. No staples or paper clips. Do not fold. Thank you.

9990201477166870000000643800000000643B



| Account Number: | Due Date: | Total Amount Due: | Amount Enclosed: |
| **7014779668-7** | **07/07/2023** | **$64.38** | $ |

OLEKSANDR PANCHENKO
111 N RENGSTORFF AVE APT 1324
MOUNTAIN VIEW, CA 94043-4250

PG&E
BOX 997300
SACRAMENTO, CA 95899-7300



EIS-PANCHENKO-000490 of 5

EFT ORIGINAL DOCUMENT 5 08\19\2023 00490139 007 0139

EIS-PANCHENKO-000791

EFX ORIGINAL DOCUMENT 5 08\19\2023 00490139 007 0139



411 N Rengstorff Ave

Apt. 1324

Mountain View, CA

94043



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE
**CERTIFIED MAIL***

7022 2410 0001 8524 4990



Retail



30374

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
MOUNTAIN VIEW, CA 94041
AUG 10, 2023

**$8.34**

R2303S101650-17



Equifax

PO Box 740250

Atlanta, GA

30374-0250

Ready Post

EIS-PANCHENKO-000793