# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEKSANDR PANCHENKO,<br><br>Plaintiff,<br><br>v.<br><br>COMENITY CAPITAL BANK,<br><br>Defendant. | Case No.: 23-cv-04965-EKL<br><br>[PROPOSED] ORDER<br>** AS MODIFIED **<br><br>HON.  EUMI K. LEE |

Following review of the Parties' Stipulated Briefing Schedule regarding Post-Trial Motions, the Court rules as follows:

- The deadline for the Parties' respective Motions for Attorneys' Fees and Costs is vacated and will be reset by further order of the Court following the conclusion of post-trial Motions. and/or appeals

- Panchenko's deadline to file an appeal regarding this Court's Summary Judgment Motion is vacated and reset to 40 days after this Court's entry of an Order on Comenity's omnibus Motion.

- Comenity's omnibus Motion is due on or before December 15, 2025. Panchenko has agreed to not challenge the timeliness of said Motion as it relates to Fed. R. Civ. P. 50(b).

IT IS SO ORDERED.

Dated: November 19, 2025

_____
HON. EUMI K. LEE
UNITED STATES DISTRICT COURT JUDGE