**LOKER LAW, APC**
Matthew M. Loker, Esq. (279939)
matt.loker@loker.law
Charles B. Cummins, Esq. (354861)
charles.cummins@loker.law
132 Bridge Street
Arroyo Grande, CA 93420
Telephone: (805) 994-0177

*Attorneys for Plaintiff,*
Oleksandr Panchenko

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEKSANDR PANCHENKO,<br><br>Plaintiff,<br><br>v.<br><br>COMENITY CAPITAL BANK,<br><br>Defendant. | Case No.: 23-cv-4965 EKL<br><br>**SUPPLEMENT RE: ADMITTED EXHIBITS**<br><br>HON. EUMI K. LEE |

Plaintiff OLEKSANDR PANCHENKO hereby lodges the following supplemental filing regarding Exhibits which were offered and admitted during trial.

On November 17, 2025, Panchenko lodged certain Admitted Exhibits. [Dkt. No. 246 – 246-93]. Panchenko was kindly reminded thereafter the November 17, 2025 filing was required to include deposition transcripts as well. Thus, Panchenko offers the following index of designations and attaches each transcript hereto.

| WITNESS | PROFFERED DESIGNATIONS |
|---|---|
| 1. Pavithra S | 3:4 – 10<br>6:13 – 18<br>12:7 – 14<br>21:14 – 23:11<br>28:21 – 25<br>29:8 – 30:18<br>30:23 – 32:18<br>33:17 – 33:23<br>39:13 – 39:18<br>43:10 – 44:15<br>45:10 – 45:08<br>46:21 – 47:02<br>48:01 – 13<br>51:14 – 19<br>52:1 – 16<br>53:9 – 20 |

| | |
|---|---|
| 2. Arshiya Banu | 3:4 – 10<br>6:4 – 10<br>14:20 – 15:08<br>15:23 – 16:16<br>16:22 – 17:21<br>20:03 – 21:01<br>24:24 – 25:05<br>25:09 – 26:03<br>26:16 – 28:08<br>28:09 – 18<br>29:7 – 31:4<br>32:2 – 34:18<br>41:6 – 43:12<br>43:13 – 44:03<br>45:11 – 46:02<br>46:5 – 47:16<br>48:13 – 18<br>49:4 – 50:3<br>51:5 – 55:7<br>57:16 – 59:19<br>60:2 – 62:8<br>63:23 – 64:18 |

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

| 3. J Elizabeth Rani | 4:5 – 12 |
|---|---|
| | 6:13 – 19 |
| | 13:6 – 15:11 |
| | 27:8 – 29:5 |
| | 29:6 – 20 |
| | 30:20 – 32:9 |
| | 32:13 – 19 |
| | 32:24 – 33:1 |
| | 35:22 – 36:21 |
| | 37:5 – 19 |
| | 37:24 – 42:8 |
| | 46:1 – 17 |
| | 51:3 – 52:6 |
| | 52:18 – 53:2 |
| | 53:3 – 55:17 |
| | 59:12 – 60:2 |
| | 62:10 – 19 |
| | 63:3 – 21 |
| | 69:10 – 13 |
| | 71:2 – 22 |
| | 72:3 – 14 |
| | 72:18 – 73:1 |
| | 73:6 – 14 |
| | 74:6 – 75:2 |
| | 76:15 – 77:10 |

| | | |
|---|---|---|
| | 4. Praghathi Gopinath | 4:3 – 7<br>7:4 – 11<br>24:23 – 27:16<br>27:20 – 30:7<br>30:23 – 32:19<br>38:8 – 41:19<br>44:21 – 54:10<br>57:8 – 59:22<br>60:14 – 18<br>63:16 – 23<br>65:2 – 24<br>66:4 – 14<br>66:18 – 20<br>68:23 – 69:19<br>72:2 – 7 |
| | 5. Ramya Shashidhar | 5:1 – 6<br>7:3 – 10<br>17:1 – 25<br>21:16 – 26:6<br>27:1 – 17<br>28:13 – 29:1<br>29:5 – 9<br>30:9 – 31:3<br>34:15 – 35:8<br>35:23 – 36:5<br>36:10 – 39:15<br>42:9 – 17<br>43:20 – 44:12<br>44:16 – 46:18 |

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

| | |
|---|---|
| 6. Arul Shanmugam | 5:1 – 5<br>7:12 – 20<br>20:25 – 22:10<br>24:8 – 13<br>30:21 – 31:19<br>32:16 – 23<br>33:6 – 12<br>34:8 – 12<br>34:16 – 35:9<br>37:10 – 38:9<br>46:18 – 47:5<br>48:12 – 52:1<br>52:6 – 55:18 |
| 7. Poojitha Kadaresh | 4:5 – 4:12<br>5:22 – 6:16<br>15:12 – 16:2<br>16:21 – 19:1<br>19:8 – 18<br>22:25 – 24:9<br>25:1 – 29:7<br>32:5 – 32:25<br>33:24 – 34:14<br>35:10 – 23<br>36:17 – 39:17<br>42:2 – 16<br>48:21 – 49:2<br>49:12 – 52:1<br>53:7 – 17<br>55:3 – 56:13<br>57:9 – 24<br>60:6 – 14 |

Date: November 19, 2025                                    **LOKER LAW, APC**

                                                   By:  ___/s/ Matthew M. Loker___
                                                           MATTHEW M. LOKER, ESQ.
                                                           ATTORNEY FOR PLAINTIFF

CASE NO.: 24-cv-4965 EKL            5 OF 5            *Panchenko v. Comenity Capital Bank*
**SUPPLEMENT RE: ADMITTED EXHIBITS**

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

## CERTIFICATE OF SERVICE

A copy of the foregoing ***SUPPLEMENT RE: ADMITTED EXHIBITS*** has been filed via CM/ECF on November 19, 2025.

                                        ___/s/ Matthew M. Loker___
                                        MATTHEW M LOKER, ESQ