1  TOMIO B. NARITA (SBN 156576)
   Tomio.Narita@wbd-us.com
2  JEFFREY A. TOPOR (SBN 195545)
   Jeff.Topor@wbd-us.com
3  NATHAN A. SEARLES (SBN 234315)
4  Nathan.Searles@wbd-us.com
5  ALISA A. GIVENTAL (SBN 273551)
   Alisa.Givental@wbd-us.com
6  KRISTINA B. HOVSEPYAN (SBN 340674)
7  Kristina.Hovsepyan@wbd-us.com
   **WOMBLE BOND DICKINSON (US) LLP**
8  50 California Street, Suite 2750
9  San Francisco, California 94111
   Telephone: (415) 433-1900
10 Facsimile: (415) 433-5530

12 Attorneys for Defendant
   Comenity Capital Bank



APPROVED
Judge Eumi K. Lee
December 4, 2025

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEKSANDR PANCHENKO,<br><br>Plaintiff,<br><br>vs.<br><br>COMENITY CAPITAL BANK,<br><br>Defendants. | CASE NO.: 5:23-cv-04965-EKL<br><br>**JOINT STIPULATION TO REVISE BRIEFING SCHEDULE FOR POST-TRIAL MOTIONS** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Oleksandr Panchenko ("Plaintiff") and Defendant Comenity Capital Bank ("Comenity") (together, "the Parties"), by and through their undersigned counsel, as follows:

WHEREAS, lead counsel, Tomio Narita, and Jeff Topor (the other principal drafter of the post-trial briefing) have been making progress on Comenity's post-trial brief during the past few weeks, but have also been handling other professional commitments;

WHEREAS, Mr. Narita has been ill for nearly a week since Thanksgiving and unable to make further progress on the briefing;

WHEREAS, the Parties met and conferred and agreed to stipulate to revise the briefing schedule for Post-Trial Motions as follows:

1. Defendant's Opening Post-Trial Brief, currently due December 15, 2025, shall now be due December 23, 2025.

2. Plaintiff's Response to Post-Trial Brief, currently due January 12, 2026, shall now be due January 20, 2026.

3. Defendant's Reply In Support of Post-Trial Brief, currently due January 26, 2026, shall now be due February 3, 2026.

4. The Hearing date for the Post-Trial Brief shall remain February 25, 2026, or such later date convenient to the Court.

5. Defendant anticipates seeking relief pursuant to, among others, Rule 50(b) of the Federal Rules of Civil Procedure. To the extent Defendant's Rule 50(b) motion addresses a jury issue not decided by the verdict, Plaintiff agrees not to argue that Defendant's motion is untimely, so long as the motion is filed by the newly-agreed deadline. In addition, Plaintiff agrees not to argue that Defendant's motion is not otherwise untimely under Rule 59 and/or 60 of the Federal Rules of Civil Procedure, so long as the motion is filed by the newly-agreed deadline.

| | |
|---|---|
| DATED: December 3, 2025 | WOMBLE BOND DICKINSON (US) LLP<br>TOMIO B. NARITA<br>JEFF A. TOPOR<br>NATHAN A. SEARLES<br>ALISA A. GIVENTAL<br>KRISTINA B. HOVSEPYAN<br><br>By:  /s/ Tomio B. Narita<br>     Tomio B. Narita<br>     Attorneys for Defendant<br>     Comenity Capital Bank |
| DATED: December 3, 2025 | LOKER LAW, APC<br>MATTHEW M. LOKER<br><br>By:  /s/Matthew M. Loker<br>     Matthew M. Loker<br>     Attorneys for Plaintiff<br>     Oleksandr Panchenko |

### FILER ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I, Tomio B. Narita, attest under penalty of perjury that concurrence in the filing of this document has been obtained from all of the signatories.

By:  /s/ Tomio B. Narita