Tomio B. Narita (SBN 156576)
Tomio.Narita@wbd-us.com
Jeffrey A. Topor (SBN 195545)
Jeff.Topor@wbd-us.com
Nathan A. Searles (SBN 234315)
Nathan.Searles@wbd-us.com
Alisa A. Givental (SBN 273551)
Alisa.Givental@wbd-us.com
Kristina B. Hovsepyan (SBN 340674)
Kristina.Hovsepyan@wbd-us.com
**WOMBLE BOND DICKINSON (US) LLP**
50 California Street, Suite 2750
San Francisco, California 94111
Telephone:  (415) 433-1900
Facsimile:   (415) 433-5530

Attorneys for Defendant
Comenity Capital Bank

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEKSANDR PANCHENKO,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., et al.<br><br>Defendants. | CASE NO.: 5:23-cv-04965-EKL<br><br>**DEFENDANT COMENITY CAPITAL BANK'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Pursuant to Civil Local Rules 7-11 and 79-5(f), and consistent with this Court's Order dated November 20, 20525, Defendant Comenity Capital Bank ("Comenity") submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion") and hereby moves for leave to file under seal unredacted versions of confidential settlement agreements between Plaintiff Oleksandr Panchenko ("Panchenko") and other defendants related to this case.

On September 24, 2025, Panchenko moved the Court, in limine, for order to exclude reference to or evidence of Panchenko's confidential settlements with other settling defendants. *See* Docket 155. On October 1, 2025, Comenity opposed Panchenko's motion. *See* Docket 174.

On October 9, 2025, the Court granted Panchenko's motion in limine and ordered at trial, Comenity may not reference or introduce evidence of confidential settlements that Plaintiff reached with the other Defendants. *See* Docket 179, 2:14-4:16.

On November 20, 2025, after trial, the Court further ordered Panchenko produce to Comenity's counsel a copy of every settlement agreement between Panchenko and each of the settling defendants in this action and the related action, Case No. 24-cv-07333 (N.D. Cal.). *See* Docket 251. The Court specifically stated: "To the extent the settlement agreements or their contents are referenced in the post-trial briefing, Comenity shall file the agreements under seal, and any references to their contents shall be redacted." *Id*.

On or about December 4, 2025, Comenity received correspondence from Panchenko's attorneys containing copies of the confidential settlement agreements pursuant to Docket 251. Comenity submits sealed copies of the settlement agreements. *See submitted concurrently* Declaration of Nathan Searles in Support of Defendant Comenity Capital Bank's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.

1  Comenity takes no position on the propriety of sealing these documents
2  because the material was designated by another party as CONFIDENTIAL under
3  the Stipulated Protective Order in this case.
4  Materials and documents may be provisionally filed under seal pursuant to
5  Civil Local Rule 79-5 when the documents, or portions thereof, have "been
6  designated as confidential by another party or non-party." Civil L.R. 79-5(f).
7  The documents filed provisionally under seal in connection with this motion
8  are listed in the Proposed Order filed in conjunction with this motion.

DATED: December 22, 2025    Respectfully submitted,

WOMBLE BOND DICKINSON (US) LLP
TOMIO B. NARITA
JEFFREY A. TOPOR
NATHAN A. SEARLES
ALISA A. GIVENTAL
KRISTINA B. HOVSEPYAN

By:  /s/ Nathan A. Searles
     Nathan A. Searles
     Attorneys for Defendant
     Comenity Capital Bank

1 CERTIFICATE OF SERVICE

2 A copy of the foregoing Defendant Comenity Capital Bank's Administrative Motion to Seal

3 Settlement Agreements has been filed via CM/ECF on December 22, 2025.

4

5 Additionally, Defendant Comenity Capital Bank's Administrative Motion to Seal Settlement

6 Agreements has been mailed and emailed to following recipients:

7

8 Elizabeth Marion Zwickert Timmermans
Eztimmermans@mcguirewoods.Com
9 McGuireWoods
434 Fayetteville Street
10 Raleigh, NC 27601
Attorney for Bank of America, N.A.
11

12 Elizabeth F. Pellegrini
Epellegrini@mcguirewoods.Com
13 McGuirewoods LLP
501 Fayetteville Street Ste 500
14 Raleigh, NC 27601
Attorney for Bank of America, N.A.
15

16 Piper A. McCormick
Pmccormick@mcguirewoods.Com
17 McGuireWoods LLP
1800 Century Park East 8th Floor
18 Los Angeles, CA 90067
Attorney for Bank of America, N.A.
19

20 Shakuan Smith
Sdsmith@mcguirewoods.Com
21 McGuirewoods LLP
201 N. Tryon Street Ste 3000
22 Charlotte, NC 28202
Attorney for Bank of America, N.A.
23

24 Leanne C. Yu
Leanne.Yu@wbd-Us.Com
25 Womble Bond Dickinson (US) LLP
50 California Street, Suite 2750
26 San Francisco, CA 94111
Attorney for Cavalry Portfolio Services, LLC
27

28

| | |
|---|---|
| 1 | Arjun P. Rao |
|   | Arjun.Rao@morganlewis.Com |
| 2 | Morgan Lewis & Bockius LLP |
|   | 2049 Century Park East, Suite 700 |
| 3 | Los Angeles, CA 90067 |
|   | Attorney for JPMorgan Chase Bank, National Association |
| 4 | |
| 5 | Lauren Sager McCabe |
|   | Lauren.Mccabe@morganlewis.Com |
| 6 | Scott and Scott Attorneys at Law LLP |
|   | 230 Park Avenue, 17th Floor The Helmsley Building |
| 7 | New York, NY 10169-1820 |
| 8 | Attorney for JPMorgan Chase Bank, National Association |
| 9 | Marcos D. Sasso |
|   | Marcos.Sasso@morganlewis.Com |
| 10 | Morgan Lewis and Bockius LLP |
| 11 | 2049 Century Park East, Suite 700 |
|    | Los Angeles, CA 90067 |
| 12 | Attorney for JPMorgan Chase Bank, National Association |
| 13 | |
| 14 | Elizabeth Hayes |
|    | Ehayes@polsinelli.Com |
| 15 | Polsinelli PC |
|    | 4020 Maple Avenue Suite 300 |
| 16 | Dallas, TX 75219 |
|    | Attorney for U.S. Bank, National Association |
| 17 | |
| 18 | Garrick Vanderfin |
|    | Gvanderfin@polsinelli.Com |
| 19 | Polsinelli LLP |
|    | 2049 Century Park East Suite 2900 |
| 20 | Los Angeles, CA 90067 |
|    | Attorney for U.S. Bank, National Association |
| 21 | |
| 22 | Marc Daniel Cabrera |
|    | Mcabrera@polsinelli.Com |
| 23 | Polsinelli PC |
|    | 4020 Maple Avenue Ste 300 |
| 24 | Dallas, TX 75219 |
|    | Attorney for U.S. Bank, National Association |
| 25 | |
| 26 | Jennifer R. Brooks |
|    | Jrbrooks@seyfarth.Com |
| 27 | Seyfarth Shaw LLP |
|    | 2323 Ross Avenue Suite 1660 |
| 28 | Dallas, TX 75201 |

| | |
|---|---|
| 1 | Attorney for Equifax Information Services LLC |
| 2 | Jibril Greene |
| 3 | Jagreene@seyfarth.Com<br>Seyfarth Shaw LLP |
| 4 | 2323 Ross Avenue Ste 1660<br>Dallas, TX 75201 |
| 5 | Attorney for Equifax Information Services LLC |
| 6 | Alice M. Hodsden |
| 7 | Ahodsden@seyfarth.Com<br>Seyfarth Shaw LLP |
| 8 | 601 S. Figueroa St. Suite 3300<br>Los Angeles, CA 90017 |
| 9 | Attorney for Equifax Information Services LLC |
| 10 | |
| 11 | Charlotte A. Long<br>Charlotte.Long@transunion.Com |
| 12 | Trans Union, LLC<br>555 W. Adams Street |
| 13 | Chicago, IL 60661<br>Attorney for Trans Union, LLC |
| 14 | |
| 15 | Jennifer M. Wade<br>Jennifer.Wade@troutman.Com |
| 16 | Troutman Pepper Hamilton Sanders LLP<br>100 Spectrum Center Drive Room 1500 |
| 17 | Irvine, CA 92618<br>Attorney for Trans Union, LLC |
| 18 | |
| 19 | On related case: Panchenko v. Experian Information Solutions, Inc., 5:24cv7333 |
| 20 | |
| 21 | Hannah Ohara<br>hohara@jonesday.com |
| 22 | JONES DAY<br>4655 Executive Dr. Suite 1500 |
| 23 | San Diego, CA 92121<br>Attorney for Experian Information Solutions, Inc. |
| 24 | |
| 25 | Geoffrey S. Irwin |
| 26 | gsirwin@jonesday.com<br>JONES DAY |
| 27 | 51 Louisiana Avenue N.W.<br>Washington, D.C. 20001 |
| 28 | Attorney for Experian Information Solutions, Inc. |

PANCHENKO V. BANK OF AMERICA, N.A. ET AL.            (CASE NO. 5:23-CV-04965-EKL) 5
DEFENDANT COMENITY CAPITAL BANK'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
WBD (US) 4931-9838-3492

1
2  Nick Rawls
   nrawls@jonesday.com
3  JONES DAY
   555 South Flower Street
4  Fiftieth Floor
   Los Angeles, CA 90071
5  Attorney for Experian Information Solutions, Inc.
6
7  DATED:  December 22, 2025
8                                         By:   /s/ Nathan A. Searles
                                                Nathan A. Searles
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28