TOMIO B. NARITA (SBN 156576)
Tomio.Narita@wbd-us.com
JEFFREY A .TOPOR (SBN 195545)
Jeff.Topor@wbd-us.com
NATHAN A. SEARLES (SBN 234315)
Nathan.Searles@wbd-us.com
KRISTINA B. HOVSEPYAN (SBN 234315)
Kristina.Hovsepyan@wbd-us.com
**WOMBLE BOND DICKINSON (US) LLP**
50 California Street, Suite 2750
San Francisco, California 94111
Telephone:  (415) 433-1900
Facsimile:   (415) 433-5530

Attorneys for Defendant
Comenity Capital Bank

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEKSANDR PANCHENKO,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., et al.<br><br>Defendants. | CASE NO.: 5:23-cv-04965-EKL<br><br>**DECLARATION OF TOMIO B. NARITA IN SUPPORT OF COMENITY CAPITAL BANK'S OMNIBUS POST-TRIAL MOTION**<br><br>The Honorable Eumi K. Lee |

I, Tomio B. Narita, declare as follows:

1.  I am an attorney duly licensed to practice before this Court, and all courts of the State of California. I am a partner at Womble Bond Dickinson (US) LLP, counsel of record for defendant Comenity Capital Bank ("Comenity") in this action. I make this declaration in support of Comenity's Omnibus Post-Trial Motion. I have personal knowledge of the facts set forth and could and would testify thereto if called upon to do so.

2.  Attached hereto as **Exhibit A** are true and correct copies of the Transcripts of Proceedings held on November 3-6, 2025, and reported by court reporters Irene L. Rodriguez, CSR, RMR, CRR and Lee-Anne Shortridge, CSR, CRR [Dkt. Nos. 233-236].

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California this 22nd day of December 2025.


_____
Tomio B. Narita

Exhibit A

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |
| 3 | SAN JOSE DIVISION |

```
 4
      OLEKSANDR PANCHENKO,              )
 5                                      )  CV-23-04975 EKL
                       PLAINTIFF,       )
 6                                      )  SAN JOSE, CALIFORNIA
                  VS.                   )
 7                                      )  NOVEMBER 3, 2025
      COMENITY CAPITAL BANK,            )
 8                                      )  VOLUME 2
                       DEFENDANT.       )
 9    _____  )  PAGES 101 - 309

10

11                    TRANSCRIPT OF PROCEEDINGS
                 BEFORE THE HONORABLE EUMI K. LEE
12                 UNITED STATES DISTRICT JUDGE

13
      A P P E A R A N C E S:
14
      FOR THE PLAINTIFF:      LOKER LAW, APC
15                            BY: MATTHEW M. LOKER
                                  CHARLES B. CUMMINS
16                            132 BRIDGE STREET
                              ARROYO GRANDE, CALIFORNIA 93420
17
                              RAMOS LAW
18                            BY: MATTHEW R. OSBORNE
                              10190 BANNOCK STREET, SUITE 200
19                            NORTHGLENN, COLORADO 80260

20
                  (APPEARANCES CONTINUED ON THE NEXT PAGE.)
21

22    OFFICIAL COURT REPORTERS:
                              IRENE L. RODRIGUEZ, CSR, RMR, CRR
23                            CERTIFICATE NUMBER 8074
                              LEE-ANNE SHORTRIDGE, CSR, CRR
24                            CERTIFICATE NUMBER 9595

25          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                 TRANSCRIPT PRODUCED WITH COMPUTER
```

A P P E A R A N C E S: (CONT'D)


FOR DEFENDANT COMENITY: WOMBLE BOND DICKINSON U.S., LLP
                        BY: TOMIO B. NARITA
                            ALISA A. GIVENTAL
                            KRISTINA HOVSEPYAN
                            NATHAN A. SEARLES
                        50 CALIFORNIA STREET, SUITE 2750
                        SAN FRANCISCO, CALIFORNIA 94111

ALSO PRESENT:           COMENITY CAPITAL BANK
                        MIKE GALEANO, IN HOUSE COUNSEL

| | | |
|---|---|---|
| 10:53AM | 1 | EXPERIAN APP WAS THE ONE THAT ALLOWED ME TO ACTUALLY SIGN UP |
| 10:53AM | 2 | AND REGISTER, AND WHEN I SAW THE ACCOUNT, I SAW THAT IT'S |
| 10:53AM | 3 | NOT -- THERE IS ACTUALLY A NUMBER THERE.  IT'S SUPER LOW.  AND |
| 10:54AM | 4 | THERE IS A LOT OF INFORMATION THERE THAT JUST DIDN'T MAKE ANY |
| 10:54AM | 5 | SENSE TO ME. |
| 10:54AM | 6 | Q.  AT WHAT POINT IN TIME DID YOU REVIEW THAT CREDIT REPORT |
| 10:54AM | 7 | FOR THE FIRST TIME? |
| 10:54AM | 8 | A.  SO IT WAS AROUND, LIKE, EARLY MAY.  IT WAS 11TH OF MAY OR |
| 10:54AM | 9 | CLOSE TO THAT DATE. |
| 10:54AM | 10 | Q.  SO MAY OF 2023.  WAS COMENITY THE ONLY ACCOUNT ON YOUR |
| 10:54AM | 11 | REPORT? |
| 10:54AM | 12 | A.  NO. |
| 10:54AM | 13 | Q.  WHO ELSE WAS ON THERE? |
| 10:54AM | 14 | A.  THERE WAS ABOUT, LIKE, TEN DIFFERENT ACCOUNTS TO ABOUT |
| 10:54AM | 15 | MAYBE NINE BANKS OR SOMETHING LIKE THAT.  SO A LOT OF DIFFERENT |
| 10:54AM | 16 | BANKS AND DIFFERENT ACCOUNTS. |
| 10:54AM | 17 | PLUS, THERE WAS INFORMATION ABOUT PREVIOUS JOBS AND SOME |
| 10:55AM | 18 | TELEPHONE NUMBERS AND ADDRESSES THERE AND SOFT INQUIRIES THAT |
| 10:55AM | 19 | OBVIOUSLY I DIDN'T RECOGNIZE. |
| 10:55AM | 20 | Q.  AND WHAT WAS YOUR IMPRESSION WHEN YOU SAW THOSE ACCOUNTS? |
| 10:55AM | 21 | WHY DID YOU THINK THAT THEY WERE ON THERE? |
| 10:55AM | 22 | A.  SO MY FIRST IMPRESSION WAS THAT -- SO THERE WAS MAYBE SOME |
| 10:55AM | 23 | CONFUSION.  MAYBE MY SOCIAL SECURITY WAS ACTUALLY KIND OF |
| 10:55AM | 24 | DISABLED OR SOMETHING.  IT WAS USED BY SOME OTHER PERSON. |
| 10:55AM | 25 | SO MY ASSUMPTION WAS MAYBE IT'S JUST A MISTAKE, A |

11:59AM   1    HAPPENING WITH THIS ACCOUNT.

11:59AM   2    Q.   GOING DOWN ON THE PAGE, STILL BATE STAMP 114.  WE SEE A

11:59AM   3    COUPLE OF -- TWO ACCOUNTS REFERRED TO.

11:59AM   4         DO YOU SEE THAT ON YOUR SCREEN?

11:59AM   5    A.   YES.

11:59AM   6    Q.   AND WHERE DID YOU GET THE ACCOUNT INFORMATION TO PUT IN

11:59AM   7    THAT FIELD?

11:59AM   8    A.   I GOT IT FROM MY CREDIT REPORT.

11:59AM   9    Q.   AND THOSE ACCOUNTS GO ON TO THE NEXT PAGE, IS THAT RIGHT,

11:59AM  10    BATES STAMP 115?

11:59AM  11    A.   YES.

11:59AM  12    Q.   AND TAKE US THROUGH.  WHEN WERE THE ACCOUNTS OPENED?  AND

11:59AM  13    I CAN ZOOM AS NEEDED.

11:59AM  14    A.   YES.  SO AS IT STATES HERE, BANK OF AMERICA WAS OPENED,

12:00PM  15    LIKE, EARLY 2017; BARCLAYS, EARLY 2016; AND COMENITY WAS OPENED

12:00PM  16    AT THE END OF 2015; JP MORGAN, THERE'S TWO ACCOUNTS, ONE IN

12:00PM  17    2016, AND ANOTHER ONE 2018.

12:00PM  18    Q.   AND WOULD -- IN TERMS OF ORDER, FIRST TO LAST, WHEN WAS

12:00PM  19    COMENITY OPENED?

12:00PM  20    A.   IT LOOKS LIKE THEY WERE OPENED IN THE FIRST ONE, 2015.

12:00PM  21    Q.   AND, MR. PANCHENKO, I BELIEVE YOU ALSO NOTE THE BALANCES,

12:00PM  22    THE TOTAL FRAUDULENT AMOUNT ON THIS EXHIBIT; IS THAT RIGHT?

12:00PM  23    A.   YES.

12:00PM  24    Q.   CAN YOU DESCRIBE THOSE FOR US?

12:00PM  25    A.   YES.  SO THIS IS SOMETHING THAT I HAD TO TYPE, AND THIS

12:00PM  1    WAS ANOTHER FIELD I HAD TO FILL FOR EACH ACCOUNT.

12:00PM  2         SO I TOOK THIS INFORMATION FROM MY CREDIT REPORT AND

12:01PM  3    FILLED IT HERE TO REPORT AS MUCH INFORMATION AS I CAN.

12:01PM  4    Q.   AND THE BALANCES, ARE THEY ALL EQUAL OR ARE THEY VARYING?

12:01PM  5    A.   YEAH, YES.  SO THEY'RE NOT ALL EQUAL.  I CAN SEE THAT

12:01PM  6    COMENITY HAD THE LOWEST AMOUNT OUT OF ALL OF THIS.  IT'S A

12:01PM  7    LITTLE BIT ABOVE 5,000.

12:01PM  8         SO ALL OTHER ACCOUNTS ARE MUCH BIGGER.

12:01PM  9    Q.   WITH THE LARGER ACCOUNTS, WERE YOU MORE CONCERNED ABOUT

12:01PM 10    THOSE THAN COMENITY?

12:01PM 11    A.   WELL, FOR ME IT WAS OBVIOUSLY ALL THE ACCOUNTS HERE WAS

12:01PM 12    FRAUDULENT, SO I WASN'T SPECIFICALLY CONCERNED ABOUT THE

12:01PM 13    AMOUNTS.

12:01PM 14         I BECOME CONCERNED ABOUT THE AMOUNTS ONLY WHEN SOME OF THE

12:01PM 15    BANKS TRIED TO KIND OF ASK ME TO PAY THEM, AND THEN OBVIOUSLY

12:01PM 16    THAT AMOUNT HIT IT BACK ON ME.

12:02PM 17         BUT AT THIS POINT IN TIME I JUST KIND OF SAW A LOT OF

12:02PM 18    FRAUDULENT INFORMATION ON MY CREDIT REPORT AND I WANTED TO GET

12:02PM 19    RID OF IT.

12:02PM 20    Q.   OKAY.  LOWER DOWN ON BATES STAMP 115, DO YOU SEE WHERE IT

12:02PM 21    SAYS "SUSPECT INFORMATION"?

12:02PM 22    A.   YES.

12:02PM 23    Q.   AND WHAT'S REFLECTED THERE?

12:02PM 24    A.   THERE'S AN ADDRESS IN LOS ANGELES, 5460 SIERRA VISTA, THE

12:02PM 25    PHONE NUMBER, AND, YEAH.

| 01:42PM | 1 | DISPUTING, IF AVAILABLE. |
| 01:42PM | 2 | Q.   AND HOW ARE YOU FEELING SEEING COMENITY ASKING YOU FOR |
| 01:42PM | 3 | THIS INFORMATION? |
| 01:42PM | 4 | A.   GENERALLY FOR ALL OF THIS INFORMATION I WAS CONFUSED |
| 01:43PM | 5 | BECAUSE I ALREADY SENT THIS INFORMATION TO COMENITY. |
| 01:43PM | 6 | AND AS FAR AS THE ACCOUNT NUMBER, I DON'T KNOW THE |
| 01:43PM | 7 | ACCOUNT.  ALL I CAN SEND THEM, AND I SENT IT PREVIOUSLY, IS |
| 01:43PM | 8 | PARTIALLY, LIKE, REDACTED ACCOUNT NUMBER THAT I GET FROM MY |
| 01:43PM | 9 | CREDIT REPORT. |
| 01:43PM | 10 | SO SEEING THIS, LIKE, CONFUSION AND I'M A BIT SCARED OF, |
| 01:43PM | 11 | YOU KNOW, ALL OF THIS INFORMATION BEING SENT TO COMENITY AGAIN |
| 01:43PM | 12 | WITH NO FULL ACCOUNT NUMBER AND MIGHT RESULT IN SOME CONFUSION |
| 01:43PM | 13 | ON THEIR PART.  SO, YEAH. |
| 01:43PM | 14 | MR. LOKER:  YOUR HONOR, I WAS GOING TO MOVE TO THE |
| 01:43PM | 15 | EXHIBIT THAT THERE IS AN OBJECTION FOR.  WOULD YOU LIKE US TO |
| 01:43PM | 16 | APPROACH? |
| 01:43PM | 17 | THE COURT:  WHICH EXHIBIT? |
| 01:43PM | 18 | MR. LOKER:  IT'S 28.  IT'S A TRANS UNION LETTER. |
| 01:43PM | 19 | THE COURT:  PLEASE APPROACH. |
| 01:43PM | 20 | (SIDE-BAR CONFERENCE OFF THE RECORD.) |
| 01:46PM | 21 | THE COURT:  MR. LOKER, PLEASE CONTINUE. |
| 01:46PM | 22 | MR. LOKER:  THANK YOU, YOUR HONOR. |
| 01:46PM | 23 | Q.   WE'RE GOING TO MOVE TO EXHIBIT NUMBER 52, WHICH IS A CALL |
| 01:46PM | 24 | RECORDING, THE DATE OF WHICH IS AUGUST 7TH OF 2023. |
| 01:46PM | 25 | MR. NARITA:  MR. LOKER, THIS MIGHT BE A TWO PART. |

01:46PM   1                    MR. LOKER:  YES.  THANK YOU.

01:46PM   2            SO AS COUNSEL NOTED, SIMILAR TO WHAT WE LISTENED TO BEFORE

01:46PM   3    LUNCH, THE SINGLE CALL HAPPENED ON AUGUST 7TH OF 2023.

01:47PM   4                    THE COURT:  SO IS THIS A STIPULATION OF FACT

01:47PM   5    PURSUANT TO --

01:47PM   6                    MR. LOKER:  CORRECT.

01:47PM   7                    THE COURT:  -- WHICH THE PARTIES HAD REACHED?

01:47PM   8                    MR. LOKER:  THAT'S CORRECT.

01:47PM   9                    THE COURT:  SO THE STIPULATION THAT THE PARTIES HAVE

01:47PM  10    REACHED, MR. LOKER WILL PRESENT THE DATE AND ANY INFORMATION

01:47PM  11    ABOUT THE UPCOMING TWO EXHIBITS.

01:47PM  12            PROCEED, MR. LOKER.

01:47PM  13                    MR. LOKER:  THANK YOU, YOUR HONOR.

01:47PM  14            SO THE FIRST PORTION OF THIS AUGUST 7TH, 2023 CALL WILL

01:47PM  15    COME TO US THROUGH EXHIBIT 52; AND THEN THE SECOND PORTION

01:47PM  16    COMES TO US THROUGH EXHIBIT 53, ALSO ON AUGUST 7TH.

01:47PM  17            THERE IS A 3 MINUTE PERIOD OF SILENCE FOR EXHIBIT 53.  SO

01:47PM  18    IF IT'S UNOBJECTED TO, I WAS GOING TO SKIP THAT SILENCE.

01:47PM  19                    MR. NARITA:  NO OBJECTION TO SKIPPING THE SILENCE,

01:47PM  20    YOUR HONOR.

01:47PM  21            AND, OF COURSE, BOTH OF THE CALL RECORDINGS WILL COME IN

01:47PM  22    SUBJECT TO OUR PRIOR OBJECTIONS, WHICH THE COURT HAS ALREADY

01:47PM  23    ADDRESSED.

01:47PM  24                    MR. LOKER:  OKAY.

01:47PM  25                    THE COURT:  SO SUBJECT -- THERE ARE NO OBJECTIONS

01:47PM  1    PAST THAT, AND WE'LL PROCEED WITH THE REST.

01:48PM  2              MR. LOKER:  THANK YOU, YOUR HONOR.

01:50PM  3         (AUDIO PLAYED IN OPEN COURT OFF THE RECORD.)

01:52PM  4    BY MR. LOKER:

01:52PM  5    Q.  BACK TO YOU, MR. PANCHENKO.

01:52PM  6         HOW ARE YOU FEELING DURING THAT CALL WITH COMENITY?

01:53PM  7    A.  AGAIN, SUPER CONFUSED FOR MANY REASONS, SPECIFICALLY,

01:53PM  8    LIKE, IT DOESN'T LOOK LIKE YOU'RE TALKING WITH SOME ENTITY THAT

01:53PM  9    KNOWS WHAT THEY'RE DOING.  IT'S ALWAYS KIND OF LIKE NOT THIS

01:53PM  10   DEPARTMENT BUT THAT DEPARTMENT SHOULD HELP YOU.

01:53PM  11        LIKE, I SAW THEM TALKING TO THE RIGHT PERSON AND THEN, NO,

01:53PM  12   YOU NEED TO CALL THE OTHER DEPARTMENT.

01:53PM  13        AGAIN, I'M WRITING THIS NUMBER JUST TO BE SAFE AND CALL

01:53PM  14   BACK THAT NEW NUMBER.

01:53PM  15        BUT, YEAH, IT'S JUST NAVIGATING THIS MAZE AND IT KIND OF

01:53PM  16   NEVER ENDS.

01:53PM  17              MR. LOKER:  BEFORE WE GET TO PART 2 OF THAT CALL,

01:53PM  18   YOUR HONOR, MAY WE MOVE EXHIBIT 52 IN EVIDENCE?

01:53PM  19              THE COURT:  YES, SUBJECT TO THE LIMITING

01:53PM  20   INSTRUCTION.

01:53PM  21              MR. NARITA:  YES, YOUR HONOR, AND OUR PRIOR

01:53PM  22   OBJECTIONS, WHICH YOU'VE ALREADY RULED ON.

01:53PM  23              THE COURT:  YES.  THOSE OBJECTIONS ARE NOTED AND

01:53PM  24   OVERRULED.

01:53PM  25         (PLAINTIFF'S EXHIBIT 52 WAS RECEIVED IN EVIDENCE.)

01:54PM  1          THE COURT:  AND JUST THE LINE OF -- WELL, I'LL WAIT

01:54PM  2      TO GIVE A LIMITING INSTRUCTION.

01:54PM  3          WHY DON'T WE GO AHEAD AND HEAR THE SECOND HALF, AND IT

01:54PM  4      WILL BE THE SAME LIMITING INSTRUCTION IN TERMS OF DIRECT

01:54PM  5      DISPUTES VERSUS INDIRECT DISPUTES.

01:54PM  6          MR. LOKER:  THANK YOU, YOUR HONOR.

01:54PM  7          GOING TO THE SECOND HALF OF EXHIBIT 53, ALSO ON AUGUST 7TH

01:54PM  8      OF 2023 OF COURSE, AT THIS POINT IN THE RECORDING, YOUR HONOR,

01:56PM  9      WE HAVE SILENCE FROM 1 MINUTE AND 45 SECONDS UP TO 4 MINUTES

01:56PM 10      AND 25 SECONDS, AND SO I'LL RESUME IF THAT'S OKAY.

01:56PM 11          THE COURT:  THAT'S FINE.  THANK YOU.

01:56PM 12      (AUDIO PLAYED IN OPEN COURT OFF THE RECORD.)

02:01PM 13  BY MR. LOKER:

02:01PM 14  Q.  WHAT'S GOING THROUGH YOUR HEAD WHILE YOU'RE HAVING THAT

02:01PM 15  CALL, MR. PANCHENKO?

02:01PM 16  A.  YEAH.  SO THIS WAS THE ONLY CALL THAT I HAD THAT I

02:01PM 17  REMEMBER.  I ACTUALLY WAS TOLD THAT THERE'S NOTHING THAT WE CAN

02:01PM 18  DO.  YOU'RE GOING TO STAY WITH THIS.  THIS IS THE END

02:02PM 19  BASICALLY.

02:02PM 20      AND FACING THIS WALL IS NOT FUN.  IT'S NOT A GOOD

02:02PM 21  EXPERIENCE OBVIOUSLY.

02:02PM 22      SO PROBABLY THIS WAS THE FIRST TIME THAT I STARTED

02:02PM 23  THINKING ABOUT, LIKE, GETTING SOME HELP, LIKE, ATTORNEY HELP TO

02:02PM 24  FIGHT THIS BECAUSE I SEE IT DOESN'T MAKE SENSE.  I'M SENDING

02:02PM 25  ALL OF THESE DOCUMENTS, I'M COMPLYING WITH ALL OF THE

02:02PM  1    REQUIREMENTS THAT THEY ASK ME FOR, AND I'M JUST GETTING STUCK

02:02PM  2    BECAUSE THEY SAY, LIKE, THERE IS NOTHING THAT WE CAN DO.  WE'RE

02:02PM  3    NOT EVEN GOING TO EVEN TRY TO INVESTIGATE, TRY TO DELETE, JUST

02:02PM  4    THAT'S IT.

02:02PM  5          THE COURT:  SO, MR. LOKER, AS TO -- LET ME JUST

02:02PM  6    INTERCEDE FOR ONE MOMENT.  WE JUST FINISHED LISTENING TO

02:02PM  7    EXHIBIT 52 AND EXHIBIT 53 RELATING TO AN AUGUST 7TH, 2023 CALL.

02:03PM  8          MEMBERS OF THE JURY, I'M GIVING YOU THE SAME INSTRUCTION

02:03PM  9    THAT THE EXHIBITS -- THE CALLS RELATED TO A DIRECT DISPUTE

02:03PM  10   BETWEEN -- WHICH PLAINTIFF SUBMITTED DIRECTLY TO COMENITY AND

02:03PM  11   COMENITY'S HANDLING OF THAT DISPUTE.

02:03PM  12         YOU MAY CONSIDER THE TESTIMONY ONLY TO THE EXTENT THAT YOU

02:03PM  13   BELIEVE THE INFORMATION PLAINTIFF PROVIDED COMENITY AS PART OF

02:03PM  14   THE DIRECT DISPUTE WAS RELEVANT TO COMENITY'S INVESTIGATION OF

02:03PM  15   A LATER DISPUTE THAT COMENITY REFERRED -- RECEIVED FROM A

02:03PM  16   CONSUMER REPORTING AGENCY, REFERRED DURING THIS TRIAL AS AN

02:03PM  17   INDIRECT DISPUTE.

02:03PM  18         MR. LOKER:  THANK YOU, YOUR HONOR.

02:03PM  19   I'M NOT SURE IF I DID, BUT WE WOULD MOVE EXHIBIT 53 INTO

02:03PM  20   EVIDENCE.

02:03PM  21         THE COURT:  I BELIEVE IT HAS HAPPENED, BUT JUST IN

02:03PM  22   CASE.

02:03PM  23         MR. NARITA:  I BELIEVE IT'S ALREADY IN.

02:03PM  24         MR. LOKER:  JUST IN CASE.

02:03PM  25         THE COURT:  YES, IT'S IN EVIDENCE.

03:13PM  1    A.   THIS IS AN EMAIL THAT I GOT REGARDING TRYING TO OPEN A

03:14PM  2    CREDIT CARD WITH APPLE CREDIT CARD.

03:14PM  3    Q.   AND WHAT IS THE DATE ON THE EMAIL?

03:14PM  4    A.   THE DATE IS AUGUST 16TH, 2023.

03:14PM  5    Q.   AND WHO IS THE EMAIL SENT FROM?

03:14PM  6    A.   THIS EMAIL WAS SENT FROM APPLE, AND PROBABLY THE

03:14PM  7    DEPARTMENT THAT ISSUES THESE CARDS.

03:14PM  8    Q.   AND WHO WAS THE EMAIL SENT TO?

03:14PM  9    A.   TO ME, TO OLEKSANDR PANCHENKO.

03:14PM 10         MR. LOKER:  YOUR HONOR, FOR EXHIBIT 54, MAY WE

03:14PM 11    PUBLISH IT AND ADMIT IT?

03:14PM 12         MR. NARITA:  YOUR HONOR, WE HAVE A FOUNDATION,

03:14PM 13    AUTHENTICATION, AND HEARSAY OBJECTION TO THIS.

03:14PM 14         THE COURT:  THE OBJECTION IS OVERRULED.

03:15PM 15         MR. LOKER:  THANK YOU.

03:15PM 16         (PLAINTIFF'S EXHIBIT 54 WAS RECEIVED IN EVIDENCE.)

03:15PM 17    BY MR. LOKER:

03:15PM 18    Q.   MR. PANCHENKO, CAN YOU DESCRIBE THE EMAIL?

03:15PM 19    A.   YES.  THIS IS AN EMAIL.  IT RELATES TO THE APPLICATION

03:15PM 20    THAT I MADE BEFORE TO GET APPLE CREDIT CARD, AND THIS EMAIL

03:15PM 21    SAYS THAT THEY REVIEWED MY APPLICATION AND THEY DENIED ME.

03:15PM 22    THEY DENIED ME A CREDIT CARD.

03:15PM 23    Q.   GO TO BATES STAMP 1 OF THE EMAIL.  WHAT IS THE BASIS

03:15PM 24    LISTED FOR THE REJECTION?

03:15PM 25    A.   SO IT SAYS BECAUSE OF SERIOUS DELINQUENCY, PROPORTION OF

03:15PM  1   BALANCES TO CREDIT LIMITS ON BANK/NATIONAL REVOLVING OR OTHER

03:15PM  2   REVOLVING ACCOUNTS IS TOO HIGH; AND TOO FEW ACCOUNTS CURRENTLY

03:16PM  3   PAID AS AGREED.

03:16PM  4   Q.   IN TERMS OF THAT DELINQUENCY, COMENITY WAS ONE OF THE

03:16PM  5   CREDIT CARDS THAT COMPRISED THE DELINQUENCY?

03:16PM  6          MR. NARITA:  OBJECTION.  FOUNDATION, YOUR HONOR.

03:16PM  7          THE COURT:  ONE MOMENT.

03:16PM  8      (PAUSE IN PROCEEDINGS.)

03:16PM  9          THE COURT:  COUNSEL, I'LL HAVE YOU REPHRASE THE

03:16PM  10  QUESTION.

03:16PM  11  BY MR. LOKER:

03:16PM  12  Q.   FOR YOUR -- YOU HAVE AN UNDERSTANDING OF THE ACCOUNTS ON

03:16PM  13  YOUR CREDIT REPORT; IS THAT RIGHT, MR. PANCHENKO?

03:17PM  14  A.   YES.

03:17PM  15  Q.   AND DO YOU RECALL HOW COMENITY -- THE AMOUNT OF DEBT THAT

03:17PM  16  COMENITY WAS REPORTING TO YOUR CREDIT REPORT?

03:17PM  17  A.   I BELIEVE THERE WAS SOME AMOUNT WAS ABOUT $5,000.

03:17PM  18  Q.   DO YOU HAVE AN UNDERSTANDING AS TO WHETHER THAT ACCOUNT

03:17PM  19  WAS REPORTED POSITIVELY OR NEGATIVELY?

03:17PM  20  A.   I BELIEVE, LIKE ALL THE ACCOUNTS, THEY WERE REPORTED

03:17PM  21  NEGATIVELY BECAUSE ALL OF THE ACCOUNTS WAS FRAUDULENT ACCOUNTS.

03:17PM  22  Q.   AND IN TERMS OF THE DENIAL OF CREDIT, YOU ACKNOWLEDGE THAT

03:17PM  23  SOME OF THE OTHER ACCOUNTS, SOME OF THE OTHER FRAUD WOULD HAVE

03:17PM  24  PLAYED A ROLE IN THAT DENIAL; IS THAT RIGHT?

03:17PM  25  A.   YES, OF COURSE.

03:17PM  1    Q.   LET'S TALK ABOUT YOUR EMOTIONAL DISTRESS.

03:17PM  2         SAME QUESTION.  SO THERE ARE MULTIPLE BANKS THAT REJECTED

03:17PM  3    YOUR DISPUTES; IS THAT CORRECT?

03:17PM  4    A.   CORRECT.

03:17PM  5    Q.   SOME, HOWEVER, DID ACCEPT YOUR DISPUTE AND DELETED THE

03:17PM  6    ACCOUNTS; IS THAT RIGHT?

03:17PM  7    A.   CORRECT.

03:17PM  8    Q.   AND AT THE END OF THIS TRIAL, ARE YOU GOING TO ASK THE

03:18PM  9    JURY TO AWARD YOU DAMAGES AGAINST COMENITY FOR WHAT THE OTHERS

03:18PM 10    DID?

03:18PM 11    A.   NO.

03:18PM 12    Q.   HOW CAN YOU DISTINGUISH BETWEEN THE HARM CAUSED BY

03:18PM 13    COMENITY AS OPPOSED TO THE HARM CAUSED BY THE OTHER BANKS?

03:18PM 14    A.   I CAN DISTINGUISH BASED ON MY INSTRUCTIONS WITH COMENITY.

03:18PM 15         SO, FIRST, COMENITY WAS THE ONLY ONE OUT OF ALL OF THOSE

03:18PM 16    BANKS THAT NOT JUST REMAINED THE ACCOUNT AND REPORTED IT BACK,

03:18PM 17    BUT REFUSED TO CONTINUE ANY INVESTIGATIONS.  SO IT WAS THE ONLY

03:18PM 18    BANK THAT WAS ACTUALLY SAYING, LIKE, WE'RE NOT GOING TO DO

03:18PM 19    ANYTHING, THIS IS IT.

03:18PM 20         ANOTHER ONE, THE COMENITY ACCOUNT WAS ONE OF THE SMALLEST

03:18PM 21    AMOUNT COMPARED TO OTHER BANKS, AND WAS EITHER FIRST OR ONE OF

03:19PM 22    THE FIRST THAT THIS PERSON OPENED.

03:19PM 23         SO I SEE THIS ACCOUNT AS BEING, LIKE, A -- OPENING THE

03:19PM 24    GATES BASICALLY FOR ANY OTHER ACCOUNTS THAT COME AFTER IT WHERE

03:19PM 25    MAYBE THIS ACCOUNT WAS EVEN LEVERAGED TO OPEN THESE OTHER

03:19PM 1    ACCOUNTS WITH OTHER BANKS.

03:19PM 2        SO BASED ON THIS, PLUS WHAT WE KNOW FROM THE DISCOVERY

03:19PM 3    WHERE I LEARNED THAT ALL OF THESE DOCUMENTS THAT I SEND THEM,

03:19PM 4    THEY DIDN'T EVEN LOOK AT THOSE DOCUMENTS, SO THIS IS CLEARLY

03:19PM 5    FOR ME DIFFERENTIATING COMENITY FROM OTHERS.

03:19PM 6        AND, LIKE, IN A REALLY CLEAR WAY, LIKE SHOWING THAT THEIR

03:19PM 7    NEGLIGENCE IS MUCH HIGHER THAN OTHER BANKS.

03:19PM 8    Q.   DID THE DISPUTE PROCESS IMPACT YOUR ABILITY TO GET

03:20PM 9    EMPLOYMENT?

03:20PM 10   A.   YES.

03:20PM 11   Q.   CAN YOU DESCRIBE THAT FOR US?

03:20PM 12   A.   SURE.  SO, LIKE, I STARTED TO LEARN ABOUT IDENTITY THEFT

03:20PM 13   AND HOW TO RECOVER FROM IT AND HOW TO DISPUTE THE ACCOUNTS, AS

03:20PM 14   I SAID BEFORE, IT WAS KIND OF -- I'M TRYING TO DISPUTE THE

03:20PM 15   ACCOUNTS SO IT DOESN'T REMAIN ON MY CREDIT REPORT.

03:20PM 16       SO WHAT I WAS DOING WAS BASICALLY CALLING THESE BANKS FROM

03:20PM 17   THE MOMENT WHEN MY WIFE WENT TO WORK, I STARTED TO CALL THE

03:20PM 18   BANKS, AND UNTIL THE EVENING WHEN SHE ARRIVES.

03:20PM 19       SO I HAD, LIKE, A PLAN.  I HAD AT LIST OF ALL THE BANKS.

03:20PM 20   SOME OF THE BANKS WAS ON THE WEST COAST.  SOME OF THEM WAS IN

03:20PM 21   CENTRAL AMERICA.  SOME OF THEM WERE ON THE EAST COAST.

03:20PM 22       SO OBVIOUSLY I STARTED TO CALL FROM THE EAST COAST SO THAT

03:20PM 23   I WILL HAVE MORE TIME TRYING TO REACH THOSE BANKS.  THEN WHEN

03:21PM 24   THEY KIND OF BECOME UNAVAILABLE AND THE WORKING DAY IS ENDED,

03:21PM 25   I'M STARTING TO CALLING THE CENTRAL.

1

2

3                   CERTIFICATE OF REPORTERS

4

5

6

7        WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8   UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9   CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10  HEREBY CERTIFY:

11       THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12  A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13  ABOVE-ENTITLED MATTER.

14

15

16       IRENE RODRIGUEZ, CSR, CRR
         CERTIFICATE NUMBER 8076
17

18

19       LEE-ANNE SHORTRIDGE, CSR, CRR
         CERTIFICATE NUMBER 9595
20

21       DATED:  NOVEMBER 3, 2025

22

23

24

25

```
 1                    UNITED STATES DISTRICT COURT

 2                   NORTHERN DISTRICT OF CALIFORNIA

 3                          SAN JOSE DIVISION

 4
        OLEKSANDR PANCHENKO,              )
 5                                        )   CV-23-04975 EKL
                          PLAINTIFF,      )
 6                                        )   SAN JOSE, CALIFORNIA
                   VS.                    )
 7                                        )   NOVEMBER 4, 2025
        COMENITY CAPITAL BANK,            )
 8                                        )   VOLUME 3
                          DEFENDANT.      )
 9      _____  )   PAGES 310 - 539

10

11                    TRANSCRIPT OF PROCEEDINGS
                  BEFORE THE HONORABLE EUMI K. LEE
12                  UNITED STATES DISTRICT JUDGE

13
        A P P E A R A N C E S:
14
        FOR THE PLAINTIFF:      LOKER LAW, APC
15                              BY: MATTHEW M. LOKER
                                    CHARLES B. CUMMINS
16                              132 BRIDGE STREET
                                ARROYO GRANDE, CALIFORNIA 93420
17
                                RAMOS LAW
18                              BY: MATTHEW R. OSBORNE
                                10190 BANNOCK STREET, SUITE 200
19                              NORTHGLENN, COLORADO 80260

20
                   (APPEARANCES CONTINUED ON THE NEXT PAGE.)
21

22      OFFICIAL COURT REPORTERS:
                                IRENE L. RODRIGUEZ, CSR, RMR, CRR
23                              CERTIFICATE NUMBER 8074
                                LEE-ANNE SHORTRIDGE, CSR, CRR
24                              CERTIFICATE NUMBER 9595

25            PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                  TRANSCRIPT PRODUCED WITH COMPUTER
```

A P P E A R A N C E S: (CONT'D)


FOR DEFENDANT COMENITY: WOMBLE BOND DICKINSON U.S., LLP
                         BY: TOMIO B. NARITA
                             ALISA A. GIVENTAL
                             KRISTINA HOVSEPYAN
                             NATHAN A. SEARLES
                         50 CALIFORNIA STREET, SUITE 2750
                         SAN FRANCISCO, CALIFORNIA 94111

ALSO PRESENT:            COMENITY CAPITAL BANK
                         MIKE GALEANO, IN HOUSE COUNSEL

09:39AM  1    A.   I'M NOT SURE I WAS DOING ANY FTC AT THIS POINT.

09:39AM  2         BUT I WAS DISCUSSING WITH MY WIFE PROBABLY THE EXPERIAN

09:39AM  3    DISPUTES, AND IT MIGHT BE THAT SHE SHARED WITH ME THE --

09:39AM  4    SOMETHING WE DISCUSSED WITH HER ABOUT HOW THE STATEMENT IS

09:39AM  5    SUPPOSED TO BE EITHER ON EXPERIAN OR OTHER CREDIT AGENCIES.

09:39AM  6    Q.   OKAY.  SO THE TWO OF YOU WERE WORKING TOGETHER ON THIS

09:39AM  7    DISPUTE PROCESS IN MAY OF 2023; RIGHT?

09:39AM  8    A.   IT WAS NOT -- IT WASN'T WORKING TOGETHER.  SHE WAS JUST

09:39AM  9    SUGGESTING SOMETHING.

09:39AM  10   Q.   OKAY.  AND IT TURNED OUT THAT HER SUGGESTION IS EXACTLY

09:39AM  11   WHAT YOU LATER USED AND WORKED INTO YOUR FRAUD AFFIDAVIT WITH

09:39AM  12   THE FTC; RIGHT?

09:40AM  13   A.   YES.

09:40AM  14   Q.   OKAY.  DO YOU STILL HAVE EXHIBIT 203 UP THERE?  IT'S

09:40AM  15   PROBABLY IN THE BINDERS.  LET'S GO BACK TO EXHIBIT 203 JUST SO

09:40AM  16   EVERYBODY -- WHILE YOU'RE FINDING IT, SIR, SO EVERYBODY

09:40AM  17   REMEMBERS WHAT THIS IS, THIS IS YOUR CREDIT REPORT DATED

09:40AM  18   MAY 11TH, 2023 THAT YOU GOT FROM EXPERIAN RIGHT AFTER YOU

09:40AM  19   STARTED THIS PROCESS; RIGHT?

09:40AM  20   A.   YES.

09:40AM  21   Q.   OKAY.  WE LOOKED AT A LITTLE BIT OF THIS YESTERDAY, BUT

09:41AM  22   LET'S TURN TO THE PAGE THAT TALKS ABOUT YOUR POTENTIALLY

09:41AM  23   NEGATIVE ACCOUNT ACTIVITY.  I THINK IT'S THE SECOND PAGE.

09:41AM  24        DO YOU SEE THAT?

09:41AM  25   A.   YES, I CAN SEE THAT.

09:41AM 1    Q.   OKAY.  AND SO THESE ARE ACCOUNTS THAT EXPERIAN IS TELLING

09:41AM 2    YOU APPEAR ON YOUR CREDIT REPORT AS OF MAY 11TH, 2023 THAT ARE

09:41AM 3    POTENTIALLY NEGATIVE; CORRECT?

09:41AM 4    A.   THEY APPEAR UNDER THE TITLE, YEAH, "POTENTIAL NEGATIVE

09:41AM 5    ACCOUNTS."

09:41AM 6    Q.   OKAY.  AND IT LOOKS LIKE THE FIRST ONE IS A BANK OF

09:41AM 7    AMERICA ACCOUNT THAT WAS PAID, CLOSED, WRITTEN OFF FOR $17,105;

09:42AM 8    RIGHT?

09:42AM 9    A.   RIGHT.

09:42AM 10   Q.   OKAY.  AND THEN THERE'S THE NEXT ONE IS A CAVALRY

09:42AM 11   PORTFOLIO SERVICE ACCOUNT, COLLECTION ACCOUNT, AND THE BALANCE

09:42AM 12   WAS $4,633, AND IT SAYS PAST DUE AS OF APRIL 2023; CORRECT?

09:42AM 13   A.   CORRECT.

09:42AM 14   Q.   AND THEN IF WE GO TO THE NEXT PAGE, THEY CONTINUE; RIGHT?

09:42AM 15        THERE'S A JP MORGAN CHASE ACCOUNT LISTED THERE, CHARGED

09:42AM 16   OFF.  THE BALANCE IS $33,377.  IT SAYS IT'S PAST DUE AS OF

09:42AM 17   DECEMBER 18TH, EXCUSE ME, DECEMBER 2018; RIGHT?

09:42AM 18   A.   YES.

09:42AM 19   Q.   AND IT LOOKS LIKE THERE'S ANOTHER JP MORGAN CHASE CARD,

09:42AM 20   RIGHT?  THE ACCOUNT IS CHARGED OFF WITH $49,957 BALANCE AND

09:43AM 21   IT'S PAST DUE AS OF JANUARY 2019; RIGHT?

09:43AM 22   A.   YES, THAT'S CORRECT.

09:43AM 23   Q.   AND IT LOOKS LIKE THERE'S ANOTHER ONE FROM SOMETHING

09:43AM 24   SYNCB/HOME.

09:43AM 25        DO YOU SEE THAT?

09:43AM  1    A.    YES.

09:43AM  2    Q.    AND DO YOU UNDERSTAND THAT'S SYNCHRONY BANK?

09:43AM  3    A.    I THINK I DIDN'T UNDERSTAND IT BACK THEN, BUT NOW I GUESS

09:43AM  4    IT'S CORRECT.

09:43AM  5    Q.    NOW YOU UNDERSTAND THAT'S A SYNCHRONY BANK ACCOUNT AND

09:43AM  6    IT'S LISTED AS CHARGED OFF FOR $3,770; CORRECT?

09:43AM  7    A.    YEAH.

09:43AM  8    Q.    OKAY.  AND THEN THE LAST ONE ON THE ACCOUNT IS FOR

09:43AM  9    U.S. BANK ACCOUNT CHARGED OFF FOR $9,886; CORRECT?

09:43AM  10   A.    YES.

09:43AM  11   Q.    NOW, SIR, WE CAN DO THIS ON A CALCULATOR, AND IF I WERE

09:43AM  12   BETTER AT MATH, I WOULD PROBABLY BE AN ENGINEER LIKE EVERYBODY

09:43AM  13   ELSE IN MY FAMILY.

09:43AM  14       BUT I DID IT WITH A CALCULATOR.  I ADDED UP ALL OF THOSE

09:44AM  15   NUMBERS, AND WHEN I ADDED THEM UP, THEY ADDED UP TO $118,728 OF

09:44AM  16   BALANCES THAT WERE LISTED AS POTENTIALLY NEGATIVE ACCOUNTS ON

09:44AM  17   YOUR MAY 11TH, 2023 EXPERIAN REPORT.

09:44AM  18       DOES THAT SOUND ABOUT RIGHT TO YOU?

09:44AM  19   A.    YEAH.  THAT'S A LOT OF ACCOUNTS THERE.  YEAH.

09:44AM  20   Q.    SO HOW DID THAT MAKE YOU FEEL?

09:44AM  21   A.    WELL, I'M NOT SPECIFICALLY LOOKING AT BALANCES AT THIS

09:44AM  22   POINT BECAUSE NONE OF THE BANKS ASKED ME YET TO RETURN ANY OF

09:44AM  23   THIS FRAUDULENT ACTIVITY MONEY.

09:44AM  24       SO FOR ME, I SEE FRAUDULENT ACCOUNTS OPENED IN MY NAME.

09:44AM  25   WHEN YOU REALIZE THAT, YOU'RE KIND OF SCARED THAT SOMEONE CAN

09:44AM   1    DO THAT, RIGHT?

09:44AM   2         SO I'M WORRIED THAT IT'S POSSIBLE TO DO.  I HAVE A BUNCH

09:45AM   3    OF THEM.  THEY'RE ALL FRAUDULENT.  I NEED TO DO SOMETHING.

09:45AM   4         SO THIS IS WHAT I FELT ON MAY 11TH.

09:45AM   5    Q.   OKAY.  SO YOU SAW ALL OF THESE -- IF MY ARITHMETIC IS

09:45AM   6    CORRECT, THEY ADDED UP TO OVER $118,000 OF BALANCES, AND THE

09:45AM   7    BALANCES DIDN'T CONCERN YOU AT ALL?

09:45AM   8    A.   WELL, NO, BECAUSE WHY WOULD YOU BE CONCERNED ABOUT

09:45AM   9    BALANCES IF NONE OF THESE ACCOUNTS ARE YOURS?

09:45AM   10   Q.   RIGHT.  YOU KNOW THAT YOU DON'T OWE ANY OF THIS MONEY;

09:45AM   11   RIGHT?

09:45AM   12   A.   SAY AGAIN.

09:45AM   13   Q.   WELL, YOU KNOW THAT YOU DON'T OWE ANY OF THIS MONEY;

09:45AM   14   CORRECT?

09:45AM   15   A.   I KNOW THAT NONE OF THESE ACCOUNTS ARE MINE, YEAH.

09:45AM   16   Q.   SO YOU WEREN'T CONCERNED ABOUT THE SIZE OF THE BALANCES?

09:45AM   17   A.   I WASN'T CONCERNED ABOUT THE SIZE OF THE BALANCES, RIGHT.

09:46AM   18   Q.   OKAY.  AND THEN LET'S GO TO THE NEXT PAGE.

09:46AM   19        SO EXPERIAN, ON THE SAME CREDIT REPORT ON THE SAME DAY,

09:46AM   20   HAS THIS GREEN SECTION, YOUR POSITIVE ACCOUNT ACTIVITY; RIGHT?

09:46AM   21        DO YOU SEE THAT?

09:46AM   22   A.   I CAN SEE COMENITY BELOW THE "POSITIVE ACCOUNT ACTIVITY"

09:46AM   23   TITLE, YEAH.

09:46AM   24   Q.   IT SAYS, "GREAT JOB PAYING THESE ACCOUNTS ON TIME.

09:46AM   25   PAYMENT HISTORY IS THE BIGGEST FACTOR OF YOUR CREDIT SCORE";

09:49AM 1   A.   YEAH.

09:49AM 2   Q.   WELL, WE'LL TRY TO FIND THOSE.

09:50AM 3        SO HOW DID THAT MAKE YOU FEEL WHEN EXPERIAN TOLD YOU THAT

09:50AM 4   MY CLIENT'S ACCOUNT WAS A POTENTIALLY POSITIVE ACCOUNT?

09:50AM 5   A.   I MEAN, I WAS CONFUSED.  WHAT DOES IT MEAN TO HAVE A

09:50AM 6   POSITIVE ACCOUNT THAT IS FRAUDULENT?

09:50AM 7        SO I DIDN'T PAY MUCH ATTENTION FOR THESE GREEN WORDS THAT

09:50AM 8   SAYS POSITIVE ACCOUNT ACTIVITY.

09:50AM 9   Q.   OKAY.

09:50AM 10  A.   I HAVE A FRAUD, I NEED TO DEAL WITH IT.

09:50AM 11  Q.   OKAY.  DO YOU HAVE EXHIBIT 201 IN THAT SAME BINDER, SIR?

09:51AM 12  A.   YES.

09:51AM 13  Q.   AND THAT'S ANOTHER NOTICE THAT WAS SENT TO YOU ON

09:51AM 14  MAY 11TH, 2023 BY EXPERIAN WHEN YOU STARTED THIS PROCESS WITH

09:51AM 15  THEM; CORRECT?

09:51AM 16  A.   YES.

09:51AM 17  Q.   OKAY.

09:51AM 18       I DON'T BELIEVE THERE'S ANY OBJECTION TO THIS, YOUR HONOR.

09:51AM 19  I WOULD LIKE TO MOVE IT INTO EVIDENCE.

09:51AM 20            MR. LOKER:  CORRECT.  NO OBJECTION, YOUR HONOR.

09:51AM 21            THE COURT:  ALL RIGHT.  EXHIBIT 201 WILL BE MOVED

09:51AM 22  INTO EVIDENCE.

09:51AM 23       (DEFENDANT'S EXHIBIT 201 WAS RECEIVED IN EVIDENCE.)

09:51AM 24            MR. NARITA:  CAN WE SHOW THAT TO THE JURY.  OKAY.

09:51AM 25  Q.   SO, SIR, THIS IS ONE OF THE NOTICES THAT YOU GOT FROM

| | | |
|---|---|---|
| 09:58AM | 1 | CORRECT? |
| 09:58AM | 2 | A.   YES. |
| 09:58AM | 3 | Q.   OKAY. |
| 09:58AM | 4 | A.   THESE ARE THE RESULTS OF THE DISPUTE, YEAH. |
| 09:58AM | 5 | Q.   AND AGAIN, IF WE GO TO PAGE 137, WHICH IS A FEW PAGES IN, |
| 09:58AM | 6 | AT THE BOTTOM THERE OF PAGE 137, SIR, THEY START AGAIN ADVISING |
| 09:58AM | 7 | YOU OF WHAT YOUR POTENTIALLY NEGATIVE ACCOUNT ACTIVITY IS; |
| 09:58AM | 8 | CORRECT? |
| 09:58AM | 9 | A.   WHAT PAGE DID YOU SAY? |
| 09:58AM | 10 | Q.   I'M SORRY.  THE BOTTOM PAGE SHOULD BE 137 IN THE BOTTOM |
| 09:58AM | 11 | RIGHT HAND CORNER. |
| 09:58AM | 12 | A.   YES, "YOUR POTENTIALLY NEGATIVE ACCOUNT ACTIVITY." |
| 09:58AM | 13 | Q.   CORRECT.  AND IF YOU TURN TO THE NEXT PAGE, YOU'LL SEE |
| 09:58AM | 14 | THAT THEY LIST, AGAIN, THE U.S. BANK, THE JP MORGAN CHASE, THE |
| 09:58AM | 15 | CAVALRY ACCOUNT AMONGST YOUR POTENTIALLY NEGATIVE ACCOUNT |
| 09:59AM | 16 | ACTIVITY; RIGHT? |
| 09:59AM | 17 | A.   YES. |
| 09:59AM | 18 | Q.   AND THEN ONE MORE PAGE IF YOU TURN IN, IT LISTS YOUR |
| 09:59AM | 19 | POSITIVE ACCOUNT ACTIVITY; CORRECT? |
| 09:59AM | 20 | A.   YES, IT SAYS "YOUR POSITIVE ACCOUNT ACTIVITY," YES. |
| 09:59AM | 21 | Q.   AND ONE OF THE ACCOUNTS THEY LIST THERE IS THE COMENITY |
| 09:59AM | 22 | ACCOUNT; RIGHT? |
| 09:59AM | 23 | A.   YES. |
| 09:59AM | 24 | Q.   OKAY.  AND HOW DID THAT MAKE YOU FEEL WHEN YOU GOT THAT? |
| 09:59AM | 25 | A.   THE SAME AS BEFORE I FIRST STATED, BECAUSE I HAVE |

09:59AM  1    FRAUDULENT ACCOUNTS ON MY CREDIT REPORT STILL.

09:59AM  2    Q.   OKAY.  NOW, YOU WENT TO THE POLICE STATION A FEW WEEKS

09:59AM  3    LATER; RIGHT?  THIS IS JUNE 1ST, 2023, AND YOU WENT TO THE

09:59AM  4    POLICE STATION ON JUNE 13TH, 2023; RIGHT?

09:59AM  5    A.   ABOUT THAT TIME, YES.

09:59AM  6    Q.   OKAY.  WE CAN LOOK AT THE POLICE REPORT, BUT I'M PRETTY

09:59AM  7    SURE THAT THE DATE OF THE REPORT IS JUNE 13TH, 2023.

10:00AM  8         DOES THAT SOUND RIGHT TO YOU?

10:00AM  9    A.   YEAH.

10:00AM 10    Q.   OKAY.  NOW, WHEN YOU WENT TO THE POLICE STATION, DID YOU

10:00AM 11    BRING ANY OF YOUR, YOUR CREDIT REPORTS THAT EXPERIAN HAD BEEN

10:00AM 12    SENDING WITH YOU?

10:00AM 13    A.   I DON'T REMEMBER WHETHER OR NOT I BROUGHT ANYTHING TO THE

10:00AM 14    POLICE DEPARTMENT.  IT WAS A NEW EXPERIENCE FOR ME, SO I DON'T

10:00AM 15    KNOW WHETHER I THOUGHT I NEEDED TO BRING ANYTHING.

10:00AM 16         BUT IT DEFINITELY -- I REMEMBER I DEFINITELY SENT TO THE

10:00AM 17    POLICE ALL OF THE DOCUMENTATION THAT THEY REQUESTED FROM ME.

10:00AM 18         SO THEY REQUESTED PROBABLY SOME FTC REPORTS LATER, OR SOME

10:00AM 19    OTHER DOCUMENTATION.  I SENT ALL OF THE INFORMATION THAT THEY

10:00AM 20    REQUESTED, I SENT IT TO THEM.

10:00AM 21    Q.   UNDERSTOOD.  SO YOU VISITED THE POLICE STATION ON

10:00AM 22    JUNE 13TH, 2023, AND THEN THEY ASKED YOU TO SEND SOME MORE

10:00AM 23    INFORMATION AFTER THAT; CORRECT?

10:00AM 24    A.   YES.

10:00AM 25    Q.   OKAY.  AND YOU DID SEND THEM MORE INFORMATION; CORRECT?

10:02AM  1          YOUR HONOR, MAY IT BE ADMITTED?

10:02AM  2                THE COURT:  SO ADMITTED.

10:02AM  3          (DEFENDANT'S EXHIBIT 216 WAS RECEIVED IN EVIDENCE.)

10:02AM  4                MR. NARITA:  SHOW THIS ONE.

10:02AM  5   Q.   SO THIS ONE IS DATED AFTER YOU GOT BACK FROM THE POLICE

10:02AM  6   STATION; CORRECT?

10:02AM  7   A.   I ASSUME IT'S PROBABLY SOME DAY AFTER JUNE 21ST, 2023.

10:02AM  8   Q.   OKAY.  SO THAT WAS AFTER YOU HAD GONE IN TO THE

10:02AM  9   MOUNTAIN VIEW POLICE DEPARTMENT AND MADE YOUR REPORT TO THE

10:02AM 10   POLICE; RIGHT?

10:02AM 11   A.   YEAH, I GUESS SO.

10:02AM 12   Q.   OKAY.  AND, AGAIN, THIS IS SHOWING A LIST OF POTENTIALLY

10:03AM 13   NEGATIVE ACCOUNT ACTIVITY.  THERE ARE THREE LISTED THERE;

10:03AM 14   RIGHT?  THE CAVALRY ACCOUNT, ONE OF THE JP MORGAN CHASE

10:03AM 15   ACCOUNTS, AND THE U.S. BANK ACCOUNT, RIGHT, IF YOU TURN INTO

10:03AM 16   THE REPORT?

10:03AM 17   A.   YES.

10:03AM 18   Q.   AND THEN AGAIN UNDER THE POSITIVE ACCOUNT ACTIVITY, IT

10:03AM 19   LISTS THE BARCLAYS ACCOUNT AND THE COMENITY ACCOUNT; RIGHT?

10:03AM 20   A.   YES.

10:03AM 21   Q.   AND HOW DID THAT MAKE YOU FEEL?

10:03AM 22   A.   THE SAME.  AGAIN, I RECEIVED ANOTHER CREDIT REPORT FROM

10:03AM 23   EXPERIAN THAT SAYS THAT I HAVE A FRAUDULENT ACCOUNT ON MY

10:03AM 24   CREDIT REPORT.

10:03AM 25   Q.   OKAY.  THERE'S A BUNCH OF BINDERS IN THIS CASE, SIR.  DO

11:20AM 1      A.    CAN YOU EXPLAIN WHAT'S THAT.

11:20AM 2      Q.    SURE.  SO ACDV'S ARE ELECTRONIC DISPUTES THAT YOU CAN

11:20AM 3    SUBMIT TO THE CONSUMER REPORTING AGENCIES.

11:20AM 4              MR. LOKER:  FOUNDATION, YOUR HONOR.

11:20AM 5              MR. NARITA:  HE ASKED ME TO EXPLAIN.

11:20AM 6              THE COURT:  SUSTAINED.  SO CAN YOU JUST SAY WHAT THE

11:20AM 7    WORDS OF THE ACRONYM IS, ACDV.

11:20AM 8              MR. NARITA:  SURE.

11:21AM 9      Q.    IT'S AUTOMATED CONSUMER DISPUTE VERIFICATION.

11:21AM 10         DO YOU RECOGNIZE THAT TERM?

11:21AM 11     A.    I SUBMITTED DISPUTES WITH THE CREDIT AGENCIES, BOTH, LIKE,

11:21AM 12   SENDING THE LETTERS AND CALLING THEM AND TRYING TO DO THIS VIA

11:21AM 13   THE WEBSITE OR THE APP.  THIS IS WHAT I DID.

11:21AM 14         BUT I DON'T RECALL WHAT THIS SPECIFIC THING THAT YOU ARE

11:21AM 15   SAYING.

11:21AM 16     Q.    FAIR ENOUGH.  BUT YOU FEEL LIKE YOU SPENT SOME TIME

11:21AM 17   DISPUTING ALL OF YOUR ACCOUNTS WITH THE CREDIT REPORTING

11:21AM 18   AGENCIES; RIGHT?

11:21AM 19     A.    I SPENT A LOT OF TIME, YEAH, DISPUTING THAT.

11:21AM 20     Q.    HOW MUCH OF THAT TIME RELATED TO THE COMENITY ACCOUNT?

11:21AM 21     A.    LIKE, ALL OF THE TIME.  I WAS DISPUTING ALL OF THE

11:21AM 22   FRAUDULENT ACTIVITIES IN MY CREDIT REPORTS, AND COMENITY, AS OF

11:22AM 23   SEPTEMBER FOR TRANS UNION, FOR EXAMPLE, THEY WERE STILL ON MY

11:22AM 24   CREDIT REPORT.

11:22AM 25             SO ALL OF THE TIME I DISPUTED WITH TRANS UNION, I WAS

11:22AM 1    DISPUTING COMENITY AS WELL.

11:22AM 2    Q.   OKAY.  BUT HOW MUCH OF THE TIME THAT YOU SPENT EITHER

11:22AM 3    GOING ONLINE OR ASSEMBLING YOUR LETTERS OR WRITING YOUR

11:22AM 4    LETTERS, HOW MUCH OF THAT TIME RELATED TO THE COMENITY ACCOUNT

11:22AM 5    SPECIFICALLY AS OPPOSED TO THE CHASE ACCOUNT OR THE BANK OF

11:22AM 6    AMERICA ACCOUNT OR THE CAVALRY ACCOUNT OR THE U.S. BANK

11:22AM 7    ACCOUNT, ALL OF THOSE OTHERS?

11:22AM 8    A.   ALL OF THE TIME, RIGHT?  I WASN'T DISPUTING ONE ACCOUNT

11:22AM 9    ONE BY ONE, RIGHT?  I WAS COMBINING ALL OF THE EVIDENCE, PUT IN

11:22AM 10   ALL OF THE FRAUDULENT ACCOUNTS, ADDRESSES AND ALL OF THE

11:23AM 11   INFORMATION THERE.  SO ALL OF THE TIME WAS RELATED TO COMENITY

11:23AM 12   AND THE OTHER BANKS.

11:23AM 13   Q.   OKAY.  SO YOU DIDN'T DISTINGUISH BETWEEN THE TIME THAT YOU

11:23AM 14   WERE SPENDING WORKING ON THE COMENITY ACCOUNT VERSUS THE TIME

11:23AM 15   YOU WERE SPENDING ON ALL OF THESE ACCOUNTS THAT YOU THOUGHT

11:23AM 16   WERE FRAUDULENT; RIGHT?

11:23AM 17   A.   YES.  I WAS FRUSTRATED WITH ALL OF THEM APPEARING ON MY

11:23AM 18   CREDIT REPORT OBVIOUSLY, YES.

11:23AM 19   Q.   AND THEN ALL OF THE TIME THAT YOU SPENT DEALING WITH THE

11:23AM 20   CONSUMER REPORTING AGENCIES WAS SORT OF TO COLLECTIVELY DISPUTE

11:23AM 21   ALL OF THE FRAUDULENT ACCOUNTS; RIGHT?

11:23AM 22   A.   YES, AND CALLING THE BANKS, YEAH.  I WAS TRYING TO DO IT,

11:23AM 23   LIKE, AS MUCH AS POSSIBLE, DISPUTING WITH CREDIT AGENCIES AND

11:23AM 24   WITH THE BANKS DIRECTLY.

11:23AM 25   Q.   OKAY.  DID YOU KEEP TRACK OF THAT TIME?

11:23AM 1    A.   THAT I SPENT?

11:23AM 2    Q.   YES.

11:23AM 3    A.   WELL, YOU DON'T NEED TO CHECK TIME IF IT GOES THE WHOLE

11:23AM 4    DAY FOR YOU, RIGHT?  IT IS LIKE A FULL-TIME JOB.

11:24AM 5         I ASSUMED THAT ALL OF THE TIME THAT I HAVE, I'M DEDICATED

11:24AM 6    TO RECOVER FROM THIS.

11:24AM 7    Q.   OKAY.  SO YOU, YOU SPENT ALL OF YOUR TIME EVERY DAY OF THE

11:24AM 8    MONTH, FULL TIME BETWEEN MAY, JUNE, JULY, AUGUST, AND

11:24AM 9    SEPTEMBER 2023 WORKING ON NOTHING ELSE BUT THIS PROBLEM; RIGHT?

11:24AM 10   A.   I BELIEVE THAT I HAVE SPENT, YES, LIKE WORKING AS A FULL

11:24AM 11   TIME, YES, FOR MANY MONTHS JUST TO RECOVER FROM THIS.

11:24AM 12   Q.   OKAY. SIR, I HAVE A BINDER, BUT I WANT TO MAKE SURE THAT

11:25AM 13   YOU HAVE IT UP THERE.  DO YOU HAVE A BINDER UP THERE WITH 245

11:25AM 14   IN IT?  IT'S PROBABLY GOING TO BE A DIFFERENT ONE.

11:25AM 15   A.   I DON'T SEE 245 HERE.

11:25AM 16   Q.   YOU DON'T HAVE 245?

11:25AM 17   A.   IT ENDS WITH 244.

11:25AM 18   Q.   OKAY.  LET ME TALK TO MY TEAM BRIEFLY AND WE'LL TRY TO

11:25AM 19   LOCATE 245.  HANG ON.

11:25AM 20        THE COURT:  WE'RE OFF THE RECORD FOR A MOMENT.

11:25AM 21       (PAUSE IN PROCEEDINGS.)

11:26AM 22        THE COURT:  TO THE JURORS, FEEL FREE TO STAND UP.

11:26AM 23   STRETCH.

11:26AM 24       (STRETCHING.)

11:26AM 25         MR. NARITA:  WE THINK IT'S IN THE BACK.

11:39AM 1    AWAY BECAUSE THERE IS GOING TO BE AN INCREASED COST FOR THAT

11:39AM 2    INTEREST.

11:39AM 3    Q.   SO YOU THINK THAT HYPOTHETICALLY, IF YOU APPLIED TO

11:39AM 4    PURCHASE A CAR OR SOMETHING ELSE, THAT YOU MIGHT GET AN OFFER

11:39AM 5    AT A HIGHER INTEREST RATE; IS THAT IT?

11:39AM 6    A.   NO, IT'S NOT HYPOTHETICAL.  YOU NEED THE CAR TO DRIVE

11:39AM 7    THROUGH.  IT'S LIKE A COUNTRY WHERE YOU HAVE TO DRIVE, RIGHT?

11:39AM 8    Q.   BUT I THOUGHT YOU DIDN'T HAVE YOUR CALIFORNIA DRIVER'S

11:39AM 9    LICENSE, SIR.

11:39AM 10   A.   BUT I HAVE MY DRIVER'S LICENSE FROM UKRAIN, AND I CAN

11:39AM 11   DRIVE WITH IT.

11:39AM 12   Q.   OKAY.  AND SO DO YOU HAVE A CAR?

11:39AM 13   A.   WE HAVE A CAR.

11:39AM 14   Q.   IT DRIVES OKAY?

11:39AM 15   A.   IT DRIVES OKAY.

11:39AM 16   Q.   YOU ALSO SAY IN PARAGRAPH 77 THAT YOU SPENT COUNTLESS

11:40AM 17   HOURS AND SUFFERED PECUNIARY LOSS IN ATTEMPTING TO CORRECT THE

11:40AM 18   DEFENDANTS' INACCURATE AND DEROGATORY INFORMATION WITHOUT

11:40AM 19   SUCCESS; RIGHT?

11:40AM 20   A.   I'M SORRY.  WHAT IS THE NUMBER?

11:40AM 21   Q.   IT'S AT THE VERY END OF PARAGRAPH 77.

11:40AM 22   A.   YES.

11:40AM 23   Q.   OKAY.  SO HOW MANY OF THOSE COUNTLESS HOURS RELATED TO

11:40AM 24   COMENITY, SIR?

11:40AM 25   A.   AS WE DISCUSSED PREVIOUSLY, LIKE ALL OF, ALL OF THE HOURS

| | | |
|---|---|---|
| 11:40AM | 1 | I SPENT TO RECOVER FROM THIS WHILE COMENITY WASN'T COMPLYING |
| 11:40AM | 2 | WITH IT IS RELATED TO COMENITY DIRECTLY. |
| 11:40AM | 3 | Q.   OKAY.  AND YOU DIDN'T COUNT THEM; RIGHT? |
| 11:40AM | 4 | A.   YEAH. |
| 11:40AM | 5 | Q.   OKAY.  PARAGRAPH 78, COULD WE ZOOM IN ON THAT. |
| 11:41AM | 6 | SIR, DID THE COMENITY ACCOUNT CAUSE YOU TO PAY AN |
| 11:41AM | 7 | INCREASED SECURITY DEPOSIT ANYWHERE? |
| 11:41AM | 8 | A.   SO -- YEAH, BECAUSE I COULDN'T PROVIDE MY SOCIAL SECURITY |
| 11:41AM | 9 | NUMBER TO THE COMPANY THAT WE WERE RENTING OUR APARTMENT FROM, |
| 11:41AM | 10 | AND BECAUSE THERE WAS A SUPER LOW CREDIT SCORE THERE, WE HAD TO |
| 11:41AM | 11 | PAY ADDITIONAL SECURITY DEPOSITS ON TOP OF THE REGULAR PRICE. |
| 11:41AM | 12 | SO, YES. |
| 11:41AM | 13 | Q.   WELL, DID YOU, DID YOU GO OVER ANYTHING ABOUT THAT WITH |
| 11:42AM | 14 | MR. LOKER YESTERDAY? |
| 11:42AM | 15 | A.   I DON'T REMEMBER WHETHER WE WENT THROUGH ANY RELEVANT |
| 11:42AM | 16 | DOCUMENTS FOR THIS. |
| 11:42AM | 17 | Q.   SO YOU CAN'T POINT THE JURY TO ANY DOCUMENT THAT YOU HAVE |
| 11:42AM | 18 | THAT SAYS THAT YOU PAID AN INCREASED SECURITY DEPOSIT BECAUSE |
| 11:42AM | 19 | OF THE COMENITY ACCOUNT; RIGHT? |
| 11:42AM | 20 | A.   WE PROVIDED A DOCUMENT, I BELIEVE, THAT WAS IN EMAILS FROM |
| 11:42AM | 21 | THE COMPANY THAT WE WERE RENTING WHERE THEY ASKED SPECIFICALLY |
| 11:42AM | 22 | TO PAY AN EXTRA SECURITY DEPOSIT. |
| 11:42AM | 23 | Q.   OKAY.  AND THAT WAS, THAT WAS EMAILS THAT WERE DATED |
| 11:42AM | 24 | BEFORE YOU EVER DISPUTED THIS ACCOUNT WITH COMENITY; RIGHT? |
| 11:42AM | 25 | A.   I REMEMBER THERE WERE MULTIPLE EMAILS.  SOME OF THEM -- |

03:03PM  1    Q.   OKAY.  DID YOU OBSERVE OLEKSANDR DURING THE DISPUTE

03:03PM  2    PROCESS AND THE STEPS THAT HE WAS TAKING?

03:03PM  3    A.   IN GENERAL, YES.  SO I MIGHT NOT KNOW ALL OF THE DETAILS

03:03PM  4    OF THE, LIKE, DOCUMENTS THAT HE WAS PREPARING OR SENDING, BUT

03:03PM  5    IN GENERAL, YES, BECAUSE WE LIVE TOGETHER, SO I WOULD SEE HIM

03:03PM  6    WORKING ON THAT AND PREPARING DIFFERENT THINGS THAT HE NEEDS TO

03:04PM  7    SEND THEM JUST GENERALLY TO UNDERSTAND WHAT IT IS, BECAUSE

03:04PM  8    THAT'S A COMPLETELY NEW SYSTEM FOR US.

03:04PM  9         AND AT FIRST, LIKE, WE MAY NOT UNDERSTAND THIS COMPLETELY

03:04PM  10   WHAT THAT WAS, JUST BECAUSE WE DIDN'T HAVE THIS IN OUR COUNTRY.

03:04PM  11        THEN I WOULD WAKE UP IN THE MORNING AND HE WOULD START HIS

03:04PM  12   DAY JUST GOING TO THE BANK, AND THEY WORK BUSINESS HOURS AND

03:04PM  13   YOU HAVE TO CALL THEM ON THEIR LINE TO TALK TO THE PERSON WHO

03:04PM  14   CAN ACTUALLY ANSWER SOME OF YOUR QUESTIONS, WHERE THE DOCUMENTS

03:04PM  15   CAN BE SENT, AND DISPUTE THINGS, AND HOW TO PROCEED WITH THEM.

03:04PM  16        I WOULD GO TO WORK, I WOULD RETURN BACK, AND HE WOULD

03:04PM  17   STILL BE SITTING AND WORKING AND TRYING TO, I DON'T KNOW, SEND

03:04PM  18   THE DOCUMENTS AND DO OTHER THINGS.

03:04PM  19   Q.   AROUND WHAT TIME WOULD YOU LEAVE FOR WORK DURING THE DAY?

03:04PM  20   A.   SO I START AROUND 8:00 EVERY MORNING.  SO 8:00ISH HE WOULD

03:04PM  21   START CALLING BECAUSE THAT'S WHEN EVERYBODY STARTS WORKING.

03:04PM  22   Q.   AND THEN HE WOULD STILL BE WORKING ON THE DISPUTES WHEN

03:05PM  23   YOU RETURNED HOME FROM WORK; IS THAT RIGHT?

03:05PM  24   A.   THAT'S RIGHT.

03:05PM  25   Q.   AND WHAT TIME WOULD YOU RETURN HOME FROM WORK?

A.    IT'S AROUND 4:00 OR 5:00 EVERY DAY, EVEN WHEN HE CAN'T

CALL ANYMORE, BECAUSE SOMETIMES THEY WILL PUT YOU ON THE HOLD

LINE AND YOU CAN BE THERE FOR, LIKE, TWO HOURS OR SO JUST

WAITING.

      AND THEN HE WOULD JUST GO THROUGH THE LIST OF THINGS HE

WOULD NEED TO DO.  IF HE HAD THE CHANCE TO TALK TO SOMEONE,

MAYBE HE NEEDS TO SEND THEM OVER SOME DOCUMENTS AND SOME OTHER

THINGS.

Q.    ARE YOU AWARE THAT MR. PANCHENKO WENT TO THE POLICE

STATION IN CONNECTION WITH THIS FRAUD?

A.    YES, I WAS, AND I AM.

Q.    AND YOU STILL ARE.

      IN TERMS OF THE POLICE IN THE UKRAINE, WHAT IS THAT

SITUATION LIKE?

A.    SO I THINK WE HAVE A HISTORY THAT, LIKE, OVER A LOT OF

DECADES THE POLICE WASN'T THERE AND NOT TO SUPPORT CIVILIANS,

BUT MORE TO PROTECT THE GOVERNMENT.

      AND PEOPLE IN MY COUNTRY, WE WOULDN'T HAVE, LIKE, THE

WHOLE TRUST TO THE POLICE.  IF YOU WOULD SEE THEM, LIKE, ON THE

STREET, YOU WOULD PROBABLY WANT TO SWITCH THE SIDE ON WHICH

YOU'RE GOING.

      AND WE ALSO HAVE A HISTORY THAT WE HAVE SEVERAL

REVOLUTIONS AND THE POLICE WAS THERE TO DEFEND GOVERNMENT, NOT

PEOPLE.

      SO WE DO HAVE SOME HISTORY WITH THE POLICE.  AND WE --

1

2                     UNITED STATES DISTRICT COURT

3                    NORTHERN DISTRICT OF CALIFORNIA

4                          SAN JOSE DIVISION

5

     OLEKSANDR PANCHENKO,            )
6                                    )   CV-23-04975 EKL
                    PLAINTIFF,       )
7                                    )   SAN JOSE, CALIFORNIA
              VS.                    )
8                                    )   NOVEMBER 5, 2025
     COMENITY CAPITAL BANK,          )
9                                    )   VOLUME 4
                    DEFENDANT.       )
10   _____)   PAGES 540 - 712

11

12                      TRANSCRIPT OF PROCEEDINGS
                  BEFORE THE HONORABLE EUMI K. LEE
13                   UNITED STATES DISTRICT JUDGE

13   A P P E A R A N C E S:

14

15   FOR THE PLAINTIFF:      LOKER LAW, APC
                             BY: MATTHEW M. LOKER
16                               CHARLES B. CUMMINS
                             132 BRIDGE STREET
16                           ARROYO GRANDE, CALIFORNIA 93420

17
                             RAMOS LAW
18                           BY: MATTHEW R. OSBORNE
                             10190 BANNOCK STREET, SUITE 200
19                           NORTHGLENN, COLORADO 80260

20
                  (APPEARANCES CONTINUED ON THE NEXT PAGE.)
21

22   OFFICIAL COURT REPORTERS:
                             IRENE L. RODRIGUEZ, CSR, RMR, CRR
23                           CERTIFICATE NUMBER 8074
                             LEE-ANNE SHORTRIDGE, CSR, CRR
24                           CERTIFICATE NUMBER 9595

25        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
              TRANSCRIPT PRODUCED WITH COMPUTER

A P P E A R A N C E S: (CONT'D)


FOR DEFENDANT COMENITY: WOMBLE BOND DICKINSON U.S., LLP
                         BY: TOMIO B. NARITA
                             ALISA A. GIVENTAL
                             KRISTINA HOVSEPYAN
                             NATHAN A. SEARLES
                         50 CALIFORNIA STREET, SUITE 2750
                         SAN FRANCISCO, CALIFORNIA 94111

ALSO PRESENT:            COMENITY CAPITAL BANK
                         MIKE GALEANO, IN HOUSE COUNSEL

02:13PM  1  Q.   OKAY.  WHAT IS EXHIBIT 3?

02:13PM  2  A.   I BELIEVE THIS IS AN EXPORT OF THE IMAGES THAT WERE

02:13PM  3  PROVIDED IN THE ACDV WE JUST LOOKED AT.

02:13PM  4  Q.   OKAY.  AND IS EXHIBIT 3 THE ENTIRETY OF THE IMAGE THAT YOU

02:13PM  5  BELIEVE WAS ATTACHED TO THE ACDV?

02:13PM  6  A.   YES.

02:13PM  7  Q.   OKAY.  AND IF AN IMAGE WAS RECEIVED BY COMENITY AND

02:14PM  8  ATTACHED TO AN ACDV, HOW IS IT SAVED?

02:14PM  9  A.   THE ASSOCIATE WOULD ACCESS IT WITHIN E-OSCAR, AND THEN WE

02:14PM  10  WOULD EXPORT IT OUT OF E-OSCAR AND SAVE IT INTO OUR EASE

02:14PM  11  APPLICATION.

02:14PM  12  Q.   AND THIS EXHIBIT THAT WE'RE LOOKING AT, EXHIBIT 3, DID IT

02:14PM  13  COME FROM EASE?

02:14PM  14  A.   YES.

02:14PM  15  Q.   DOES COMENITY HAVE ANY OTHER VERSIONS OF EXHIBIT 3 IN ITS

02:14PM  16  DOCUWARE SYSTEM?

02:14PM  17  A.   NOT THAT I'M AWARE OF.

02:14PM  18  Q.   DOES IT HAVE ANY OTHER FORM OF EXHIBIT 3 IN ITS EASE

02:14PM  19  SYSTEM?

02:14PM  20  A.   I'M THINKING.  I KNOW WE RECEIVED THESE IMAGES VIA ACDV.

02:14PM  21  I DO KNOW THAT THERE WAS SOME ADDITIONAL INFORMATION PROVIDED

02:14PM  22  TO US SEPARATELY, BUT I BELIEVE THIS TO BE THE ONLY VERSION OF

02:14PM  23  THIS THAT WE HAVE IN EASE.

02:14PM  24  Q.   OKAY.  THANK YOU.

02:14PM  25       AND IF WE COULD TURN YOUR ATTENTION TO EXHIBIT 23.

02:19PM 1    Q.   OKAY.  THANK YOU.

02:19PM 2         AND IN YOUR REVIEW OF VCARS, HOW MANY CALLS DID COMENITY

02:19PM 3    RECEIVE AFTER APRIL 2023?

02:19PM 4    A.   I'D HAVE TO LOOK AT THE VCARS NOTES AGAIN.

02:19PM 5    Q.   OKAY.  I BELIEVE THOSE WERE EXHIBIT 35.

02:19PM 6    A.   OKAY.  I'M SORRY, CAN YOU ASK THE QUESTION AGAIN?  HOW

02:19PM 7    MANY CALLS DID WE RECEIVE AFTER WHAT DATE?

02:20PM 8    Q.   APRIL OF 2023.

02:20PM 9    A.   SORRY.  IT'S HARD TO DETERMINE.  EVERY TIME THE ACCOUNT IS

02:20PM 10   ACCESSED, IT'S AUTOMATICALLY NOTED IN VCARS, SO I NEED TO -- I

02:20PM 11   HAVE TO FIGURE OUT WHICH ONES WERE NOTED BASED ON SOMEONE

02:20PM 12   ACCESSING THE ACCOUNT OR WHICH ONES WERE ACCESSED BASED ON A

02:20PM 13   PHONE CALL.

02:20PM 14   Q.   OKAY.  AND IN THIS MATTER, DID YOU SEARCH FOR CALL

02:20PM 15   RECORDINGS?

02:20PM 16   A.   YES, WE DID.

02:20PM 17   Q.   AND DID YOU SEARCH BY ACCOUNT NUMBER FOR THOSE RECORDINGS?

02:20PM 18   A.   YES, WE DID.

02:20PM 19   Q.   AND DID YOU SEARCH BY TELEPHONE NUMBER THAT WAS USED BY

02:20PM 20   THE CALLER CONTACTING COMENITY IN 2017 TO MAKE PAYMENTS?

02:21PM 21   A.   YES, WE DID.

02:21PM 22   Q.   AND DID YOU SEARCH USING THE TELEPHONE NUMBER THAT WAS

02:21PM 23   USED BY THE CALLER TO MAKE PAYMENTS IN 2018?

02:21PM 24   A.   YES.

02:21PM 25   Q.   DID YOU SEARCH FOR TELEPHONE CALL RECORDINGS ASSOCIATED

02:21PM  1    WITH THE TELEPHONE NUMBER OF MR. PANCHENKO?

02:21PM  2    A.    YES, WE SEARCHED BY ALL MEANS FOR PHONE CALLS.

02:21PM  3    Q.    OKAY.  AND DID YOU PROVIDE THE PLAINTIFF ALL CALLS

02:21PM  4    COMENITY HAD WHEN SEARCHING BY THESE METHODS?

02:21PM  5    A.    YES, WE DID.

02:21PM  6    Q.    OKAY.  THANK YOU.

02:21PM  7          AND I BELIEVE YOU SAID COMENITY'S CALL RECORDINGS ARE

02:21PM  8    SAVED ON NICE; IS THAT CORRECT?

02:21PM  9    A.    YES.

02:21PM  10   Q.    N-I-C-E?

02:21PM  11   A.    YES.

02:21PM  12   Q.    OKAY.  THANK YOU.

02:21PM  13         AND IN REGARDS TO -- YOU MENTIONED DOCUWARE.  DID YOU

02:21PM  14   SEARCH DOCUWARE FOR ALL DOCUMENTS IN THIS ACCOUNT?

02:21PM  15   A.    YES, WE DID.

02:21PM  16   Q.    AND DID YOU PROVIDE ALL OF THE DOCUMENTS IN DOCUWARE TO

02:21PM  17   PLAINTIFF?

02:21PM  18   A.    YES, WE DID.

02:21PM  19   Q.    OKAY.  THANK YOU.

02:21PM  20         ARE YOU FAMILIAR WITH AN AUD?

02:21PM  21   A.    YES.

02:21PM  22   Q.    AND DO YOU KNOW IF AN AUD WAS SUBMITTED ON THE ACCOUNT?

02:21PM  23   A.    I DO.

02:21PM  24   Q.    OKAY.  WHAT WAS THE AUD SUBMITTED ON THE ACCOUNT

02:22PM  25   REGARDING?

02:28PM 1    Q.   OKAY.  DO YOU THINK THAT THE INVESTIGATORS WERE CONFUSED

02:28PM 2    BY THE QUESTIONS AND THE TRANSCRIPTS DON'T REFLECT PROPERLY?

02:28PM 3              MR. LOKER:  SPECULATION.

02:28PM 4              THE COURT:  SUSTAINED.

02:28PM 5    BY MR. SEARLES:

02:28PM 6    Q.   MS. FORD, IN YOUR REVIEW OF THE TRANSCRIPTS THAT YOU WERE

02:28PM 7    PROVIDED, DO YOU THINK -- WAS THERE ANY DOUBT THAT SOME OF THE

02:28PM 8    INVESTIGATORS DID NOT FOLLOW THEIR POLICY?

02:28PM 9    A.   NO.  IN THE EASE NOTES THAT I REVIEWED, I FELT THE

02:28PM 10   INVESTIGATORS PERFORMED A THOROUGH INVESTIGATION BASED ON OUR

02:28PM 11   PROCEDURES.

02:28PM 12   Q.   OKAY.  BUT MY QUESTION WAS, THERE'S NO UNCERTAINTY IN THE

02:28PM 13   VIDEO THAT SOME OF THE INVESTIGATORS DID NOT FOLLOW POLICY; IS

02:28PM 14   THAT CORRECT?

02:28PM 15   A.   YES, I WOULD AGREE WITH THAT.

02:28PM 16   Q.   OKAY.  AND THAT IS OUTSIDE OF THE WRITTEN POLICY, THE

02:28PM 17   STATEMENTS THAT THEY DID NOT DO THESE ACTIONS; IS THAT CORRECT?

02:28PM 18   A.   THAT'S CORRECT.  WE'VE REVIEWED THOSE POLICIES TODAY AND

02:29PM 19   IT SHOWS THAT THEY SHOULD HAVE BEEN FOLLOWING THOSE PROCESSES.

02:29PM 20   Q.   OKAY.  AND, BIG PICTURE ON THE ACCOUNT OF MR. PANCHENKO,

02:29PM 21   WAS COMENITY TRYING TO RECOVER ON THIS ACCOUNT?

02:29PM 22   A.   NO, WE WEREN'T.  IT WAS ALREADY CONSIDERED A LOSS BY THE

02:29PM 23   TIME IT WAS DISPUTED.

02:29PM 24   Q.   OKAY.  AND SO WHY DOES COMENITY CARE ABOUT WHETHER IT JUST

02:29PM 25   SAYS WE'RE NOT GOING TO RECOVER FROM THIS ACCOUNT, SO HE'S A

03:11PM 1    ANSWER, OF COURSE -- DID THE INVESTIGATORS RECEIVE ANY SORT OF

03:12PM 2    TRAINING ABOUT NOT READING THE DISPUTES?

03:12PM 3    A.   NO.  IT'S ACTUALLY INCLUDED IN OUR TRAINING THAT THEY

03:12PM 4    SHOULD BE REVIEWING THE DISPUTES IN FULL.

03:12PM 5    Q.   AND WHEN THOSE TRAININGS AND THE ARTICLES ARE UPDATED, THE

03:12PM 6    INVESTIGATORS RECEIVE THOSE IN REAL TIME; IS THAT RIGHT?

03:12PM 7    A.   IT'S COMMUNICATED IN MEMOS.  WE HUDDLE WITH THE ASSOCIATES

03:12PM 8    TO PROVIDE THOSE UPDATES, YES.

03:12PM 9    Q.   WITH THE POLICY CHANGING TO HAVING THE INVESTIGATORS NOW

03:12PM 10   READ THE DISPUTES, DID COMENITY GO BACK IN ITS ARCHIVES AND

03:12PM 11   LOOK AT THOSE DISPUTES THAT WERE NOT PREVIOUSLY READ?

03:12PM 12   A.   I JUST WANT TO BE CLEAR.  I DON'T KNOW THAT THE POLICY

03:12PM 13   CHANGED TO NOW READ DISPUTES.

03:12PM 14       I THINK WE FOUND A GAP, POTENTIALLY IN OUR PROCEDURES, NOT

03:12PM 15   OUTLINING THAT IMAGES SHOULD BE REVIEWED, AND THAT WAS UPDATED.

03:13PM 16       BUT, NO, WE DIDN'T -- IT WAS ALWAYS A PART OF THE PROCESS

03:13PM 17   THAT IMAGES SHOULD BE REVIEWED AS PART OF THE DISPUTE.

03:13PM 18       AND, NO, WE WOULD NOT DO ANY LOOKBACK ON PRIOR DISPUTES.

03:13PM 19   Q.   AND IT WAS PART OF THE WRITTEN PROCESS.

03:13PM 20       BUT DO YOU RECALL MS. BANU'S TESTIMONY, FOR EXAMPLE, WHERE

03:13PM 21   SHE SAID OUR PROCESS WAS TO NOT LOOK AT IMAGES?

03:13PM 22   A.   I REMEMBER THAT TESTIMONY, YES.

03:13PM 23   Q.   AND WHEN THAT PROCESS WAS IN LINE, DISPUTES WERE NOT READ?

03:13PM 24   I'M NOT GOING TO TRY TO QUANTIFY HOW MANY DISPUTES, BUT YOU

03:13PM 25   WOULD AGREE THAT WITH THAT PROCESS IN EFFECT, CERTAIN DISPUTES

1

2

3                    CERTIFICATE OF REPORTERS

4

5

6

7          WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8     UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9     CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10    HEREBY CERTIFY:

11          THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13    ABOVE-ENTITLED MATTER.

14

15

16          IRENE RODRIGUEZ, CSR, CRR
            CERTIFICATE NUMBER 8076
17

18

19          LEE-ANNE SHORTRIDGE, CSR, CRR
            CERTIFICATE NUMBER 9595
20

21          DATED:  NOVEMBER 5, 2025

22

23

24

25

```
 1                    UNITED STATES DISTRICT COURT

 2                   NORTHERN DISTRICT OF CALIFORNIA

 3                          SAN JOSE DIVISION


 4
     OLEKSANDR PANCHENKO,                 )
 5                                        )  CV-23-04975 EKL
                        PLAINTIFF,        )
 6                                        )  SAN JOSE, CALIFORNIA
                   VS.                    )
 7                                        )  NOVEMBER 6, 2025
     COMENITY CAPITAL BANK,               )
 8                                        )  VOLUME 5
                        DEFENDANT.        )
 9   ─────────────────────────────────   )  PAGES 713 - 819


10

                        TRANSCRIPT OF PROCEEDINGS
11                 BEFORE THE HONORABLE EUMI K. LEE
                     UNITED STATES DISTRICT JUDGE
12
     A P P E A R A N C E S:
13
     FOR THE PLAINTIFF:      LOKER LAW, APC
14                           BY: MATTHEW M. LOKER
                                 CHARLES B. CUMMINS
15                           132 BRIDGE STREET
                             ARROYO GRANDE, CALIFORNIA 93420
16
                             RAMOS LAW
17                           BY: MATTHEW R. OSBORNE
                             10190 BANNOCK STREET, SUITE 200
18                           NORTHGLENN, COLORADO 80260

19
                   (APPEARANCES CONTINUED ON THE NEXT PAGE.)
20

21   OFFICIAL COURT REPORTERS:
                             IRENE L. RODRIGUEZ, CSR, RMR, CRR
22                           CERTIFICATE NUMBER 8074
                             LEE-ANNE SHORTRIDGE, CSR, CRR
23                           CERTIFICATE NUMBER 9595

24        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                TRANSCRIPT PRODUCED WITH COMPUTER
25
```

```
1       A P P E A R A N C E S: (CONT'D)

2


3       FOR DEFENDANT COMENITY: WOMBLE BOND DICKINSON U.S., LLP
                                 BY: TOMIO B. NARITA
4                                    ALISA A. GIVENTAL
                                     KRISTINA HOVSEPYAN
5                                    NATHAN A. SEARLES
                                 50 CALIFORNIA STREET, SUITE 2750
6                                SAN FRANCISCO, CALIFORNIA 94111

7       ALSO PRESENT:            COMENITY CAPITAL BANK
                                 MIKE GALEANO, IN HOUSE COUNSEL
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

09:21AM 1      SOME EVIDENCE WAS ADMITTED ONLY FOR A LIMITED PURPOSE.

09:21AM 2   WHEN I INSTRUCTED YOU THAT AN ITEM OF EVIDENCE HAS BEEN

09:21AM 3   ADMITTED ONLY FOR A LIMITED PURPOSE, YOU MUST CONSIDER IT ONLY

09:21AM 4   FOR THAT PURPOSE AND NOT ANY OTHER PURPOSE.

09:22AM 5      THIS ONE INCLUDED EVIDENCE OF DIRECT DISPUTES.  SO IT WAS

09:22AM 6   ONE OF THE EVIDENCE FOR A LIMITED PURPOSES THAT I STATED.

09:22AM 7      TESTIMONY AND EXHIBITS WERE PRESENTED THAT RELATE TO THE

09:22AM 8   DISPUTES THAT PANCHENKO SUBMITTED DIRECTLY TO COMENITY REFERRED

09:22AM 9   TO DURING TRIAL AS DIRECT DISPUTES AND COMENITY'S HANDLING OF

09:22AM 10  THOSE DISPUTES.  YOU MAY CONSIDER THIS EVIDENCE ONLY TO THE

09:22AM 11  EXTENT THAT YOU BELIEVE THE INFORMATION PANCHENKO PROVIDED

09:22AM 12  COMENITY AS PART OF THE DIRECT DISPUTES WAS RELEVANT TO

09:22AM 13  COMENITY'S INVESTIGATION OF A LATER DISPUTE THAT COMENITY

09:22AM 14  RECEIVED FROM A CREDIT REPORTING AGENCY REFERRED TO DURING

09:22AM 15  TRIAL AS INDIRECT DISPUTES.

09:23AM 16     OTHER EVIDENCE FOR A LIMITED PURPOSE - POLICE REPORT.

09:23AM 17     SO TESTIMONY AND EXHIBITS WERE PRESENTED REGARDING THE

09:23AM 18  POLICE REPORT DATED JUNE 13TH, 2023, WHICH REPRESENTED THE

09:23AM 19  FINDINGS OF THE POLICE OFFICER MAKING THE REPORT BASED UPON

09:23AM 20  INFORMATION GATHERED BY HIM DURING HIS INVESTIGATION.  YOU MAY

09:23AM 21  CONSIDER THIS EVIDENCE REGARDING THE POLICE REPORT FOR THE

09:23AM 22  LIMITED PURPOSE OF UNDERSTANDING PANCHENKO'S ALLEGATIONS AS

09:23AM 23  WELL AS FOR THE PURPOSE OF WHAT COMENITY HAD IN ITS POSSESSION.

09:23AM 24     EVIDENCE FOR A LIMITED PURPOSE - FTC REPORT.

09:23AM 25     TESTIMONY AND EXHIBITS WERE PRESENTED REGARDING THE

09:32AM 1          DIRECT VERSUS INDIRECT DISPUTES.

09:32AM 2          THE PHRASE DIRECT DISPUTES, THE PHRASE "DIRECT DISPUTE"

09:32AM 3    REFERS TO A DISPUTE SUBMITTED BY PANCHENKO TO COMENITY BY

09:32AM 4    LETTER OR BY PHONE REGARDING ITS CREDIT REPORTING.

09:32AM 5          THE PHRASE "INDIRECT DISPUTE" REFERS TO A DISPUTE

09:32AM 6    SUBMITTED BY PANCHENKO TO A CONSUMER REPORTING AGENCY REGARDING

09:32AM 7    COMENITY'S CREDIT REPORTING.

09:32AM 8          YOU MAY ONLY FIND THAT COMENITY VIOLATED THE FCRA, THE

09:32AM 9    FAIR CREDIT REPORTING ACT, IF IT FAILED TO REASONABLY

09:32AM 10   INVESTIGATE ONE OR MORE INDIRECT DISPUTES.

09:32AM 11         ANY DAMAGES ASSOCIATED WITH PANCHENKO'S DIRECT DISPUTES

09:33AM 12   ARE NOT RECOVERABLE.

09:33AM 13         NEGLIGENT VIOLATION.

09:33AM 14         TO PROVE A NEGLIGENT VIOLATION OF SECTION 1681S-2(B) OF

09:33AM 15   THE FAIR CREDIT REPORTING ACT, PANCHENKO MUST PROVE BY A

09:33AM 16   PREPONDERANCE OF THE EVIDENCE THAT COMENITY FAILED TO USE

09:33AM 17   REASONABLE CARE IN INVESTIGATING THE DISPUTE FROM A CONSUMER

09:33AM 18   REPORTING AGENCY.  REASONABLE CARE IS THE DEGREE OF CARE THAT A

09:33AM 19   REASONABLY PRUDENT PERSON WOULD USE UNDER SIMILAR

09:33AM 20   CIRCUMSTANCES.

09:33AM 21         WILLFUL VIOLATION.

09:33AM 22         TO PROVE A WILLFUL VIOLATION OF SECTION 1681S-2(B) OF THE

09:33AM 23   FAIR CREDIT REPORTING ACT, PANCHENKO MUST SHOW BY A

09:33AM 24   PREPONDERANCE OF THE EVIDENCE THAT COMENITY ACTED IN KNOWING OR

09:34AM 25   RECKLESS DISREGARD OF ITS OBLIGATIONS UNDER THE LAW.  CONDUCT

```
1
2
3                       CERTIFICATE OF REPORTERS
4
5
6
7          WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE
8     UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
9     CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO
10    HEREBY CERTIFY:
11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS
12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE
13    ABOVE-ENTITLED MATTER.
14
15
16                      _____
                        IRENE RODRIGUEZ, CSR, CRR
                        CERTIFICATE NUMBER 8076
17
18                      _____
19                      LEE-ANNE SHORTRIDGE, CSR, CRR
                        CERTIFICATE NUMBER 9595
20
21                      DATED:  NOVEMBER 6, 2025
22
23
24
25
```