TOMIO B. NARITA (SBN 156576)
Tomio.Narita@wbd-us.com
JEFFREY A. TOPOR (SBN 195545)
Jeff.Topor@wbd-us.com
NATHAN A. SEARLES (SBN 234315)
Nathan.Searles@wbd-us.com
ALISA A. GIVENTAL (SBN 273551)
Alisa.Givental@wbd-us.com
KRISTINA B. HOVSEPYAN (SBN 340674)
Kristina.Hovsepyan@wbd-us.com
**WOMBLE BOND DICKINSON (US) LLP**
50 California Street, Suite 2750
San Francisco, California 94111
Telephone: (415) 433-1900
Facsimile: (415) 433-5530

Attorneys for Defendant
Comenity Capital Bank

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEKSANDR PANCHENKO, <br><br> Plaintiff, <br><br> vs. <br><br> BANK OF AMERICA, N.A., et al. <br><br> Defendants. | CASE NO.: 5:23-cv-04965-EKL <br><br> **DECLARATION OF KRISTINA B. HOVSEPYAN IN SUPPORT OF DEFENDANT COMENITY CAPITAL BANK'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

1  I, Kristina B. Hovsepyan, declare as follows:

2  1. I am an attorney duly licensed to practice before this Court. I am an associate at Womble Bond Dickinson (US) LLP, counsel of record for defendant Comenity Capital Bank ("Comenity") in this action. I make this declaration in support of Comenity's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. I have personal knowledge of the facts set forth and could and would testify thereto if called upon to do so.

2. On November 20, 2025, the Court ordered:
> Panchenko shall produce to Comenity's Outside Counsel of Record, as that term is defined in the Protective Order, ECF No. 67, a copy of every settlement agreement between Panchenko and each of the Settling Defendants in this action and the related action, Case No. 24-cv-07333 (N.D. Cal.). . . . **To the extent the settlement agreements or their contents are referenced in the post-trial briefing, Comenity shall file the agreements under seal, and any references to their contents shall be redacted.**

*See* Docket 251 (emphasis added).

3. On or about December 23, 2025, Comenity filed its Omnibus Post-Trial Motion which contains a dollar amount that represents the total sum of settlement proceeds Plaintiff Oleksandr Panchenko ("Panchenko") received from each settling defendant in this action and the related action, Case No. 24-cv-07333 (N.D. Cal.). Comenity submits under seal **Exhibit A** – Comenity Capital Bank's Omnibus Post-Trial Motion filed on December 23, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at San Francisco, California this 23rd day of December 2025.

By:  */s/ Kristina B. Hovsepyan*
     Kristina B. Hovsepyan

---

PANCHENKO V. BANK OF AMERICA, N.A. ET AL.                (CASE NO. 5:23-CV-04965-EKL) 1
DECLARATION OF KRISTINA B. HOVSEPYAN IN SUPPORT OF DEFENDANT COMENITY CAPITAL
BANK'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL
SHOULD BE SEALED