TOMIO B. NARITA (SBN 156576)
Tomio.Narita@wbd-us.com
JEFFREY A .TOPOR (SBN 195545)
Jeff.Topor@wbd-us.com
NATHAN A. SEARLES (SBN 234315)
Nathan.Searles@wbd-us.com
KRISTINA B. HOVSEPYAN (SBN 234315)
Kristina.Hovsepyan@wbd-us.com
**WOMBLE BOND DICKINSON (US) LLP**
50 California Street, Suite 2750
San Francisco, California 94111
Telephone:  (415) 433-1900
Facsimile:   (415) 433-5530

Attorneys for Defendant
Comenity Capital Bank

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEKSANDR PANCHENKO,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., et al.<br><br>Defendants. | CASE NO.: 5:23-cv-04965-EKL<br><br>**DECLARATION OF TOMIO B. NARITA IN SUPPORT OF COMENITY CAPITAL BANK'S REPLY IN SUPPORT OF OMNIBUS POST-TRIAL MOTION**<br><br>The Honorable Eumi K. Lee |

I, Tomio B. Narita, declare as follows:

1.  I am an attorney duly licensed to practice before this Court, and all courts of the State of California. I am a partner at Womble Bond Dickinson (US) LLP, counsel of record for defendant Comenity Capital Bank ("Comenity") in this action. I make this declaration in support of Comenity's Reply in support of its Omnibus Post-Trial Motion. I have personal knowledge of the facts set forth and could and would testify thereto if called upon to do so.

2.  Attached hereto as **Exhibit A** are true and correct copies of the Transcripts of Proceedings held on November 3-6, 2025, and reported by court reporters Irene L. Rodriguez, CSR, RMR, CRR and Lee-Anne Shortridge, CSR, CRR [Dkt. Nos. 233-236].

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California this 3rd day of February 2025.

_____
Tomio B. Narita

Exhibit A

1           UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3              SAN JOSE DIVISION


4

5  OLEKSANDR PANCHENKO,              )
                                     )  CV-23-04975 EKL
6               PLAINTIFF,           )
                                     )  SAN JOSE, CALIFORNIA
7       VS.                          )
                                     )  NOVEMBER 3, 2025
8  COMENITY CAPITAL BANK,            )
                                     )  VOLUME 2
9               DEFENDANT.           )
   _____  )  PAGES 101 - 309

10

11            TRANSCRIPT OF PROCEEDINGS
         BEFORE THE HONORABLE EUMI K. LEE
12          UNITED STATES DISTRICT JUDGE


13

14  A P P E A R A N C E S:

15  FOR THE PLAINTIFF:     LOKER LAW, APC
                           BY: MATTHEW M. LOKER
16                             CHARLES B. CUMMINS
                           132 BRIDGE STREET
17                         ARROYO GRANDE, CALIFORNIA 93420

18                         RAMOS LAW
                           BY: MATTHEW R. OSBORNE
19                         10190 BANNOCK STREET, SUITE 200
                           NORTHGLENN, COLORADO 80260

20

21        (APPEARANCES CONTINUED ON THE NEXT PAGE.)


22  OFFICIAL COURT REPORTERS:
                           IRENE L. RODRIGUEZ, CSR, RMR, CRR
23                         CERTIFICATE NUMBER 8074
                           LEE-ANNE SHORTRIDGE, CSR, CRR
24                         CERTIFICATE NUMBER 9595

25       PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
             TRANSCRIPT PRODUCED WITH COMPUTER

```
 1

 2     A P P E A R A N C E S: (CONT'D)

 3

 4     FOR DEFENDANT COMENITY: WOMBLE BOND DICKINSON U.S., LLP
                                BY: TOMIO B. NARITA
 5                                  ALISA A. GIVENTAL
                                    KRISTINA HOVSEPYAN
 6                                  NATHAN A. SEARLES
                                50 CALIFORNIA STREET, SUITE 2750
 7                              SAN FRANCISCO, CALIFORNIA 94111

 8     ALSO PRESENT:            COMENITY CAPITAL BANK
                                MIKE GALEANO, IN HOUSE COUNSEL
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    SAN JOSE, CALIFORNIA                    NOVEMBER 3, 2025

08:53AM  2              P R O C E E D I N G S

08:53AM  3       (COURT CONVENED AT 8:53 A.M.)

08:53AM  4       (JURY OUT AT 8:53 A.M.)

08:54AM  5           THE CLERK:  WE'RE CALLING 5:23-CV-04965 EKL,

08:54AM  6    PANCHENKO VERSUS COMENITY CAPITAL BANK.  THIS IS FOR JURY

08:54AM  7    TRIAL.

08:54AM  8       COULD YOU PLEASE, PLEASE STATE YOUR APPEARANCES ON THE

08:54AM  9    RECORD STARTING WITH COUNSEL FOR THE PLAINTIFF.

08:54AM 10           MR. LOKER:  YES, GOOD MORNING, YOUR HONOR.

08:54AM 11       MATT LOKER ON BEHALF OF THE PLAINTIFF.

08:54AM 12           THE COURT:  GOOD MORNING.

08:54AM 13           MR. NARITA:  YOUR HONOR, TOMIO NARITA FOR THE

08:54AM 14    DEFENDANT.

08:54AM 15           THE COURT:  ALL RIGHT.  GOOD MORNING TO YOU ALL.

08:54AM 16       I SEE THAT YOUR CLIENTS ARE PRESENT, AS WELL AS THE REST

08:54AM 17    OF YOUR TRIAL TEAM.

08:54AM 18       SO WE'RE HERE ON A CONFERENCE OUTSIDE OF THE PRESENCE OF

08:54AM 19    THE JURY.  I JUST WANTED TO TOUCH BASE REGARDING A FEW THINGS

08:54AM 20    THAT CAME IN THIS WEEKEND.

08:54AM 21       SO LET'S BEGIN WITH, FIRST, I JUST WANT TO KNOW, SINCE WE

08:54AM 22    DIDN'T HAVE MADAM COURT REPORTER THERE AT THE TIME, BECAUSE IT

08:54AM 23    WAS AFTER THE JURY HAD BEEN RELEASED AND COUNSEL HAD BEEN

08:54AM 24    RELEASED, BUT I'M PLACING ON THE RECORD AFTER JURORS AND

08:54AM 25    COUNSEL WERE RELEASED, ONE OF OUR JURORS, JUROR NUMBER 10,

| | | |
|---|---|---|
| 11:42AM | 1 | U.S. BANK, THERE IS COMENITY, THERE IS CAVALRY PORTFOLIO? |
| 11:42AM | 2 | Q.   IN TERMS OF THE ACCOUNTS THAT REMAIN, MR. PANCHENKO, |
| 11:42AM | 3 | COMENITY WAS ONE OF THOSE ACCOUNTS; IS THAT RIGHT? |
| 11:43AM | 4 | A.   CORRECT. |
| 11:43AM | 5 | Q.   BUT OTHER ACCOUNTS ALSO REMAINED ON YOUR CREDIT FOLLOWING |
| 11:43AM | 6 | YOUR INITIAL DISPUTE? |
| 11:43AM | 7 | A.   CORRECT. |
| 11:43AM | 8 | Q.   THERE ARE SOME ACCOUNTS THAT ARE DELETED AS WELL; IS THAT |
| 11:43AM | 9 | CORRECT? |
| 11:43AM | 10 | A.   YES. |
| 11:43AM | 11 | Q.   HOW DID YOU FEEL WHEN YOU RECEIVED THESE DISPUTE RESULTS? |
| 11:43AM | 12 | A.   WELL, THIS RESULT SPECIFICALLY WAS JUST A CLEAR PICTURE |
| 11:43AM | 13 | THAT I WILL NOT EASILY HANDLE THIS PROBLEM, RIGHT? |
| 11:43AM | 14 | SO I SEE SOME DELETED ACCOUNTS, WHICH IS I GUESS GOOD, BUT |
| 11:43AM | 15 | SOME OF THEM STILL ON MY CREDIT REPORT, AND I NEED TO FIGHT |
| 11:43AM | 16 | THEM FURTHER. |
| 11:43AM | 17 | BUT LATER AS I GOT THE RESULTS LIKE THIS WHERE SOME OF THE |
| 11:43AM | 18 | ACCOUNTS STILL REMAIN AND SOME OF THEM ARE DELETED, I FOUND OUT |
| 11:43AM | 19 | THE ACCOUNT CAN BE DELETED FROM MY CREDIT REPORT AND THEN |
| 11:44AM | 20 | REAPPEAR AGAIN. |
| 11:44AM | 21 | SO ACTUALLY, LIKE, LATER I FOUND OUT THAT EVEN IF THE |
| 11:44AM | 22 | ACCOUNT STAYS DELETED, IT DOESN'T MEAN MUCH.  IT MEANS THAT IT |
| 11:44AM | 23 | WENT TO DISAPPEAR FOR NOW AND IT MIGHT REAPPEAR LATER. |
| 11:44AM | 24 | Q.   WERE YOU FEELING CONFUSED WHEN YOU RECEIVED THESE DISPUTE |
| 11:44AM | 25 | RESULTS? |

02:08PM  1    Q.   MR. PANCHENKO, CAN YOU GO TO EXHIBIT NUMBER 3 IN THE

02:08PM  2    BINDER?

02:08PM  3    A.   YES.

02:08PM  4    Q.   MY UNDERSTANDING, MR. PANCHENKO, IS THAT YOU SUBMITTED

02:08PM  5    DISPUTES TO EACH OF THE CREDIT BUREAUS; IS THAT RIGHT?

02:08PM  6    A.   YES.

02:08PM  7    Q.   WERE THOSE DISPUTES THAT YOU SUBMITTED TO THE CREDIT

02:08PM  8    BUREAU SUBSTANTIALLY THE SAME?

02:08PM  9    A.   YEAH.

02:08PM  10   Q.   SO, IN ESSENCE, YOU WROTE THE SAME WORDS IN YOUR LETTER;

02:08PM  11   IS THAT CORRECT?

02:08PM  12   A.   YES.

02:08PM  13   Q.   DID YOU ALSO PROVIDE THE SAME SUPPORTING DOCUMENTS?

02:08PM  14   A.   YES.

02:08PM  15   Q.   IN TERMS OF EXHIBIT 3 -- AND I'LL GET YOU THE PROPER PAGE.

02:09PM  16   CAN YOU GO TO BATES STAMP 57, PLEASE?

02:09PM  17   A.   YES, 57.

02:09PM  18   Q.   IS THIS A DISPUTE THAT YOU SUBMITTED REGARDING THE CREDIT

02:09PM  19   REPORTING?

02:09PM  20   A.   YEAH.

02:09PM  21   Q.   AND WHAT IS THE DATE ON THIS LETTER?

02:09PM  22   A.   THE DATE IS AUGUST 16TH, 2023.

02:09PM  23   Q.   IS THAT THE DATE -- AROUND THE DATE THAT YOU SUBMITTED ALL

02:09PM  24   OF YOUR DISPUTES TO EACH OF THE CREDIT REPORTING AGENCIES?

02:09PM  25   A.   YEAH, THIS IS AROUND THE DATE THAT I SUBMITTED THEM.

03:17PM  1    Q.   LET'S TALK ABOUT YOUR EMOTIONAL DISTRESS.

03:17PM  2         SAME QUESTION.  SO THERE ARE MULTIPLE BANKS THAT REJECTED

03:17PM  3    YOUR DISPUTES; IS THAT CORRECT?

03:17PM  4    A.   CORRECT.

03:17PM  5    Q.   SOME, HOWEVER, DID ACCEPT YOUR DISPUTE AND DELETED THE

03:17PM  6    ACCOUNTS; IS THAT RIGHT?

03:17PM  7    A.   CORRECT.

03:17PM  8    Q.   AND AT THE END OF THIS TRIAL, ARE YOU GOING TO ASK THE

03:18PM  9    JURY TO AWARD YOU DAMAGES AGAINST COMENITY FOR WHAT THE OTHERS

03:18PM 10    DID?

03:18PM 11    A.   NO.

03:18PM 12    Q.   HOW CAN YOU DISTINGUISH BETWEEN THE HARM CAUSED BY

03:18PM 13    COMENITY AS OPPOSED TO THE HARM CAUSED BY THE OTHER BANKS?

03:18PM 14    A.   I CAN DISTINGUISH BASED ON MY INSTRUCTIONS WITH COMENITY.

03:18PM 15         SO, FIRST, COMENITY WAS THE ONLY ONE OUT OF ALL OF THOSE

03:18PM 16    BANKS THAT NOT JUST REMAINED THE ACCOUNT AND REPORTED IT BACK,

03:18PM 17    BUT REFUSED TO CONTINUE ANY INVESTIGATIONS.  SO IT WAS THE ONLY

03:18PM 18    BANK THAT WAS ACTUALLY SAYING, LIKE, WE'RE NOT GOING TO DO

03:18PM 19    ANYTHING, THIS IS IT.

03:18PM 20         ANOTHER ONE, THE COMENITY ACCOUNT WAS ONE OF THE SMALLEST

03:18PM 21    AMOUNT COMPARED TO OTHER BANKS, AND WAS EITHER FIRST OR ONE OF

03:19PM 22    THE FIRST THAT THIS PERSON OPENED.

03:19PM 23         SO I SEE THIS ACCOUNT AS BEING, LIKE, A -- OPENING THE

03:19PM 24    GATES BASICALLY FOR ANY OTHER ACCOUNTS THAT COME AFTER IT WHERE

03:19PM 25    MAYBE THIS ACCOUNT WAS EVEN LEVERAGED TO OPEN THESE OTHER

03:19PM  1    ACCOUNTS WITH OTHER BANKS.

03:19PM  2         SO BASED ON THIS, PLUS WHAT WE KNOW FROM THE DISCOVERY

03:19PM  3    WHERE I LEARNED THAT ALL OF THESE DOCUMENTS THAT I SEND THEM,

03:19PM  4    THEY DIDN'T EVEN LOOK AT THOSE DOCUMENTS, SO THIS IS CLEARLY

03:19PM  5    FOR ME DIFFERENTIATING COMENITY FROM OTHERS.

03:19PM  6         AND, LIKE, IN A REALLY CLEAR WAY, LIKE SHOWING THAT THEIR

03:19PM  7    NEGLIGENCE IS MUCH HIGHER THAN OTHER BANKS.

03:19PM  8    Q.   DID THE DISPUTE PROCESS IMPACT YOUR ABILITY TO GET

03:20PM  9    EMPLOYMENT?

03:20PM  10   A.   YES.

03:20PM  11   Q.   CAN YOU DESCRIBE THAT FOR US?

03:20PM  12   A.   SURE.  SO, LIKE, I STARTED TO LEARN ABOUT IDENTITY THEFT

03:20PM  13   AND HOW TO RECOVER FROM IT AND HOW TO DISPUTE THE ACCOUNTS, AS

03:20PM  14   I SAID BEFORE, IT WAS KIND OF -- I'M TRYING TO DISPUTE THE

03:20PM  15   ACCOUNTS SO IT DOESN'T REMAIN ON MY CREDIT REPORT.

03:20PM  16        SO WHAT I WAS DOING WAS BASICALLY CALLING THESE BANKS FROM

03:20PM  17   THE MOMENT WHEN MY WIFE WENT TO WORK, I STARTED TO CALL THE

03:20PM  18   BANKS, AND UNTIL THE EVENING WHEN SHE ARRIVES.

03:20PM  19        SO I HAD, LIKE, A PLAN.  I HAD AT LIST OF ALL THE BANKS.

03:20PM  20   SOME OF THE BANKS WAS ON THE WEST COAST.  SOME OF THEM WAS IN

03:20PM  21   CENTRAL AMERICA.  SOME OF THEM WERE ON THE EAST COAST.

03:20PM  22        SO OBVIOUSLY I STARTED TO CALL FROM THE EAST COAST SO THAT

03:20PM  23   I WILL HAVE MORE TIME TRYING TO REACH THOSE BANKS.  THEN WHEN

03:21PM  24   THEY KIND OF BECOME UNAVAILABLE AND THE WORKING DAY IS ENDED,

03:21PM  25   I'M STARTING TO CALLING THE CENTRAL.

03:21PM 1      SO IT WAS LIKE A FULL-TIME JOB FOR ME AND I COULDN'T FIND

03:21PM 2  ANY SMALL AMOUNT OF TIME TO START WORKING ON MY PORTFOLIO AND

03:21PM 3  ACTUALLY APPLYING FOR THE JOBS.

03:21PM 4      PLUS, I WAS AFRAID TO APPLY FOR THE JOBS BECAUSE I THOUGHT

03:21PM 5  APPLYING FOR THESE HUGE COMPANIES, LIKE GOOGLE AND OTHERS,

03:21PM 6  THEY, FROM MY PREVIOUS EXPERIENCE, THESE BIG COMPANIES, THEY DO

03:21PM 7  A BACKGROUND CHECK, AND I WAS AFRAID THAT THEY WILL DO A

03:21PM 8  BACKGROUND CHECK, THEY WILL FIND THIS INFORMATION, AND THEY

03:21PM 9  WOULD -- THEY WILL SAVE IT IN MY PROFILE.

03:21PM 10      AND THEN EVEN IF IT'S GOING TO BE DELETED LATER, I'M GOING

03:21PM 11  TO KIND OF BE STUCK WITH THAT BECAUSE IT'S GOING TO BE IN THEIR

03:21PM 12  RECORDS, AND THEY WILL NEVER TELL ME WHY THEY DENIED ME OF JOB

03:22PM 13  APPLICATION.

03:22PM 14  Q.    HOW ARE YOU SUPPORTING YOURSELF DURING THIS PERIOD SINCE

03:22PM 15  YOU WEREN'T EMPLOYED?

03:22PM 16  A.    SO I HAD MY SAVINGS THAT I HAD FROM WORKING AT WIX IN

03:22PM 17  POLAND.  I SOLD ALL OF THE LEFT STOCK OPTIONS THAT I WAS

03:22PM 18  APPOINTED WITH WIX, AND I BASICALLY SPENT ALL OF MY SAVINGS

03:22PM 19  DURING THIS TIME TO KIND OF BUY GROCERIES, SUPPORT MY FAMILY,

03:22PM 20  PAY BILLS, LIKE JUST THE REGULAR THINGS THAT YOU DO TO LIVE

03:22PM 21  HERE.

03:22PM 22  Q.    AND AT WHAT POINT DID YOU RUN OUT OF SAVINGS?

03:22PM 23  A.    I HAD RAN OUT OF ALL OF THE SAVINGS PROBABLY BY THE END OF

03:22PM 24  2023, EARLY 2024, LIKE RIGHT BEFORE I ACTUALLY LANDED THE JOB.

03:22PM 25  Q.    AND HOW, EMOTIONALLY, HOW DID THE REJECTIONS IMPACT YOU?

03:23PM   1    A.   SO THE BEST WORD TO DESCRIBE IT IS DEPRESSING.  SO JUST

03:23PM   2    TRYING ALL OF MY BEST TO SEND OVER AND OVER ALL OF THESE

03:23PM   3    DOCUMENTS AND SUPPORTING DOCUMENTS AND PROOFS THAT I WASN'T

03:23PM   4    HERE, IT'S NOT MY ACCOUNT, TRYING TO NAVIGATE THE SYSTEM AS A

03:23PM   5    FOREIGNER AND SEEING LITTLE TO NO EFFECT, ESPECIALLY AT SOME

03:23PM   6    BANKS, WAS FRUSTRATING AND DEPRESSING.

03:23PM   7         SO OBVIOUSLY IT WAS LIKE A DARK TIME.  YOU DON'T HAVE A

03:23PM   8    JOB, YOU'RE LOSING YOUR SAVINGS, YOU DON'T KNOW WHEN IT'S GOING

03:23PM   9    TO END, AND THERE ARE NOT MANY OPTIONS YOU CAN EXPLORE, RIGHT?

03:23PM   10        SO MY WIFE WAS WORKING WITH GOOGLE, BUT OBVIOUSLY, LIKE,

03:23PM   11   THE OPTIONS, YOU CAN SEE THERE IS -- LIKE, IF I'M NOT GOING TO

03:24PM   12   HAVE A CHANCE TO GET A JOB HERE, WHAT SHOULD I DO?  LIKE, WE

03:24PM   13   SHOULD MOVE OUT, LOOK IN ANOTHER COUNTRY TO SETTLE IN?  HOW

03:24PM   14   IT'S SUPPOSED TO WORK?  HOW IT'S POSSIBLE THAT IT'S WORKING

03:24PM   15   THIS WAY?  YOU KNOW, SOME FRAUD CAN KIND OF MESS YOUR LIFE UP.

03:24PM   16        SO, YEAH, THAT WAS THE FEELINGS.

03:24PM   17   Q.   DID YOU OBTAIN THERAPY FOR THE DEPRESSION?

03:24PM   18   A.   NO.

03:24PM   19   Q.   WHY NOT?

03:24PM   20   A.   BECAUSE AS I SAID, I WAS REALLY COUNTING MY SAVINGS AND

03:24PM   21   TRYING TO KIND OF BALANCE EVERYTHING OUT.  I DIDN'T KNOW HOW

03:24PM   22   LONG I WOULD HAVE TO KIND OF FIGHT THIS AND NOT BE ABLE TO

03:24PM   23   WORK, SO I COULDN'T AFFORD TO GO TO THERAPY.

03:24PM   24        AND MY WIFE'S INSURANCE THAT GOOGLE PROVIDED TO MY SPOUSE

03:25PM   25   DIDN'T COVER THE THERAPY.  IT COVERED THE THERAPY FOR MY WIFE

03:25PM  1    AND SHE KIND OF WENT TO THE THERAPY, BUT I DIDN'T BECAUSE IT

03:25PM  2    WASN'T, LIKE, IN THE POSSIBLE BUDGET FOR ME AND FOR US.

03:25PM  3    Q.    WERE YOU FEELING NERVOUS AFTER YOUR DISPUTES GOT REJECTED?

03:25PM  4    A.    YES, OBVIOUSLY, LIKE EVERY REGULAR PERSON WOULD FEEL

03:25PM  5    NERVOUS SEEING IT.

03:25PM  6    Q.    WHAT -- HOW DOES YOUR -- HOW DO YOU REACT WHEN YOU FEEL

03:25PM  7    NERVOUS?

03:25PM  8    A.    WELL, FOR ME USUALLY IT'S LIKE TAKING EVERYTHING AND ALL

03:25PM  9    OF THESE FEELINGS INTERNALLY AND NOT SHARING IT TO THE FAMILY

03:25PM  10   MEMBERS OR FRIENDS.  SO USUALLY WHEN I'M NERVOUS, I DON'T

03:25PM  11   ACTUALLY EAT MUCH BECAUSE OF THE NAUSEA.

03:25PM  12        SO IT'S BASICALLY, LIKE, TRYING TO, YOU KNOW, BE CONSCIOUS

03:25PM  13   AS WELL OF WHAT IS HAPPENING, TRYING TO FIGHT THAT, AND JUST

03:26PM  14   STAY FOCUSSED AND NOT LOSE YOUR MIND ON THESE ISSUES THAT YOU

03:26PM  15   HAVE.

03:26PM  16   Q.    MY UNDERSTANDING IS THAT YOU'RE WORKING NOW AT NACE.AI

03:26PM  17   THAT WE COVERED; IS THAT CORRECT?

03:26PM  18   A.    YES.

03:26PM  19   Q.    AND ARE YOU HAPPY WITH THE AMOUNT OF MONEY THAT YOU EARN

03:26PM  20   FROM NACE?

03:26PM  21   A.    I'M HAPPY WITH COMPENSATION, BOTH WITH BASE AND TOTAL

03:26PM  22   COMPENSATION WITH ALL OF THE STOCK OPTIONS THAT NACE GAVE ME.

03:26PM  23   Q.    IS THIS CASE ABOUT MONEY TO YOU?

03:26PM  24   A.    NO, IT'S NOT ABOUT MONEY.

03:26PM  25   Q.    DO YOU WANT TO BE HERE RIGHT NOW?

1

2

3                    CERTIFICATE OF REPORTERS

4

5

6

7         WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8    UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9    CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10   HEREBY CERTIFY:

11        THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16        IRENE RODRIGUEZ, CSR, CRR
          CERTIFICATE NUMBER 8076

17

18

19        LEE-ANNE SHORTRIDGE, CSR, CRR
          CERTIFICATE NUMBER 9595

20

21        DATED:  NOVEMBER 3, 2025

22

23

24

25

```
 1                    UNITED STATES DISTRICT COURT

 2                   NORTHERN DISTRICT OF CALIFORNIA

 3                          SAN JOSE DIVISION


 4

 5     OLEKSANDR PANCHENKO,              )
                                        )    CV-23-04975 EKL
 6                   PLAINTIFF,          )
                                        )    SAN JOSE, CALIFORNIA
 7          VS.                          )
                                        )    NOVEMBER 4, 2025
 8     COMENITY CAPITAL BANK,            )
                                        )    VOLUME 3
 9                   DEFENDANT.          )
       _____  )    PAGES 310 - 539

10

11                    TRANSCRIPT OF PROCEEDINGS
                 BEFORE THE HONORABLE EUMI K. LEE
12                 UNITED STATES DISTRICT JUDGE

13

14     A P P E A R A N C E S:

15     FOR THE PLAINTIFF:      LOKER LAW, APC
                               BY: MATTHEW M. LOKER
16                                  CHARLES B. CUMMINS
                               132 BRIDGE STREET
17                             ARROYO GRANDE, CALIFORNIA 93420

18                             RAMOS LAW
                               BY: MATTHEW R. OSBORNE
19                             10190 BANNOCK STREET, SUITE 200
                               NORTHGLENN, COLORADO 80260

20

21             (APPEARANCES CONTINUED ON THE NEXT PAGE.)

22     OFFICIAL COURT REPORTERS:
                               IRENE L. RODRIGUEZ, CSR, RMR, CRR
23                             CERTIFICATE NUMBER 8074
                               LEE-ANNE SHORTRIDGE, CSR, CRR
24                             CERTIFICATE NUMBER 9595

25          PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                 TRANSCRIPT PRODUCED WITH COMPUTER
```

1

2      A P P E A R A N C E S: (CONT'D)

3

4      FOR DEFENDANT COMENITY: WOMBLE BOND DICKINSON U.S., LLP
                                BY: TOMIO B. NARITA
5                                   ALISA A. GIVENTAL
                                    KRISTINA HOVSEPYAN
6                                   NATHAN A. SEARLES
                               50 CALIFORNIA STREET, SUITE 2750
7                              SAN FRANCISCO, CALIFORNIA 94111

8      ALSO PRESENT:           COMENITY CAPITAL BANK
                               MIKE GALEANO, IN HOUSE COUNSEL
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

|  | 1 | SAN JOSE, CALIFORNIA                    NOVEMBER 4, 2025 |
|--|---|--|
|  | 2 | P R O C E E D I N G S |
| 08:35AM | 3 | (COURT CONVENED AT 8:35 A.M.) |
| 08:35AM | 4 | (JURY OUT AT 8:35 A.M.) |
| 08:36AM | 5 | THE CLERK:  WE'RE CALLING CASE NUMBER |
| 08:36AM | 6 | 5:23-CV-04965 EKL, PANCHENKO VERSUS COMENITY CAPITAL BANK. |
| 08:36AM | 7 | THIS IS OUR SECOND DAY OF JURY TRIAL. |
| 08:36AM | 8 | COUNSEL, PLEASE STATE YOUR APPEARANCES ON THE RECORD |
| 08:36AM | 9 | STARTING WITH COUNSEL FOR THE PLAINTIFF. |
| 08:36AM | 10 | MR. LOKER:  GOOD MORNING, YOUR HONOR. |
| 08:36AM | 11 | MATT LOKER ON BEHALF OF THE THE PLAINTIFF. |
| 08:36AM | 12 | MR. NARITA:  GOOD MORNING, YOUR HONOR. |
| 08:36AM | 13 | TOMIO NARITA FOR THE DEFENDANT. |
| 08:36AM | 14 | THE COURT:  GOOD MORNING TO YOU BOTH. |
| 08:36AM | 15 | WE'RE OUTSIDE OF THE JURY.  WE HAVE THE PARTIES, |
| 08:36AM | 16 | MR. PANCHENKO IS PRESENT, COUNSEL IS PRESENT. |
| 08:36AM | 17 | SO THERE ARE SEVERAL THINGS WHICH I HAD ON THE AGENDA TO |
| 08:37AM | 18 | DISCUSS THIS MORNING IN ADDITION TO THE HOMEWORK WHICH I GAVE |
| 08:37AM | 19 | YOU ALL. |
| 08:37AM | 20 | SO I WAS GOING TO LIST WHAT I HAVE, AND THEN WE'LL SEE |
| 08:37AM | 21 | WHETHER THERE'S ANYTHING ELSE I SHOULD KNOW ABOUT. |
| 08:37AM | 22 | ONE IS THE BUSINESS RECORDS EXCEPTION, I.E., THE CUSTODIAN |
| 08:37AM | 23 | OF RECORDS AFFIDAVITS WHICH WERE PROVIDED; |
| 08:37AM | 24 | TWO, VERDICT FORMS.  THE COURT HAS SENT THOSE OUT.  I |
| 08:37AM | 25 | DON'T KNOW IF WE'RE GOING TO START THAT CONVERSATION TODAY OR |

11:04AM  1    NEGATIVE STUFF THAT HAPPENED HERE.

11:04AM  2         I COULDN'T GET THE CARD I WANTED, SO, YEAH, I WASN'T SUPER

11:04AM  3    SURPRISED, BUT I WASN'T HAPPY WITH THE LIST.

11:04AM  4    Q.   SIR, YOU HAVE NEVER WORKED FOR GOLDMAN SACHS; RIGHT?

11:04AM  5    A.   I DON'T RECALL WORKING FOR GOLDMAN SACHS.

11:04AM  6    Q.   AND YOU KNOW THAT GOLDMAN SACHS BANK IS THE BANK THAT

11:04AM  7    ISSUES THE APPLE CARD; RIGHT?

11:04AM  8    A.   I SAW THE LOGO ON SOME EMAILS THAT APPLE SENT, YES.

11:04AM  9    Q.   OKAY.  SO IS IT CORRECT THAT YOU DON'T HAVE ANY IDEA AS

11:05AM 10    YOU SIT HERE TODAY EXACTLY WHAT CREDIT CRITERIA GOLDMAN SACHS

11:05AM 11    BANK APPLIED WHEN IT MADE THE DECISION TO DENY YOUR

11:05AM 12    APPLICATION?

11:05AM 13    A.   I DON'T KNOW.

11:05AM 14    Q.   AND YOU DON'T HAVE A COPY OF A CREDIT REPORT THAT THEY

11:05AM 15    USED IF THEY DID USE ONE?

11:05AM 16    A.   YEAH, I DON'T HAVE A COPY.

11:05AM 17    Q.   OKAY.  LET'S GO TO THE NEXT PAGE OF EXHIBIT 229.  THIS IS

11:05AM 18    A FURTHER COMMUNICATION WITH YOU AND YOUR FRIEND PAVLO; RIGHT?

11:05AM 19         DO YOU SEE IT'S -- THE BOTTOM IS 454, SIR?

11:06AM 20    A.   YEAH.

11:06AM 21    Q.   OKAY.  SO NOW WE'RE -- NOW WE'RE IN JANUARY 19TH OF 2024;

11:06AM 22    RIGHT?

11:06AM 23    A.   YEAH, YES.

11:06AM 24    Q.   OKAY.  AND BY THAT POINT YOU HAVE ALREADY FILED THIS

11:06AM 25    LAWSUIT AGAINST EVERYBODY; RIGHT?

11:20AM  1    A.   CAN YOU EXPLAIN WHAT'S THAT.

11:20AM  2    Q.   SURE.  SO ACDV'S ARE ELECTRONIC DISPUTES THAT YOU CAN

11:20AM  3    SUBMIT TO THE CONSUMER REPORTING AGENCIES.

11:20AM  4            MR. LOKER:  FOUNDATION, YOUR HONOR.

11:20AM  5            MR. NARITA:  HE ASKED ME TO EXPLAIN.

11:20AM  6            THE COURT:  SUSTAINED.  SO CAN YOU JUST SAY WHAT THE

11:20AM  7    WORDS OF THE ACRONYM IS, ACDV.

11:20AM  8            MR. NARITA:  SURE.

11:21AM  9    Q.   IT'S AUTOMATED CONSUMER DISPUTE VERIFICATION.

11:21AM 10        DO YOU RECOGNIZE THAT TERM?

11:21AM 11    A.   I SUBMITTED DISPUTES WITH THE CREDIT AGENCIES, BOTH, LIKE,

11:21AM 12    SENDING THE LETTERS AND CALLING THEM AND TRYING TO DO THIS VIA

11:21AM 13    THE WEBSITE OR THE APP.  THIS IS WHAT I DID.

11:21AM 14        BUT I DON'T RECALL WHAT THIS SPECIFIC THING THAT YOU ARE

11:21AM 15    SAYING.

11:21AM 16    Q.   FAIR ENOUGH.  BUT YOU FEEL LIKE YOU SPENT SOME TIME

11:21AM 17    DISPUTING ALL OF YOUR ACCOUNTS WITH THE CREDIT REPORTING

11:21AM 18    AGENCIES; RIGHT?

11:21AM 19    A.   I SPENT A LOT OF TIME, YEAH, DISPUTING THAT.

11:21AM 20    Q.   HOW MUCH OF THAT TIME RELATED TO THE COMENITY ACCOUNT?

11:21AM 21    A.   LIKE, ALL OF THE TIME.  I WAS DISPUTING ALL OF THE

11:21AM 22    FRAUDULENT ACTIVITIES IN MY CREDIT REPORTS, AND COMENITY, AS OF

11:22AM 23    SEPTEMBER FOR TRANS UNION, FOR EXAMPLE, THEY WERE STILL ON MY

11:22AM 24    CREDIT REPORT.

11:22AM 25        SO ALL OF THE TIME I DISPUTED WITH TRANS UNION, I WAS

11:22AM  1    DISPUTING COMENITY AS WELL.

11:22AM  2    Q.    OKAY.  BUT HOW MUCH OF THE TIME THAT YOU SPENT EITHER

11:22AM  3    GOING ONLINE OR ASSEMBLING YOUR LETTERS OR WRITING YOUR

11:22AM  4    LETTERS, HOW MUCH OF THAT TIME RELATED TO THE COMENITY ACCOUNT

11:22AM  5    SPECIFICALLY AS OPPOSED TO THE CHASE ACCOUNT OR THE BANK OF

11:22AM  6    AMERICA ACCOUNT OR THE CAVALRY ACCOUNT OR THE U.S. BANK

11:22AM  7    ACCOUNT, ALL OF THOSE OTHERS?

11:22AM  8    A.    ALL OF THE TIME, RIGHT?  I WASN'T DISPUTING ONE ACCOUNT

11:22AM  9    ONE BY ONE, RIGHT?  I WAS COMBINING ALL OF THE EVIDENCE, PUT IN

11:22AM  10   ALL OF THE FRAUDULENT ACCOUNTS, ADDRESSES AND ALL OF THE

11:23AM  11   INFORMATION THERE.  SO ALL OF THE TIME WAS RELATED TO COMENITY

11:23AM  12   AND THE OTHER BANKS.

11:23AM  13   Q.    OKAY.  SO YOU DIDN'T DISTINGUISH BETWEEN THE TIME THAT YOU

11:23AM  14   WERE SPENDING WORKING ON THE COMENITY ACCOUNT VERSUS THE TIME

11:23AM  15   YOU WERE SPENDING ON ALL OF THESE ACCOUNTS THAT YOU THOUGHT

11:23AM  16   WERE FRAUDULENT; RIGHT?

11:23AM  17   A.    YES.  I WAS FRUSTRATED WITH ALL OF THEM APPEARING ON MY

11:23AM  18   CREDIT REPORT OBVIOUSLY, YES.

11:23AM  19   Q.    AND THEN ALL OF THE TIME THAT YOU SPENT DEALING WITH THE

11:23AM  20   CONSUMER REPORTING AGENCIES WAS SORT OF TO COLLECTIVELY DISPUTE

11:23AM  21   ALL OF THE FRAUDULENT ACCOUNTS; RIGHT?

11:23AM  22   A.    YES, AND CALLING THE BANKS, YEAH.  I WAS TRYING TO DO IT,

11:23AM  23   LIKE, AS MUCH AS POSSIBLE, DISPUTING WITH CREDIT AGENCIES AND

11:23AM  24   WITH THE BANKS DIRECTLY.

11:23AM  25   Q.    OKAY.  DID YOU KEEP TRACK OF THAT TIME?

01:20PM  1    QUESTION?

01:20PM  2            MR. LOKER:  YEAH.

01:20PM  3            THE COURT:  SO TOTALLY NORMAL, BUT AS PART OF THE

01:20PM  4    TESTIMONY, SOMETIMES OPPOSING COUNSEL WILL MAKE OBJECTIONS AND

01:20PM  5    JUST LET ME RULE ON IT, AND THEN MR. LOKER WILL DIRECT YOU.

01:20PM  6            THE WITNESS:  ALL RIGHT.

01:20PM  7    BY MR. LOKER:

01:20PM  8    Q.   AND DO YOU HAVE AN UNDERSTANDING OF WHETHER COMENITY WAS

01:20PM  9    RESPONSIBLE FOR ANY OF THE STRESS THAT YOU MENTIONED?

01:20PM 10            MR. NARITA:  OBJECTION.  FOUNDATION.

01:20PM 11            THE COURT:  OVERRULED.

01:20PM 12    BY MR. LOKER:

01:21PM 13    Q.   GO AHEAD.

01:21PM 14    A.   SO RIGHT NOW MY UNDERSTANDING IS THAT, YES, BECAUSE THIS

01:21PM 15    ORGANIZATION IS PART OF THIS STORY.  SO, YES, I WOULD SAY THIS

01:21PM 16    IS MY UNDERSTANDING.

01:21PM 17    Q.   THANK YOU.

01:21PM 18         I DON'T HAVE ANY FURTHER QUESTIONS.

01:21PM 19                       **CROSS-EXAMINATION**

01:21PM 20    BY MR. NARITA:

01:21PM 21    Q.   GOOD AFTERNOON, SIR.

01:21PM 22    A.   HELLO.

01:21PM 23    Q.   IT'S NICE TO MEET YOU.  I'M THE ATTORNEY FOR COMENITY

01:21PM 24    CAPITAL BANK.

01:21PM 25    A.   NICE TO MEET YOU.

01:44PM 1   A.   I SAW IT.  I DON'T THINK I'M A BIG FAN, BUT I SAW IT, AND

01:45PM 2   I'M FAMILIAR WITH THE SHOW.

01:45PM 3   Q.   OKAY.  WHAT'S IT ABOUT, BECAUSE I'VE NEVER WATCHED IT, BUT

01:45PM 4   I'VE SEEN IT SORT OF ROLL THROUGH AS A POSSIBILITY?

01:45PM 5   A.   THE SHOW IS ABOUT A LAW FIRM IN NEW YORK AND HOW THEY

01:45PM 6   SOLVE DIFFERENT CASES.

01:45PM 7   Q.   OKAY.  AND AS OF, AS OF THE DATE OF THIS EXCHANGE, WHICH

01:45PM 8   WAS JANUARY 2024, HAD MR. PANCHENKO EVER SAID ANYTHING SPECIFIC

01:45PM 9   TO YOU ABOUT COMENITY CAPITAL BANK?

01:45PM 10  A.   PROBABLY ONLY THE FACT THAT THIS BANK IS ONE OF THE BANKS

01:45PM 11  THAT IS INVOLVED.  NOTHING MORE THAT I CAN RECALL RIGHT NOW.

01:45PM 12  Q.   ALL RIGHT.  JUST MAYBE THAT IT WAS ONE OF THE MANY BANKS

01:45PM 13  THAT HE WAS HAVING PROBLEMS WITH AND THAT HE HAD SUED; IS THAT

01:46PM 14  FAIR?

01:46PM 15  A.   YEAH, I THINK SO.

01:46PM 16  Q.   OKAY.  SO HE DIDN'T TELL YOU ANY SPECIFIC EVENT OR

01:46PM 17  HAPPENING THAT OCCURRED RELATED TO COMENITY THAT REALLY STOOD

01:46PM 18  OUT?

01:46PM 19  A.   WHAT EVENT?

01:46PM 20  Q.   WELL, I'LL TELL YOU WHAT, IT WAS A TERRIBLE QUESTION.  I'M

01:46PM 21  GOING TO WITHDRAW IT AND ASK A DIFFERENT ONE.  HOW ABOUT THAT?

01:46PM 22  DID HE EVER SHARE WITH YOU SOME SORT OF SPECIFIC EVENT

01:46PM 23  THAT HAPPENED WITH COMENITY THAT STOOD OUT AS OPPOSED TO THE

01:46PM 24  REST OF THE BANKS?

01:46PM 25  A.   I DON'T BELIEVE SO.

03:06PM 1    EVEN THOUGH THEY'RE TRYING TO WORK ON THEIR IMAGE RIGHT NOW,

03:06PM 2    BUT IT'S JUST LIKE YOU CAN'T WIPE OUT THE HISTORY THAT WE HAVE

03:06PM 3    WITH THEM.

03:06PM 4         SO FOR US, IT WAS SCARY.  WE JUST CAME TO A NEW COUNTRY

03:06PM 5    AND, LIKE, FIRST, WHEN YOU GET THE INFORMATION THAT YOU OWE

03:06PM 6    SOMETHING THAT YOU NEVER TOOK, LIKE YOU NEVER BORROWED THOSE

03:06PM 7    MONEY.

03:06PM 8         AND ANOTHER THING IS, LIKE, YOU DON'T UNDERSTAND WHAT IT

03:06PM 9    IS AND WHAT IT APPLIED TO, AND YOU UNDERSTAND I HAVE TO GO TO

03:06PM 10   THE POLICE JUST BECAUSE YOU NEED TO JUST TELL THE POLICE THAT

03:07PM 11   THERE'S SOMETHING HAPPENING, LIKE, YOU DIDN'T NEVER, LIKE, OPEN

03:07PM 12   THOSE ACCOUNTS.

03:07PM 13        SO I REMEMBER I WAS TRUST FOR HIM, BUT HE WENT BY HIMSELF

03:07PM 14   THERE, AND HE NEEDED TO GO THERE, LIKE, DURING THE WORKING

03:07PM 15   HOURS AND I HAD TO GO TO WORK.

03:07PM 16        BUT, YEAH, I FEEL LIKE IT'S A PRETTY SCARY THING.  CAN YOU

03:07PM 17   IMAGINE, LIKE, GOING TO ANOTHER COUNTRY AND RIGHT AWAY IN THE

03:07PM 18   FIRST WEEK AND GOING TO THE POLICE, OR THE SECOND WEEK THERE

03:07PM 19   YOU JUST GO TO THE POLICE?

03:07PM 20            MR. NARITA:  YOUR HONOR, I'M GOING TO MOVE TO STRIKE

03:07PM 21   AS NONRESPONSIVE TO THE QUESTION.

03:07PM 22            THE COURT:  OVERRULED.

03:07PM 23   BY MR. LOKER:

03:07PM 24   Q.   IN TERMS OF MR. PANCHENKO, DID YOU OBSERVE HIM FEELING

03:07PM 25   EMOTIONAL ABOUT THE DISPUTE PROCESS?

03:07PM  1                    MR. NARITA:  IT'S LEADING, YOUR HONOR.

03:07PM  2                    THE COURT:  OVERRULED.

03:07PM  3                    THE WITNESS:  YES, I DID.

03:07PM  4         SO I KNOW OLEKSANDR, LIKE, EVEN BEFORE WE GET MARRIED AND

03:08PM  5    START BEING TOGETHER, I KNOW HIM FROM, LIKE, EVEN WORK-RELATED

03:08PM  6    THINGS, AND HE WAS ALWAYS SUPPORTIVE AND CALM AND HE WOULD

03:08PM  7    USUALLY SUPPORT, LIKE, OTHER PEOPLE AND COLLEAGUES THAT WE

03:08PM  8    KNOW.

03:08PM  9         AND IN THIS MOMENT I SAW THAT THE PERSON WHO WAS ALWAYS

03:08PM  10   THERE TO SUPPORT FOR ME WAS REALLY STRESSED.  WE EVEN HAD A

03:08PM  11   MOMENT, LIKE, IN EIGHT YEARS I NEVER SEEN HIM CRYING, AND IN

03:08PM  12   SOME OF THE MOMENTS, LIKE WHEN HE WAS DEPRESSED BECAUSE IT

03:08PM  13   FEELS LIKE IT WOULD NEVER MOVE FORWARD, I HAVE SEEN HIM CRY AND

03:08PM  14   I HAVE NEVER SEEN IT BEFORE.

03:08PM  15        EVEN, LIKE, FOR THE PEOPLE WHO COME FROM THE COUNTRY WHERE

03:08PM  16   WE HAVE WAR, WE HAVE FAMILY TO SUPPORT, WE HAVE A LOT OF STUFF

03:08PM  17   THAT IS GOING ON, THAT WAS JUST LIKE ON TOP OF THAT, THAT WAS A

03:08PM  18   LITTLE TOO MUCH.

03:08PM  19   BY MR. LOKER:

03:08PM  20   Q.  DID THIS SITUATION WITH THE FRAUD IMPACT MR. PANCHENKO'S

03:08PM  21   SLEEP?

03:08PM  22   A.  YES, IT DID.

03:08PM  23                    MR. NARITA:  OBJECTION, YOUR HONOR.  SPECULATION.

03:08PM  24                    MR. LOKER:  SHE CAN -- OH, SORRY.

03:09PM  25                    THE COURT:  SUSTAINED IN TERMS OF LEADING.

BY MR. LOKER:

Q.   WERE THERE ANY OTHER IMPACTS ON MR. PANCHENKO THAT YOU
OBSERVED?

A.   SO I KNOW THAT HE WOULD HAVE THE ISSUES LIKE WITH EATING,
SLEEPING, ALL OF THE THINGS THAT WOULD SHOW THAT HE'S, LIKE,
EMOTIONALLY STRESSED ABOUT THAT.

     I WOULD SEE HIM, LIKE -- BECAUSE I DO HAVE SOME ANXIETY
ISSUES, SO I CAN WAKE UP SOMETIMES IN THE MIDDLE OF THE NIGHT,
BUT HE WOULD BE AWAKE AS WELL.  SO WE CAN, LIKE, DISCUSS WHAT
IS BOTHERING HIM.

     AND I KNOW THAT HE DIDN'T HAVE, LIKE -- HE DIDN'T SLEEP ON
THE FIRST DAY OF THIS -- ON YESTERDAY -- YES, I'M SORRY -- OF
THE TRIAL.

     AND I KNOW FOR A FACT THAT HE DIDN'T EAT YESTERDAY UNTIL
IT WAS THE END OF THE DAY.

     SO I KNOW THAT THAT'S NOT USUAL BEHAVIOR FOR THE PERSON
WHO FEELS, LIKE, PSYCHOLOGICALLY SAFE AND IN A GOOD WAY.

Q.   AND DO YOU FEEL THAT THAT SITUATION WITH COMENITY HAD AN
IMPACT ON MR. PANCHENKO?

            MR. NARITA:  IT'S LEADING, YOUR HONOR.

            THE COURT:  REPHRASE THE QUESTION.

BY MR. LOKER:

Q.   AND IN TERMS OF THE SITUATION WITH MR. PANCHENKO, DO YOU
FEEL THAT IT HAD A -- LEFT AN IMPRESSION UPON HIM?

A.   I THINK SO, BECAUSE HE DEVELOPED -- LIKE, HOW DO YOU

03:10PM 1    EXPLAIN IT?  YOU GO TO THE COUNTRY WHERE YOU FEEL LIKE YOU'RE

03:10PM 2    GOING TO BE SAFE, AND THEN SOMETHING BAD LIKE THIS IS

03:10PM 3    HAPPENING.

03:10PM 4         AND I WOULD NOT WISH THIS TO ANYONE THAT WOULD EVER HAPPEN

03:10PM 5    TO SOMEONE, ESPECIALLY IN A SITUATION WHERE YOU'RE ALREADY

03:10PM 6    RUNNING FROM WAR AND OTHER THINGS THAT ARE HAPPENING IN YOUR

03:10PM 7    LIFE.  AND IT'S JUST, LIKE, YOU WOULD DEVELOP THE CONSTANT

03:10PM 8    ANXIETY THAT WILL AFFECT YOUR DAY-TO-DAY LIFE.

03:10PM 9         MR. LOKER:  I HAVE NOTHING FURTHER, YOUR HONOR.

03:11PM 10        THE COURT:  MR. NARITA, YOUR WITNESS.

03:11PM 11        MR. NARITA:  THANK YOU, YOUR HONOR.

03:11PM 12                       **CROSS-EXAMINATION**

03:11PM 13   BY MR. NARITA:

03:11PM 14   Q.   GOOD AFTERNOON, MA'AM.

03:11PM 15   A.   HELLO.

03:11PM 16   Q.   NICE MEETING YOU, MA'AM.

03:11PM 17   A.   NICE MEETING YOU, TOO.

03:11PM 18   Q.   MA'AM, TELL US A LITTLE BIT MORE ABOUT YOUR CONSULTING

03:11PM 19   WITH EQUIFAX IN 2020.  I WASN'T AWARE OF THAT.

03:11PM 20   A.   SO I WAS BASICALLY WORKING FOR THE AGENCY, AND WE WOULD

03:11PM 21   HAVE DIFFERENT CLIENTS WHO WOULD NEED ANALYSIS OF THEIR

03:11PM 22   SOFTWARE, AND PART OF THAT IS A USER EXPERIENCE AS WELL.  IT'S

03:11PM 23   NOT ONLY THE ENGINEERING PART.  USER EXPERIENCE IS ALSO VERY

03:11PM 24   IMPORTANT.

03:11PM 25        SOMETIMES CLIENTS WANT DIFFERENT THINGS, FOR EXAMPLE,

03:33PM   1          SO IT'S YOUR MEMORY, THEN, THAT BETWEEN MAY OF 2023 AND

03:33PM   2     SEPTEMBER OF 2023, YOUR HUSBAND DIDN'T DO ANYTHING TO LOOK FOR

03:33PM   3     A JOB HERE IN THE UNITED STATES; RIGHT?

03:33PM   4     A.   IT'S ACTUALLY, I THINK IT ALSO COULD BE CHALLENGING TO DO

03:33PM   5     THAT BECAUSE RIGHT NOW SOME OF THE FIRMS ACTUALLY WANT TO CHECK

03:33PM   6     YOUR CREDIT SCORE.

03:33PM   7          WITH THE CREDIT SCORE THAT HE HAD AT THAT MOMENT, THAT

03:33PM   8     WOULD BE VERY HARD BECAUSE, FOR EXAMPLE, AT GOOGLE SOMETIMES

03:33PM   9     THEY CHECK, AND IF YOU DON'T HAVE 750, YOU DON'T LOOK LIKE A

03:33PM   10    TRUSTWORTHY POTENTIAL EMPLOYEE, AND I KNOW THAT SOME OF

03:33PM   11    COMPANIES DO THE SAME.

03:33PM   12    Q.   OKAY.  WELL, THANK YOU FOR THAT ANSWER, MA'AM.  BUT I

03:33PM   13    WONDER IF YOU COULD ANSWER THE QUESTION THAT I ASKED YOU.

03:34PM   14    A.   I KNOW THAT HE CHECKED A FEW TIMES, BUT THAT WAS HIS

03:34PM   15    PRIMARY FOCUS AT THAT MOMENT.

03:34PM   16    Q.   OKAY.  WELL, WHAT DO YOU UNDERSTAND THAT HE DID TO TRY AND

03:34PM   17    LOOK FOR A JOB AT ANY TIME IN, LET'S SAY, THE MONTH OF

03:34PM   18    MAY 2023?

03:34PM   19    A.   SO HE WOULD GO -- WE ACTUALLY WENT TOGETHER TO A FEW

03:34PM   20    CONFERENCES JUST TO MEET OTHER PEOPLE AND UNDERSTAND MORE ABOUT

03:34PM   21    COMPANIES THAT ARE IN THE AREA WHERE HE CAN GO AND APPLY FOR

03:34PM   22    THE JOB.

03:34PM   23          I REMEMBER HE APPLIED A FEW TIMES, BUT ACTUALLY THIS

03:34PM   24    PROCESS TOOK SO MUCH TIME, WE DECIDED IT'S BETTER FOR HIM TO

03:34PM   25    FOCUS ON THAT AT THE MOMENT, AND ONCE IT'S DONE, HE CAN START

| | | |
|---|---|---|
| 03:34PM | 1 | SEARCHING FOR A JOB. |
| 03:34PM | 2 | Q.   OKAY.  SO YOU THINK HE PUT A COUPLE OF APPLICATIONS IN AND |
| 03:34PM | 3 | IN MAY OF 2023 THEN? |
| 03:34PM | 4 | A.   I DON'T WANT TO BE WRONG, BUT I THINK SO.  I'M NOT SURE. |
| 03:35PM | 5 | Q.   YOU'RE NOT SURE. |
| 03:35PM | 6 | WHAT ABOUT JUNE OF 2023, CAN YOU TELL US ANYTHING SPECIFIC |
| 03:35PM | 7 | THAT YOU KNOW THAT YOUR HUSBAND DID TO TRY AND LOOK FOR A JOB |
| 03:35PM | 8 | IN JUNE OF 2023? |
| 03:35PM | 9 | A.   SPECIFICALLY IN JUNE?  I CAN'T TELL. |
| 03:35PM | 10 | Q.   OKAY.  HOW ABOUT JULY OF 2023?  ANYTHING YOU COULD SHARE |
| 03:35PM | 11 | WITH US ABOUT -- SPECIFICALLY ABOUT WHAT YOUR HUSBAND DID TO |
| 03:35PM | 12 | LOOK FOR A JOB DURING THAT MONTH? |
| 03:35PM | 13 | A.   YOU CAN USE, LIKE, ANY SPECIFIC MONTHS, JUNE, JULY, |
| 03:35PM | 14 | SEPTEMBER, I WOULD PROBABLY NOT REMEMBER ANYTHING SPECIFIC. |
| 03:35PM | 15 | Q.   OKAY. |
| 03:35PM | 16 | A.   BECAUSE SEARCHING FOR A JOB CAN TAKE ALSO A LOT OF TIME. |
| 03:35PM | 17 | HERE IT'S A VERY COMPETITIVE MARKET, AND YOU JUST NEED TO PUT A |
| 03:35PM | 18 | LOT OF EFFORT INTO THAT. |
| 03:35PM | 19 | Q.   OKAY.  WHEN WAS THE FIRST TIME THAT YOU SAW YOUR HUSBAND |
| 03:35PM | 20 | PUTTING IN THE KIND OF EFFORT THAT YOU THOUGHT WAS NEEDED TO |
| 03:35PM | 21 | LAND A JOB? |
| 03:35PM | 22 | A.   SO I THINK THAT HE HAD, LIKE, SOME -- A LITTLE BIT OF |
| 03:35PM | 23 | RELIEF WHEN HE FOUND HIS LAWYERS WHO STARTED HELPING HIM WITH |
| 03:36PM | 24 | THE CASE JUST BECAUSE THEY HAVE MORE KNOWLEDGE OF THE SYSTEM |
| 03:36PM | 25 | AND OTHER THINGS, AND IT'S JUST EASIER TO FEEL LIKE THAT KIND |

| | |
|---|---|
| 03:41PM | 1 |

TRIED TO, I DON'T KNOW, SUPPORT HIM, AND THEN WE HAD THE

CONVERSATION ABOUT THAT.

Q.   OKAY.  BUT HE DIDN'T SAY ANYTHING SPECIFIC ABOUT COMENITY?

A.   MEN IN OUR COUNTRY WOULD NOT SHARE LIKE THIS SPECIFICALLY.

YOU HAVE TO JUST PULL THE STRINGS AND ASK ABOUT HIS EMOTIONS.

HE WOULD NOT JUST COME AND START CRYING TO ME.  THAT WAS THE

ONLY TIME THAT I HAVE SEEN THAT HAPPEN.

Q.   OKAY.  BUT DID HE MENTION MY CLIENT, COMENITY CAPITAL

BANK?

A.   NO.  WHILE HE WAS CRYING HE DIDN'T SAY, LIKE, BANK OF

AMERICA, COMENITY, OR ANYONE ELSE SPECIFICALLY.  THE GENERAL

SITUATION WAS UPSETTING.

Q.   THAT ALL OF THE BANKS WEREN'T LISTENING TO HIM I GUESS?

A.   I THINK AT THAT MOMENT WHEN THAT WAS HAPPENING, I THINK IT

WAS A PROCESS OF HIM TRYING TO SOLVE IT BY HIMSELF, SO I

BELIEVE AT THAT MOMENT ALL OF THE BANKS STILL WAS PART OF THE

DISCUSSION.

Q.   OKAY.  SO WHEN WAS THE -- WHAT YEAR WAS THE DISCUSSION

THAT YOU HAD WITH HIM WHERE HE TALKED ABOUT COMENITY

SPECIFICALLY AND THIS NOTION THAT THERE WAS A PHONE CALL AND

THEY TOLD HIM THAT THEY WERE NOT GOING TO DO ANYTHING FURTHER?

WAS THAT THIS YEAR?

A.   NO.  I THINK IT WAS MAYBE 2024, BUT I MIGHT NOT BE SURE.

Q.   OKAY.  SO YOU'RE NOT SURE WHAT YEAR IT WAS?

A.   YES.

| | | |
|---|---|---|
| 03:54PM | 1 | WAS ALREADY WORKING ON AN FTC IDENTITY THEFT REPORT ON |
| 03:54PM | 2 | MAY 11TH, 2023? |
| 03:54PM | 3 | A.   I THINK THAT WAS -- I THINK THAT MAYBE HE WENT TO THE |
| 03:54PM | 4 | POLICE AND MAYBE HE DECIDED THAT HE NEEDS TO TO PRINT SOMETHING |
| 03:55PM | 5 | OR DO STUFF.  YEAH, MAYBE. |
| 03:55PM | 6 | Q.   OKAY.  DO YOU THINK HE WENT TO THE POLICE IN MAY OF 2023? |
| 03:55PM | 7 | A.   I THINK THAT IT WAS, LIKE, ONE OF THE FIRST THINGS THAT HE |
| 03:55PM | 8 | DID.  THAT WAS PRETTY SOON WHEN HE FIND OUT. |
| 03:55PM | 9 | Q.   OKAY. |
| 03:55PM | 10 | A.   I THINK SO. |
| 03:55PM | 11 | Q.   YOU DIDN'T GO TO THE POLICE STATION WITH HIM; RIGHT? |
| 03:55PM | 12 | A.   NO.  I WAS SCARED FOR ME, TOO, BUT -- AND I HAD TO BE AT |
| 03:55PM | 13 | WORK, AND SO HE WENT THERE. |
| 03:55PM | 14 | Q.   UNDERSTOOD.  YOU'VE MENTIONED FOR MR. LOKER THAT YOU SAW |
| 03:55PM | 15 | YOUR HUSBAND AT TIMES WHERE HE STRUGGLED TO SLEEP DURING THIS |
| 03:55PM | 16 | TIMEFRAME; RIGHT? |
| 03:55PM | 17 | A.   THAT'S CORRECT. |
| 03:55PM | 18 | Q.   OKAY.  DID YOU EVER SEE HIM STRUGGLING TO SLEEP AND |
| 03:55PM | 19 | MENTION THE COMENITY CAPITAL BANK SPECIFICALLY? |
| 03:56PM | 20 | A.   SO, NO, HE DIDN'T SAY ANYTHING SPECIFIC LIKE, "I'M GOING |
| 03:56PM | 21 | TO BED, BUT I'M THINKING ABOUT COMENITY," AND THEN I WOULD FIND |
| 03:56PM | 22 | HIM IN THE MIDDLE OF THE NIGHT NOT SLEEPING. |
| 03:56PM | 23 | I KNOW THAT HE HAD TROUBLE SLEEPING WHEN HE WAS PREPARING |
| 03:56PM | 24 | FOR THIS TRIAL, AND IT'S RELATED ONLY, I GUESS, TO THE COMENITY |
| 03:56PM | 25 | AT THIS MOMENT. |

                    UNITED STATES DISTRICT COURT

                  NORTHERN DISTRICT OF CALIFORNIA

                        SAN JOSE DIVISION


OLEKSANDR PANCHENKO,                )
                                    )   CV-23-04975 EKL
              PLAINTIFF,            )
                                    )   SAN JOSE, CALIFORNIA
         VS.                        )
                                    )   NOVEMBER 5, 2025
COMENITY CAPITAL BANK,              )
                                    )   VOLUME 4
              DEFENDANT.           )
_____    )   PAGES 540 - 712


                    TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE EUMI K. LEE
                 UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

FOR THE PLAINTIFF:      LOKER LAW, APC
                        BY: MATTHEW M. LOKER
                            CHARLES B. CUMMINS
                        132 BRIDGE STREET
                        ARROYO GRANDE, CALIFORNIA 93420

                        RAMOS LAW
                        BY: MATTHEW R. OSBORNE
                        10190 BANNOCK STREET, SUITE 200
                        NORTHGLENN, COLORADO 80260


              (APPEARANCES CONTINUED ON THE NEXT PAGE.)


OFFICIAL COURT REPORTERS:
                        IRENE L. RODRIGUEZ, CSR, RMR, CRR
                        CERTIFICATE NUMBER 8074
                        LEE-ANNE SHORTRIDGE, CSR, CRR
                        CERTIFICATE NUMBER 9595

         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
              TRANSCRIPT PRODUCED WITH COMPUTER

A P P E A R A N C E S: (CONT'D)


FOR DEFENDANT COMENITY: WOMBLE BOND DICKINSON U.S., LLP
                        BY: TOMIO B. NARITA
                            ALISA A. GIVENTAL
                            KRISTINA HOVSEPYAN
                            NATHAN A. SEARLES
                        50 CALIFORNIA STREET, SUITE 2750
                        SAN FRANCISCO, CALIFORNIA 94111

ALSO PRESENT:           COMENITY CAPITAL BANK
                        MIKE GALEANO, IN HOUSE COUNSEL

```
1     SAN JOSE, CALIFORNIA              NOVEMBER 5, 2025

2                        P R O C E E D I N G S

3          (COURT CONVENED AT 8:51 A.M.)

4          (JURY OUT AT 8:51 A.M.)

5              THE COURT:  WE'RE HERE IN THE MATTER OF PANCHENKO

6     VERSUS COMENITY CAPITAL BANK.

7          COUNSEL ARE PRESENT.  WE ARE OUTSIDE OF THE PRESENCE OF

8     THE JURY.

9          BOTH PLAINTIFF AND DEFENDANT ARE REPRESENTED AND PRESENT,

10    AND COUNSEL ARE OBVIOUSLY PRESENT AS MENTIONED.

11         MR. LOKER, DO YOU BRIEFLY WANT TO STATE YOUR APPEARANCE,

12    AND THEN I'LL HAVE MR. NARITA DO SO.

13             MR. LOKER:  YES, YOUR HONOR.  THANK YOU.

14         MATT LOKER ON BEHALF OF THE PLAINTIFF.

15             MR. NARITA:  YOUR HONOR, TOMIO NARITA FOR THE

16    DEFENDANT.

17             THE COURT:  ALL RIGHT.  I WAS LOOKING THROUGH THE

18    SERIES OF THE EMAILS FROM LAST NIGHT AND THE WEE HOURS OF THIS

19    MORNING, SOME OF WHICH I GOT LAST NIGHT AND SOME OF WHICH I

20    RECEIVED THIS MORNING, AND SO WE'RE RUNNING -- I'M RUNNING

21    TIGHTER IN TERMS OF MY HOPE OF A START TIME THIS MORNING, BUT

22    GIVEN THAT I JUST FIGURED WE'D PUT ON THE RECORD WHAT WAS

23    RECEIVED, AND THEN WE'LL SORT IT ALL OUT DURING THE CHARGING

24    CONFERENCE THIS EVENING, HOPEFULLY BY 4:00 BUT IT LOOKS LIKE IT

25    MAY BE CLOSER TO 4 :30 JUDGING BY WHAT COUNSEL HAS STATED.
```

08:51AM (lines 3–24), 08:52AM (line 25)

| | | |
|---|---|---|
| 01:39PM | 1 | Q.   OKAY.  THANK YOU. |
| 01:39PM | 2 | AND WHEN WAS THIS DOCUMENT LAST REVISED? |
| 01:39PM | 3 | A.   ON THIS PAGE IT WAS MAY 19TH OF 2022. |
| 01:40PM | 4 | Q.   OKAY.  THANK YOU. |
| 01:40PM | 5 | AND IF I COULD HAVE YOU TURN YOUR ATTENTION TO |
| 01:40PM | 6 | EXHIBIT 244. |
| 01:40PM | 7 | A.   YES, I HAVE IT. |
| 01:40PM | 8 | Q.   WHAT IS EXHIBIT 244? |
| 01:40PM | 9 | A.   IT IS THE SAME ARTICLE, I BELIEVE, COMPLETING YOUR |
| 01:40PM | 10 | REASONABLE AND INDIRECT (ACDV) DISPUTE INVESTIGATION. |
| 01:40PM | 11 | Q.   OKAY.  AND WHAT IS THE REVISION DATE FOR THIS DOCUMENT? |
| 01:40PM | 12 | A.   AUGUST 11TH, 2023. |
| 01:40PM | 13 | Q.   IS THIS DOCUMENT A REVISION OF EXHIBIT 243? |
| 01:40PM | 14 | A.   I BELIEVE SO, YES.  YES, IT IS. |
| 01:40PM | 15 | Q.   IF YOU COULD REVIEW 243 AND 244 SIDE BY SIDE FOR A MOMENT? |
| 01:40PM | 16 | A.   OKAY. |
| 01:40PM | 17 | Q.   AND YOU DESCRIBED THE STEPS THAT WERE TAKEN IN |
| 01:40PM | 18 | EXHIBIT 243.  CAN YOU EXPRESS TO ME THOSE STEPS IN EXHIBIT 244 |
| 01:40PM | 19 | IN A SIMILAR MANNER? |
| 01:40PM | 20 | A.   I'M SORRY.  ONE SECOND. |
| 01:41PM | 21 | YOU CAN SEE THE -- I THINK IT'S 244.  IT'S GOT SOME |
| 01:41PM | 22 | ADDITIONAL INFORMATION ON HERE.  I MENTIONED BEFORE THAT ALL OF |
| 01:41PM | 23 | THE INVESTIGATION REQUIREMENTS DON'T APPEAR TO BE CALLED OUT IN |
| 01:41PM | 24 | 243. |
| 01:41PM | 25 | I CAN SEE SOME ADDITIONS THAT WERE ADDED, IT LOOKS LIKE ON |

01:41PM 1   AUGUST 11TH, 2023, TO THE INVESTIGATION PROCEDURES.

01:41PM 2   Q.   OKAY.  AND WHAT WERE THOSE ADDITIONS?

01:41PM 3   A.   LOOKING BACK AND FORTH TO CONFIRM.

01:41PM 4   Q.   YES.  PLEASE TAKE YOUR TIME.

01:41PM 5   A.   YEP.

01:41PM 6        I SEE COMMENTARY OF PULLING ARCHIVE NOTES THAT I DO NOT

01:41PM 7   SEE ON THE FIRST ONE.

01:41PM 8        I ALSO SEE PULLING PAYMENTS.  IT IS REFERENCED IN THE

01:42PM 9   ORIGINAL ARTICLE, BUT THERE'S SOME ADDITIONAL DETAIL REGARDING

01:42PM 10  PULLING PAYMENTS IN THE SECOND ARTICLE.

01:42PM 11       I SEE LISTENING TO CALLS OR PULLING CALLS IN NICE, WHICH

01:42PM 12  IS N-I-C-E, IF NEEDED.

01:42PM 13       I ALSO SEE SEARCHING DOCUWARE OR EASE FOR ANY IMAGES,

01:42PM 14  WHICH IS NOT CALLED OUT IN THE FIRST ARTICLE.

01:42PM 15       AND ALSO USING THE GOOGLE AND SOCIAL MEDIA SITES THAT I

01:42PM 16  CALLED OUT BEFORE APPEARS TO BE IN THE REVISED VERSION.

01:42PM 17  Q.   OKAY.  THANK YOU.

01:42PM 18       AGAIN, YOU SAID THE REVISION DATE FOR THIS WAS

01:42PM 19  AUGUST 11TH, 2023; CORRECT?

01:42PM 20  A.   YES.

01:42PM 21  Q.   AND IF I COULD HAVE YOU TURN YOUR ATTENTION TO

01:43PM 22  EXHIBIT 165.

01:43PM 23       IS THAT IN ANOTHER BINDER?

01:43PM 24  A.   IT'S IN THE FIRST ONE.  IT'S IN THE BACK.

01:43PM 25  Q.   OKAY.  THANK YOU.

03:11PM  1    ANSWER, OF COURSE -- DID THE INVESTIGATORS RECEIVE ANY SORT OF

03:12PM  2    TRAINING ABOUT NOT READING THE DISPUTES?

03:12PM  3    A.    NO.  IT'S ACTUALLY INCLUDED IN OUR TRAINING THAT THEY

03:12PM  4    SHOULD BE REVIEWING THE DISPUTES IN FULL.

03:12PM  5    Q.    AND WHEN THOSE TRAININGS AND THE ARTICLES ARE UPDATED, THE

03:12PM  6    INVESTIGATORS RECEIVE THOSE IN REAL TIME; IS THAT RIGHT?

03:12PM  7    A.    IT'S COMMUNICATED IN MEMOS.  WE HUDDLE WITH THE ASSOCIATES

03:12PM  8    TO PROVIDE THOSE UPDATES, YES.

03:12PM  9    Q.    WITH THE POLICY CHANGING TO HAVING THE INVESTIGATORS NOW

03:12PM 10    READ THE DISPUTES, DID COMENITY GO BACK IN ITS ARCHIVES AND

03:12PM 11    LOOK AT THOSE DISPUTES THAT WERE NOT PREVIOUSLY READ?

03:12PM 12    A.    I JUST WANT TO BE CLEAR.  I DON'T KNOW THAT THE POLICY

03:12PM 13    CHANGED TO NOW READ DISPUTES.

03:12PM 14          I THINK WE FOUND A GAP, POTENTIALLY IN OUR PROCEDURES, NOT

03:12PM 15    OUTLINING THAT IMAGES SHOULD BE REVIEWED, AND THAT WAS UPDATED.

03:13PM 16          BUT, NO, WE DIDN'T -- IT WAS ALWAYS A PART OF THE PROCESS

03:13PM 17    THAT IMAGES SHOULD BE REVIEWED AS PART OF THE DISPUTE.

03:13PM 18          AND, NO, WE WOULD NOT DO ANY LOOKBACK ON PRIOR DISPUTES.

03:13PM 19    Q.    AND IT WAS PART OF THE WRITTEN PROCESS.

03:13PM 20          BUT DO YOU RECALL MS. BANU'S TESTIMONY, FOR EXAMPLE, WHERE

03:13PM 21    SHE SAID OUR PROCESS WAS TO NOT LOOK AT IMAGES?

03:13PM 22    A.    I REMEMBER THAT TESTIMONY, YES.

03:13PM 23    Q.    AND WHEN THAT PROCESS WAS IN LINE, DISPUTES WERE NOT READ?

03:13PM 24    I'M NOT GOING TO TRY TO QUANTIFY HOW MANY DISPUTES, BUT YOU

03:13PM 25    WOULD AGREE THAT WITH THAT PROCESS IN EFFECT, CERTAIN DISPUTES

CERTIFICATE OF REPORTERS

WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

ABOVE-ENTITLED MATTER.

_____

IRENE RODRIGUEZ, CSR, CRR
CERTIFICATE NUMBER 8076


_____

LEE-ANNE SHORTRIDGE, CSR, CRR
CERTIFICATE NUMBER 9595


DATED:  NOVEMBER 5, 2025

<pre>
 1                    UNITED STATES DISTRICT COURT

 2                  NORTHERN DISTRICT OF CALIFORNIA

 3                        SAN JOSE DIVISION


 4
     OLEKSANDR PANCHENKO,              )
 5                                     )  CV-23-04975 EKL
                        PLAINTIFF,     )
 6                                     )  SAN JOSE, CALIFORNIA
                   VS.                 )
 7                                     )  NOVEMBER 6, 2025
     COMENITY CAPITAL BANK,            )
 8                                     )  VOLUME 5
                        DEFENDANT.     )
 9   _____ )  PAGES 713 - 819


10
                       TRANSCRIPT OF PROCEEDINGS
11              BEFORE THE HONORABLE EUMI K. LEE
                    UNITED STATES DISTRICT JUDGE
12
     A P P E A R A N C E S:
13
     FOR THE PLAINTIFF:      LOKER LAW, APC
14                           BY: MATTHEW M. LOKER
                                 CHARLES B. CUMMINS
15                           132 BRIDGE STREET
                             ARROYO GRANDE, CALIFORNIA 93420
16
                             RAMOS LAW
17                           BY: MATTHEW R. OSBORNE
                             10190 BANNOCK STREET, SUITE 200
18                           NORTHGLENN, COLORADO 80260

19
                (APPEARANCES CONTINUED ON THE NEXT PAGE.)
20

21   OFFICIAL COURT REPORTERS:
                             IRENE L. RODRIGUEZ, CSR, RMR, CRR
22                           CERTIFICATE NUMBER 8074
                             LEE-ANNE SHORTRIDGE, CSR, CRR
23                           CERTIFICATE NUMBER 9595

24         PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
                TRANSCRIPT PRODUCED WITH COMPUTER
25
</pre>

```
 1      A P P E A R A N C E S: (CONT'D)

 2


 3      FOR DEFENDANT COMENITY: WOMBLE BOND DICKINSON U.S., LLP
                               BY: TOMIO B. NARITA
 4                                 ALISA A. GIVENTAL
                                   KRISTINA HOVSEPYAN
 5                                 NATHAN A. SEARLES
                               50 CALIFORNIA STREET, SUITE 2750
 6                             SAN FRANCISCO, CALIFORNIA 94111

 7      ALSO PRESENT:          COMENITY CAPITAL BANK
                               MIKE GALEANO, IN HOUSE COUNSEL
 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

|   | |
|---|---|
| 1 | SAN JOSE, CALIFORNIA                    NOVEMBER 6, 2025 |
| 2 | P R O C E E D I N G S |
| 08:31AM 3 | |
| 08:31AM 4 | (COURT CONVENED AT 8:31 A.M.) |
| 08:31AM 5 | (JURY OUT AT 8:31 A.M.) |
| 08:31AM 6 | THE CLERK:  SHALL I CALL? |
| 08:31AM 7 | THE COURT:  YES. |
| 08:31AM 8 | THE CLERK:  OKAY.  LET ME PUT THE SOUND ON. |
| 08:31AM 9 | GOOD MORNING.  WE'RE CALLING CASE NUMBER |
| 08:31AM 10 | 5:23-CV-04965 EKL, PANCHENKO -- I DON'T HAVE MY MIC ON -- |
| 08:31AM 11 | PANCHENKO VERSUS COMENITY CAPITAL BANK. |
| 08:31AM 12 | COUNSEL, PLEASE STATE YOUR APPEARANCES FOR THE RECORD. |
| 08:31AM 13 | MR. LOKER:  YES.  GOOD MORNING, YOUR HONOR. |
| 08:31AM 14 | MATT LOKER ON BEHALF OF THE PLAINTIFF. |
| 08:31AM 15 | MR. SEARLES:  GOOD MORNING, YOUR HONOR. |
| 08:31AM 16 | NATHAN SEARLES ON BEHALF OF THE DEFENDANT. |
| 08:31AM 17 | THE COURT:  ALL RIGHT.  GOOD MORNING EVERYBODY. |
| 08:31AM 18 | I JUST WANT TO TOUCH BASE TO MAKE SURE THERE ARE NO OTHER |
| 08:31AM 19 | NITS OR ANYTHING ELSE WITHIN THE JURY INSTRUCTIONS. |
| 08:31AM 20 | I WAS ALSO GOING TO GIVE YOU A SENSE OF WHAT I'M PLANNING |
| 08:32AM 21 | TO READ FOR THE FINAL INSTRUCTIONS AS WELL, WHERE WE'VE BEEN |
| 08:32AM 22 | AND WHERE WE'RE GOING, BUT IN VERY QUICK ORDER BECAUSE I'M |
| 08:32AM 23 | STILL SHUFFLING PAPERS THIS MORNING MYSELF, AND I SEE THAT |
| 08:32AM 24 | MR. NARITA IS LIKELY AS WELL. |
| 08:32AM 25 | MR. LOKER:  YES. |

10:02AM   1          AND IT MAKES IT MORE IMPORTANT -- NOT LESS IMPORTANT -- TO

10:02AM   2     HOLD COMENITY ACCOUNTABLE, BECAUSE THE SIMPLE TRUTH IS THAT IF

10:02AM   3     YOU LET COMENITY GET AWAY WITH THIS, THE OTHER BANKS ARE GOING

10:02AM   4     TO TAKE NOTICE AND THEY'RE GOING TO DO IT, TOO.  AND MAYBE

10:02AM   5     THEY'LL SAY, HEY, WHY DON'T WE PUSH IT UP TO 45?  WE'LL SEE IF

10:02AM   6     WE CAN GET AWAY WITH THAT, 45 DISPUTES A DAY.  WHY DON'T WE DO

10:02AM   7     100?

10:02AM   8          BUT IF YOU PUNISH THEM, OTHER BANKS WILL TAKE NOTICE.

10:02AM   9     THAT'S HOW THE INDUSTRY WORKS.

10:02AM  10          AND THOSE STIPULATED FACTS IN EXHIBIT 247, THAT'S

10:02AM  11     COMENITY'S WAY OF TELLING YOU THAT EVERYBODY DOES THIS.

10:02AM  12          WELL, WE'VE SEEN SO MANY EXAMPLES THROUGHOUT HISTORY THAT

10:02AM  13     JUST BECAUSE IT'S THE INDUSTRY STANDARD, THAT DOESN'T MAKE IT

10:03AM  14     REASONABLE.

10:03AM  15          JUST LIKE I SAID BEFORE, THERE WAS A TIME WHEN ALL OF THE

10:03AM  16     TOBACCO COMPANIES SAID THAT CIGARETTES WERE SAFE.  THAT WAS THE

10:03AM  17     INDUSTRY STANDARD.

10:03AM  18          DOES THAT MEAN THAT THEY WERE RIGHT ABOUT IT?  NO.

10:03AM  19          THERE WAS A TIME WHEN THE INDUSTRY STANDARDS FOR BANKS WAS

10:03AM  20     TO DO RED LINING SO THAT PEOPLE OF COLOR COULD NOT GET LOANS.

10:03AM  21     THAT WAS THE INDUSTRY STANDARD.

10:03AM  22          DOES THAT MEAN IT WAS OKAY?  NO.

10:03AM  23          IT'S LIKE IN BASEBALL.  IF 85 PERCENT OF THE PLAYERS TAKE

10:03AM  24     STEROIDS, DOES THAT MEAN IT'S OKAY?  I DON'T THINK SO.

10:03AM  25          I HOPE THAT'S NOT THE WORLD THAT YOU WANT TO LIVE IN,

11:30AM  1    DO NOTHING AND HOPE THE POLICE CALL YOU.  YOU CAN CALL THEM

11:30AM  2    TOO.

11:30AM  3        YOU CAN LOOK AT THE TRAVEL HISTORY AND SEE, OH, YEAH, THIS

11:30AM  4    GUY COULDN'T HAVE MADE THESE CHARGES.  THAT'S WHY YOU TALK TO

11:30AM  5    PEOPLE.  THAT'S WHY YOU INVESTIGATE.

11:30AM  6        THEY SAY THAT MR. PANCHENKO WAS RELUCTANT TO TALK ABOUT

11:31AM  7    DAMAGES.  HE LITERALLY ANSWERED EVERY QUESTION THAT PEOPLE

11:31AM  8    ASKED.  HE DOESN'T KNOW.  THIS IS THE FIRST TIME THAT HE'S EVER

11:31AM  9    DONE A JURY TRIAL.  DO YOU THINK HE KNEW WHEN HE CAME TO

11:31AM 10    AMERICA HE WAS GOING TO BE THE GUY THAT TAKES ON THE BANKING

11:31AM 11    INDUSTRY?

11:31AM 12        HE DOESN'T KNOW WHAT TO SAY ABOUT DAMAGES.  HE SAID I'LL

11:31AM 13    RESPECT WHAT THE JURY DOES, AND HE WILL.

11:31AM 14        THEY SAY THAT HE'S IN THIS FOR THE MONEY.  I'VE GOT AN

11:31AM 15    ALTERNATIVE.  THEY'RE IN IT FOR THE MONEY.  HE CALLS THIS A

11:31AM 16    WHOPPER.  DO YOU WANT TO KNOW WHAT THE REAL WHOPPER IS, LET

11:31AM 17    THEM GET AWAY WITH IT.  HOW MANY MILLIONS ARE THEY GOING TO

11:31AM 18    SAVE CONTINUING TO DO THIS?  THAT'S THE WHOPPER.

11:31AM 19        HE PICKS THIS ARBITRARY DATE OF, OH, LET'S START THE

11:31AM 20    DAMAGES ON AUGUST 21ST.  WHY AUGUST 21ST?  HOW ABOUT WE START

11:32AM 21    IT IN MAY OF 2023 WHEN HE FIRST -- YOU WERE FIRST NOTIFIED BY A

11:32AM 22    CREDIT BUREAU THAT HE WAS CLAIMING TO BE A VICTIM OF FRAUD AND

11:32AM 23    YOU BROKE THE LAW AND DID LITERALLY NOTHING TO INVESTIGATE IT?

11:32AM 24    AND YOU RESPONDED BACK TO THE BUREAUS, OH, YEAH, HE'S MAKING IT

11:32AM 25    UP.  HE'S NOT A VICTIM OF FRAUD.  HOW ABOUT LET'S START WITH

1

2

3                    CERTIFICATE OF REPORTERS

4

5

6

7          WE, THE UNDERSIGNED OFFICIAL COURT REPORTERS OF THE

8     UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF

9     CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO

10    HEREBY CERTIFY:

11         THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12    A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13    ABOVE-ENTITLED MATTER.

14

15

16         IRENE RODRIGUEZ, CSR, CRR
           CERTIFICATE NUMBER 8076

17

18

19         LEE-ANNE SHORTRIDGE, CSR, CRR
           CERTIFICATE NUMBER 9595

20

21         DATED:  NOVEMBER 6, 2025

22

23

24

25