TOMIO B. NARITA (SBN 156576)
Tomio.Narita@wbd-us.com
JEFFREY A. TOPOR (SBN 195545)
Jeff.Topor@wbd-us.com
NATHAN A. SEARLES (SBN 234315)
Nathan.Searles@wbd-us.com
ALISA A. GIVENTAL (SBN 273551)
Alisa.Givental@wbd-us.com
KRISTINA B. HOVSEPYAN (SBN 340674)
Kristina.Hovsepyan@wbd-us.com
**WOMBLE BOND DICKINSON (US) LLP**
50 California Street, Suite 2750
San Francisco, California 94111
Telephone:  (415) 433-1900
Facsimile:   (415) 433-5530

*Attorneys for Defendant*
Comenity Capital Bank

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEKSANDR PANCHENKO,<br><br>Plaintiff,<br><br>vs.<br><br>COMENITY CAPITAL BANK,<br><br>Defendant. | CASE NO.: 5:23-cv-04965-EKL<br><br>**[PROPOSED] ORDER REGARDING DEFENDANT COMENITY CAPITAL BANK'S ADMINISTRATIVE MOTION TO SEAL SETTLEMENT AGREEMENTS**<br><br>**HON. EUMI K. LEE** |

PANCHENKO V. COMENITY CAPITAL BANK          (CASE NO. 5:23-CV-04965-EKL)

[PROPOSED] [PROPOSED] ORDER REGARDING DEFENDANT COMENITY CAPITAL BANK'S ADMINISTRATIVE MOTION TO SEAL SETTLEMENT AGREEMENTS
WBD (US) 4936-4540-5316

This Court, having considered Defendant Comenity Capital Bank's ("Comenity") Administrative Motion to Seal Settlement Agreements, supporting exhibits, party declarations submitted in support of this administrative motion, and any arguments of counsel, rules as follows:

The Court finds that compelling reasons exist to support the filing under seal of the following documents. Accordingly, the following documents shall be filed under seal:

| Description | Portions to be sealed | Designating party | Ruling |
| --- | --- | --- | --- |
| Exhibit A - Settlement Agreement between Plaintiff and Cavalry Portfolio Services, LLC | Entire agreement | Plaintiff and Cavalry Portfolio Services, LLC | GRANTED |
| Exhibit B - Settlement Agreement between Plaintiff and Trans Union LLC | Entire agreement | Plaintiff and Trans Union LLC | GRANTED |
| Exhibit C - Settlement Agreement between Plaintiff and JP Morgan Chase Bank NA | Entire agreement | Plaintiff and JP Morgan Chase Bank NA | GRANTED |
| Exhibit D - Settlement Agreement between Plaintiff and Experian Information Solutions, Inc. | Entire agreement | Plaintiff and Experian Information Solutions, Inc. | GRANTED |
| Exhibit E - Settlement Agreement between Plaintiff and Bank of America, N.A. | Entire agreement | Plaintiff and Bank of America, N.A. | GRANTED |
| Exhibit F - Settlement Agreement between Plaintiff and U.S. Bank National Association | Entire agreement | Plaintiff and U.S. Bank National Association | GRANTED |
| Exhibit G - Settlement Agreement between Plaintiff and Equifax | Entire agreement | Plaintiff and Equifax Information Services LLC | GRANTED |

PANCHENKO V. COMENITY CAPITAL BANK            (CASE NO. 5:23-CV-04965-EKL) 1

[PROPOSED] [PROPOSED] ORDER REGARDING DEFENDANT COMENITY CAPITAL BANK'S ADMINISTRATIVE MOTION TO SEAL SETTLEMENT AGREEMENTS
WBD (US) 4936-4540-5316

| Information Services LLC | | | |
|---|---|---|---|

DATED: February 25, 2026

By: _____
Honorable Eumi K. Lee

PANCHENKO V. COMENITY CAPITAL BANK        (CASE NO. 5:23-CV-04965-EKL) 2

[PROPOSED] [PROPOSED] ORDER REGARDING DEFENDANT COMENITY CAPITAL BANK'S ADMINISTRATIVE MOTION TO SEAL SETTLEMENT AGREEMENTS
WBD (US) 4936-4540-5316