TOMIO B. NARITA (SBN 156576)
Tomio.Narita@wbd-us.com
JEFFREY A. TOPOR (SBN 195545)
Jeff.Topor@wbd-us.com
NATHAN A. SEARLES (SBN 234315)
Nathan.Searles@wbd-us.com
ALISA A. GIVENTAL (SBN 273551)
Alisa.Givental@wbd-us.com
KRISTINA B. HOVSEPYAN (SBN 340674)
Kristina.Hovsepyan@wbd-us.com
**WOMBLE BOND DICKINSON (US) LLP**
50 California Street, Suite 2750
San Francisco, California 94111
Telephone:  (415) 433-1900
Facsimile:  (415) 433-5530

*Attorneys for Defendant*
Comenity Capital Bank

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEKSANDR PANCHENKO,<br><br>Plaintiff,<br><br>vs.<br><br>COMENITY CAPITAL BANK,<br><br>Defendant. | CASE NO.: 5:23-cv-04965-EKL<br><br>[PROPOSED] **ORDER REGARDING DEFENDANT COMENITY CAPITAL BANK'S ADMINISTRATIVE MOTION TO SEAL OMNIBUS POST-TRIAL MOTION**<br><br>**HON. EUMI K. LEE** |

This Court, having considered Defendant Comenity Capital Bank's ("Comenity") Administrative Motion to Seal Settlement Agreements, supporting exhibits, party declarations submitted in support of this administrative motion, and any arguments of counsel, rules as follows:

The Court finds that compelling reasons exist to support the filing under seal of the following documents. Accordingly, the following documents shall be filed under seal:

| Description | Portions to be sealed | Designating party | Ruling |
| --- | --- | --- | --- |
| Exhibit A – Comenity Capital Bank's Omnibus Post-Trial Motion | Dollar amount representing total sum of settlement proceeds Plaintiff Oleksandr Panchenko received from each settling defendant in this action and the related action, Case No. 24-cv-07333 (N.D. Cal.). | Plaintiff, Oleksandr Panchenko | GRANTED |

DATED:  February 25, 2026

By: _____
Honorable Eumi K. Lee