**LOKER LAW, APC**
Matthew M. Loker (279939)
matt.loker@loker.law
Telephone: (805) 994-0177
Charles B. Cummins (354861)
charles.cummins@loker.law
Telephone: (805) 468-8141
132 Bridge Street
Arroyo Grande, CA 93420

*Attorneys for Plaintiff,*
OLEKSANDR PANCHENKO

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **OLEKSANDR PANCHENKO,** | **Case No.:** 5:23-cv-04965-EKL |
| Plaintiff, | |
| v. | **JOINT STATUS REPORT REGARDING MAGISTRATE ASSIGNMENT FOR PURPOSES OF SETTLEMENT CONFERENCE** |
| **BANK OF AMERICA, N.A.; CAVALRY PORTFOLIO SERVICES, LLC; COMENITY CAPITAL BANK; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; U.S. BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES LLC; AND TRANS UNION LLC,** | **HON. EUMI K. LEE** |
| Defendants. | |

**LOKER LAW, APC**
**132 BRIDGE STREET**
**ARROYO GRANDE, CA 93420**

CASE NO.: 5:23-cv-04965-EKL          *Panchenko v. Bank of America, N.A., et al.*

**JOINT STATUS REPORT REGARDING MAGISTRATE ASSIGNMENT FOR PURPOSES OF SETTLEMENT CONFERENCE**

**TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

On March 3, 2026, this Court issued an Order to the parties to meet and confer to determine whether they wish the Court to refer this matter to a Magistrate Judge for a settlement conference (Dkt. 262).

Thereafter, the parties meet and conferred and hereby request to be assigned to a Magistrate Judge for a settlement conference.

Further, in their meet and confer discussions Defendant Comenity requested, and Plaintiff consents to, a remote appearance by Defendant Comenity's corporate representative, while all other persons would appear in person for any settlement conference.

Date: March 17, 2026

**LOKER LAW, APC**

BY: ___/S/ CHARLES B. CUMMINS___
CHARLES B. CUMMINS, ESQ.
ATTORNEY FOR PLAINTIFF

**WOMBLE BOND DICKINSON (US) LLP**

BY: ___/S/ TOMIO NARITA___
TOMIO NARITA, ESQ.
ATTORNEY FOR DEFENDANT, COMENITY CAPITAL BANK

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

CASE NO.: 5:23-cv-04965-EKL          1 OF 1          *Panchenko v. Bank of America, N.A., et al.*
**JOINT STATUS REPORT REGARDING MAGISTRATE ASSIGNMENT FOR PURPOSES OF SETTLEMENT CONFERENCE**

## CERTIFICATE OF SERVICE

A copy of the foregoing *JOINT STATUS REPORT REGARDING MAGISTRATE ASSIGNMENT FOR PURPOSES OF SETTLEMENT CONFERENCE* has been submitted on March 17, 2026 to all defense counsel of record via e-mail.

____/S/ CHARLES B. CUMMINS____
CHARLES B. CUMMINS, ESQ.

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

CASE NO.: **5:23-cv-04965-EKL**                    *Panchenko v. Bank of America, N.A., et al.*

**PROOF OF SERVICE**