**LOKER LAW, APC**
Matthew M. Loker, Esq. (279939)
Matt.Loker@Loker.Law
Charles B. Cummins, Esq. (354861)
charles@loker.law
132 Bridge Street
Arroyo Grande, CA 93420
Telephone: (805) 994-0177

*Attorneys for Plaintiff,*
Oleksandr Panchenko

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLEKSANDR PANCHENKO, | **Case No.:** 23-cv-4965 EKL |
| Plaintiff, | **PLAINTIFF OLEKSANDR PANCHENKO'S STATEMENT OF NON-OPPOSITION RE: DEFENDANT COEMNITY CAPITAL BANK'S MOTION TO VACATE JUDGMENT, DKT. NO. 274** |
| v. | |
| BANK OF AMERICA, N.A.; CALVARY PORTFOLIO SERVICES LLC; COMENITY CAPITAL BANK; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; U.S. BANK, NATIONAL ASSOCIATION; EQUIFAX INFORMATION SERVICES, LLC; AND, TRANS UNION, LLC, | **HON. EUMI K. LEE** |
| Defendants. | |

CASE NO.: 23-cv-4965 EKL                    *Panchenko v. Bank of America, N.A,, et al.*

**PLAINTIFF OLEKSANDR PANCHENKO'S STATEMENT OF NON-OPPOSITION RE: DEFENDANT COMENITY CAPITAL BANK'S MOTION TO VACATE, DKT. NO. 274**

The Parties attended a Settlement Conference with the Honorable Nathanael M. Cousins on April 21, 2026 and reached a confidential resolution of this matter. [Dkt. No. 273].

On May 19, 2026, Defendant COMENITY CAPITAL BANK filed its Motion to Vacate Judgment. [Dkt. No. 274].

This Court Ordered Plaintiff OLEKSANDR PANCHENKO to file a Statement of Non-Opposition if Panchenko (1) does not oppose the Motion to Vacate and (2) consents to the relief requested therein. [Dkt. No. 275].

Panchenko hereby files this Statement of Non-Opposition regarding Comenity's Motion to Vacate.

Date: June 2, 2026                                    **LOKER LAW, APC**

                                    By: ___/s/ Matthew M. Loker____
                                    MATTHEW M. LOKER, ESQ.
                                    ATTORNEY FOR PLAINTIFF

LOKER LAW, APC
132 BRIDGE STREET
ARROYO GRANDE, CA 93420

CASE NO.:23-cv-4965-EKL          1 OF 1          *Panchenko v. Bank of America, N.A., et al.*

**PLAINTIFF OLEKSANDR PANCHENKO'S STATEMENT OF NON-OPPOSITION RE: DEFENDANT COMENITY CAPITAL BANK'S MOTION TO VACATE, DKT. NO. 274**

## <u>CERTIFICATE OF SERVICE</u>

A copy of the foregoing *Plaintiff Oleksandr Panchenko's Statement of Non-Opposition re: Defendant Comenity Capital Bank's Motion to Vacate, Dkt. No. 274* has been filed via CM/ECF on June 2, 2026.

    /s/ Matthew M. Loker
MATTHEW M LOKER, ESQ

**LOKER LAW, APC**
**132 BRIDGE STREET**
**ARROYO GRANDE, CA 93420**

**CASE NO.: 23-cv-4965-EKL**                    *Panchenko v. Bank of America, N.A., et al.*

**PROOF OF SERVICE**