UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OLEKSANDR PANCHENKO,

Plaintiff,

v.

COMENITY CAPITAL BANK,

Defendant.

Case No. 23-cv-04965-EKL

**ORDER VACATING JUDGMENT AND DISMISSING ACTION WITH PREJUDICE**

Re: Dkt. Nos. 255, 274

After the jury reached a verdict in favor of Plaintiff Oleksandr Panchenko, ECF No. 228, the Court entered a final judgment, ECF No. 245. Defendant Comenity Capital Bank filed a post-trial motion seeking to vacate the judgment. ECF No. 255. After the Court heard argument on the post-trial motion, the parties participated in a successful settlement conference with Chief Magistrate Judge Nathanael Cousins. ECF No. 273. As a condition of the parties' settlement, Comenity filed an unopposed motion to vacate the judgment and dismiss this action with prejudice, with each party to bear its own attorneys' fees and costs. ECF No. 274. Panchenko filed a statement of non-opposition, confirming that he consents to the relief requested in the unopposed motion. ECF No. 276.

Accordingly, the unopposed motion, ECF No. 274, is GRANTED. The judgment entered on November 17, 2025, is VACATED. This action is DISMISSED with prejudice, with each party to bear its own attorneys' fees and costs. The post-trial motion, ECF No. 255, is TERMINATED as moot. The Court commends the parties for their efforts to resolve this matter.

**IT IS SO ORDERED.**

Dated: June 2, 2026

Eumi K. Lee
United States District Judge